# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-421-490**

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
April 02, 2024

---

## Title

**Title of Work:** Haptic Version 1.2.125

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Max Minds LLC
  **Author Created:** Revised Computer Program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Max Minds LLC
12400 N. Meridian St, Suite 175, Carmel, IN, 46032, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu002416034, 2024

**New material included in claim:** Revised Computer Program

## Rights and Permissions

**Organization Name:** Max Minds LLC
**Address:** 12400 N. Meridian St, Suite 175
Carmel, IN 46032 United States

## Certification

Page 1 of 2

**Name:** Kevin Adams
**Date:** March 21, 2024

**Correspondence:** Yes