# Exhibit 3

**Registration #:** TXu002419714  
**Service Request #:** 1-13643704661

## Mail Certificate

Ice Miller LLP  
200 Massachusetts Ave., NW Suite 400  
Washington D.C., DC 20001 United States

**Priority:** Special Handling    **Application Date:** March 21, 2024

**Note to C.O.:** We respectfully request this registration be treated with urgency. We require registration to assert this copyright in ongoing litigation. Thank you.

## Correspondent

**Name:** Kevin Adams  
**Email:** kevin.adams@icemiller.com  
**Address:** 200 Massachusetts Ave., NW Suite 400  
Washington D.C., DC 20001 United States

**Registration Number**
**TXu 2-419-714**
**Effective Date of Registration:**
March 21, 2024
**Registration Decision Date:**
March 22, 2024

## Title

**Title of Work:** Haptic Federal Version 3.1.21.4

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Max Minds LLC
  **Author Created:** Revised Computer Program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Max Minds LLC
12400 N. Meridian St, Suite 175, Carmel, IN, 46032, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu002416034, 2024
1-13642929491, 2024

**New material included in claim:** Revised Computer Program

## Rights and Permissions

**Organization Name:** Max Minds LLC
**Address:** 12400 N. Meridian St, Suite 175
Carmel, IN 46032 United States

## Certification

**Name:** Kevin Adams
**Date**: March 21, 2024