# Exhibit 8

Privacy Policy Your trust is very important to us. This Privacy Policy describes the information that we collect from you, how we collect this information, and what we do with it after we collect it. This Privacy Policy applies only to the [HAPTIC]™ Service. Please review the privacy policy of any other site you may visit, including any other site operated by [HAPTIC]™. By using the [HAPTIC]™ Service or by providing your information to us or to our affiliates, you consent to the collection, use, and disclosure of your information in accordance with this Privacy Policy and the Terms. [HAPTIC]™ shall have the right to modify this Privacy Policy and the [HAPTIC]™ Service at any time without prior notice to you to reflect material changes in how we collect, use, share or store your Personal Information (defined below) or to satisfy legal requirements. We will notify you of any such changes using the process described in the Terms and those changes shall be effective immediately upon notice. We encourage you to regularly check this Privacy Policy so that you understand our current privacy policies. 1. Collection of Information We may ask for some personally identifiable information when you create a [HAPTIC]™ account ("Personal Information"), such as your name, a valid email address, physical address, phone number, and a password. We may also collect additional Personal Information or other information from you when seek access to certain portions of the [HAPTIC]™ Service. We may also receive information from affiliated entities, the [HAPTIC]™ Customer or third-party sources that may be used to supplement the information you provide us. We may use the information we collect from you to fulfill your requests for services, operate and maintain the [HAPTIC]™ Service, improve the [HAPTIC]™ Service, communicate with you about your account or changes to the [HAPTIC]™ Service, the Terms and this Privacy Policy, communicate with you about our products and services and for other promotional purposes, or customize your experience or the content or features of the [HAPTIC]™ Service. 1. Cookies, Shared Objects and Pixel Tags Like many other online services, we collect and store information about your use of our services, such as when and how you use the [HAPTIC]™ Service, the frequency and size of your data transfers, information you display or access through the [HAPTIC]™ Service (including UI elements, settings, and other information), the name of the domain and host from which you access the Internet, the Internet Protocol (IP) address of the computer you are using, the date and time you access the [HAPTIC]™ Service and the Internet address of the website from which you linked directly to the [HAPTIC]™ Service. We use this information to track and analyze the traffic through the [HAPTIC]™ Service in order to better understand our users and to customize the [HAPTIC]™ Service for users' particular preferences. If you are logged in, we may associate this information with your account. In the same manner, we may also engage third parties to monitor use of the [HAPTIC]™ Service. These third parties may use the same technologies to collect information used to better understand our users and customize our site for users' particular preferences. The technologies we may use include cookies, shared objects and pixel tags (also known as web beacons or web bugs). Cookies are alphanumeric identifiers that the [HAPTIC]™ Service places onto your computer's hard drive. Cookies identify your computer so that

we can recognize you the next time you visit us. Cookies help us remember your preferences and collect technical information about your use of the [HAPTIC]™ Service. No Personal Information is collected or used by our cookies. Pixel tags are tiny graphic images that are unobtrusively placed on a website or in an e-mail. When the HTML code for a pixel tag points to a website to retrieve the image, it simultaneously passes information to our servers, such as the IP address of the computer that retrieved the image, the time and duration a pixel tag was viewed, the type of browser that retrieved the image, and previously set cookie values. We use pixel tags to help us analyze your use of the [HAPTIC]™ Service, including the pages you view, the links you click, and other actions taken in connection with the [HAPTIC]™ Service. We also collect certain standard information that your browser sends to every website you visit, such as your IP address, browser type and language, access times and referring web site addresses. You can configure your browser to alert you when a website is attempting to send a cookie to your computer and allow you to accept or refuse the cookie and you may also disable cookies. You do this through your browser (e.g., Internet Explorer) settings. Check your browser's Help menu to find out how. Disabling cookies also disables pixel tags. You should be aware, however, that by disabling cookies, shared objects and/or pixel tags you may be unable to access certain services and features of the [HAPTIC]™ Service. 1. Disclosure of Information We may share aggregated, statistical, non-personally identifiable information about you and other users of the [HAPTIC]™ Service with third parties, including our partners, distributors, vendors, actual and potential customers, advertisers, and third-parties that offer products or services for use with the [HAPTIC]™ Service, and may sell such information. This information is anonymous, statistical information that reflects the scope of our user base, sales, customer patterns, the extent to which certain features of the [HAPTIC]™ Service are used and related site information and does not include your Personal Information. We do not use your email address or other Personal Information to send commercial or marketing messages to you without your consent or except as part of a specific program or feature for which you will have the ability to opt-in or opt-out. [HAPTIC]™ will not share your Personal Information with any third parties, with the following exceptions: As necessary for third parties who perform services for us in operating and marketing the [HAPTIC]™ Service to provide those services, including but not limited to, the monitoring of user behavior on the Site, data management, data storage, email distribution, market research, information analysis, and promotions management. Third party service providers with whom we share Personal Information may only use that information as necessary to provide the services they are providing to us and must comply with this Privacy Policy. We may be obliged or deem it necessary or appropriate to disclose your Personal Information without your consent and without notice to you in response to a legal process, such as a court order, subpoena or lawful discovery request; to prevent or combat fraud; as required by Federal or state laws and regulations; to enforce our Terms; to investigate claims of intellectual property infringement, to protect the rights, property or safety of [HAPTIC]™, our users, our employees or our affiliates'

