# Exhibit 1

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**

Below please find step-by-step directions for how to find, review, and capture the Max Minds, LLC applications and associated source code as being served publicly on the internet by TEG.

**To Identify the Source Map Files**

Note: Source map files are not shown in Chrome / Edge browser Developer Tools, but their file names can be determined, and they can be requested and viewed in the browser.

1. Navigate to a website.
2. Open the Chrome Developer Tools.
3. Select the Sources tab.
4. In the Page navigation pane, expand the top node.
5. Then expand the node that contains the top-level address of the website.



6. Then click on any of the transpiled .js or .css files to display them. These files have a random-appearing alphanumeric file name. For example, runtime.7f3c950952672478.js or 89663.78612bd934bd014c.js.
7. Then search for the string sourceMappingUrl=, which will be at the end of the file. The value to the right of equals sign will be the selecting filename plus ".map".



1

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**

8. To view the content of the source map file, concatenate the base website address with the full map file name. For example: https://www.vjoc-c4map.com/runtime.7f3c950952672478.js.map.
9. Paste that web address into a new browser tab. Some files are quite large and will take a while to load.
10. Source map files that were not stripped of the source code will contain the keys sourceRoot and sourcesContent. Both keys will have values.

**To View Source Code**

These steps allow you to view the Haptic source code made available from TEG generating full source maps during the build process

1. Navigate to a website.
2. Open the Chrome Developer Tools.
3. Select the Sources tab.
4. In the Page navigation pane, expand the top node.
5. Then expand the webpack:// node.
6. Then expand the src node.
7. Among all child files and nodes, nearly every file ending in .ts, .html contains the actual source code. For example:



NOTE: When we (Max Minds, LLC, d.b.a. Alleo) build the source, we run a script that strips the code from the source maps, specifically removing the sourceRoot and sourcesContent keys from the map files. This leaves in line number information which is useful when viewing Developer Tools console logs. Then when viewed in Developer

2

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**

Tools, even though the same directory structure and file list is shown, the content is only our index.html file plus a build process generated script block at the end with links to the transpiled files. Our process therefore protects our source code and allows us to support the application. TEG is irresponsibly making our source code accessible to the entire world.

**Downloading All Website Resources**

Note: This process depends on the use of the extension "Save All Resources" which can be acquired from the Chrome Web Store.
Documentation: https://chromewebstore.google.com/detail/save-all-resources/abpdnfjocnmdomablahdcfnoggeeiedb

The source code of the extension can be acquired, modified if desired, built, and imported locally to Chrome or Edge. See https://github.com/up209d/ResourcesSaverExt.

To easily download all website resources, including source code made available by TEG including the full source maps:
1. Search the Chrome web store for the "Save All Resources" extension.

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**



2. Add the extension to the browser. After install, the extension can be seen and managed as an extension when navigating to chrome://extensions.

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**



3. Navigate to a website.
4. Open the Chrome Developer Tools.
5. Select the ResourcesSaver tab. Note the version # shows 0.1.8, but the actual version is 2.0.6. They just didn't update the version number in the UI.
6. Check all available options (see image below).



7. Wait a while to allow the extension to find all available resources. When it has, the indicator with a count of Requests and Static Resources will stop incrementing. Note: If you are too quick, you won't get all of the site resources.
8. Click the "Save All Resources" button.
9. A zip file is downloaded that contains all the site resources.

5