UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRIANGLE EXPERIENCE GROUP, INC.,<br>ROBERT CLARE, JEFFREY MASE,<br>KEVIN MULLICAN, and JOHN DOES 1-10,<br><br>Defendants. | CAUSE NO. 1:24-cv-00779-JPH-MG<br><br>JURY TRIAL DEMANDED<br><br>FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 1836(b)(2) |

> The Court GRANTS the parties Stipulation to Lift Seal, Dkt. [43]. Therefore, Plaintiff's Motion to Seal Case is DENIED AS MOOT, Dkt. [7]. The Clerk is directed to unseal this case.
> MG
> 6/4/24

### STIPULATION TO LIFT SEAL

Plaintiff MAX MINDS, LLC, and defendant, TRIANGLE EXPERIENCE GROUP, Inc. ("TEG"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. TEG hereby certifies that public internet access to the software and the allegedly copyrighted and trade secret source code has been disabled/terminated and will remain disabled/terminated during the pendency of this lawsuit and/or until further order of this Court.

2. Upon execution of this stipulation, this action can be unsealed forthwith.

Dated: June 3, 2024

*/s/ Campbell Miller/*

J. CAMPBELL MILLER
Indiana Bar Number: 38279-49
campbell.miller@sriplaw.com

**SRIPLAW, P.A.**
231 S. Rangeline Road, Suite H
Carmel, IN 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

and

SO STIPULATED:

*/s/ Richard Daniel Kelley/*

RICHARD DANIEL KELLEY
(*admitted pro hac vice*)
rkelley@beankinney.com
RAIGHNE COLEMAN DELANEY
(*admitted pro hac vice*)
rdelaney@beankinney.com
STEPHEN DANIEL CARUSO
(*admitted pro hac vice*)
scaruso@beankinney.com