UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MAX MINDS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00779-JPH-MG |
| | ) | |
| TRIANGLE EXPERIENCE GROUP, INC., | ) | |
| ROBERT CLARE, | ) | |
| JEFFREY MASE, | ) | |
| KEVIN MULLICAN, | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR MAY 28, 2024**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Parties given until **June 3, 2024**, to determine if the case should remain under seal. Parties shall have until **June 3, 2024**, to either resolve the request for injunctive relief, or file a proposed order with a briefing schedule.

Date: 6/11/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.