THE OFFICE
CLERK OF THE U.S. DIST
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460
29 MAY 2024 PM

US POSTAGE (IMI) PITNEY BOWES
ZIP 46204  $ 000.64⁰
02 7H
0006155747    MAY 29 2024

RTS

Richard Daniel Kelley
Bean, Kinney & Korman, PC
2311 Wilson Blvd
Suite 500
Arlington, VA 22201

FILED
JUN 14 2024
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

22201-
46204>1999

NIXIE    231    DC 1         0006/10/24
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 46204199999    *1712-01168-29-42