# TEG EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:24-cv-00779- JPH-MG |
| | ) |
| TRIANGLE EXPERIENCE GROUP, INC., | ) |
| ROBERT CLARE, JEFFREY MASE, | ) |
| KEVIN MULLICAN, and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ROBERT E. CLARE, JR.

I, Robert E. Clare, Jr., do hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen (18) and am competent to testify to the matters set forth in this declaration. Unless otherwise stated herein, the statements contained in this declaration are from my own personal knowledge. I submit this declaration in support of Defendants Robert Clare, Jeffrey Mase, Kevin Mullican, and John Does 1-10's Motion to Dismiss Plaintiff's, Max Minds, LLC ("Max"), Complaint for Lack of Personal Jurisdiction.

2. I am the Chief Executive Officer of Triangle Experience Group, Inc. ("TEG").

3. I am domiciled in the state of Texas.

4. I do not live in Indiana, nor have I ever lived in Indiana.

5. I do not own any real property in the state of Indiana.

6. I do not own any personal property in Indiana.

7. I do not conduct, and have never conducted, any personal business in Indiana.

8. I have never traveled to Indiana for any personal reasons or purposes.

1

9. TEG is a Viginia corporation that was organized under the laws of the Commonwealth of Virginia on or about March 11, 2015. TEG maintains its principal office in Ashland, Virginia.

10. I have only ever traveled to Indiana twice in my life, both in my representative capacity as CEO for TEG. During each of these instances I was only present in Indiana for one (1) day.

11. TEG does not have any employees who are domiciled in the state of Indiana.

12. I have no personal relationship with the state of Indiana.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2024

*Robert E Clare*
Robert E. Clare, Jr.
Chief Executive Officer
Triangle Experience Group, Inc.