# TEG EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No.: 1:24-cv-00779- JPH-MG |
| | ) |
| TRIANGLE EXPERIENCE GROUP, INC., ROBERT CLARE, JEFFREY MASE, KEVIN MULLICAN, and JOHN DOES 1-10, | ) ) ) ) |
| *Defendants*. | ) |

## **DECLARATION OF KEVIN MULLICAN**

I, Kevin Schutz-Mullican, do hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen (18) and am competent to testify to the matters set forth in this declaration. Unless otherwise stated herein, the statements contained in this declaration are from my own personal knowledge. I submit this declaration in support of Defendants Robert Clare, Jeffrey Mase, Kevin Mullican, and John Does 1-10's Motion to Dismiss Plaintiff's, Max Minds, LLC ("Max"), Complaint for Lack of Personal Jurisdiction.

2. I am the Chief Technology Officer of Triangle Experience Group, Inc. ("TEG").

3. I am domiciled in the state of California.

4. I do not live in Indiana, nor have I ever lived in Indiana.

5. I do not own any real property in the state of Indiana.

6. I do not own any personal property in Indiana.

7. I do not conduct, and have never conducted, any personal business in Indiana.

8. The only instance in which I have ever been in the state of Indiana is as follows: In 1991, when traveling to college, I drove through the state of Indiana, and was in Indiana for one (1) day.

9. I have no personal relationship with the state of Indiana.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2024

Kevin Schutz-Mullican
Chief Technology Officer
Triangle Experience Group, Inc.