UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
|                Plaintiff, | ) |
|      v. | ) No. 1:24-cv-00779-JPH-MG |
| TRIANGLE EXPERIENCE GROUP, INC., ROBERT CLARE, JEFFREY MASE, KEVIN MULLICAN, JOHN DOES 1-10, | ) |
|                Defendants. | ) |

**SCHEDULING ORDER**

This matter is scheduled for a **telephonic status conference** on **Tuesday, July 23, 2024 at 2:00 p.m. (Eastern).** The parties should be prepared to discuss Defendant Triangle Experience Group, Inc.'s request to stay or otherwise alter the discovery schedule. Additionally, the parties should be prepared to discuss the court's follow up requirements for their discovery dispute submissions.

This matter is also scheduled for a **telephonic discovery conference** on **Thursday, August 8, 2024 at 3:00 p.m. (Eastern)**. The preparation for the discovery conference will be discussed further on July 23, 2024 at 2:00 p.m. (Eastern). Counsel shall attend both conferences by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

1

Date: 7/18/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record**