UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00779-JPH-MG |
| | ) |
| TRIANGLE EXPERIENCE GROUP, INC., | ) |
| ROBERT CLARE, | ) |
| JEFFREY MASE, | ) |
| KEVIN MULLICAN, | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR AUGUST 8, 2024**
**DISOVERY CONFERENCE**
**HON. MAGISTRATE JUDGE MARIO GARCIA**

The parties appeared by counsel for a telephonic discovery conference. Argument heard and matters taken under advisement. Briefing schedule for the pending motion for preliminary injunction is stayed to be reset at the Telephonic Status Conference now set for **September 25, 2024 at 11:00 a.m. (Eastern)**. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Plaintiff's expert disclosure deadline is modified to **September 5, 2024** and defendant's expert disclosure is due **September 19, 2024**. Parties should continue their pre-trial and discovery preparations to ensure no significant delay occurs.

1

Date: 8/9/2024

                                              Mario Garcia
                                              United States Magistrate Judge
                                              Southern District of Indiana

**<u>Distribution via ECF to all counsel of record</u>**