UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MAX MINDS, LLC,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-00779-JPH-MG |
| | ) |
| **TRIANGLE EXPERIENCE GROUP, INC.,** *et al*, | ) |
| | ) |
| *Defendants*. | ) |

**[Proposed] ORDER GRANTING MOTION FOR RECONSIDERATION**

This matter comes before the Court on Defendant Triangle Experience Group, Inc.'s ("TEG") Motion for Reconsideration (the "Motion"). Upon consideration of the Motion, the Brief in Support of the Motion, any opposition, the pleadings and attachments thereto, any oral argument of counsel, and for other good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that this Court's discovery Order of September 20, 2024 is hereby VACATED with regard to Max's Motion for Clarification; and it is

FURTHER ORDERED that this Court's discovery Order of August 19, 2024, with respect to TEG's Request for Production No. 6, is hereby REINSTATED; and it is

FURTHER ORDERED that Plaintiff Max Minds, LLC has fourteen days from the date of this order to produce all documents responsive to TEG's Request for Production No. 6 as set forth in this Court's Order of August 19, 2024.

Entered this ____ day of _____, 20____.

                                                                                  _____
Judge Mario Garcia
United States Magistrate Judge
Southern District of Indiana