UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00779-JPH-MG |
| | ) |
| TRIANGLE EXPERIENCE GROUP, INC., | ) |
| ROBERT CLARE, | ) |
| JEFFREY MASE, | ) |
| KEVIN MULLICAN, | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR SEPTEMBER 25, 2024**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Plaintiff shall have until **October 1, 2024**, to respond to Defendant's pending motion to reconsider a discovery order. Defendant shall have until **October 8, 2024,** to reply, if any. The parties are reminded to continue planning for any additional discovery, including depositions, so as to avoid any delay.

This matter is scheduled for a telephonic status conference on **Friday, October 25, 2024, at 11:30 a.m. (Eastern)** to discuss briefing schedule for the pending preliminary injunction. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 9/26/2024

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.