UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00779-JPH-MG ) |
| TRIANGLE EXPERIENCE GROUP, INC., ROBERT CLARE, JEFFREY MASE, KEVIN MULLICAN, JOHN DOES 1-10, | ) ) ) ) ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR OCTOBER 25, 2024**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Plaintiff requested without opposition to amend its brief in support of its request for injunctive relief. Plaintiff shall have until **November 25, 2024,** to file an amended brief, defendant shall have until **January 10, 2025** to file any opposition, and plaintiff to have until **January 24, 2025** to file a reply in support.

This matter is scheduled for a telephonic status conference on **Monday, January 27, 2025 at 4:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 10/29/2024

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.