# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-425-362**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
April 22, 2024

## Supplementary Registration

Supplement To:  TXu002416034, 2024

## Title

Title of Work:  Haptic Version 1.2.21.1

## Completion/Publication

Year of Completion:  2020

## Author

- Author:  Max Minds LLC
  Author Created:  Revised Computer Program
  Work made for hire:  Yes
  Citizen of:  United States
  Domiciled in:  United States

## Copyright Claimant

Copyright Claimant:  Max Minds LLC
12400 N. Meridian St, Suite 175, Carmel, IN, 46032, United States

## Limitation of copyright claim

Material excluded from this claim:  computer program

New material included in claim:  Revised Computer Program

## Rights and Permissions

Organization Name:  Max Minds LLC
Address:  12400 N. Meridian St., Suite 175
Carmel, IN 46032 United States

## Certification

**Name:** Kevin Adams, Authorized agent of Max Minds LLC
**Date:** April 19, 2024

**Correspondence:** Yes
**Explanation of Corrections:** I made a clerical mistake when entering the title of the work on the original registration. The name should have been entered as "Haptic Version 1.2.21.1" instead of "Haptic Federal Version 1.2.21.1". This is an evolving software product and I registered several versions in a short period of time. I mixed up the semantics of the name on this registration.