# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-421-490

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
April 02, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Haptic Version 1.2.125 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |

## Author

| | |
|---|---|
| **Author:** | Max Minds LLC |
| **Author Created:** | Revised Computer Program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Max Minds LLC |
| | 12400 N. Meridian St, Suite 175, Carmel, IN, 46032, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **Previous registration and year:** | TXu002416034, 2024 |
| **New material included in claim:** | Revised Computer Program |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Max Minds LLC |
| **Address:** | 12400 N. Meridian St, Suite 175 |
| | Carmel, IN 46032 United States |

## Certification

**Name:** Kevin Adams
**Date:** March 21, 2024

**Correspondence:** Yes