# Exhibit 3

| | |
|---|---|
| **Registration #:** | TXu002419714 |
| **Service Request #:** | 1-13643704661 |

## Mail Certificate

Ice Miller LLP
200 Massachusetts Ave., NW Suite 400
Washington D.C., DC 20001 United States

| | | | |
|---|---|---|---|
| **Priority:** | Special Handling | **Application Date:** | March 21, 2024 |

**Note to C.O.:** We respectfully request this registration be treated with urgency. We require registration to assert this copyright in ongoing litigation. Thank you.

## Correspondent

| | |
|---|---|
| **Name:** | Kevin Adams |
| **Email:** | kevin.adams@icemiller.com |
| **Address:** | 200 Massachusetts Ave., NW Suite 400 |
| | Washington D.C., DC 20001 United States |

Registration Number

# TXu 2-419-714

**Effective Date of Registration:**
March 21, 2024
**Registration Decision Date:**
March 22, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Haptic Federal Version 3.1.21.4 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |

## Author

| | |
|---|---|
| • **Author:** | Max Minds LLC |
| **Author Created:** | Revised Computer Program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Max Minds LLC<br>12400 N. Meridian St, Suite 175, Carmel, IN, 46032, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **Previous registration and year:** | TXu002416034, 2024<br>1-13642929491, 2024 |
| **New material included in claim:** | Revised Computer Program |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Max Minds LLC |
| **Address:** | 12400 N. Meridian St, Suite 175<br>Carmel, IN 46032 United States |

## Certification

        **Name:**  Kevin Adams
         **Date**:  March 21, 2024