# Exhibit 9

| Status | LinkedIn | First Name | Last Name | Role | Customer | Joined TEG | Left TEG | EULA | First EULA | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|
| active | yes | Lydia | Belmonte | FSR | MacDill AFB (FL) | Jun 2024 | | | | |
| active | yes | Chris | Blenderman | Designer | | Feb 2017 | | Haptic | Dec 2020 | chris |
| active | yes | Mike | Bowers | Partner, Lead Trainer | MacDill AFB (FL) | Jan 2016 | | Haptic | Feb 2020 | mbowers |
| active | | Samuel | Brown | | | | | Alleo | Mar 2023 | samh |
| active | yes | Matthew | Bryfczynski | FSR | MacDill AFB (FL) | Jul 2024 | | | | |
| active | yes | Cesar | Calva | Software Tester | | Jun 2021 | | Haptic | Jun 2021 | cesar.calva |
| active | | Janna | Clare | Partner, CFO | | Jan 2016 | | | | |
| active | | Robert | Clare | Partner, CEO | | Jan 2016 | | Haptic | Mar 2020 | rclare |
| active | | Ben | Darnell | | | | | | | |
| active | | Jon | Dutton | Software Tester | | Jul 2023 | | | | j.dutton |
| active | | Vinnie | Gallardo | | | | | | | |
| active | yes | Sabrina | Hance | Developer | | May 2024 | | | | |
| active | yes | Caleb | Hanlon | On-Site Lead | III Corps (TX) | Nov 2022 | | | | |
| active | | Jerry | Jean | | | | | | | |
| active | yes | Arlyn "Jay" | Johnson | On-Site Technician | USFK | Oct 2020 | | Haptic | Oct 2020 | jay |
| active | yes | Kristopher | Keller | On-Site Lead | 25ID (Hawaii) | Jul 2024 | | | | |
| active | yes | Jefri | King | Inside Sales | III Corps (TX) | Feb 2024 | | | | |
| active | | Larry | Lins | Partner, Sales; POC for MAX | | Jan 2018 | | Haptic | Mar 2020 | Larry.lins |
| active | yes | Jennifer | Love | Product Manager | | Jun 2024 | | | | |
| active | | Jeff | Mase | Partner, COO | | Jan 2016 | | Haptic | Oct 2019 | jmase |
| active | | Craig | Michel | Account Exec | Pentagon? | Oct 2024 | | | | |
| active | yes | Jeremiah | Minor | On-Site Lead | 2ID (KOR) | Jul 2022 | | Alleo | Jul 2022 | jjminor |
| active | yes | Preston | Moore | On-Site Lead | CENTCOM (FL) | Jun 2022 | | | | |
| active | yes | Brian | Morris | FSR | III Corps (TX) | Apr 2022 | | | | |
| active | | Kevin | Mullican | Partner, CTO | | Jan 2016 | | Haptic | Oct 2020 | kevin.mullican |
| active | yes | Derlin "Yoshy" | Reyna | IT Support | XVIII ABC (NC) | Dec 2022 | | Alleo | May 2023 | |
| active | | Wilson | Rojas | FSR | | Sep 2024 | | | | |
| active | yes | Nico | Ruggiero | Tech Services Rep | MacDill AFB (FL) | Aug 2022 | | Alleo | Jul 2022 | nicoruggiero |
| active | yes | Jermaine | Salmon | FSR | MacDill AFB (FL) | Jul 2024 | | | | |
| active | yes | Josh | Schmitt | FSR | | Mar 2024 | | | | |
| active | yes | David | Sinnk | Director of TechOps | | Jun 2021 | | Haptic | Jun 2021 | david.sinnk |
| active | | Kevin | Teran | | | | | | | |
| active | | Chris | Trejo | | | | | | | |
| active | yes | Shawn | Wakefield | Developer | | Sep 2023 | | | | |
| active | | Sean | Walker | Partner, HR | | Jan 2016 | | Haptic | Jan 2020 | sean.walker |
| active | | Dylan | Westbrook | | | | | Alleo | Jul 2022 | jdwestbrooks |
| active | yes | Cole | Whitman | Developer | | Aug 2023 | | | | |
| active | yes | Casey | Wilcox | On-Site Lead | XVIII ABC (NC) | Mar 2022 | | Alleo | Mar 2022 | cwilcox |
| former | | Carmela | Braxton | | | | 2019 | | | |
| former | yes | Matt | Coats | Program Manager | | Oct 2020 | Sep 2024 | Haptic | Oct 2020 | matt |

| Status | LinkedIn | First Name | Last Name | Role | Customer | Joined TEG | Left TEG | EULA | First EULA | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|
| former | yes | Walter | Cummings | IT Engineer | | Jun 2021 | Dec 2022 | Haptic | May 2021 | |
| former | yes | Gary | Durr | | | | 2018 | | | |
| former | yes | Tony | Harness | FSR | USFK | Apr 2023 | Oct 2024 | | | |
| former | | Drew | Kiechler | | | | 2022 | | | |
| former | yes | Leland | Kraatz | Software Engineer | | Feb 2018 | Jun 2020 | Haptic | Jan 2020 | Leland |
| former | yes | Mark | Mahoney | Director of TechOps | | May 2016 | May 2021 | Haptic | Jan 2020 | Mark.Mahoney |
| former | | Sean | McCluskey | Partner | | Jan 2015 | Nov 2018 | | | |
| former | yes | David | McCutchen | Lead Developer | | Jun 2023 | Jun 2024 | Alleo | Jul 2023 | |
| former | yes | Kameron | Morring | FSR | USFK | Oct 2020 | Oct 2021 | Haptic | Oct 2020 | Kmorring |
| former | yes | Wayne | Potts | Director of IT | | Jun 2021 | May 2023 | Haptic | May 2021 | wpotts |
| former | | John | Poulos | | | | 2019 | | | |
| former | | Lee | Quiñones | | | | | | | |
| former | | Schaffer | Robinchaux | Director of TechOps | | | | Haptic | Aug 2021 | srobichaux |
| former | | Todd | Sternberg | | | | 2019 | | | |
| former | | Carol | Toby | | | | | | | |
| former | | Jesse | Williams | System Admin | | Jan 2020 | Jan 2021 | | | |
| unknown | | Amber | Baker | | | | | | | |
| unknown | | Michael | Carmichael | | | | | | | |
| unknown | | Brian | Clare | | | | | Haptic | Apr 2021 | brian |
| unknown | | Jon | Clare | | | | | Haptic | Apr 2021 | jon |
| unknown | | Kelsey | Clare | | | | | Haptic | Jun 2021 | kclare |
| unknown | | Kirk | Etchberger | | | | | | | |
| unknown | yes | Thomas | Kurek | | | | | | | |
| unknown | | Sofia | Mase | | | | | Haptic | Sep 2021 | sofie |
| unknown | | Jim | Simison | | | | | Haptic | Aug 2021 | jsimison |