# Exhibit 10

| EVIDENCE/PROPERTY CUSTODY DOCUMENT | MPR/CID SEQUENCE NUMBER |
|---|---|
| For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command | N/A |
| | CRD REPORT/CID ROI NUMBER |
| | N/A |

**EXHIBIT 35**

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| Triangle Experience Group (TEG) | N/A |

| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED | ADDRESS (Include Zip Code) |
|---|---|
| [X] OWNER   Mike Bowers (TEG)<br>[ ] OTHER | 11182 Hopson Rd, Suite A<br>Ashland, VA 23005 |

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| Download Link via Email from Jennifer Ryan - MaxMinds | Source Code Scanning | 1200/Aug 18, 2023 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 01 | Haptic Federal Source Code 3.1.21.7 (Build 20230803.1) |
| ///////// | /////////// | ///////////////Nothing Follows/////////////////// |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 08/18/23 | SIGNATURE *Jennifer Ryan*<br>NAME, GRADE OR TITLE<br>Jennifer Ryan, Max Minds | SIGNATURE *Michael R Bowers*<br>NAME, GRADE OR TITLE<br>Mike Bowers, TEG | MaxMinds sent Item#1 to TEG to scan the Haptic Federal Source Code |
| 1 | 08/23/23 | SIGNATURE *Michael R Bowers*<br>NAME, GRADE OR TITLE<br>Mike Bowers, TEG | SIGNATURE<br>NAME, GRADE OR TITLE | TEG certifies destruction of Item #1 Haptic Federal Source Code v3.1.21.7 |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |

DA FORM 4137, 1 JUL 1976   Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete   LOCATION N/A   DOCUMENT NUMBER 20230818   APD LC v1.00

CONFIDENTIAL                                                                 MAX779-000326

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | CHAIN OF CUSTODY (Continued) | | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |

**FINAL DISPOSAL ACTION**

RELEASE TO OWNER OR OTHER  (Name/Unit) _____
DESTROY   Haptic Federal Source Code 3.1.21.7 (Build 20230803.1)
OTHER  (Specify)

**FINAL DISPOSAL AUTHORITY**

ITEM(S) _____ ON THIS DOCUMENT, PERTAINING TO THE INVESTIGATION INVOLVING _____
                                                                                                                                                                (Grade)
_____ (IS) (ARE) NO LONGER
            (Name)                                                  (Organization)

REQUIRED AS EVIDENCE AND MAY BE DISPOSED OF AS INDICATED ABOVE.   (If article(s) must be retained, do not sign, but explain in separate correspondence.)

_____         _____        _____
(Typed/Printed Name, Grade, Title)                    (Signature)                                           (Date)

**WITNESS TO DESTRUCTION OF EVIDENCE**

THE ARTICLE(S) LISTED AT ITEM NUMBER(S) _____ (WAS) (WERE) DESTROYED BY THE EVIDENCE CUSTODIAN, IN MY PRESENCE, ON THE DATE INDICATED ABOVE.

_____                                                            _____
(Typed/Printed Name, Organization)                                                                           (Signature)

APD LC v1.00

CONFIDENTIAL