# Exhibit 18

**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MAX MINDS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TRIANGLE EXPERIENCE GROUP, INC.,<br>ROBERT CLARE, JEFFREY MASE,<br>KEVIN MULLICAN,<br><br>        Defendants. | **CASE NO. 1:24-CV-00779-JPH-MG** |

**EXPERT REPORT OF ROBERT ZEIDMAN**

CONFIDENTIAL

**EXPERT REPORT OF ROBERT ZEIDMAN**

# Contents

I.  Personal Experience and Background ................................................................. 1

II.  Technology Background ..................................................................................... 2

  A.  Software Source Code ..................................................................................... 2

  B.  Clients and Servers ......................................................................................... 3

  C.  CodeDiff ......................................................................................................... 4

  D.  HTML Preprocessor ....................................................................................... 4

  E.  Source Map ..................................................................................................... 5

III.  Scope of Report ................................................................................................. 5

IV.  Summary ............................................................................................................ 6

V.  Analysis ............................................................................................................. 6

  A.  Source Code Analysis ..................................................................................... 6

  B.  CodeSuite Results ........................................................................................... 6

  C.  Conclusion ....................................................................................................... 8

Exhibit A: Resume of Robert Zeidman ..................................................................... A

Exhibit B: CodeDiff database .................................................................................... B

Exhibit C: Distribution spreadsheet .......................................................................... C

Exhibit D: CodeDiff non-matching report ................................................................ D

I, Robert Zeidman, provide the following expert disclosures.

## I.    PERSONAL EXPERIENCE AND BACKGROUND

1.    I am an engineer and the founder and president of Zeidman Consulting, which provides engineering consulting to high-tech companies.  Among the types of services I provide are hardware and software design.  My clients have included Fortune 500 computer and technology companies as well as smaller companies and startups.  A copy of my resume is attached hereto as Exhibit A.

2.    I hold a master's degree from Stanford University in Electrical Engineering and two bachelor's degrees from Cornell University, one in Electrical Engineering and one in Physics. I have more than 40 years of experience in electrical engineering and more than 50 years of experience in software development.

3.    The software products I have developed include Internet-based training courses and web-based course administration software, an operating system synthesis tool, a source code comparison tool, a network emulation software bridge, a remote backup system, and an online gaming site. The hardware products I have developed include semiconductor integrated circuits and printed circuit boards for bus controllers, memory interfaces, network interfaces, a video attribute controller, a data cache and register logic for a supercomputer, a processor for a telecom parallel processor system, a neural network memory, and various controllers incorporating RISC processors and DSPs.

4.    I have founded several companies including Zeidman Consulting, a hardware and software development firm, eVault, a remote backup company, the Chalkboard Network, an e-learning company, Zeidman Technologies that develops software tools for enabling and improving hardware and software development, Software Analysis and Forensic Engineering Corporation that develops software forensic analysis tools, and Good Beat Games, an online poker gaming site.

5.    I have written a variety of papers, books, and presentations on computer hardware

and software and other engineering subjects. I am the developer of the Universal Design Methodology, a process for efficiently developing reliable systems, about which I have written extensively. A list of my publications is included in my resume attached as Exhibit A.

6.      I hold 28 patents in the areas of software analysis, software comparison, software synthesis, hardware emulation, hardware synthesis, hardware simulation, media broadcast and advertising, and online gaming. I wrote a textbook on software forensics entitled *The Software IP Detective's Handbook, Measurement, Comparison, and Infringement Detection*, which is recognized as the seminal book in the field. I have created a tool called CodeSuite® for assisting in the determination of whether one computer program has been copied from another computer program. CodeSuite and the specific functions that were used in my analysis for this case are described in more detail later in this report.

7.      I have consulted on over 280 matters involving intellectual property disputes including instances of alleged software copying, trade secret misappropriation, and patent infringement. My work in this capacity has included, among other things, reviewing and analyzing software source code, reviewing and analyzing patents, reverse engineering hardware and software, writing expert reports, and testifying in court. I have testified at deposition and at trial in a number of these cases. The specific cases can be found in my resume, attached as Exhibit A.

## II.      TECHNOLOGY BACKGROUND

8.      This section describes the major technologies at issue in this case.

### A.      Software Source Code

9.      Computer programs can be written using complex instructions that look like English. For example, the instruction `a = b*c+2` tells the computer to take the number stored in memory and represented by variable `b`, multiply that by the number stored in memory and represented by the variable `c`, add 2 and store the result in memory represented by the variable `a`. Similarly, the

CONFIDENTIAL                                                                                              2

statement `printf("Hello world!")` tells the computer to print the words "Hello world!" to the computer screen. These high-level, English-like instructions are called "source code." Computer programs are made up of many lines of source code and the process of writing these lines of code is called programming. Eventually these lines of source code are turned into instructions that a computer understands, consisting of sequences of electronic ones and zeroes. The process of turning human-readable source code into a file containing computer instructions is called "compiling" and is performed by a special computer program called a "compiler." In some cases, source code is run directly by a computer, without creating any file of computer instructions, in which case the program is "interpreted" by a special computer program called an "interpreter" that converts each line of source code to computer instructions one at a time to be executed by the computer.

### B. Clients and Servers

10.     The Internet is a global network of millions of interconnected computers throughout the world.  An intranet is an internal network of interconnected computers within an organization that is isolated from the Internet and only accessible by members of the organization. A "browser" is a computer program used for displaying text, images, and sound over the Internet or an intranet.  Much of the information on the Internet and on an intranet is stored in and accessed through "web pages" which can be accessed through a computer connected to a network. "Websites" are locations on the Internet and on an intranet that contain collections of web pages.

11.     A "server" is a computer on a network (such as an intranet or the Internet) that is dedicated to a particular purpose, stores information, and serves that information to one or more client computers over the network.  For example, a "web server" performs all work necessary for hosting the website, stores all files related to the website, and serves the web pages to client computers on the network.  Server software refers to software running on the server computer that "serves up" information to a client computer.

12.     A "client" is a computer that makes an information request to a server, which fulfills

CONFIDENTIAL                                                                                                     3

the request. Client software refers to software running on the client computer that makes requests for information from a server computer.

13.     Computer interactions using the client/server model are very common. For example, when an individual checks a bank account over the Internet, a client program in the individual's computer forwards the request to a server program at the bank. The bank's server program may respond, or it may, in turn, forward the request to its own client program that makes a request to another bank's server computer.

### C.     CodeDiff

14.     The CodeDiff® function of CodeSuite® measures software similarity by comparing source code files in multiple directories and subdirectories to find files that are exact matches or nearly exact matches. CodeDiff looks for identical lines in pairs of source code files. CodeDiff is particularly useful for comparing files where it is already known that many of the files are nearly identical, and there has been no attempt to hide the similarity.

15.     CodeDiff compares every file in one directory with every file in another directory, including all subdirectories if requested. CodeDiff produces a database of results that can then be exported to an extensive HTML report that lists the most similar pairs of files based on matching lines of source code in the files. CodeDiff can also generate detailed spreadsheets that present statistics about the amount of similarity between the two sets of code. CodeDiff uses a fast, simple algorithm to find matching lines within different source code files and works for any programming language.

### D.     HTML Preprocessor

16.     The HTML Preprocessor™ function of CodeSuite® transforms HTML pages into pure HTML files, pure text files, and pure script files that are amenable to analysis by CodeSuite, DocMatch, and other source code analysis tools.

17.     HTML Preprocessor outputs nicely formatted HTML files without embedded scripts,

CONFIDENTIAL                                                                                          4

text files containing text blocks within the original HTML files, and script files containing scripts within the original HTML files. The scripts are assumed to be JavaScript, though they may contain other languages if the original HTML files contain other languages. A file with name `filename.html` will produce three new files with these names:

pure HTML:          `filename_out.html`

pure text:          `filename_out.txt`

pure script:        `filename_out.js`

### E.    Source Map

18.    The purpose of a source map file is to permit source code debugging of JavaScript code. It provides a line-by-line and statement-by-statement map from the optimized code back to the original source code. Source code maps chart the code back to the original source code to permit line level or statement level debugging. See Source Map Revision 3 Proposal.

## III.    SCOPE OF REPORT

19.    Based on my background and experience, I have been asked by the law firm of SRIPLaw, PA, on behalf of Max Minds, LLC to provide my opinions and conclusions related to whether all or parts of the software created by Max Minds, LLC ("Max Minds," "Plaintiff") were copied by Triangle Experience Group, Inc. ("TEG," "Defendant").

20.    For my work on this matter Zeidman Consulting is being compensated at a rate of $1,000.00 per hour.

21.    In reaching the opinions and conclusions discussed herein, I received, considered, and/or relied upon the following materials:

1.    Max Minds client source code version 20230922_3.1.21.9_CompleteSource_JWICS_PoC from September 22, 2023 consisting of Angular template files and TypeScript files.

CONFIDENTIAL                                                                              5

2.  TEG client source code downloaded by Robert Simon labeled www.devvjoc.com_v3.1.21.13d15 consisting of Angular template files and TypeScript files.

3.  Declaration of Robert Simon in Support of Motion for Preliminary Injunction and Seizure Order dated May 3, 2024.

4.  Video by Robert Simon, How to Download all Website Resources, https://vimeo.com/938243685.

5.  Video by Robert Simon, Haptic Federal Source Code Made Available on TEG Sites May 15, 2024, https://vimeo.com/video/946970086?share=copy.

6.  John Lenz, Google and Nick Fitzgerald, Mozilla, Source Map Revision 3 Proposal, February 11, 2011, https://sourcemaps.info/spec.html.

## IV.    SUMMARY

22.    I found that the majority of the source code files (Angular template files and TypeScript files) exposed by the source maps and downloaded from the TEG site were identical or nearly identical to the source code files (Angular template files and TypeScript files) from Max Minds.

## V.    ANALYSIS

23.    In this section I describe the analysis that leads to my conclusions.

### A.    Source Code Analysis

24.    In reviewing the Plaintiff's and Defendant's source code, I found that both parties' source code files consisted of TypeScript files and Angular Template files, which have HTML extensions and an HTML-like format.

### B.    CodeSuite Results

25.    I ran the HTML Preprocessor function of CodeSuite on the (Angular Template)

HTML files to give the files identical formatting. In this way, CodeDiff could be run on the resulting files and would not be confused by any simple formatting differences such as whitespace or line breaks.

26.    I then ran the CodeDiff function of CodeSuite on the HTML and TypeScript files for an exhaustive comparison between all TypeScript and Angular Template files. The CodeDiff database of results from the analysis is included as Exhibit B.

27.    I then created a distribution spreadsheet from the results of the CodeDiff comparison, which shows the similarity scores for each Max Minds files and the most similar TEG file. This distribution spreadsheet is included as Exhibit C. I compared 840 Max Minds files to 606 TEG files. There were 833 Max Minds files that had some similarity to TEG files, ranging from one Max Minds file with a maximum similarity score of 1 and 446 Max Minds files with a maximum similarity score of 100. In other words, 446 Max Minds files could be found in their entirety within the TEG files. The results can be seen graphically in Figure 1.



**Figure 1. Distribution of similarity scores of Max Mind files to TEG files**

28.    Exhibit D is an HTML report showing each Max Minds file compared to the most similar TEG file but that had a non-zero similarity score below 100. These are the Max Minds

files that did not have an exact match within the TEG files. Clicking on the similarity score in the
main report page will bring up a detailed HTML page showing the non-matching lines in the
files. In many cases, the non-matching lines had only trivial differences. In other cases, the non-
matching lines were functional lines of code in one file that had been commented out in the other
file. In some cases, the name "Max Minds" had been replaced with the name "Triangle
Experience Group." In other cases, Max Minds' product names "Alleo" and "Haptic" had been
replaced with the TEG product name "VJOC."

### C.    Conclusion

29.    Based on my analysis performed by comparing Max Minds source code files to TEG
source code files, it is my conclusion that a very significant number of TEG source code files
were copied from the Max Minds source code files. Some of the copied files have been modified
but the majority of them have not.

30.    It is my understanding that discovery in this case is ongoing.  Accordingly, I reserve
the right to supplement or amend my opinions in light of any additional evidence, testimony, or
information that may be provided to me after the date of this report.  I also reserve the right to
supplement or amend my opinions in response to any expert reports served by any other party in
the lawsuit.

Dated:  September 4, 2024

**Exhibit A: Resume of Robert Zeidman**

CONFIDENTIAL

A

*Robert Zeidman*



10981 Willow Valley Ct
Las Vegas, NV 89135
Tel (650) 741-5809
Email Bob@ZeidmanConsulting.com
Website www.ZeidmanConsulting.com

**PROFESSIONAL SUMMARY**

Bob Zeidman has management experience in the founding and daily operation of various high-tech companies as well as hands-on experience designing, analyzing, and reverse-engineering hardware and software. Mr. Zeidman is considered a pioneer in the fields of analyzing and synthesizing software source code and the creator of the field of Software Forensics. He is also considered one of the leading experts in the Verilog hardware description language as well as ASIC and FPGA design. He has written several engineering texts and regularly teaches courses in these areas at conferences throughout the world. Mr. Zeidman is also an experienced and well-regarded expert in intellectual property disputes. He is certified in the use of CodeSuite®. He holds a B.A. in Physics and a B.S. in Electrical Engineering from Cornell University and a master's degree in Electrical Engineering from Stanford University.

**EXPERIENCE**

10/1987 - present: Zeidman Consulting - founder and president
- Provides engineering hardware and software design services to companies.
- Provides engineering support and expert witnesses for high-tech litigation.

8/2007 - present: Software Analysis and Forensic Engineering Corporation - company founder and president
- Software tools for intellectual property litigation.
- Created patented CodeSuite® software including BitMatch®, CodeCLOC®, CodeCross®, CodeDiff®, CodeMatch®, and SourceDetective® for efficiently finding correlation between source code files of different programs.
- Developed CodeSuite-MP for running CodeSuite® on multiple cores of a multicore processor.
- Architected CodeGrid for running CodeSuite® on a supercomputer grid.

