# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>TRIANGLE EXPERIENCE GROUP, INC.,<br>ROBERT CLARE, JEFFREY MASE,<br>KEVIN MULLICAN, and JOHN DOES 1-10,<br><br>            Defendants. | CAUSE NO. 1:24-cv-00779-MPB-MKK<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF JOEL ROTHMAN

I, Joel Rothman, declare and say:

1. I am an attorney with the law firm of SRIPLAW, P.A., and counsel of record for Plaintiff MAX MINDS, LLC ("Max") in this action. I submit this declaration in support of Max's amended motion for preliminary injunction. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Deposition Excerpts from the Deposition of Jeffrey Mase.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2024.

                                                                                  */s/ Joel Rothman*
                                                                                  JOEL B. ROTHMAN