# Exhibit 1

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
 2

 3                   CASE NO.:  1:24-cv-00779-JPH-MKK
 4       MAX MINDS, LLC,
 5
 6                     Plaintiff,
 7       vs.
 8       TRIANGLE EXPERIENCE GROUP, INC., INC.,
         ROBERT EDWARD CLARE, JEFFREY MASE,
 9       KEVIN G. MULLICAN AND JOHN DOES 1-10,
10
                       Defendants.
11       _____/
12          REMOTE VIA ZOOM DEPOSITION OF JEFFREY MASE
13              TAKEN ON BEHALF OF THE PLAINTIFF
14              Remote Via Zoom
                December 4, 2024
15              10:00 a.m. to 11:59 p.m.
16
17
18
19       REPORTED BY
         MARLA SCHREIBER, COURT REPORTER
20       NOTARY PUBLIC, STATE OF FLORIDA
21
22
23
24
25
```

```
                                                       Page 11
 1            requirement.
 2       BY MR. ROTHMAN:
 3            Q    Okay.
 4            A    Over the course of our relationship, these
 5       requirements have been in constant flux.
 6            Q    Okay.  Well, does this certification
 7       agreement set forth certain requirements under now
 8       therefore numbers one, two, three, does set forth
 9       certain requirements concerning the transfer of source
10       code?
11                 MR. DELANEY:  Objection to the form.
12       BY MR. ROTHMAN:
13            Q    You can answer.
14            A    That's what it appears to be.
15            Q    Okay.  And you were aware that there were
16       requirements that TEG was supposed to follow concerning
17       source code transfers?
18            A    Yes, there were a number of conditions over
19       a period of a couple of years, yes.
20            Q    Okay.  So there may or may not be a
21       document there marked Exhibit 35, but I tend to think
22       no.  But let me share my screen so you can see the
23       document that I am going to refer to.
24                 So do you see the top half of this document
25       called Evidence/Property Custody Document, Exhibit 35?
```

```
 1        Mr. Bowers certified?
 2             A    I do not.  I wasn't involved in that
 3        process.
 4             Q    Do you know if TEG ever retained source
 5        code that it received from my client that it
 6        simultaneously or subsequently thereafter certified
 7        that it had destroyed?
 8             A    I do not.  Can you repeat that question?
 9             Q    Sure.
10                  MR. ROTHMAN:  You want to read that back,
11        Ms. Schreiber?
12                     (Court Reporter Read Back.)
13                  THE WITNESS:  No.
14        BY MR. ROTHMAN:
15             Q    Does TEG currently have source code for any
16        version of Haptic Federal developed by Max?
17                  MR. DELANEY:  Object to the form of the
18             question.  You can answer.
19                  THE WITNESS:  The co-developed co-created
20             software we currently have Haptic.
21        BY MR. ROTHMAN:
22             Q    Where is that software source code?
23             A    I have to refer to specific --
24                  MR. DELANEY:  You have to restate the
25             question.  It came in jumbled.
```

```
                                                          Page 22
 1          his attitude for sure.
 2               Q     Okay.  Well, we have a disagreement about
 3          that.  But as long as we both understand what that
 4          disagreement is, we can move forward with the
 5          deposition.
 6                     So my question is, when was it that TEG
 7          first received my client's source code and then
 8          retained the source code not destroyed?
 9                     MR. DELANEY:  Objection to the form of the
10                question.  Calls for a legal conclusion.
11          BY MR. ROTHMAN:
12               Q     You can answer.
13               A     I would break your question into two parts.
14               Q     Sure.
15               A     We first received the software that we were
16          co-developing in July, approximately of 2020.
17                     The second part of your question, I don't
18          know the answer to that.
19               Q     Okay.  So do you understand the difference
20          between source code and what you are referring to as
21          software?
22               A     I know what source code is, yes.
23               Q     Okay.  So my question refers to source
24          code.  And the question is when did TEG first receive
25          source code from my client?
```

```
                                                          Page 39
 1         document, right?
 2               A     Yes.  Appears to be.
 3               Q     All right.  So you have seen these and been
 4         involved in these source code exchanges and
 5         certifications of destruction, right?
 6               A     Yes.
 7               Q     Okay.
 8               A     In this instance I was.
 9               ▮
```

