UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No.: 1:24-cv-00779-JPH-MG |
| TRIANGLE EXPERIENCE GROUP, INC., *et al*, | ) ) ) |
| *Defendants*. | ) ) |

## ORDER

This matter is before the Court on Defendant Triangle Experience Group, Inc.'s Motion for Extension of Time to File Its Response in Opposition to Plaintiff's Amended Motion for Preliminary Injunction. [Dkt. 116]. The Court, being duly advised, hereby **GRANTS** Defendant's motion.

The briefing schedule on Plaintiff's Amended Motion for Preliminary Injunction [Dkt. 104] is **HEREBY MODIFIED AS FOLLOWS**: Defendant shall have until **January 31, 2025** to file any opposition to Plaintiff's Amended Motion for Preliminary Injunction. Plaintiff shall have until **February 14, 2025** to file a reply in support.

SO ORDERED.

Date: 12/30/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record