employees, or others; or to investigate security breaches or otherwise cooperate with authorities pursuant to a legal matter. We may disclose your Personal Information in connection with a merger, acquisition, or liquidation of our company or sale of assets to the parents, subsidiaries or affiliates of [HAPTIC]™ or any third party involved in such transactions, including those who may be located outside the United States, and in connection with business negotiations with respect to any such transactions; provided the parties receiving your Personal Information agree to comply with this Privacy Policy. Please note that when you click on a link to a Linked Website, you will leave the [HAPTIC]™ Service and will be subject to the privacy policy of that Linked Website. [HAPTIC]™'s Privacy Policy does not apply to, and we cannot control the activities of the operators of Linked Websites. Linked Websites may independently collect or request information about you and have their own privacy policies. You should review those policies before following those links. 1. Data Retention It is our policy to limit the retention of personal data we collect as long as it is necessary for the purposes stated in this notice. 1. Security [HAPTIC]™ uses a variety of security measures, including physical, technological, and procedural safeguards, to protect your Personal Information against unauthorized disclosures and improper use. However, you should be aware that no security measures are absolute. As a result, we cannot guarantee that our security measures are fail-safe and not subject to circumvention or unauthorized intrusion. You should also be aware that, despite our efforts, factors beyond our control may result in disclosure or misuse of your Personal Information. In the event of a security breach that compromises your Personal Information, we will make reasonable attempts to notify you as required by law. 1. Minors We do not knowingly or intentionally collect any Personal Information from anyone under the age of 18. If we obtain actual knowledge that we have inadvertently collected Personal Information about a person under the age of 18, we will immediately delete that information. 1. Business Transitions In the event that Max Minds, LLC and/or the [HAPTIC]™ Service goes through a business transition, such as a merger, acquisition by another company, or sale of a portion of its assets, your information, including your Personal Information will, in most instances, be part of the assets transferred. 1. International Data Transfers The [HAPTIC]™ Service is designed and maintained within the United States. If you are using the [HAPTIC]™ Service from a country other than the United States, you should understand that your data submitted through or generated by your use of the [HAPTIC]™ Service will be transferred to and processed in the United States. By using the [HAPTIC]™ Service and communicating electronically with us, you consent to the processing and transfer of your data as set out in this Privacy Policy in the United States. If you do not consent to having your information used in accordance with this Privacy Policy, you may not access or use the [HAPTIC]™ Service. EU and EEA data subjects should also review our supplemental privacy notice (below) which includes information about our compliance with the General Data Protection Regulation (GDPR). 1. How to Review, Modify or Delete Your Information We want to communicate with you only if you want to hear from us. If you prefer not to receive information from

us or would like to update or change your Personal Information or preferences, please follow the instructions below to review, modify or delete your Personal Information. To modify the information you provided when you created your account, please login and update your personal settings. To unsubscribe from receiving periodic emails from us, please follow the instructions for unsubscribing that may be found in the content of each email we send you. You may not unsubscribe from service-related emails. If you request that your account information be deleted or if you unsubscribe from communications, we may maintain information about your transactions or service inquiries for future service and record keeping purposes. 1. Questions and Additional Information For questions concerning [HAPTIC]™ or your account, or If you have any questions or comments regarding this Privacy Policy, please contact us at the following address: Max Minds, LLC 4142 Pete Dye Blvd Carmel, IN 46033 317-514-5000 support@maxminds.com

GDPR EU PRIVACY NOTICE This notice provides additional details to data subjects in the European Union and European Economic Area. This supplemental policy describes the personal information we collect about individuals ("you") on our own websites when you visit or provide information to us. We process your data according to the rules of the EU General Data Protection Regulation (GDPR). Refer to the full notice for complete details of our data processing activities. Purpose of and Lawful Bases for Processing When you visit our websites, we may collect information about your usage of our websites and any contact information you provide to us for marketing purposes or to improve the effectiveness of our marketing programs. This may include the following data: * Name, email address, phone number, address, job title, company affiliation, and other contact information * Website usage data, like page visits * Other information you volunteer to us when you contact us We process your personal information for these activities: * Marketing and sales activities through our website, email, and other channels * Customer relationship management, including billing and technical support The lawful bases for our processing include the following: * Our legitimate interest for marketing. * Consent for marketing communication when you request it from us * To fulfill our contractual obligations to you when you are our customer Data Retention It is our policy to limit the retention of personal data we collect as long as it is necessary for the purposes stated in this notice. Data Sharing As necessary for third parties who perform services for us in operating and marketing the [HAPTIC]™ Service to provide those services, including but not limited to data management, data storage, email distribution, market research, and website analytics. Third party service providers with whom we share Personal Information may only use that information as necessary to provide their respective services. Data Transfer to Other Countries Storage of this data is not always in your home country and may be transported across borders. As of the date of writing this, we store data in the United States in addition to the country in which it is collected, but we may Your Rights We honor the rights that the GDPR provides for individuals: * The right to be informed * The right of access * The right

to rectification * The right to erasure * The right to restrict processing * The right to data portability * The right to object * Rights in relation to automated decision making and profiling Data Access, Rectification, Erasure, and other Rights If you wish to access, correct/rectify, restrict, or delete data collected about you, object to or opt-out of future data collection, or withdraw consent you have provided previously, you may submit a request to the contact info below. The request must provide us sufficient information to identify you and identify the pertinent data and actions you wish to take. We may also verify your identity. We will use commercially reasonable efforts to comply with your request. We do not process your data in order to perform automated decision making or profiling or tracking. We will investigate and attempt to resolve any complaints and disputes submitted to the contact info below. Please provide reasonable information for us to do so, which may include, but not limited to, your name, contact information and general nature of the complaint. You also have the right to lodge a complaint directly with a supervisory authority within your own country. Changes and Contact Info From time to time, we update our privacy policies and notices to account for new features or for other reasons. When such changes occur, you are able to view the new document on our site. If you have concerns or questions about our policy, contact us: Max Minds, LLC Privacy Inquiries: legal@maxminds.com

5