8/2020 - present: Good Beat Games - founder and president
- Online gaming company.
- Initially focusing on poker: Good Beat Poker.

12/2013 - present: Firtiva Corporation - founder and president
- Streaming media company.

1/2002 – 5/2023: Zeidman Technologies - founder and president
- Software tools for embedded software development.
- Created patented SynthOS® software that automatically synthesizes source code for a real time operating system.
- Created patented Molasses® virtualization software that enables a slow speed hardware emulator or prototype to be attached to a high-speed network to emulate network hardware in a live system.

1/2003 - 4/2008: Semizone.com - advisor
- Web-based training for engineers.
- Advisor on issues relating to e-learning content, development, presentation, and delivery.
- Instructor for various electrical engineering courses.

<u>1/1999 - 12/2002: The Chalkboard Network - founder and president</u>

- Web-based training for engineers and business professionals.
- Developed Depth Control®, a unique instructional design methodology for Web-based training.

<u>1/1997 - 12/1997: Apple Computer - consultant</u>

<u>7/1995 - 9/1995</u>

- Firmware development for a multimedia projection system.
- Firmware development for the Apple Studio Display, an advanced flat panel monitor.

<u>7/1996 - 12/1996: Hitachi Computer Products (America) - consultant</u>

- Helped define an architecture and functional specification for an ATM switch.

<u>10/1995 - 6/1996: Cisco Systems - consultant</u>

<u>3/1995 - 10/1995</u>

<u>10/1994 - 1/1995</u>

- Wrote Verilog behavioral models and developed a Verilog simulation environment for a 10baseT switch.
- Performed schematic capture, Verilog design, and simulation of an FDDI hub.
- Performed schematic capture, Verilog design, and simulation of an ATM router.

<u>5/1997 - 6/1997: Quickturn Design Systems - consultant</u>

<u>3/1995 - 7/1995</u>

<u>1/1994 - 2/1994</u>

<u>5/1993 - 6/1993</u>

- Designed custom memory boards for emulation of a supercomputer.

<u>7/1993 - 3/1994: Adaptive Video - consultant</u>

- Managed a team designing DSP-based medical imaging boards.

<u>1/1993 - 3/1993: Wireless Access - consultant</u>

- Supervised the design of an FPGA-based prototype for a telecommunications encoding and decoding scheme.

<u>1/1992 - 4/1999: eVAULT Remote Backup Service - founder and president</u>

- Invented the concept of remote backup.
- Set up a remote backup system with a central file server and communication lines including ISDN.
- Wrote remote backup software for DOS, Windows, and OS/2 including a GUI, a backup scheduler and file compression, encryption, and communication routines.

<u>6/1991 - 9/1991: STEP Engineering - consultant</u>

- Reviewed and optimized RISC hardware and software.

<u>12/1990 - 8/1991: Ricoh Corporation - consultant</u>

- Led a team that designed four RISC-based controllers for laser printers, scanners, faxes, and copiers.

<u>9/1989 - 11/1990: DAVID Systems - consultant</u>

- Designed network interface boards for 10BaseT, 10Base2, and FOIRL.
- Led an international team that tested an AMI encoding scheme and designed an ASIC for a digital phone set.

5/1993 - 8/1993: Ikos Systems - consultant

8/1992 - 2/1993

3/1988 - 8/1989

- Designed a high speed SBUS to MXIbus interface and a high-speed controller for a parallel processor.
- Architected, designed, and wrote diagnostic software for a RISC-based controller for a simulation accelerator.

10/1987 - 10/1988: Stanford University - consultant

- Led a team of graduate students under Professor Mike Flynn in the design and testing of a neural network memory.

1/1986 - 3/1988: Telestream Corporation - staff engineer

- Developed an architecture model for a telecom parallel processor system.
- Modeled, simulated, and tested a proprietary bus.
- Designed a telecom processing element ASIC.
- Designed a telecom system backplane.

9/1985 - 12/1985: American Supercomputers - staff engineer

- Designed a data cache and the register section logic for a CRAY compatible supercomputer.
- Assisted with the implementation of a behavioral simulator.

1/1985 - 8/1985: ROLM Corporation - staff engineer

- Simulated, debugged, and tested cache and memory control ASICs for a minicomputer.
- Microcoded the character string instructions.

4/1983 - 12/1984: Signetics Corporation - staff engineer

- Project leader for a CMOS DMA Interface chip (68431).
- Simulated a TTL VME bus controller chip (68172).
- Redesigned and simulated an oxide isolated ISL Enhanced Video Attribute Controller chip (2675T).
- Simulated a TTL Disk Phase Locked Loop chip (68459).
- Created a standard procedure for developing ASICs.

**LITIGATION CONSULTING**

11/2021 – present: Motorola Solutions, Inc. v. Hytera Communications Corporation Ltd., et al.
Law Firms: Steptoe LLP
Client: Hytera
Court: U.S. District Court, Northern District of Illinois
Case: 1:17-cv-01973

- Copying of mobile radio software
- Reviewed source code
- Compared software code using CodeSuite
- Wrote expert reports
- Testified at deposition
- Testified at contempt hearing

11/2021 – present: USA v. Hytera Communications Corporation Ltd., et al.
Law Firms: Steptoe LLP
Client: Hytera
Court: U.S. District Court, Northern District of Illinois
Case: 1:20-CR-00688

- Copying of mobile radio software

- Reviewed source code
- Compared software code using CodeSuite
- Wrote expert report

4/2022 – 2/2023: Suzhou Angela Online Game Technology and Imperium Interactive Entertainment v. Snail Games USA and Wildcard Properties

Law Firms: Hughes Hubbard & Reed / Blue Peak Law Group and Quinn Emanuel Urquhart & Sullivan
Client: Court (neutral)
Court: U.S. District Court, Central District of California
Case: 2:21-cv-9552-CAS-SK and 2:22-cv-2009-CAS-SK

- Alleged copying of online game software
- Reviewed source code
- Compared software code using CodeSuite
- Wrote expert report
- Testified at deposition

3/2022 – 12/2022: Insuraprise, Inc. vs. Universal Fidelity Life Insurance Company, et al.

Law Firm: Icenogle & Boggins
Client: Universal Fidelity Life Insurance Company
Court: 459th Judicial District Court of Travis County, Texas
Cause: D-1-GN-18-003277

- Alleged trade secret theft of Medicare Supplemental Insurance customer management software
- Wrote expert report
- Testified at deposition

Testified at deposition
2/2022 – 8/2023: Karma Automotive v. Lordstown Motors Corp.

Law Firm: Fisher & Phillips / Seyfarth Shaw
Client: Karma Automotive
Court: U.S. District Court, Central District of California
Case: 8:20-cv-02104-JVS-DFM

- Alleged copying of automotive control software.
- Reviewed source code
- Compared software using CodeSuite
- Wrote declarations and expert report
- Testified at deposition

2/2022 – 9/2022: Allscripts v. Andor Health

Law Firm: Barnes & Thornburg
Client: Allscripts
Court: U.S. District Court, District of Delaware
Case: 1:21-CV-00704-MAK G

- Alleged copying and reverse engineering of Electronic Health Records (EHR) applications
- Reviewed source code
- Compared software code using CodeSuite
- Wrote expert report
- Testified at deposition

12/2021 – 6/2022: Solas OLED v. Samsung Electronics

Law Firm: Russ August & Kabat
Client: Solas OLED
Court: U.S. District Court, Eastern District of Texas, Marshal Division
Case: 2:21-cv-00105-JRG

- Alleged patent infringement of capacitive touch screens

- Wrote expert report
- Testified at deposition

<u>8/2021: Neodron Ltd. v. Cypress Semiconductor</u>

Law Firm: Russ August & Kabat
Client: Neodron
Court: U.S. District Court, Western District of Texas
Case: 6:20-cv-523-ADA
- Alleged patent infringement of capacitive touch screens

<u>7/2021 – 8/2021: Neodron Ltd. v. STMicroelectronics</u>

Law Firm: Russ August & Kabat
Client: Neodron
Court: U.S. District Court, Western District of Texas
Case: 6:20-cv-560
- Alleged patent infringement of capacitive touch screens

<u>2/2021 – 9/2022: AC Technologies and Via Vadis v. Amazon</u>

Law Firm: DiNovo Price Ellwanger & Hardy
Client: AC Technologies and Via Vadis
Court: U.S. District Court, Western District of Texas
Case: 1:14-cv-813
- Alleged patent infringement of peer-to-peer BitTorrent file sharing protocol
- Wrote expert report
- Testified in deposition

<u>12/2020 – 9/2021: Qualcomm v. Monterey Research</u>

Law Firm: Desmarais
Client: Monterey Research
Court: Patent Trial and Appeal Board
Case: IPR2020-01493
- Alleged patent infringement of programmable devices.
- Wrote expert declaration
- Testified in deposition

<u>12/2020 - 9/2021: Advanced Micro Devices v. Monterey Research</u>

Law Firm: Desmarais
Client: Monterey Research
Court: Patent Trial and Appeal Board
Case: IPR2020-01315
- Alleged patent infringement of transistor output buffer circuit
- Wrote expert declaration
- Testified in deposition

<u>12/2020 - 9/2021: Advanced Micro Devices v. Monterey Research</u>

Law Firm: Desmarais
Client: Monterey Research
Court: Patent Trial and Appeal Board
Case: IPR2020-00989
- Alleged patent infringement of programmable devices
- Wrote expert declaration
- Testified in deposition

<u>8/2020 - present: ImageKeeper v. Wright National Flood Insurance Services</u>

Law Firm: Duane Morris

Client: Wright National Flood Insurance Services
Court: United States District Court, District of Nevada.
Case: 2:20-cv-01470-GMN-VCF
- Alleged trade secret theft of flood insurance claim adjuster software
- Wrote expert declarations
- Testified in deposition

7/2020 – 9/2023: Wavell v. Zwerling, et al.

Law Firm: Callahan & Blaine
Client: Wavell
Court: Judicial Arbitration & Mediation Services, Orange County, California
Case: 1200055354
- Alleged trade secret theft of financial analysis software
- Wrote expert declarations
- Testified in deposition

6/2020 – 1/2021: In re: Tiktok, Inc.

Law Firm: Freed Kanner London & Millen / Carlson Lynch
Client: Plaintiffs
Court: U.S. District Court, Northern District Of Illinois, Eastern Division
Case: 20-cv-4699
- Class action lawsuit about consumer privacy
- Computer source code review

12/2019 – 6/2023: EcoFactor v. ecobee

Law Firm: Russ August & Kabat
Client: EcoFactor
Court: U.S. District Court, Western District of Texas, Waco Division
Case: 6:20-cv-00078-ADA
- Alleged patent infringement of smart thermostats and smart HVAC systems
- Wrote expert report
- Testified in deposition
- Testified at trial

12/2019 – 12/2021: EcoFactor v. ecobee

Law Firm: Russ August & Kabat
Client: EcoFactor
Court: U.S. International Trade Commission
Case: 337-TA-1258
- Alleged patent infringement of smart thermostats, smart HVAC systems, smart HVAC control systems, and components thereof
- Wrote expert reports
- Testified at hearing

9/2019 – 2/2024: HOV Services v. ASG Technologies Group

Law Firm: Stokes Lawrence
Client: ASG Technologies Group
Court: U.S. District Court, Southern District of New York
Case: 1:18-cv-09780-PKC
- Alleged breach of contract involving enterprise information and IT system management solutions
- Compared software code using CodeSuite
- Wrote expert declaration
- Testified in deposition
- Testified at trial

<u>8/2019 – 4/2021: Knowmadics v. LDX</u>

Law Firm: SKS LAW / Lister-Beaupré
Client: LDX
Court: Ontario Superior Court of Justice, Canada
Case: 7-CV-74995
- Alleged copyright infringement of location monitoring and tracking software
- Compared software code using CodeSuite
- Wrote expert reports
- Testified in deposition

<u>7/2019 – 7/2021: Exegy and IP Reservoir v. Activ Financial</u>

Law Firm: Harness, Dickey & Pierce
Client: Exegy
Court: U.S. District Court, Northern District of Illinois
Case: ILND 1:19-cv-02858
- Alleged patent infringement of network devices for real-time financial market data
- Wrote three expert declarations for IPR
- Testified in three depositions for IPR

<u>7/2019 – 3/2021: Neodron v. Samsung, Microsoft, Amazon, Lenovo, Motorola, Dell, and HP</u>

Law Firm: Russ August & Kabat
Client: Neodron
Court: U.S. International Trade Commission
Case: Inv. No. 337-TA-1162
- Alleged patent infringement of capacitive touch screens
- Wrote expert reports
- Testified in two depositions

<u>6/2019 - 11/2019: iReviewNow & SecurTest v. Datamaxx Applied Technologies</u>

Law Firm: Ausley & McMullen,
Client: iReviewNow & SecurTest
Venue: American Arbitration Association
Case: 01-18-0004-6193
- Alleged breach of contract and trade secret theft of a system for verifying and authenticating background reports and consumer records
- Wrote a declaration and an expert report
- Testified at arbitration hearing

<u>5/2019 – 5/2020: ECI Software Solutions. v. John Plyler Plumbing and Hardware, Olshan Lumber Company, Prosperity Computer Solutions, Greg Matatall, Wade Frazier, and Ed Baldridge</u>

Law Firm: Lewis Brisbois Bisgaard & Smith
Client: Prosperity Computer Solutions
Court: U.S. District Court, Northern District of Texas
Case: 3:18-cv-02758-S
- Alleged copyright infringement and trade secret theft of enterprise resource planning software
- Wrote expert report
- Testified in deposition

<u>10/2018 – 2/2020: Automotive Data Solutions v. Directed Electronics Canada</u>

Law Firm: Trojan Law Offices
Client: Automotive Data Solutions
Court: U.S. District Court, Central District of California
Case: 2:18-cv-01560-GW-E
- Alleged copyright infringement of aftermarket automobile remote starter devices

- Alleged trade secret misappropriation of aftermarket automobile remote starter devices
- Compared software code using CodeSuite
- Wrote expert reports
- Testified in deposition

<u>6/2018 - 3/2019: Sarine Technologies v. Diyora & Bhanderi, et al.</u>
Client: neutral expert appointed by the court
Court: Commercial Court at Vadodara, Gujarat, India
Case: Commercial Trademark Suit No. 8 of 2017
- Alleged copyright infringement of diamond imaging software
- Compared code using CodeSuite
- Wrote an expert report
- Affirmed as an expert by the Supreme Court of India

<u>4/2018 – 06/2020: Home Semiconductors v. Samsung Electronics</u>
Law Firm: TechKnowledge Law Group
Client: Home Semiconductors
Court: United States District Court, District of Delaware
Case: Civil Action 13-2033-RGA
- Alleged patent infringement of memory hardware
- Performed research
- Prepared expert report

<u>4/2018 - 5/2018: The State of Missouri v. Eric Greitens</u>
Law Firm: St. Louis Circuit Attorney's Office
Client: The State of Missouri
Court: 22nd Circuit Court, Missouri
Case: Cause No. 1822-CR00642
- Alleged criminal privacy violation
- Researched, analyzed, and compared smartphone camera shutter sounds
- Researched smartphone mechanism for transmission of pictures
- Wrote expert reports
- Testified in deposition

<u>1/2018 - 9/2019: Video Gaming Technologies v. Castle Hill Studio, et al</u>
Law Firm: Saul Ewing Arnstein & Lehr
Client: Castle Hill Studios
Court: U.S. District Court, Northern District of Oklahoma
Case: 17-cv-454-GKF-JF
- Alleged trade secret misappropriation of Class II gaming software
- Compared software code using CodeSuite
- Wrote an expert report
- Testified in deposition

<u>12/2017 - 9/2018: U.S. Ex Rel Maria Uchytil v. Avanade, et al.</u>
Law Firm: Lowe Graham Jones PLLC
Client: Maria Uchytil
Court: U.S. District Court, Western District of Washington
Case: C12-2091-JCC
- Alleged fraudulent procurement of government contracts for computer software
- Compared software code using CodeSuite
- Wrote expert report
- Testified in deposition

<u>1/2017 – 6/2018: CamSoft Data Systems v. Southern Electronics Supply Company, et al.</u>
Law Firm: Melancon Rimes
Client: CamSoft Data Systems
Court: 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana
Case: Docket No. 582,741
- Alleged trade secret misappropriation of wireless network configuration technology
- Wrote an expert report
- Testified in deposition

<u>12/2016 - 11/2018: Papst Licensing v. Apple, LG Electronics, ZTE Corporation, Samsung Electronics, Lenovo, Motorola Mobility, and Huawei Technologies</u>
Law Firm: DiNovo Price Ellwanger
Client: Papst Licensing
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: Civil Action No. 6:15-cv-1095
- Alleged patent infringement of mobile phones
- Read patents
- Examined mobile phones
- Analyzed software source code
- Wrote expert reports
- Testified in 6 depositions
- Testified at trial

<u>9/2016 - 9/2017: CSS v. Christopher Herrington, Gene Yoho and Compiled Technologies</u>
Law Firm: Robinson & McElwee
Client: Christopher Herrington, Gene Yoho and Compiled Technologies
Court: U.S. District Court, Southern District of West Virginia, Charleston Division
Case: Civil Action 2:16-cv-01762
- Alleged copyright infringement of government document management software
- Alleged trade secret misappropriation of government document management software
- Compared software code using CodeSuite
- Wrote an expert report
- Testified in two depositions

<u>7/2016 - 1/2017: Commonwealth of MA v. Figuereo, et al.</u>
Law Firm: Committee for Public Counsel Services
Client: Figuereo, et al.
Court: Massachusetts District Court and Boston Municipal Court
Case: 1248CR1075
- Supervised a team of engineers analyzing and testing Draeger Alcotest breathalyzer hardware and firmware for accuracy, consistency, and reliability.

<u>5/2016 - 2/2020: In re Papst Licensing GmbH & Co. KG Patent Litigation</u>
Law Firm: Desmarais
Client: Papst Licensing GmbH & Co. KG
Court: U.S. District Court, District of Columbia
Case: Miscellaneous Action No. 07-493-RMC
- Alleged patent infringement of camera interface software
- Read patents and proposed a claim construction
- Wrote a declaration
- Testified in deposition
- Testified at Markman hearing

<u>1/2016 - 6/2016: Verasonics v. Alpinion Medical Systems</u>

Law Firm: Davis Wright Tremaine
Client: Verasonics
Venue: American Arbitration Association, International Centre for Dispute Resolution
Case: 01-15-0002-9484
- Alleged trade secret theft of software for an ultrasound research platform
- Compared software code using CodeSuite
- Wrote a declaration and an expert report
- Testified at arbitration hearing

<u>12/2015 - 2/2017: ACI Worldwide v. MasterCard Technologies</u>

Law Firms: Faegre Baker Daniels / Robins Kaplan
Client: ACI Worldwide
Venue: U.S. District Court, District of Nebraska
Case: 8:14cv-00031
- Alleged trade secret theft of financial transaction middleware
- Compared software code using CodeSuite
- Wrote declarations and expert reports
- Testified at depositions

<u>10/2015 - 6/2017: Phoenix Technologies v. VMware</u>

Law Firm: Cooley
Client: Phoenix Technologies
Venue: U.S. District Court, Northern District of California, Oakland Division
Case: 5:15-cv-01414
- Alleged copyright infringement of BIOS code
- Compared software code using CodeSuite
- Wrote two expert reports
- Testified at deposition
- Testified at trial

<u>7/2015 - 5/2016: Oracle America v. Google</u>

Law Firm: Orrick, Herrington & Sutcliffe
Client: Oracle America
Court: U.S. District Court, Northern District of California
Case: C 10-03561 WHA
- Software copyright infringement of Java API packages
- Wrote expert report
- Testified in deposition

<u>2/2015 - present: Intellisoft v. Acer America</u>

Law Firm: Balaban & Spielberger
Client: Intellisoft
Court: Superior Court of California, County of Santa Clara
Case: 1-14-CV-272381
- Alleged trade secret misappropriation of power management hardware and software
- Examined personal computer hardware and software
- Read patents
- Read industry specifications
- Wrote expert reports
- Testified twice at deposition

<u>2/2015 - 1/2016: NNG v. Ava Enterprises</u>

Law Firm: Lewis Roca Rothgerber Christie

– 10 –

Client: NNG, Kft
Court: U.S. District Court, Central District of California
Case: 2:2014-CV-00220
- Alleged copyright infringement of GPS navigation software
- Wrote expert report

10/2014 - 4/2018: ObjectiVision v. Visionsearch Pty Ltd and University of Sydney

Law Firms: K&L Gates / Marque Lawyers / Allens
Client: ObjectiVision
Court: Federal Court of Australia
Case: NSD 385 of 2014
- Alleged copyright infringement of software for a visual electrophysiology device
- Compared software code using CodeSuite
- Researched algorithms
- Wrote expert reports
- Collaborated in an expert conclave
- Testified in trial

10/2014 - 6/2016: AAMP of America v. Automotive Data Solutions

Law Firm: Trojan Law Offices
Client: Automotive Data Solutions
Court: U.S. District Court, Middle District of Florida, Tampa Division
Case: 8:13-cv-2019-T-35TGW
- Alleged patent infringement of aftermarket stereo interface devices
- Wrote expert reports
- Participated in inter partes review
- Testified in two depositions

11/2013 - 9/2014: United Services Automobile Association v. Mitek Systems

Law Firm: Wilson Sonsini Goodrich & Rosati / Scheper Kim & Harris
Client: Mitek Systems
Court: U.S. District Court, Western District of Texas, San Antonio Division
Case: SA-12-CA-0282-FB
- Alleged trade secret misappropriation of mobile banking and check imaging software
- Alleged patent infringement of mobile banking and check imaging software
- Analyzed software and examined specifications
- Wrote expert reports

6/2013 - 1/2014: Cellebrite Mobile Synchronization v. Micro Systemation

Law Firm: Pearl Cohen Zedek Latzer Baratz
Client: Cellebrite Mobile Synchronization
Court: U.S. District Court, Virginia Eastern District Court, Alexandria Division
Case: 1:13-cv-01014-TSE-TRJ
- Alleged copyright infringement and trade secret misappropriation of mobile device forensic software
- Compared software code using CodeSuite
- Wrote an expert report

4/2013 - 12/2015: Audionics System v. AAMP of Florida

Law Firm: Trojan Law Offices
Client: Audionics System
Court: U.S. District Court, Central District of California, Western Division
Case: 2:12-cv-10763-MMM-JEM
- Alleged patent infringement of aftermarket stereo interface devices

- Wrote expert reports
- Testified in two depositions

<u>2/2013 - 5/2017: Metropolitan Health Corporate v. Neil Harvey Associates</u>
Law Firm: Kritzinger & Co / Attorneys Zumpt
Client: Metropolitan Health Corporate
Venue: Western Cape High Court, Cape Town, South Africa
Case: 10264/2010
- Alleged copyright infringement of healthcare administration software
- Compared software code using CodeSuite
- Wrote expert reports

<u>10/2012 - 12/2012: E-Tech USA v. 2lemetry</u>
Law Firm: Reed Smith
Client: 2lemetry
Court: U.S. District Court, District of Colorado
Case: cv-03371-REB-KMT
- Alleged trade secret misappropriation of cloud platform software
- Compared software code using CodeSuite
- Wrote an expert report

<u>8/2012 - 4/2015: Round Rock Research v. SanDisk</u>
Law Firm: Desmarais
Client: Round Rock Research
Court: U.S. District Court, District of Delaware
Case: 12-569 (SLR)
- Alleged patent infringement of flash memory devices
- Analyzed hardware and firmware and examined specifications
- Wrote expert reports
- Testified twice in deposition
- Testified twice in court

<u>8/2012 - 4/2015: SanDisk v. Round Rock Research</u>
Law Firm: Desmarais
Client: Round Rock Research
Court: U.S. District Court, Northern District of California
Case: 1-cv-05243-RS
- Alleged patent infringement of flash memory devices
- Analyzed hardware and firmware and examined specifications
- Wrote expert reports
- Testified in deposition

<u>7/2012 - 5/2013: Kenneth C. Henry v. Petrolink v. Digital Well File</u>
Law Firms: Wright & Close; Martin, Disiere, Jefferson & Wisdom
Client: neutral expert
Court: District Court of Harris County, Texas, 133rd Judicial District
Case: 2010-08178
- Alleged copyright infringement of real-time decision-making software for oilfield data
- Alleged trade secret theft
- Compared software code using CodeSuite
- Wrote two expert reports

<u>7/2012 - 6/2013: Elan Microelectronics v. Pixcir Microelectronics</u>
Law Firm: Alston & Bird

Client: Elan Microelectronics
Court: U.S. District Court, District of Nevada
Case: 2:10-cv-00014-GMN-(PAL)
- Alleged patent infringement of capacitive touch controller hardware and software

1/2012 - 5/2014: Intellectual Ventures v. Altera, Microsemi, Lattice Semiconductor, and Xilinx

Law Firm: Desmarais
Client: Intellectual Ventures
Court: U.S. District Court, District of Delaware
Case: C.A. No. 10-1065-LPS
- Alleged patent infringement of FPGA and ASIC integrated circuits
- Examined schematics and Verilog code
- Wrote expert reports
- Testified at two depositions

1/2012 - 6/2014: ThinkOptics v. Nintendo of America, et al.

Law Firm: Nix Patterson & Roach
Client: ThinkOptics
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:2011cv00454
- Alleged patent infringement of video game controller hardware
- Wrote expert reports
- Testified at two depositions

1/2012 - 9/2012: E-Micro Corporation v. Google, et al.

Law Firm: Nix Patterson & Roach
Client: E-Micro
Court: U.S. District Court, Eastern District Of Texas, Tyler Division
Case: 6:11-CV-465 (JDL)
- Alleged patent infringement of mobile commerce software

7/2011 - 12/2011: Facebook v. Power Ventures

Law Firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, Northern District of California
Case: 5:08-cv-05780 JW (HRL)
- Alleged copyright infringement of social network software
- Alleged trademark infringement of social network software
- Alleged DMCA violation
- Alleged violation of the CAN-SPAM Act
- Alleged violation of the Computer Fraud and Abuse Act ("CFAA")
- Alleged violation of the California Comprehensive Computer Data Access and Fraud Act
- Alleged unfair competition
- Wrote expert report

4/2011 - 4/2014: Motorola Mobility, Google v. Microsoft

Law Firm: Sidley Austin
Client: Microsoft
Court: U.S. District Court, Southern District of Florida
Case: 1:10-cv-2406J-MORENO
- Alleged patent infringement of voicemail software
- Alleged patent infringement of graphics software
- Analyzed patents
- Examined source code

- Wrote expert reports
- Testified in deposition

<u>8/2010 - 3/2011: Cross Match Technologies v. Suprema and Mentalix</u>

Law Firm: Latham & Watkins
Client: Cross Match Technologies
Court: U.S. International Trade Commission
Investigation: 337-TA-720

- Alleged patent infringement of fingerprint scanning and imaging software
- Analyzed patents
- Examined source code
- Compared software code using CodeSuite
- Wrote an expert report
- Testified in deposition

<u>7/2010 - 4/2011: Xpoint Technologies v. Symantec</u>

Law Firm: Quinn Emanuel Urquhart & Sullivan
Client: Symantec
Court: U.S. District Court, District of Delaware
Investigation: 09-CV-0026 (SLR)

- Alleged patent infringement of backup software
- Analyzed patents
- Examined software
- Wrote an expert report

<u>4/2010 - 7/2012: Brocade v. A10 Networks</u>

Law Firms: Orrick, Herrington & Sutcliffe; McDermott, Will & Emery
Client: Brocade
Court: U.S. District Court, Northern District of California, San Jose Division
Case: C 10-03428 LHK (PSG)

- Alleged copying of software for network controllers
- Compared software code using CodeSuite
- Measured software development using CodeCLOC
- Wrote an expert report and several declarations
- Testified in deposition
- Testified at trial

<u>3/2010 - 9/2010: Datamaxx v. Computer Products of Illinois</u>

Law Firm: Ausley & McMullen
Client: Computer Products of Illinois
Court: U.S. District Court, Northern District Of Florida, Tallahassee Division
Case: 4:09cv435-RH/WCS

- Alleged copying of software to enable law enforcement
- Compared software code using CodeSuite
- Wrote a declaration and a rebuttal expert report
- Testified in deposition

<u>2/2010 - 7/2010: SplitFish v. Bannco</u>

Law Firm: Finnegan, Henderson, Farabow, Garrett & Dunner
Client: SplitFish
Court: U.S. District Court, Northern Easter District of Virginia, Alexandria Division
Case: l:10cv297

- Preliminary injunction against defendant granted
- Alleged copying of firmware for video game controllers

- Compared software code using CodeSuite
- Wrote two declarations

<u>12/2009 - 7/2013: Robin Antonick v. Electronic Arts</u>
Law Firm: Keker & Van Nest
Client: Electronic Arts
Court: U.S. District Court, Northern District of California
Case: 3:11-cv-01543-CRB (EDL)
- Contract dispute
- Examined source code and binary code
- Compared software code using CodeSuite
- Wrote expert reports
- Testified in deposition
- Testified in court

<u>10/2009-11/2009: Sigma Six Technologies and Sigma Six Consulting. v. Nagarro and T-Systems Enterprise Services.</u>
Law firm: Ropers, Majeski, Kohn & Bentley PC
Client: Nagarro
Court: U.S. District Court, Northern District of California
Case: C 08-05633 JW
- Alleged trade secret infringement case involving enterprise client user interface software

<u>8/2009 - 11/2010: Zynga v. Green Patch</u>
Law firm: Quinn Emanuel Urquhart & Sullivan
Client: Zynga
Court: U.S. District Court, Northern District of California
Case: CV-09-3636 SC (EMC)
- Alleged copyright infringement case involving web-based social networking game software
- Compared software code using CodeSuite
- Wrote two declarations and an expert report

<u>8/2009 - 5/2012: De Lage Landen Operational Services v. Third Pillar Systems</u>
Law Firm: Wilson Sonsini Goodrich & Rosati
Client: Third Pillar Systems
Court: U.S. District Court, Eastern District of Pennsylvania
Case: 09-cv-02439-HB
- Alleged trade secret misappropriation and contract dispute involving lending and leasing software
- Compared software code using CodeSuite
- Wrote an expert report and a rebuttal expert report
- Testified in deposition
- Testified at trial

<u>2/2009 - 10/2009: Minden Schipper & Associates v. Cancercare Manitoba (Varian Medical Systems)</u>
Client: Varian Medical Systems
Court: Queen's Bench, Winnipeg Centre, Canada
Case: CI 05-01-45377
- Alleged trade secret misappropriation and copying of oncology diagnosis expert system software.
- Compared software code using CodeSuite
- Wrote an expert report

<u>11/2008 - 1/2010: Applied Materials v. Advanced Micro-Fabrication Equipment Co.</u>
Law firm: Goodwin Procter
Client: Applied Materials

- 15 -

Court: U.S. District Court, Northern District Of California
Case: C07 05248 JW (PVT)
- Alleged copying of software for semiconductor manufacturing machines
- Compared software code using CodeSuite
- Wrote expert reports
- Testified in deposition

9/2008 - 9/2009: Abanco Investments v. GuestLogix

Law firm: Patterson, Thuente, Skaar & Christensen
Client: GuestLogix
Court: U.S. District Court, Northern District of Illinois
Case: 07 C 1071
- Alleged trade secret theft involving point-of-sale software
- Compared software code using CodeSuite
- Wrote an expert report

9/2008 - 3/2010: Personnel Department v. CareerBuilder

Law firm: Jones, Day, Reavis & Pogue
Client: CareerBuilder
Court: U.S. District Court, District of Vermont
Case: 2:08-cv-59-wks
- Alleged trade secret theft involving resume building software
- Compared software code using CodeSuite
- Wrote an expert report

9/2008 - 12/2008: Honeywell, Metrologic, OmniPlanar v. Datalogic

Law firm: Robins, Kaplan, Miller & Ciresi
Client: OmniPlanar
Court: U.S. District Court, District of New Jersey
Case: 1:2008cv05234
- Alleged copyright infringement and trade secret theft involving bar code scanner firmware
- Compared software code using CodeSuite

7/2008-10/2008: Facebook v. StudiVZ

Law firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, Northern District of California
Case: 5:08-CV-03468 JF
- Alleged copyright infringement case involving web-based social networking software
- Compared software code using CodeSuite

4/2008 - 12/2010: Esbin & Alter v. Zappier, et al.

Law firm: Alter & Alter
Client: Esbin & Alter
Court: U.S. District Court, Southern District of New York
Case: 08 Civ. 313
- Contract dispute case involving billing and document management software
- Compared software code using CodeSuite
- Wrote two declaration and two expert reports

4/2008 - 12/2008: Piper Jaffray v. Vermilion Capital Management

Law firm: Patterson, Thuente, Skaar & Christensen
Client: Vermilion Capital Management
Court: Minnesota District Court, Fourth Judicial District, County of Hennepin
Case: 07-20203

- Alleged trade secret case involving stock market technical analysis software
- Compared software code using CodeSuite
- Wrote an expert report

4/2008 - 11/2008: Intelligraphics v. Marvell Semiconductor

Law firm: Sommers and Schwartz
Client: Intelligraphics
Court: U.S. District Court, Northern District Of California, San Francisco Division
Case: C-07-2499 JCS
- Contract dispute case involving WLAN firmware and drivers
- Compared software code using CodeSuite
- Wrote an expert report
- Testified at deposition

3/2008 - 8/2008: Optovue v. Carl Zeiss Meditec

Law firm: Nixon Peabody
Client: Carl Zeiss Meditec
Court: U.S. District Court, Northern District of California, Oakland Division
Case: C 07-03010 CW
- Alleged copyright/trade secret theft case involving optical coherence tomography software
- Compared software code using CodeSuite
- Wrote an expert report

2/2008 - 4/2008: Gemstar v. Digeo

Law firm: Ropes & Gray
Client: Gemstar
Court: U.S. District Court, Central District of California, Western Division
Case: CV-06-6519
- Alleged patent infringement case involving program guide displays
- Wrote an expert report

1/2008 - 4/2014: MSC Software v. Altair Engineering, et al.

Law firm: Dykema Gossett
Client: MSC Software
Court: U.S. District Court, Eastern District of Michigan, Southern Division
Case: 2:07-cv-12807
- Alleged trade secret theft case involving motion simulation software
- Compared software code using CodeSuite
- Wrote a declaration and an expert report
- Testified at a hearing
- Testified in deposition

5/2007 - 12/2008: The MathWorks v. COMSOL

Law firm: Jones, Day, Reavis & Pogue
Client: The MathWorks, Inc.
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:06-CV-335
- Alleged copyright infringement case involving mathematical modeling software
- Compared software code using CodeSuite

5/2007 - 12/2008: The MathWorks v. COMSOL

Law firm: Jones, Day, Reavis & Pogue
Client: The MathWorks, Inc.
Court: U.S. District Court, Eastern District of Texas, Tyler Division

Case: 6:06-CV-334
- Alleged patent infringement case involving mathematical modeling software

5/2007 - 6/2007: Third Party Verification v. SignatureLink

Law firm: Law Offices of Brian S. Steinberger
Client: Third Party Verification
Court: U.S. District Court, Middle District of Florida
Case: 6:06-cv-00415
- Alleged copyright infringement case involving web-based signature capture software
- Compared software code using CodeSuite
- Wrote an expert report

4/2007 - 7/2008: Symantec v. Commissioner of Internal Revenue

Law firm: Baker & McKenzie
Client: Symantec
Court: U.S. Tax Court
Case: 12075-06
- Software transfer pricing tax dispute
- Software comparison using CodeSuite and CLOC methodology
- Wrote an expert report
- Testified at trial

4/2007 - 5/2007: Kernius & Frise v. International Electronics

Law firm: Zito tlp
Client: Kernius & Frise
Case: 05-CV-1927
Court: U.S. District Court, District of Maryland
- Alleged patent infringement case involving modems and call waiting
- Wrote an expert report
- Testified in deposition

2/2007 - 8/2008: Quantum Research Group (Atmel) v. Apple, Cypress, Fingerworks

Law firm: Zito tlp, Sidley Austin
Client: Quantum Research Group (Atmel)
Court: U.S. District Court, District of Maryland
Case: 05-cv-03408-WMN
- Alleged patent infringement case involving capacitive sensing devices
- Assisted with claim construction
- Wrote an expert report
- Testified in deposition

8/2006 - 8/2007: AdTech RFID v. Adept Identification Technologies, et al.

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Adept Identification Technologies
Court: Superior Court of Santa Clara County California
Case: 1:06-CV-057464
- Alleged trade secret theft case involving RFID software
- Compared software code using CodeSuite
- Wrote an expert report

6/2006 - 2/2007: Medinformatix v. AcerMed

Law firm: Timothy McGonigle
Client: MedInformatix
Arbitration: JAMS
Ref: 1220035252

- Alleged trade secret case involving electronic medical records software.
- Assisted with determination of trade secrets
- Compared software code using CodeSuite
- Wrote declarations
- Testified in deposition

5/2006 - 11/2006: Iconix v. NetPickle, et al.

Law firm: Orrick, Herrington & Sutcliffe
Client: NetPickle
Court: U.S. District Court, Northern District of California, Oakland Division
Case: 4:06-cv-02201
- Alleged copyright infringement case involving web-based presentation software
- Compared software code using CodeSuite
- Wrote a declaration
- Wrote an expert report
- Testified in deposition

4/2006 - 10/2006: Forgent v. Microsoft et al.

Law firm: Susman Godfrey
Client: Forgent
Court: U.S. District Court, Northern District of California, San Jose Division
Case: M:05-CV-01654
- Alleged patent infringement case involving JPEG encoding of pictures in files
- Reverse engineered video equipment

2/2006 - 5/2008: Rasterex Holdings v. Research in Motion

Law firm: Kilpatrick Stockton
Client: Rasterex Holdings
Court: Superior Court of Fulton County, State of Georgia
Case: 2003-cv-76785
- Alleged copyright infringement case involving mobile document translation and storage software
- Compared software code using CodeSuite
- Wrote an expert report
- Testified in deposition

2/2006 - 9/2006: Medinformatix v. Camtronics Medical Systems

Law firm: Timothy McGonigle
Client: MedInformatix
Court: U.S. District Court, Central District of California
Case: 2:05-cv-04829 SJO
- Alleged trade secret theft case involving electronic medical records software
- Assisted with determination of trade secrets
- Compared software code using CodeSuite
- Wrote declarations

8/2005 - 12/2007: Moneygram Payment Systems v. Enterprise Payment Solutions

Law firm: Michael Best & Friedrich
Client: Moneygram
Court: U.S. District Court, Eastern District of Tennessee
Case: 1:05-cv-00172
- Alleged copyright infringement case involving ACH financial software
- Compared software code using CodeSuite
- Wrote an expert report

8/2005 - 8/2006: Silvaco v. Specular

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Specular
Court: Superior Court of Santa Clara County California
Case: 1:04-cv-031951
- Alleged trade secret case involving electronic design automation (EDA) software
- Compared software code using CodeSuite
- Wrote an expert report

7/2005-2/2008: ConnectU v. Facebook, et al.

Law firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, District of Massachusetts
Case: 1:04-cv-11923
- Alleged copyright infringement case involving social network software
- Compared software code using CodeSuite

4/2005 - 3/2007: Merchant Transaction Systems, et al. v. Nelcela, et al.

Law firm: Lewis & Roca
Client: Merchant Transaction Systems/POST Integration/Ebocom
Court: U.S. District Court, District of Arizona
Case: 2:02-cv-01954
- Alleged copyright infringement involving credit card processing software
- Compared software code using CodeSuite
- Wrote an expert report
- Testified in deposition

4/2005: Brod v. Lev, et al.

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Lev
Court: Superior Court of Santa Clara County California
Case: 1:03-cv-005813
- Alleged copyright infringement case involving Internet acceleration software
- Compared software code using CodeSuite

3/2005 - 12/2005: American Video Graphics v. Electronic Arts, et al.

Law firm: McKool Smith
Client: AVG
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:04-CV-398
- Alleged patent infringement case involving 3D graphics software algorithms
- Examined source code for over 50 video games
- Wrote claim charts for each video game

3/2005 - 12/2005: American Video Graphics v. Sony Corporation of America, et al.

Law firm: McKool Smith
Client: AVG
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:04cv399
- Alleged patent infringement case involving 3D graphics hardware algorithms
- Examined graphic chips

8/2004 - 12/2007: Creative Science Systems v. Forex Capital Markets

Law firm: Baker & McKenzie/Sommers and Schwartz

- 20 -

Client: Creative Science Systems
Court: U.S. District Court, Northern District of California
Case: 5:04-cv-03746
- Alleged copyright infringement involving web-based financial software
- Compared software code using CodeSuite
- Compared software object code
- Wrote a declaration and an expert report
- Testified in deposition

8/2004 - 3/2005: XIOtech v. Compellent Technologies, et al.

Law firm: Faegre & Benson
Client: Compellent
Court: Minnesota District Court, Fourth Judicial District, County of Hennepin
Case: 04-5065
- Alleged trade secret theft involving storage area network (SAN) software
- Compared software code using CodeSuite
- Compared features and researched prior art for storage area network (SAN) software
- Wrote an expert report

8/2004 - 9/2004: OpenTable v. Smart Restaurant Solutions

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Smart Restaurant Solutions
Court: Superior Court of the State of California for the County of San Francisco
Case: CGC-03-424516
- Alleged copyright infringement involving restaurant management software
- Compared software code using CodeSuite
- Wrote an expert report

7/2004 - 2/2005: Zoran and Oak Technology v. MediaTek, et al.

Law firm: Wilson Sonsini Goodrich & Rosati /Hogan & Hartson
Client: MediaTek
Court: U.S. International Trade Commission
Investigation: 337-TA-506
- Alleged patent infringement involving CD-ROM/DVD controller hardware
- Examined VHDL for two CD-ROM/DVD controller chips to determine their architectures and implementations
- Wrote an expert report and created exhibits for trial
- Testified in deposition
- Testified at trial

4/2004 - 11/2004: Agere Systems v. Intersil

Law firm: Kirkland & Ellis
Client: Agere
Court: U.S. District Court, Eastern District of Pennsylvania
Case: 02-CV-08219, 02-CV-1544
- Alleged copyright infringement and contract dispute involving WLAN chips
- Compared firmware source code using CodeSuite
- Examined Verilog and VHDL source code
- Wrote an expert report and rebuttal to opposition expert report

4/2003 - 5/2003: Alvis v. Hewlett-Packard

Law firm: Drinker Biddle & Reath
Client: Hewlett Packard
Court: U.S. District Court, District Court of Jefferson County, Texas

– 21 –

Case: A-164,880
- Class action suit involving reliability of floppy disk drives and software patches
- Wrote an expert report
- Testified in deposition

4/2003 - 5/2003: MediaTek Software Clean Room Development Project

Law firm: MacPherson Kwok
Client: MediaTek
- Clean room code development
- Reviewed source code and compared different source code routines for similarities

3/2003 - 5/2003: Research In Motion v. Good Technology

Law firm: Jones, Day, Reavis & Pogue
Client: Research In Motion
Court: U.S. District Court, District of Delaware
Case: 02-556-JJF, 02-1286-JJF, 02-1338-JJF
- Alleged patent infringement case involving handheld wireless devices and supporting software
- Analyzed software code
- Assisted with deposition of opposing expert
- Wrote claim charts

8/2001 - 9/2001: Intel v. VIA Technologies

Law firm: Howrey Simon Arnold & White
Client: Intel
Court: U.S. District Court, Northern District of California
Case: C99-03062
- Alleged patent infringement case involving computer motherboards
- Examined computer motherboards for patent infringement

7/2001 - 4/2003: Intel v. VIA Technologies

Law firm: Dewey Ballantine/Brobeck, Phleger & Harrison
Client: Intel
Court: U.S. District Court, Western District of Texas
Case: A-01-CA-602-SS
- Alleged patent infringement cases involving CPUs and computer chipsets
- Assisted with claim construction
- Wrote test case software in assembly language
- Examined computer motherboards
- Analyzed Verilog code of CPUs
- Wrote several expert reports
- Wrote several claim charts

3/2001 - 3/2001: KRS Distributing v. Gatten Insurance

Law firm: Stone & Hiles
Client: Gatten Insurance
- Insurance claim
- Examined a fax machine to retrieve stored documents

7/1997 - 3/1999: Texas Instruments v. Hyundai Electronics Industries Co.

Law firm: Jones, Day, Reavis & Pogue
Client: Texas Instruments
Court: U.S. District Court, Eastern District of Texas
Case: 2:98CV74

- Alleged patent infringement involving semiconductor wafer handling hardware, software, and communication protocols
- Reverse engineered hardware and software in order to determine infringement.
- Constructed exhibits
- Assisted with the writing of expert reports
- Assisted with the writing of claim charts

8/1996 - 12/1996: Texas Instruments v. Samsung Electronics, et al.

Law firm: Jones, Day, Reavis & Pogue
Client: Texas Instruments
Court: U.S. District Court, Eastern District of Texas
Case: 2:96-CV-1, 2:96-CV-2

- Alleged patent infringement involving semiconductor wafer handling hardware, software, and communication protocols
- Reverse engineered hardware and software in order to determine infringement
- Constructed exhibits
- Assisted with the writing of expert reports
- Assisted with the writing of claim charts

2/1996 - 7/1996: Cirrus Logic v. Agarwal, et al.

Law firm: Morrison & Foerster
Client: Cirrus Logic
Court: Superior Court of Santa Clara County California
Case: CV 745373

- Alleged trade secret case involving semiconductors and LCD display technology
- Examined validity of trade secrets
- Reconstructed the history of an internal engineering project
- Researched prior art

**HONORS, AWARDS, AND DISTINCTIONS**

**Engineering and Science**

1. Fellow, Association of Cyber Forensics and Threat Investigators

2. 2018 CREST (Cupertino Recognizes Extra Steps Taken) Award, Innovator of the Year

3. Outstanding Engineer in a Specialized Field: For Pioneering Contributions to the Field of Forensic Software Analysis, IEEE Region 6 Central Area, 2015.

4. Outstanding Engineer in a Specialized Field: For Pioneering Contributions to the Field of Forensic Software Analysis, IEEE Santa Clara Valley Section, 2015.

5. Final Round, 2011 Jolt Awards, for the book The Software IP Detective's Handbook: Measurement, Comparison, and Infringement Detection.

6. Outstanding Engineer in a Specialized Field: For Innovative Contributions in the Area of Forensic Software Analysis, IEEE Santa Clara Valley Section, 2010.

7. Session's Best Paper Award, The11th World Multi-Conference on Systemics, Cybernetics and Informatics, 2007.

8. The Number 5 Programmable Logic "How To" article of 2006, Programmable Logic DesignLine newsletter.

9. Finalist, Design News magazine 2006 Golden MouseTrap Award: Design and Development Software Tools, for SynthOS.

10. Winner, Software Development magazine 2003 Jolt Reader's Choice Award for the book *Designing with FPGAs and CPLDs*.

11. Senior Member, ACM

12. Senior Member, IEEE

13. Top PLD/FPGA News and Feature Article for 2003, CMP Media

14. Winner, Wyle/EE Times American By Design Contest, 1994

15. Stanford Graduate Engineering Fellowship

16. Eta Kappa Nu (Electrical Engineering honor society)

17. Association for Educational Data Systems Honorable Mention

18. Bausch & Lomb Honorary Science Award

**Writing and Filmmaking**

1. PenCraft Book Award Winner: First Place for Fiction: Cultural category, 2022, for the novel *Animal Lab*.

2. American Book Award Winner: Science Fiction: Post-Apocalyptic category, 2022, for the novel *Animal Lab*.

3. Readers Favorite, Silver Medal: Fiction – Dystopia category, 2022, for the novel *Animal Lab*.

4. Florida Authors and Publishers Association's President's Book Awards, Bronze Medal: Adult Fiction – Fantasy category, 2022, for the novel *Animal Lab*.

5. Next Generation Indie Book Awards, Finalist: Current Events category, 2022, for the novel *Animal Lab*.

6. Book Excellence Award, Finalist: Suspense category, 2022, for the novel *Animal Lab*.

7. The BookFest Award, Second Place: Society, War & Political Collapse category, Spring 2022, for the novel *Animal Lab*.

8. Wishing Shelf Independent Book Award, Adult Fiction 2022 Finalist, for the novel *Animal Lab*.

9. Firebird Book Award, Social/Political Change category, 2022, for the novel *Animal Lab*.

10. Literary Titan Book Award, Silver Award Winner, January 2022, for the novel *Animal Lab*.

11. Indies Today Awards, Semi-Finalist, Suspense/Thriller category, 2021, for the novel *Animal Lab*.

12. Southern California Book Festival, Honorable Mention, Wild Card category, 2022, for the novel *Animal Lab*.

13. Thriller of the Month, February 2014, for the novel *Horror Flick*.

14. Indie Excellence 2013 Winner, Humor category, for the novel *Good Intentions*.

15. Indie Excellence 2013 Finalist, Political Thriller category, for the novel *Good Intentions*.

16. Honorable Mention, 2013 San Francisco Book Festival, for the novel *Horror Flick*.

17. Pinnacle Book Achievement Award 2012 for the novel *Good Intentions*.

18. Semifinalist, November 2011 Amazon Studios Best Kids and Family Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

19. Semifinalist, October 2011 Amazon Studios Best Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

20. Semifinalist, September 2011 Amazon Studios Best Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

21. Semifinalist, August 2011 Amazon Studios Best Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

22. Semifinalist, July 2011 Amazon Studios Best Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

23. Semifinalist, June 2011 Amazon Studios Best Sci-Fi/Action Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

24. Semifinalist, June 2011 Amazon Studios Best Script Award, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

25. Semifinalist, 2004 Cinequest Screenwriting Competition, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

26. Second Place, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay *Horror Flick*.

27. Third Place, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

28. First Place, 2001 Focus on Writers Contest, for the screenplay *Horror Flick*.

29. Special Mention Winner, 2001 Screenwriting Showcase Awards, for the screenplay *Horror Flick*.

30. Honorary Mention, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay *Sex and Violence*.

31. Finalist, 2001 Empyrion Screenplay Competition, for the screenplay *Sex and Violence*.

32. Finalist, 2001 New Century Writer Awards, for the screenplay *Horror Flick*.

33. Top Ten Finalist, 2001 Tennessee Screenwriting Association Competition, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

34. Top Finalist, BDR 2000 Productions New Millennium Screenplay 2001 Contest, for the screenplay *Horror Flick*.

35. Certificate of Merit, 2002 International Screenplay Competition, for the screenplay *Horror Flick*.

36. Certificate of Merit, 2002 International Screenplay Competition, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

37. Certificate of Merit, 2002 International Screenplay Competition, for the screenplay *Sex and Violence*.

38. Semifinalist, 2001 WordsFromHere Contest, for the screenplay *Horror Flick*.

39. Semifinalist, 2001 Venice Arts Screenwriting Competition, for the screenplay *Horror Flick*.

40. Semifinalist, 2001 National Screenwriting Competition, for the screenplay *Horror Flick*.

41. Semifinalist, 2001 National Screenwriting Competition, for the screenplay *Sex and Violence*.

42. Quarterfinalist, 2001 Fade In: Screenwriting Awards, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

43. Quarterfinalist, Texas Film Institute 2001 Screenplay Competition, for the screenplay *Horror Flick*.

44. Certificate of Merit, Writer's Digest 2000 National Self-Published Book Awards, for the novel *Horror Flick*.

45. Semifinalist, 2000 poetry.com North American Open Poetry Contest, for the poem *I Remember*.

46. Quarterfinalist, 1999 New Century Writer Awards, for the novel *Horror Flick*.

47. Quarterfinalist, 1999 New Century Writer Awards, for the screenplay *The Amazing Adventure of Edward and Dr. Sprechtmachen*.

48. Third Place, 1998 Magnum Opus Discovery Awards of the C.C.S. Entertainment Group and the Hollywood Film Festival, for the novel *Horror Flick*.

49. Quarterfinalist, 1998 Empire Screenplay Contest, for the screenplay *Sex and Violence*.

50. A reading of my screenplay *Sex and Violence* was performed by the Independent Media Artists Group (IMAGE), on August 15, 1998.

51. Vermont Studio Center scholarship to attend a one-month writing retreat, April 1998.

52. Semifinalist, 1997 Monterey County Film Contest, for the screenplay *Sex and Violence*.

53. First Place, 1993 Foster City Annual Writer's Contest, for unpublished short story *The Contest*.

54. Semifinalist, 1993 national Syndicated Fiction Project, for unpublished short story *The Contest*.

55. First Place, 1990 Foster City Annual Writer's Contest, for unpublished short story *The Lost and Found Virginity*.

56. 1989 Philadelphia International Film Festival showing of the short film *Writer's Block*, which I produced, wrote, directed, edited, and mixed.

57. First Place, 1988 Fremont Film Festival, for the short film *February 20, 1988*, which I produced, wrote, directed, edited, and mixed.

**Miscellaneous**

1. Policy Fellow, Nevada Policy.

2. Albert Nelson Marquis Lifetime Achievement 2018.

3. United Synagogue Award for Excellence

4. Biography in Who's Who in America

5. University Unions Distinguished Service Award

6. Phi Beta Kappa

7. Ivy League Honor Society

8. Alpha Lambda Delta honor society

9. Dual Degree Program, Cornell University

10. National Merit Scholarship

11. Literary Society Foundation Award Gold Medal, Excellence in German

12. Literary Society Foundation Award Bronze Medal, Excellence in German

13. Rumsey Scholarship, Cornell Club of Philadelphia

14. City of Philadelphia Scholarship

15. School District of Philadelphia Scholarship

16. Fourth Prize, Colonial Philadelphia Historical Society Essay Contest

17. Founder, Delaware Valley Teen Mensa

**SPECIAL KNOWLEDGE AND SKILLS**

- CodeSuite certified.
- Software source code analysis and synthesis
- Computer architectures: AMD 29000, CRAY XMP, Data General MV8000, IBM PC, IDT R4650, Intel 8051, Intel x86 family, Motorola 68000, 68HC11, 68HC08, 68HC05, TI TMS320Cxx, TMS340xx
- Networking protocols: ATM, Ethernet
- Buses: ADB, EISA I$^2$C, ISA, MXI, PCI, SBUS, VME
- Hardware programming languages: ABEL, AHDL, CUPL, PALASM, Verilog, VHDL

– 26 –

- Software programming languages: APL, BASIC, C, C++, Delphi, FOCAL, FORTRAN, Java, LISP, Pascal, Perl, PHP, PL/1, PowerBuilder, SQL, Visual BASIC, various assembly, machine languages
- Operating systems: AOS/VS, MSDOS, UNIX, VMS, Windows 3.1/NT/9x/2000/Me/XP/Vista/7/8/10/11
- Workstations: Apple Macintosh, Daisy, IBM PC, Hewlett Packard, SUN, VALID
- Electronic Design Automation (EDA)
- CAD tools: Concept, Futurenet, MAX+Plus II (Altera), MDE (LSI Logic), Mentor, Orcad, PROCapture, P-CAD, Schema, Viewlogic, XACT (Xilinx)
- Simulation accelerators: Mentor Graphics, Cadence Design Systems
- Hardware emulators: Mentor Graphics, Cadence Design Systems
- ASIC design
- FPGA and CPLD design: Actel, Altera, Lattice, Xilinx
- Miscellaneous design experience: Cache memory, telecommunications, data communications, digital signal processing (DSP), digital logic (CMOS, ECL, TTL), analog
- Patent infringement
- Trade secret theft
- Copyright infringement
- Plagiarism detection
- Solid state theory
- Information theory

## EDUCATION

Master of Science in Electrical Engineering, 1982, Stanford University
Bachelor of Science with distinction in Electrical Engineering, 1981, Cornell University
Bachelor of Arts cum laude in Physics with distinction in all subjects, 1981, Cornell University
De Anza College Film Department, 1987 - 1990

## BOOKS

1. Bob Zeidman, *Election Hacks*, Swiss Creek Publications, Las Vegas, NV, 2023, 280 pp.

2. Bob Zeidman, *Animal Lab*, Swiss Creek Publications, Las Vegas, NV, 2021, 128 pp.

3. Bob Zeidman, *Just Enough Electronics to Impress Your Friends and Colleagues*, Swiss Creek Publications, Cupertino, CA, 2013, 214pp.

4. Bob Zeidman, *The Software IP Detective's Handbook: Measurement, Comparison, and Infringement Detection*, Prentice-Hall, Upper Saddle River, NJ, 2011, 450pp.

5. Clive Maxfield, *FPGAs: World Class Designs*, Elsevier Inc., Burlington, MA, 2009, Chapter 1 (reprint).

6. Ashby, Baker, Ball, Crowe, Hayes-Gill, Hickman, Kester, Mancini, Grout, Pease, Tooley, Williams, Wilson, Zeidman, *Circuit Design: Know It All*, Elsevier Inc., Burlington, MA, 2008, Chapters 27-29 (reprint).

7. R. C. Cofer, Clive Maxfield, Bob Zeidman, Richard Munden, Rick Gentile, *Newnes FPGAs: Ebook Collection*, Elsevier Science & Technology Books, Burlington, MA, 2008 (reprint).

8. Bob Zeidman, *Designing with FPGAs and CPLDs*, CMP Books, Lawrence, KS, 2002, 220pp.

9. Bob Zeidman, *Introduction to Verilog*, IEEE Press, Piscataway, NJ, 2000, 99pp.

10. Bob Zeidman, *Verilog Designer's Library*, Prentice-Hall, Upper Saddle River, NJ, 1999, 411pp.

11. Bob Zeidman, *Good Intentions*, Swiss Creek Publications, Cupertino, CA, 2012, 259pp.

12. Bob Zeidman, *Horror Flick*, Swiss Creek Publications, Cupertino, CA, 1999, 341pp.

13. Bob Zeidman, *The Amazing Adventure of Edward and Dr. Sprechtmachen*, Swiss Creek Publications, Cupertino, CA, 1998, 73pp.

**PAPERS AND PRESENTATIONS**

1. Zeidman, Bob, "A Gold Standard for Clean Room Development to Protect From Intellectual Property Infections" *International In-House Counsel Journal*, https://www.iicj.net/library/detail?key=1809, December 5, 2023.

2. Zeidman. Bob, "How I Won $5 Million From the MyPillow Guy and Saved Democracy" *Politico*, https://www.politico.com/news/magazine/2023/05/26/my-pillow-mike-lindell-investigation-00097903, May 26, 2023.

3. Zeidman, Bob, "Preventing an IP Infection: Clean Room Development Procedure" IPWatchdog, https://ipwatchdog.com/2023/04/29/preventing-an-ip-infection-clean-room-development-procedure/id=160187, April 29, 2023.

4. Zeidman, Bob, "Clean Room Development to Prevent the Spread of 'Infectious IP'" *IPWatchdog*, https://ipwatchdog.com/2023/04/22/clean-room-development-to-prevent-the-spread-of-infectious-ip/id=159864, April 24, 2023.

5. Zeidman, Bob, "Can a Human Patent a Space Alien's Invention?" *IPWatchdog*, https://www.ipwatchdog.com/2022/09/17/can-human-patent-space-aliens-invention/id=151391, September 17, 2022.

6. Zeidman, Bob, "The Supreme Court is Set to Hear a Copyright Case with Big Implications for U.S. Tech Innovation," *IPWatchdog*, https://www.ipwatchdog.com/2022/08/15/supreme-court-set-hear-copyright-case-big-implications-u-s-tech-innovation/id=150902, August 15, 2022.

7. "Protecting Software Globally with U.S. Copyrights," Shelowitz Law Group, https://us02web.zoom.us/rec/share/SRDSdzdaFIAGq1-xJsh8Itc6ZZyuOiJrCWJCkZe7CDXy__6S-bszIIHDR-lmHONw.jemkTykKvKPx8C_Q (passcode: k2irg!LA), June 23, 2021.

8. Zeidman, Bob, "Clarifying the U.S. Approach to Copyright and Plagiarism," *IPWatchdog* (https://www.ipwatchdog.com/2019/08/06/clarifying-u-s-approach-copyright-plagiarism), August 6, 2019.

9. Zeidman, Bob, "The History of Digital Game Intellectual Property from Atari to Zynga," Vintage Computer Festival West, August 5, 2018.

10. Zeidman, Bob, "Oracle v. Google: Protecting Software Development, Not Destroying It," *IPWatchdog* (http://www.ipwatchdog.com/2018/07/15/oracle-v-google-protecting-software-development/id=99359), July 16, 2018.

11. Zeidman, Bob, "RPost Does Not Meet Any Definition of 'Patent Troll," *IPWatchdog*, (http://www.ipwatchdog.com/2017/12/05/rpost-not-patent-troll/id=90783), December 5, 2017.

12. Zeidman, Robert, et al., In The Supreme Court of the United States, Brief of a Group of Inventors, Entrepreneurs, and Small Business Owners as Amici Curiae in Support of Petitioner, RPost Communications Limited, RMail Limited, RPost International Limited And RPost Holdings Incorporated, Petitioners, V. GoDaddy.com LLC Respondent, No. 17-695, December 1, 2017.

13. Zeidman, Bob, "Was MS-DOS code copied from CP/M?" Vintage Computer Festival West, August 6, 2016.

14. Zeidman, Bob, "Facebook, Oculus, ZeniMax, and Nonliteral Copying of Code" *IPWatchdog* (http://www.ipwatchdog.com/2017/02/07/facebook-oculus-zenimax-nonliteral-copying-code), February 7, 2016.

15. Zeidman, Bob, "What If Someone Steals Your Code?" Better Software, Fall 2016.

16. Zeidman, Bob, "Source Code Comparison of DOS and CP/M," Journal of Computer and Communications (http://www.scirp.org/journal/PaperInformation.aspx?PaperID=71259), Vol.4 No.12, October 2016.

17. Zeidman, Bob, "Was DOS copied from CP/M?" *Embedded.com* (http://www.embedded.com/electronics-blogs/say-what-/4442498/Was-DOS-copied-from-CPM-), August 6, 2016.

18. Zeidman, Bob, "Software, Hard Case," *Legaltech News* (http://www.lawtechnews-digital.com/lawtechnews/august_2016?sub_id=4m2w4egdg99X&folio=30&pg=30#pg30), August 2016.

19. Zeidman, Bob and Gupta, Eashan, "Why Libertarians Should Support a Strong Patent System" *IP Frontline* (http://ipfrontline.com/2016/03/why-libertarians-should-support-a-strong-patent-system), March 15, 2016.

20. Zeidman, Bob, "Not Getting the Truth about the FBI, Apple, the San Bernardino Terrorists, and Hacking an iPhone" *IPWatchdog* (http://www.ipwatchdog.com/2016/02/22/youre-not-hearing-the-truth-about-the-fbi-apple-the-san-bernardino-terrorists-and-hacking-an-iphone), February 22, 2016.

21. Zeidman, Bob, "Drawing Accurate Forensic Conclusions," *Digital Forensics*, Issue 26 (https://zeidmanconsulting.com/documents/Drawing%20Accurate%20Forensic%20Conclusions%20-%20Digital%20Forensics%20magazine%20-%20Feb%20%202016.pdf), February 2016.

22. Zeidman, Bob and Gupta, Eashan, "Why Libertarians Should Support a Strong Patent System" *IPWatchdog* (http://www.ipwatchdog.com/2016/01/05/why-libertarians-should-support-a-strong-patent-system), January 5, 2016.

23. Zeidman, Bob, "The Anti-Marcus Lemonis Principle for Succeeding In Business," RealClearMarkets (http://www.realclearmarkets.com/articles/2015/12/02/the_anti-marcus_lemonis_principle_for_succeeding_in_business_101899.html), December 2, 2015.

24. Zeidman, Bob, "An Overview of Software Forensics," *IP Frontline* (http://ipfrontline.com/2015/10/an-overview-of-software-forensics), October 27, 2015.

25. Zeidman, Bob, "RISC needs to make a comeback," *Embedded Computing Design*, (http://embedded-computing.com/guest-blogs/risc-needs-to-make-a-comeback), September 15, 2015.

26. Zeidman, Bob, "Are wearables wearing thin?" *IT World*, (http://www.itworld.com/article/2979834/internet-of-things/are-wearables-wearing-thin.html), September 3, 2015.

27. Zeidman, Bob, "An inventor's perspective on patent reform" *The Hill* (http://thehill.com/blogs/congress-blog/technology/250593-an-inventors-perspective-on-patent-reform), August 10, 2015.

28. Zeidman, Bob, "How much does your thermostat know about you?" *IT World*, (http://www.itworld.com/article/2952744/internet-of-things/how-much-does-your-thermostat-know-about-you.html), July 30, 2015.

29. Zeidman, Bob, "Living in a multi-processor world," *Embedded Computing Design*, (http://embedded-computing.com/guest-blogs/living-in-a-multi-processor-world), June 19, 2015.

30. Zeidman, Bob, "Software Forensics: Qualifying Tools and Experts Who Use Them" *IPWatchdog* (http://www.ipwatchdog.com/2014/10/31/software-forensics-qualifying-tools-and-experts), October 31, 2014.

31. Zeidman, Bob, "Software Forensics: Objectively Proving Infringement or Misappropriation" *IPWatchdog* (http://www.ipwatchdog.com/2014/10/27/software-forensics-objectively-proving-infringement-or-misappropriation), October 27, 2014.

32. Zeidman, Bob, "Misunderstanding Plagues the Patent System" *Electronic Design* (http://electronicdesign.com/embedded/misunderstanding-plagues-patent-system), July 23, 2014.

33. Zeidman, Bob, "Sloppy, Misleading Yale Paper Challenges University Patenting" *IPWatchdog* (http://www.ipwatchdog.com/2014/07/15/sloppy-misleading-yale-paper-challenges-university-patenting), July 15, 2014.

34. Zeidman, Bob, "ASOS: A new software development paradigm for the Internet of Things" Embedded.com (http://www.embedded.com/design/operating-systems/4431826/NEW--ASOS--A-new-software-development-paradigm-for-the-Internet-of-Things---Part-1--Basic-building-blocks and http://www.embedded.com/design/operating-systems/4431775/2/ASOS--A-new-RTOS-paradigm-for-the-Internet-of-Things---Part-2--Building-a-project-file), June 30, 2014.

35. Zeidman, Bob, "A Code Correlation Comparison of the DOS and CP/M Operating Systems" *Journal of Software Engineering and Applications* (http://www.scirp.org/journal/PaperInformation.aspx?PaperID=46362#.U4WDefIdWCU), May 27, 2014.

36. Zeidman, Bob, "The bogeymen destroying the patent system" *San Jose Mercury News* (http://www.mercurynews.com/opinion/ci_25579281/bob-zeidman-bogeymen-destroying-patent-system), April 17, 2014.

37. Zeidman, Bob, "Fortune Magazine's Unusual Position on Non-Practicing Entities" *IPWatchdog* (http://www.ipwatchdog.com/2014/04/10/fortune-magazines-unusual-position-on-non-practicing-entities), April 10, 2014.

38. Zeidman, Bob, "Did Bill Gates Steal the Heart of DOS?" *IEEE Spectrum* (http://spectrum.ieee.org/computing/software/did-bill-gates-steal-the-heart-of-dos), July 2012.

39. Zeidman, Bob, "This one really takes the cake—and the schematics," (http://www.edn.com/electronics-blogs/tales-from-the-cube/4390916/This-one-really-takes-the-cake-and-the-schematics) EDN magazine, July 2012.

40. Zeidman, Bob and Kovanis, Evan, "Round 2: Did Oracle Overlook the Smoking Gun in its Case against Google?" *IPWatchdog* (http://www.ipwatchdog.com/2012/07/11/round-2-did-oracle-overlook-the-smoking-gun-in-its-case-against-google), July 11, 2012.

41. Kovanis, Evan and Zeidman, Bob, "Did Oracle Overlook the Smoking Gun in its Case against Google?" *IPWatchdog* (http://www.ipwatchdog.com/2012/06/26/did-oracle-overlook-the-smoking-gun-in-its-case-against-google), June 26, 2012.

42. Melling, L. and Zeidman, B., "Comparing Android Applications to Find Copying," *Journal of Digital Forensics, Security and Law*, Vol. 7, No. 1, 2012.

43. Zeidman, Bob, "Program Identifiability: How easily can you spot your code?" *Embedded.com* (http://www.embedded.com/design/embedded/4374526/Program-Identifiability--How-easily-can-you-spot-your-code-), June 7, 2012.

44. Zeidman, Bob, "Setting the Record Straight: Patent Trolls vs. Progress" *IPWatchdog* (http://www.ipwatchdog.com/2012/05/01/setting-the-record-straight-patent-trolls-vs-progress), May 1, 2012.

45. Baer, N. and Zeidman, B., "Measuring Whitespace Pattern Sequences as an Indication of Plagiarism," *Journal of Software Engineering and Applications* (https://www.scirp.org/journal/paperinformation.aspx?paperid=18570), April 2012.

46. Zeidman, Bob, "Will Congress Break the Internet?" *IPWatchdog* (http://www.ipwatchdog.com/2012/02/08/will-congress-break-the-internet), February 2, 2012.

47. Zeidman, Bob, "The Case of the Arrogant Expert," *Intellectual Property Today* (https://zeidmanconsulting.com/documents/The%20Case%20of%20the%20Arrogant%20Expert.pdf), February 2012.

48. Zeidman, Bob, "The Software IP Detective: Infringement Detection in a Nutshell," *IPWatchdog* (http://www.ipwatchdog.com/2011/11/20/the-software-ip-detective-infringement-detection-in-a-nutshell), November 20, 2011.

49. Zeidman, Bob, "How Do I Infringe Thee? Let Me Count the Ways," *InformIT* (http://www.informit.com/articles/article.aspx?p=1750207&seqNum=3), Sep 21, 2011.

50. Zeidman, Bob, "The history of digital game intellectual property from Atari to Zynga," The Museum of Art and Digital Entertainment, August 4, 2011.

51. Shay, I., Baer, N., and Zeidman, R., "Measuring Whitespace Patterns in Computer Source Code as an Indication of Plagiarism," *Intellectual Property Today* (https://www.zeidmanconsulting.com/documents/Measuring%20Whitespace%20Patterns%20In%20Computer%20Source%20Code%20as%20an%20Indication%20of%20Copying.pdf), October 2010.

52. Zeidman, B., "Software v. Software," *IEEE Spectrum* (http://spectrum.ieee.org/computing/software/software-forensics-tools-enter-the-courtroom) October 2010.

53. Shay, I., Baer, N., and Zeidman, R., "Measuring Whitespace Patterns as an Indication of Plagiarism," ADFSL Conference on Digital Forensics, Security and Law (https://www.zeidmanconsulting.com/documents/Measuring%20Whitespace%20Patterns%20as%20an%20Indication%20of%20Plagiarism.pdf), May 20, 2010.

54. Hoehn, T. and Zeidman, R., "Measuring the Speedup of a Commercial Application on a Computer Grid," ISCA 22nd International Conference On Parallel And Distributed Computing And Communication Systems (http://www.safe-corp.com/documents/Measuring_Speedup_of_a_Commercial_Application_on_a_Computer_Grid.pdf), September 24, 2009.

55. Zeidman, R., "DUPE: The Depository of Universal Plagiarism Examples," 5th International Conference on IT Security Incident Management & IT Forensics (http://www.safe-corp.com/documents/DUPE.pdf), September 2009.

56. Baer, N. and Zeidman, B., "Measuring Changes in Software with CLOC," *Embedded.com* (http://www.embedded.com/design/prototyping-and-development/4008330/Measuring-Changes-in-Software-with-CLOC), July 28, 2009.

57. Baer, N. and Zeidman, B., "Measuring Changes in Software IP," *Intellectual Property Today* (https://zeidmanconsulting.com/documents/Measuring%20Changes%20in%20Software%20IP.pdf), June 2009.

58. Baer, N. and Zeidman, B., "Measuring Software Evolution with Changing Lines of Code," 24th International Conference on Computers and Their Applications (CATA-2009) (https://zeidmanconsulting.com/documents/Measuring_Software_Evolution_with_Changing_Lines_of_Code.pdf), April 10, 2009.

59. Zeidman, B., "Detecting and Proving Software Theft and Infringement," SDForum: Emerging Tech SIG, December 10, 2008.

60. Zeidman, B., "Find Your Copy-Cats With SCC," *Software Test & Performance* (https://xndev.com/articles/stp-2008-10.pdf), October 2008, pp 18-23.

61. Zeidman, B., "Software Intellectual Property," invited guest lecture, NALSAR University of Law, Hyderabad, India, October 27, 2008.

62. Zeidman, B., "Detecting Stolen Code," EDAC Anti-Piracy Committee, June 12, 2008.

63. Zeidman, R., "Multidimensional Correlation of Software Source Code," The Third International Workshop on Systematic Approaches to Digital Forensic Engineering (https://ieeexplore.ieee.org/document/4545376), May 22, 2008.

64. Zeidman, B., "Getting Better Search Results," *Dr. Dobb's Journal* (http://www.drdobbs.com/architecture-and-design/getting-better-search-results/207401584) May 2008, pp 44-48.

65. Zeidman, B. and Baer, N., "What, Exactly, Is Software Trade Secret Theft?" (https://zeidmanconsulting.com/documents/What,%20Exactly,%20is%20Software%20Trade%20Secret%20Theft.pdf) *Intellectual Property Today*, March 2008.

66. Berger, A., Hill, M., and Zeidman, B., "Software and RTOS synthesis: The next step in software development?" *Programmable Logic Design Line* (http://www.eetimes.com/design/programmable-logic/4015158/Software-and-RTOS-synthesis-The-next-step-in-software-development-), February 27, 2008.

67. Zeidman, R., "Iterative Filtering of Retrieved Information to Increase Relevance," *Journal of Systemics, Cybernetics and Informatics*, Vol. 5 No. 6, 2007, pp 91-96 (reprint).

68. Hoehn, T. and Zeidman, B., "Grid-Enabling Resource Intensive Applications," (http://www.drdobbs.com/parallel/grid-enabling-resource-intensive-applica/202401080) *Dr. Dobb's Journal*, November 2007, pp 22-28.

69. Zeidman, R., "Iterative Filtering of Retrieved Information to Increase Relevance," The 11th World Multi-Conference on Systemics, Cybernetics and Informatics (https://zeidmanconsulting.com/documents/Iterative_Filtering.pdf), July 11, 2007.

70. Zeidman, B., "Who Stole My Software?" High Technology Crime Investigation Association, May 10, 2007.

71. Zeidman, B., "How to choose an RTOS for your FPGA and ASIC designs," *Programmable Logic Design Line* (http://www.eetimes.com/design/programmable-logic/4015109/How-to-choose-an-RTOS-for-your-FPGA-and-ASIC-designs), May 10, 2007.

72. Zeidman, B., "Sharing Videos With Invisible Commercials," The Thirty Third Asilomar Microcomputer Workshop, April 18, 2007.

73. Zeidman, B., "Real Time Operating Systems for Systems on a Chip," IEEE Consultants Network of Silicon Valley, April 17, 2007.

74. Zeidman, B., "What, Exactly, Is Software Plagiarism?" *Intellectual Property Today* (https://zeidmanconsulting.com/documents/What,%20Exactly,%20Is%20Software%20Plagiarism.pdf), February 2007.

75. Zeidman, B., "Software Synthesis for Embedded Systems," Silicon Valley Code Camp, October 8, 2006.

76. Zeidman, B., "Who Stole My Code," Silicon Valley Code Camp, October 8, 2006.

77. Zeidman, B., "Software Source Code Correlation," 5th IEEE/ACIS International Conference on Computer and Information Science (https://ieeexplore.ieee.org/document/1652022), July 12, 2006.

78. Zeidman, B., "The Death of the Structured ASIC," *Programmable Logic Design Line* (http://chipdesignmag.com/display.php?articleId=386), April 18, 2006.

79. Zeidman, B., "All about FPGAs," *Programmable Logic Design Line* (http://www.design-reuse.com/articles/12884/all-about-fpgas.html), March 22, 2006.

80. Zeidman, B., "The pluses and minuses of being a consultant," IEEE Gold, Santa Clara Valley Chapter, February 9, 2006.

81. Zeidman, B., "Using software synthesis for multiprocessor OS and software development," *Embedded.com* (http://www.embedded.com/design/prototyping-and-development/4006506/Using-software-synthesis-for-multiprocessor-OS-and-software-development), January 6, 2006.

82. Zeidman, B., "Implementing Integrated Hardware/Software Projects With High Level Languages and Tools," Boston Section of the IEEE, December 1, 2005.

83. Zeidman, B., "Back to the basics: Programmable Systems on a Chip," *Embedded.com* (http://www.eetimes.com/design/programmable-logic/4014776/Introduction-to-Programmable-Systems-on-a-Chip), July 27, 2005.

84.  Zeidman, B., "Who Stole My Code?" The Thirty First Asilomar Microcomputer Workshop, April 21, 2005.

85.  Zeidman, B., "Software Synthesis for OS-Independent Coding," *Dr. Dobb's Journal* (http://www.drdobbs.com/architecture-and-design/software-synthesis-for-os-independent-co/184406036) April 2005, pp 58-63.

86.  Zeidman, B., "RTOS Synthesis for Embedded Systems," Server Blade Summit, March 24, 2005.

87.  Zeidman, B., "RTOS Synthesis to Reduce Power Consumption," DesignCon 2005, February 1, 2005.

88.  Zeidman, B., "Software synthesis for embedded systems," *Embedded Systems Programming* (http://www.embedded.com/design/prototyping-and-development/4006439/Software-synthesis-for-embedded-systems) February 2005, pp 36-43.

89.  Zeidman, B., "Testing a Network Device Prototype in a Live Network," *Annual Review of Communications* Volume 4, 2004, p.803 (reprint).

90.  Zeidman, B., "Roll Your Own Real-Time OS," *BladeLetter*, Q3 2004, p. 8.

91.  Zeidman, B., "Detecting Source-Code Plagiarism," *Dr. Dobb's Journal* (http://www.drdobbs.com/architecture-and-design/detecting-source-code-plagiarism/184405734) July 2004, pp 55-60.

92.  Zeidman, B., "Software Synthesis for Embedded Systems," The Thirtieth Asilomar Microcomputer Workshop, April 27, 2004.

93.  Zeidman, B., "Smart Pills: The Royal Treatment," *IP Law & Business*, March 2004.

94.  Zeidman, B., "Emulating/Prototyping a Network Device in a Live Network," DesignCon 2004, February 3, 2004.

95.  Zeidman, B., "Software synthesis is productive for system design," *EE Times* (http://www.eetimes.com/document.asp?doc_id=1148219), January 12, 2004.

96.  Zeidman, B., "Guidelines for Effective E-Learning," *Chief Learning Officer* (https://www.chieflearningofficer.com/2003/12/01/guidelines-for-effective-e-learning) December, 2003, pp. 24-31.

97.  Zeidman, B., "Universal Design Methodology," *Embedded Systems Programming* (http://www.embedded.com/electronics-blogs/beginner-s-corner/4024888/The-universal-design-methodology) December, 2003, pp 55-56.

98.  Zeidman, B., "Test Your Next Hardware Design—in a Live Network," *Communication Systems Design* (https://www.academia.edu/1576191/Test_Your_Next_Hardware_Design-in_a_Live_Network) October 2003, p.18.

99.  Zeidman, B., "Platform FPGAs to Prevail," *Embedded Systems Programming* (http://business.highbeam.com/136935/article-1G1-109898412/platform-fpgas-prevail-before-long-platform-fpgas-containing) November, 2003, pp.28-31.

100. Zeidman, B., "The Universal Design Methodology -- taking hardware from conception through production," *EDN* (http://www.edn.com/design/integrated-circuit-design/4345988/The-Universal-Design-Methodology-taking-hardware-from-conception-through-production) December 26, 2002, p53.

101. Zeidman, B., "FPGAs vs. ASICs for Networking," Network Processor Conference West, October 2002, 11pp.

102. Zeidman, B., "How to Start A Consulting Business," *Embedded Systems Programming* (http://www.embedded.com/design/real-world-applications/4402268/How-to-Start-a-Consulting-Business-) December 2000, pp161-163.

103.  Zeidman, B., "An Introduction to Remote Backup," *Disaster Recovery Journal*, Vol. 9 No. 2 (http://www.drj.com/drj-world-archives/data-processing-recovery/an-introduction-to-remote-backup.html) April/May/June 1996, p48.

104.  Zeidman, B., "Testing System Memory Quickly and Efficiently," Design SuperCon 96 conference, February 1, 1996, 14pp.

105.  Zeidman, B., "Remote Backup - Transmitting Critical Data Over Phone Lines for Offsite Storage," JAMCON '95 Communications Conference, August 20, 1995, pp97-99.

106.  Zeidman, B., "Testing Memory Quickly," *Embedded Systems Programming*, Aug 1995, pp68-75

107.  Zeidman, B., "Read-Ahead Logic: An Alternative to Cache," Design SuperCon 95 conference, March 1, 1995, 6pp.

108.  Zeidman, B., "How to Make Money as a Consultant," *Income Opportunities*, Dec 1993, pp48-62

109.  Zeidman, B., "Interleaving DRAMs for Faster Access," *ASIC & EDA*, November 1993, pp24-34.

110.  Zeidman, B., "Starting Up Your Engineering Consulting Business," *High Technology Careers*, April/May 1993, p24.

111.  Zeidman, B., "New Film Software for Independent Producers," *CUE*, September 1992, pp6-7.

112.  Hafeman, D. and Zeidman, B., "Memory Architectures Compound RISC's Gains," *Electronic Design*, July 11, 1991, pp71-82.

113.  Flynn, M. J., Zeidman, R. and Lochner, E., "Sparse Distributed Memory Prototype: Address Module Hardware Guide," Stanford University Computer Systems Laboratory CSL-TR-88-373, December 1988 72pp.

114.  Flynn, M. J., Kanerva, P., Ahanin, B., Bhadkamkar, N., Flaherty, P., Hickey, P., Lochner, E., Webber, K., and Zeidman, R., "Sparse Distributed Memory Prototype: Principles of Operation," Stanford University Computer Systems Laboratory CSL-TR-88-338, December 1988 96pp.

## PATENTS

Named inventor on following patents and patent applications:

1.  Zeidman, Robert M., "Visual tool for developing real time task management code," U.S. Patent 6,934,947.

2.  Zeidman, Robert M., "Method for connecting a hardware emulator to a network," U.S. Patent 7,050,962.

3.  Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,210,116.

4.  Zeidman, Robert M., "Apparatus and method for connecting hardware to a circuit simulation," U.S. Patent 7,266,490, RE 42,227.

5.  Zeidman, Robert M., "Software tool for detecting plagiarism in computer source code," U.S. Patent 7,503,035.

6.  Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,620,928.

7.  Zeidman, Robert M., Hafeman, Daniel R., "Method and apparatus for emulating a hardware/software system using a computer," U.S. Patent 7,647,583.

8.  Zeidman, Robert M., "Detecting plagiarism in computer source code," U.S. Patent 7,823,127.

9.  Zeidman, Robert M., "Apparatus and method for connecting hardware to a circuit simulation," U.S. Patent 7,835,897.

10.  Zeidman, Robert M., "Software tool for synthesizing a real-time operating system," U.S. Patent 7,882,488.

11.   Zeidman, Robert M. and Snider, Gregory, "Using readily available driver and application source code with a synthesized operating system," U.S. Patent 7,900,187.

12.   Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,945,879.

13.   Zeidman, Robert M., "System and method for connecting a logic circuit simulation to a network," U.S. Patent 8,160,863.

14.   Zeidman, Robert M. "Use of hardware peripheral devices with software simulations," U.S. Patent 8,195,442

15.   Zeidman, Robert M., "Detecting copied computer source code by examining computer object code," U.S. Patent US 8,255,885.

16.   Zeidman, Robert M., "Software tool for detecting plagiarism in computer source code," U.S. Patent 8,261,237.

17.   Zeidman, Robert M., "Method for advertisers to sponsor broadcasts without commercials," U.S. Patent 8,316,390.

18.   Zeidman, Robert M., "Conveying Data From A Hardware Device To A Circuit Simulation," U.S. Patent 8,380,481.

19.   Zeidman, Robert, "Software for filtering the results of a software source code comparison," U.S. Patent 8,495,586.

20.   Zeidman, Robert M., "Detecting plagiarism in computer source code," U.S. Patent 9,003,366.

21.   Zeidman, Robert, and Hoehn, Timothy, "Searching the Internet for common elements in a document in order to detect plagiarism," U.S. Patent 9,043,375.

22.   Mylroie, Steve and Zeidman, Robert M., "Detecting plagiarism in computer markup language files," US Patent 9,053,296.

23.   Zeidman, Robert M., "Method for advertisers to sponsor broadcasts without commercials," US Patent 10,116,999.

24.   Zeidman, Robert M., "Method and Apparatus for Remote Game Play with Real-Time Commentary," US Patent 11,369,887.

25.   Zeidman, Robert M., "Method and Apparatus for Remote Game Play with Real-Time Commentary," US Patent 11,413,545.

26.   Zeidman, Robert M. and Zeidman, Carrie L., "Pool Lap Counter," US Patent 11,511,177.

27.   Zeidman, Robert M., "Method and Apparatus for Remote Game Play with Real-Time Commentary," US Patent 11,684,860.

28.   Zeidman, Robert M., "Method and Apparatus for Remote Game Play with Real-Time Commentary," US Patent 11,684,859.

29.   Zeidman, Robert M.,  Zeidman, Carrie L., Caldwell, John, "Pool Lap Counter," USPTO application number 18/120,899 (pending).

**TRAINING/TEACHING EXPERIENCE**

Presented seminars and courses on the following topics:

- A Crash Course in Verilog
- All About Patents
- Analysis of Software Copyright Infringement Cases
- Artificial Intelligence, Intellectual Property, and Star Trek
- ASIC Design
- All About Electronics

- Choosing an OS for your IoT device
- CPLD Design
- Creating a Multitasking System at the Push of a Button Using SynthOS
- Detecting Software IP Theft
- Detecting Software Copying
- Electrical Engineering for non-EEs
- Finding and Utilizing Technical Consultants for IP Litigation
- FPGA Design
- FPGAs vs. ASICs for Networking
- The History of Digital Hardware Design
- How to Patent Your Invention
- How to Start a Consulting Business
- Introduction to Programmable Systems on a Chip
- Investigating Technology Theft
- IP Litigation from the Perspective of an Inventor/Expert Witness
- Measuring Software Changes with the CLOC Method
- Memory Architectures
- Patent Litigation Tips
- Patents in Star Trek
- Patents in the Future
- Programmable Systems on a Chip (SOCs)
- Protecting Your Intellectual Property
- Proving the Facts: A Fireside Chat with Bob Zeidman on Winning the My Pillow CEO's Challenge
- Push-Button Creation of an Optimized Application Specific OS
- Real-Time Operating Systems for SOCs
- Software Copyright Infringement Allegations - Inside the Forensic Analysis
- Software Intellectual Property
- Software Synthesis
- Software Synthesis for Embedded Systems
- Starting a Consulting Business
- Technical Consultants for IP Litigation
- Testing Memory
- The Desperate Need for Standards of IP Infringement Detection Tools and Methods in Litigation
- The Real and Unreal Threats of Artificial Intelligence
- Understanding Innovation
- Understanding Software IP and Detecting IP Theft
- Universal Design Methodology
- Verilog and HDLs
- What I Did Right And What I Screwed Up - Lessons From A Parallel Entrepreneur
- You Invented It, Now Protect It!

At the following places:

- 56-Year Mission Las Vegas (Star Trek convention)
- Association of Computing Machinery, Bay Area
- Cogswell College
- College of San Mateo
- Cornell Entrepreneur Network
- Design Automation Conference
- DesignCon
- Digital Forensic Research Workshop
- Eastcon
- Easy Paths to Silicon Design
- Electronic Discovery Reference Model (EDRM)

- Embedded Systems Conference
  - Boston
  - Chicago
  - Europe
  - India
  - London
  - Minneapolis
  - Silicon Valley
- Embedded TechCon
- Forensic Expert Witness Association National Conference
- Gigabit Ethernet Conference
- High-Level Electronic System Design Conference
- High Technology Crime Investigation Association
- International Conference on Cryptologic History
- Institute of Electrical and Electronics Engineers
- IoT Evolution Expo
- LancerHacks
- Maker Faire
- Microsoft Store, Stanford Shopping Center
- Midwest IP Institute
- NALSAR University of Law
- Network Processors Conference West
- Northcon
- Opportunity X
- Palo Alto Area Bar Association
- PCB Design East
- PCB Design West
- San Jose State University
- San Francisco State University
- Semizone.com
- Server Blade Summit
- Silicon Valley Code Camp
- Southcon
- Stanford University
- STLV
- Vintage Computer Festival
- Westcon
- World Intellectual Property Technical Forum
- World IP Forum

**Exhibit B: CodeDiff database**

**Exhibit C: Distribution spreadsheet**

CodeDiff Results Distribution

Database Analysis

| | |
|---|---|
| Database | E:\results\CodeDiff_2024-08-22.cdb |
| Run date | 8/22/2024 |
| Analysis date | 8/22/2024 |

| | |
|---|---|
| Folder 1 | E:\src\Max Minds\client\20230922_3.1.21.9_CompleteSource_JWICS_PoC |
| | including subdirectories |
| Folder 2 | E:\src\TEG\client\www.devvjoc.com_v3.1.21.13d15 |
| | including subdirectories |

| | |
|---|---|
| Algorithm | Ignoring case |
| Algorithm | Ignoring whitespace |
| Algorithm | Percentage of first files |
| Algorithm | Report unmatched lines |
| File threshold | 8 |
| Score threshold | 1 |

| | |
|---|---|
| Total files in folder 1 | 840 |

File pair comparisons

| Similarity score (%) | Max Minds files | | | TEG files | |
| | Number of files | Number of lines | Number of bytes | Number of lines | Number of bytes |
|---|---|---|---|---|---|
| 1 | 1 | 23,214 | 461,055 | 530 | 29,262 |
| 3 | 2 | 9,043 | 190,456 | 1,060 | 58,524 |
| 4 | 1 | 446 | 15,547 | 171 | 6,416 |
| 5 | 3 | 4,985 | 106,236 | 2,262 | 94,986 |
| 6 | 4 | 4,408 | 101,585 | 2,404 | 122,122 |
| 7 | 9 | 10,411 | 270,072 | 4,889 | 254,514 |
| 8 | 3 | 2,364 | 53,557 | 1,364 | 72,551 |
| 9 | 7 | 3,493 | 89,657 | 2,406 | 107,136 |
| 10 | 8 | 4,182 | 100,727 | 2,255 | 105,631 |
| 11 | 16 | 7,837 | 185,727 | 3,623 | 159,420 |
| 12 | 14 | 6,419 | 151,099 | 4,071 | 191,602 |
| 13 | 14 | 4,649 | 110,306 | 5,397 | 253,397 |
| 14 | 10 | 3,523 | 86,778 | 3,997 | 158,223 |
| 15 | 7 | 2,091 | 48,422 | 969 | 27,830 |
| 16 | 2 | 512 | 15,652 | 551 | 22,439 |
| 17 | 6 | 1,910 | 44,688 | 2,266 | 105,394 |
| 18 | 2 | 450 | 18,412 | 3,165 | 141,446 |
| 19 | 2 | 153 | 6,188 | 530 | 19,752 |
| 20 | 4 | 94 | 4,062 | 2,474 | 108,822 |
| 21 | 5 | 352 | 15,145 | 5,253 | 232,663 |
| 22 | 7 | 1,603 | 62,793 | 8,343 | 369,614 |
| 23 | 4 | 931 | 39,815 | 5,229 | 230,790 |
| 24 | 2 | 166 | 7,076 | 511 | 24,419 |
| 25 | 2 | 12 | 370 | 306 | 14,117 |
| 26 | 6 | 648 | 25,043 | 4,983 | 224,538 |

| | | | | | |
|---|---|---|---|---|---|
| 27 | 1 | 11 | 336 | 1,202 | 36,462 |
| 28 | 2 | 179 | 8,413 | 352 | 17,072 |
| 29 | 5 | 226 | 7,624 | 1,916 | 74,846 |
| 30 | 6 | 438 | 16,656 | 2,907 | 127,926 |
| 31 | 4 | 302 | 15,315 | 2,462 | 120,963 |
| 32 | 8 | 933 | 33,709 | 5,551 | 248,443 |
| 33 | 9 | 220 | 9,392 | 2,594 | 111,790 |
| 34 | 5 | 504 | 18,431 | 1,435 | 69,552 |
| 35 | 6 | 131 | 4,052 | 3,637 | 157,955 |
| 36 | 4 | 176 | 7,114 | 2,206 | 95,309 |
| 37 | 2 | 92 | 3,595 | 1,075 | 47,299 |
| 38 | 6 | 140 | 5,369 | 4,112 | 145,147 |
| 39 | 4 | 113 | 3,906 | 293 | 11,697 |
| 40 | 2 | 35 | 1,211 | 385 | 18,067 |
| 41 | 4 | 228 | 9,381 | 709 | 31,526 |
| 42 | 3 | 112 | 3,888 | 518 | 22,862 |
| 43 | 1 | 23 | 712 | 254 | 23,096 |
| 44 | 1 | 45 | 1,759 | 194 | 8,948 |
| 45 | 2 | 71 | 2,099 | 1,031 | 33,905 |
| 48 | 2 | 116 | 4,592 | 458 | 25,316 |
| 49 | 2 | 284 | 11,772 | 553 | 24,257 |
| 50 | 5 | 70 | 2,569 | 1,275 | 45,325 |
| 51 | 1 | 102 | 5,486 | 577 | 30,369 |
| 52 | 1 | 83 | 2,719 | 1,202 | 36,462 |
| 54 | 3 | 39 | 1,717 | 167 | 6,692 |
| 56 | 1 | 16 | 415 | 155 | 7,048 |
| 57 | 3 | 35 | 1,439 | 142 | 5,944 |
| 58 | 1 | 79 | 3,697 | 136 | 7,015 |
| 59 | 2 | 112 | 4,157 | 462 | 24,810 |
| 60 | 2 | 209 | 6,329 | 849 | 35,493 |
| 62 | 2 | 105 | 4,100 | 228 | 10,980 |
| 64 | 2 | 36 | 2,225 | 37 | 2,094 |
| 65 | 2 | 82 | 2,997 | 729 | 27,568 |
| 67 | 3 | 79 | 3,593 | 73 | 3,223 |
| 68 | 2 | 82 | 3,082 | 156 | 5,228 |
| 71 | 1 | 34 | 1,186 | 35 | 1,157 |
| 73 | 1 | 132 | 4,604 | 109 | 4,600 |
| 75 | 3 | 272 | 23,329 | 356 | 26,547 |
| 78 | 1 | 50 | 3,941 | 50 | 4,007 |
| 79 | 1 | 33 | 2,472 | 33 | 2,517 |
| 80 | 1 | 5 | 230 | 5 | 231 |
| 81 | 1 | 21 | 607 | 35 | 1,066 |
| 82 | 3 | 404 | 21,967 | 414 | 23,017 |
| 83 | 3 | 98 | 4,764 | 241 | 11,604 |
| 84 | 1 | 90 | 3,897 | 91 | 3,981 |
| 86 | 5 | 464 | 25,211 | 492 | 27,031 |
| 87 | 1 | 46 | 2,190 | 46 | 2,163 |
| 88 | 6 | 366 | 16,041 | 367 | 16,240 |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 89 | 6 | 1,261 | 53,545 | 1,260 | 53,575 |
| 90 | 14 | 1,051 | 48,462 | 1,076 | 49,951 |
| 91 | 6 | 595 | 26,725 | 626 | 28,123 |
| 92 | 7 | 240 | 9,596 | 238 | 9,654 |
| 93 | 11 | 1,738 | 70,086 | 1,755 | 70,901 |
| 94 | 9 | 855 | 34,038 | 874 | 34,912 |
| 95 | 5 | 224 | 8,786 | 224 | 8,845 |
| 96 | 15 | 1,910 | 75,094 | 1,948 | 77,172 |
| 97 | 7 | 814 | 34,056 | 858 | 36,084 |
| 98 | 12 | 1,153 | 44,568 | 1,186 | 46,394 |
| 99 | 17 | 4,889 | 230,706 | 4,914 | 231,744 |
| 100 | 446 | 50,350 | 2,140,345 | 50,474 | 2,146,634 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals** | **833** | **166,499** | **5,310,765** | **176,748** | **7,754,447** |
| **Total changed** | **387** | **91,111** | | **101,360** | |
| **Percent changed** | **46.46** | **54.72** | | **57.35** | |
| **Percent identical** | **53.54** | **45.28** | | **42.65** | |

**Exhibit D: CodeDiff non-matching report**