## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

### CASE NO.: 1:24-cv-00779-JPH-MKK

MAX MINDS, LLC,

                Plaintiff,

v.

TRIANGLE EXPERIENCE GROUP, INC.,
ROBERT EDWARD CLARE, JEFFREY
MASE, KEVIN G MULLICAN and JOHN
DOES 1-10,

                Defendants.

_____

### **SEALED EXHIBIT 1 TO J. CAMPBELL MILLER DECLARATION**

Exhibit

1

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

1                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF INDIANA

2

3                    CASE NO.:  1:24-cv-00779-JPH-MKK

4        MAX MINDS, LLC,

5

6                        Plaintiff,

7        vs.

8        TRIANGLE EXPERIENCE GROUP, INC., INC.,

         ROBERT EDWARD CLARE, JEFFREY MASE,

9        KEVIN G. MULLICAN AND JOHN DOES 1-10,

10

                         Defendants.

11       _____/

12          REMOTE VIA ZOOM DEPOSITION OF 30(b)(6) TRIANGLE

13             EXPERIENCE GROUP, INC./ROBERT EDWARD CLARE

14                  TAKEN ON BEHALF OF THE PLAINTIFF

15                  Remote Via Zoom

                    October 30, 2024

16                  10:00 a.m. to 2:11 p.m.

17

18

19

20       REPORTED BY

         MARLA SCHREIBER, COURT REPORTER

21       NOTARY PUBLIC, STATE OF FLORIDA

22

23

24

25

Page 2

```
 1                   APPEARANCES OF COUNSEL
 2       ON BEHALF OF THE PLAINTIFF:
 3       SRIPLAW, P.A.
         By JOEL ROTHMAN, ESQ.
 4       21301 Powerline Road, Suite 100
         Boca Raton, Florida 33433
 5       joel.rothman@sriplaw.com
 6
 7       SRIPLAW, P.A.
         By J. CAMPBELL MILLER, ESQ.
 8       231 South Rangeline Road, Suite H
         Carmel, Indiana 46032
 9       campbell.miller@sriplaw.com
10       ON BEHALF OF THE DEFENDANTS:
11       MERCHANT & GOULD, P.C.
         By HEATHER KLIEBENSTEIN, ESQ.
12       150 South Fifth Street, Suite 2200
         Minneapolis, MN 55402
13
         BEAN, KINNEY & KORMAN, PC
14       By RICHARD D. KELLEY, ESQ.
         By KANDIS M. KOUSTENSIS, ESQ.
15       By SAMUEL BANKS, ESQ.
         2311 Wilson Boulevard, Suite 500
16       Arlington, VA 22201
         rkelley@beankkinney.com
17
18       ALSO PRESENT:
19       BRANDON FISCHER, Max Minds
20
21
22
23
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 3

```
 1                    INDEX OF EXAMINATION
 2        WITNESS:  ROBERT EDWARD CLARE
 3        DIRECT EXAMINATION                    PAGE
 4        By Mr. Rothman, Esquire                    4
 5        CROSS-EXAMINATION
 6        By Mr. Kelley, Esquire                   111
 7        REDIRECT EXAMINATION
 8        By Mr. Rothman, Esquire               115
 9                   E X H I B I T S
10
          Plaintiff's Exhibit  1          Page:  4
11        (Plaintiff's Notice of Deposition)
          Plaintiff's Exhibit  11         Page:  36
12        (Joint Venture Agreement)
          Plaintiff's Exhibit 11A        Page:  38
13        (Joint Venture Agreement)
          Plaintiff's Exhibit  29         Page:  5
14        (Stipulation)
          Plaintiff's Exhibit  30         Page:  6
15        (Interrogatories)
          Plaintiff's Exhibit  31         Page:  6
16        (Second Amended Answers to Request for Production)
          Plaintiff's Exhibit  32         Page:  8
17        (Stack of Documents)
          Plaintiff's Exhibit  34         Page:  14
18        (List of Names of Employees)
          Plaintiff's Exhibit  35         Page:  98
19        (Evidence/Property Custody Document)
          Plaintiff's Exhibit  36         Page:  102
20        (Two Pages of Source Code)
21
22
23
24
25
```

Page 4

```
 1        Thereupon:

 2                        ROBERT EDWARD CLARE

 3        was called as a witness, and after having been first

 4        duly sworn, testified as follows:

 5                        THE WITNESS:  Yes.

 6                        DIRECT EXAMINATION

 7        BY MR. ROTHMAN:

 8             Q    Good morning, Mr. Clare, my name is Joel

 9        Rothman and I am going to be asking you some questions

10        today.  Can you hear me all right?

11             A    Yes, sir.  Good morning.

12             Q    So if you can take out Exhibit 1, please.

13             A    Okay.

14             Q    It should say at the top middle of the page

15        plaintiffs third renotice or it could be the fourth

16        renotice or the fifth at this point.  Because it's been

17        served and reserved a number of times but the items in

18        the back are the same.  It's the notice of your

19        deposition for.

20                  (Whereupon, the above referred-to document

21                   was marked as Plaintiff's Exhibit 1.)

22        BY MR. ROTHMAN:

23             Q    Have you had a chance to review that before

24        today?

25             A    Yes.
```

Page 5

```
 1            Q    Okay.  So if you turn to page 6, there is a
 2       list of matters for examination.
 3            A    Okay.
 4            Q    Before we look at that, if you can also
 5       pull out Exhibit 29.  It's entitled stipulation.
 6            A    Okay.
 7            Q    Have you seen Exhibit 29 before?
 8            A    Yes.
 9            (Whereupon, the above referred-to document
10             was marked as Plaintiff's Exhibit 29.)
11       BY MR. ROTHMAN:
12            Q    Okay.  So Exhibit 29 contains an agreement
13       between the parties concerning the definition of the
14       words software and source code, and it indicates on the
15       first page of the stipulation that the definitions are
16       going to apply to the first set of preliminary
17       injunction interrogatories, the first set of
18       preliminary injunction request for production and the
19       notice of deposition.
20                 Do you see that?
21            A    I do.
22            Q    Okay.  So with respect to Exhibit 1, which
23       is the notice of deposition, you understand that the
24       definitions of software and source code for those terms
25       as used in this document are the definitions in the
```

Page 6

1      stipulation, not the definitions in the notice of

2      deposition, right?

3              A    Yes.

4              Q    Great.  Thank you.

5                   So beginning on page 6 and running through

6      page 7 of Exhibit 1 are 19 matters for examination.

7                   Are you the representative of Triangle

8      Experience Group, Inc. who has been designated to

9      testify as to the matters numbered 1 through 19 at this

10     deposition today?

11             A    I am.

12             Q    If you can also please take out Exhibits 30

13     and 31.  I will start with Exhibit 30.

14             A    Okay.

15         (Whereupon, the above referred-to documents

16          were marked as Plaintiff's Exhibits 30 and 31.)

17     BY MR. ROTHMAN:

18             Q    So have you seen Exhibit 30 before?

19             A    Let me look.  Yes.

20             Q    If you turn to page 23 of Exhibit 30, you

21     will see a verification.

22                  Do you see that?

23             A    Yes.

24             Q    And the verification says "In accordance

25     with 28 USC 1746, I verify under penalty of perjury

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 7

1      that the foregoing is true and correct executed on

2      October 15, 2024," and there is a signature.

3                    Whose signature is that?

4           A     That's mine.

5           Q     So you signed and verified that the answers

6      to the interrogatories in Exhibit 30 were true and

7      correct on the 15th of October, right?

8           A     Yes.

9           Q     Okay.  Great.

10                   And with respect to Exhibit 30, this is

11     the -- Exhibit 30 are the interrogatories that are

12     referred to on the first page of the stipulation at

13     Exhibit 29 that the definitions of software and source

14     code are going to be used for.

15                   You understood that when you signed those

16     interrogatories, correct?

17          A     Correct.

18          Q     All right.  Now, Exhibit 31 is a set of

19     second amended answers to request for production.

20                   Have you seen this before?

21          A     Yes.

22          Q     Okay.  And this document 31 is also

23     referenced on the first page of the stipulation in

24     Exhibit 29 as being one of the discovery items that the

25     definitions in the stipulation for software and source

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 8

1    code are going to apply to, correct?

2         A    Yes.

3         Q    Okay.  Now, we on behalf of Max Minds

4    received document production in this case.  We received

5    it in the last couple of weeks and the documents were

6    all stamped as being produced by TEG and some of them

7    have been copied and provided to you as a Composite

8    Exhibit 32.

9              Do you see that in the stack there?

10        A    I see Exhibit 32.

11        Q    Is this kind of a thick stack of documents

12   maybe, about half an inch thick, right?

13        A    Yes.

14        (Whereupon, the above referred-to document

15         was marked as Plaintiff's Exhibit 32.)

16   BY MR. ROTHMAN:

17        Q    Yes.

18             So have you reviewed these before the

19   deposition?

20        A    I did.  I quickly scanned through there.

21        Q    Okay.  Were you involved in the production

22   of documents to my client, including the documents in

23   Exhibit 32 there?

24        A    Yes.

25        Q    How were you involved, can you tell me what

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 9

1    you did?

2          A    We gave access to the production company to

3    our emails and file shares.

4          Q    Okay.  And then do you know what -- this

5    was like an electronic discovery company, something

6    like that?

7          A    Correct.

8          Q    Do you know what they did after you gave

9    them access?

10         A    How they did it, no.

11         Q    Okay.

12         A    I believe the objective was to pull all of

13   our content in based on a selection of keywords and

14   search terms.

15         Q    Okay.  If you can look at just the first

16   page of Exhibit 32.

17              MR. ROTHMAN:  Mr. Kelley, I am not going to

18              ask him substantively about contents of the

19              first page.  I just want to ask him some

20              questions about just to make sure that I

21              understand the designations on the bottom, okay.

22   BY MR. ROTHMAN:

23         Q    So Mr. Clare, you see on the bottom of the

24   first page of Exhibit 32, in the lower left it says

25   "Highly confidential (AEO)?"

Page 10

1          A     Yes.

2          Q     Okay.  Do you see that in the lower right

3     it says TEG 00001052?

4          A     Correct, yes.

5          Q     Now, the designation on the right, the TEG

6     with the number, for purposes of this deposition, I am

7     going to refer to it as a Bates stamp.  I am not sure

8     if you've ever heard that term before.

9                But when I asked you questions about these

10    documents and any others that have a stamp like that,

11    I'm going to refer to it as Bates number or Bates stamp

12    and the number that's there just to help the reporter

13    and anyone reading the transcript follow along.

14               Will you be okay if I do that during the

15    deposition?

16         A     Yes.

17         Q     If at any point you need to reference a

18    page of the document, would you please use that number

19    if the documents have a Bates number on it, all right?

20         A     Yes.  Sure.

21         Q     All right.  So it says the other

22    designation "Highly confidential (AEO)."

23               Were you at all involved in determining

24    whether to designate this document "Highly confidential

25    (AEO)" or any other designation?

Page 11

1          MR. KELLEY:  I am going to pose an ongoing

2          objection and caution that Mr. Clare is not to

3          divulge any conversations between counsel and

4          himself.

5          MR. ROTHMAN:  Right.

6    BY MR. ROTHMAN:

7          Q    And I am not asking Mr. Clare for you to

8    tell me anything that someone has said to you or that

9    you said to someone.

10          My question is limited to whether you were

11    involved or not?

12          A    I don't recall the conversations about it.

13          Q    Okay.  So do you know if anyone at your

14    company was involved in making the determination

15    whether to mark a document confidential or highly

16    confidential or something else or not mark it at all?

17          A    I don't recall.

18          Q    Okay.

19          A    I don't think that that happened.

20          Q    Okay.  All right.  So now, my understanding

21    is that you are a CEO of a company called Triangle

22    Experience Group, Inc., correct?

23          A    Correct.

24          Q    Will you know that I am referring to your

25    company if I refer to it as TEG?

Page 12

1        A    Yes.

2        Q    Okay.  My client, the company name is Max

3    Minds.  Will you know if I am referring to if I call

4    them Max?

5        A    Yes.

6        Q    Great.  So going back to Exhibit 1 and

7    matters for examination.  Item number one concerns all

8    copies of the software in your possession, including

9    the physical and IP address, location of each computer,

10   computer server or electronic media including all USB

11   thumb drives, et cetera, containing software.

12            Now, there is an answer to interrogatories

13   which is you can refer to Exhibit 30.  And turn to page

14   18 of Exhibit 30.

15       A    Okay.

16       Q    And if you can read question six to

17   yourself, let me know when you are done.

18       A    Okay.  I am done.

19       Q    You see the answer below it says see

20   response to interrogatory number seven, right?

21       A    Okay.

22       Q    Then number seven, the first sentence says

23   "Are you in possession of the source code?"

24            And then the answer begins on the following

25   page 19.  I want to ask you some questions about this

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 13

1      answer.  All right.

2             It says "Based on the parties stipulated

3      definition of source code software for purposes of

4      preliminary injunction discovery, source code and

5      software within TEG's possession is located."

6      ███████████████████████████████████████

       ███████████████████████████████████████

       ███████████████████████████████████████

9             Do you see that?

10        A    Yes.

11        Q    What does the Triangle Experience

12     development organization and ███████ mean?

13        A    ███████████████████████████████

       ███████████████████████████████████████

15        Q    Okay.  So TEG h████████████████████

       ███████  do I understand that to be correct?

17        A    Yes.

18        Q    Now, is -- do you know if ████████████

       ███████████████████████████████████████

       ███████████████████████████████████

       ███████████████████████████████████████

       ████████████████████

23        A    I don't know where that's located.

24        Q    Okay.  Who has access to the Triangle

25     Experience Group development organization and ███████

Page 14

```
 1              A    I would say the development team and

 2      probably some of the folks from the operation side.

 3              Q    Okay.  So in an attempt to move things

 4      along rather than have you just start to list people

 5      out, I am going to mark a document and share it with

 6      you on my screen here.  It's a list of individuals that

 7      we were able to create who appear to currently or

 8      previously have been located -- I am sorry, associated

 9      with your company.  So let me just mark it here.  It's

10      a two page document.  Let me share my screen with you.

11      Let me know if you have any problems seeing this.

12              You should be able to see my screen and see

13      a document that I've marked as Exhibit 34.

14          (Whereupon, the above referred-to document

15           was marked as Plaintiff's Exhibit 34.)

16      BY MR. ROTHMAN:

17              Q    Can you see that?

18              A    Yes.

19              Q    It's going to be a little small.  I will

20      make it bigger so you can read it.

21              For now, do you see the first page of this

22      Exhibit 34?

23              A    Yes.

24              Q    Okay.  It's actually two pages long and I

25      will make it bigger so you can read a little bit of
```

1      this and hopefully it might help us with individual

2      names at TEG.

3             So this is a list that was compiled based

4      on information that we could find in the public of TEG

5      employees, current, past.  We don't know if it's

6      correct or not, so I will ask you questions about it.

7             But it's organized alphabetically by last

8      name.  ███████████████████   ██████████

        ████████   █████████████████████

        ████████████████████████████████████

        ████████████████████████████████

        ████████████████████████████████████

        ███████████████████████████████

        █████████████████████████████

        ███████████████████████   ████

        ██████████████████████████

        ████████████████████████████████████

        █████

19      A    Yes.

20      Q    So if you need to refer to this list, okay,

21      let me know.  We can scroll through it if you don't

22      remember names.  But I want to ask you to identify the

23      actual individuals who are -- who have access to that

24      Triangle Experience Group development organization

25      instead of just telling me names of the teams, please

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 16

1    tell me the names of the individuals.

2         A    You want me to go through this shared

3    screen?

4         Q    You can.  If you need to -- if you don't

5    remember a name or two, you can certainly use this as a

6    reference, that's why I provided it.  We don't know if

7    the information is true or not.  But if you don't

8    remember a name off the top of your head, we might use

9    this to refresh your memory.

10        A    If you could scroll down slowly.  Let me

11   see here.  Keep going.  Keep going.  Keep going down.

12   That should be the end there.

13             Okay.  I kind of as you were scrolling, I

14   used that to kind of make sure I wasn't missing

15   anybody.

16        Q    Okay.

17        A    I wrote their name down here on this sheet

18   in front of me.

19        Q    Can you tell me their names for the record?

20        A    Yes.  ████████████████████████

█    ████████████████████████████████████

█    ███████████████

█    █   ████████████████████████████

█    █   █████   ███████████

█    █   ███████████████

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 17



CONFIDENTIAL ATTORNEYS EYES ONLY

Page 18

1          Q    ██████████

          ██    ██    ██████████

          ██    ██    █████████████████████████

          ██    █████████████████

          ██    ██    ████████████

          ██    ██    ███████   ████████████████████

          ██    ███████████████████████████

8          A    I do not.

9          Q    But it's still active currently?

10         A    Yes.  I believe so.

11         Q    Does anyone outside of TEG have access to

12    it?

13         A    I am not aware of anyone.

14         Q    Okay.  Now, the next item in your

15    interrogatory answer is as your ██████ repository is

16    located in the TEG development workspace.

17              You see that?

18         A    Hold on a second.

19         Q    Sure.

20         A    Right.

21         Q    So with respect to that as your ████████ who

22    has access to that?

23         A    My assumption would be these same names.

24         Q    Same people?

25         A    Correct, yes.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 19

1          Q     Where is the repository for the ███

    ███████████████████     ████████████████████████

    ████████████████   ████████████████████   ██████████

    ███████████

    ███       ██████████   █████████████████████

    ████████████████████

7          Q     Okay.  One of the ones below you think

8    hosts that?

9          A     Right.

10         Q     Is there someone at your company whose

11   responsible for administration of your -- as your

12   repository?

13         A     ████████████████████████████████

    ███       ██████████████████

15         A     Right.

16         Q     Okay.

17         A     And also, too, like if there is other names

18   that have access to that, I am not aware of that.

19         Q     All right.  So then the next item is on the

20   following servers and it lists ████ server names and

21   next to it are ██████████████████████████████

    ████████████     Do you see that?

23         A     Yes, sir.

24         Q     Now, a██████████████████████████████████

    ██████████, it's not a public facing IP address.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 20

1                  Do you know if these ▇▇▇ servers have

2 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇?

3         A    I don't know.

4         Q    Okay.  Who is in charge of administering

5 these servers, making sure that they are operating,

6 making sure that they are programmed correctly, making

7 sure that what's installed on them is appropriate, who

8 is in charge of that?

9         A    Again, I think that would fall under ▇▇▇

10 ▇▇▇▇▇▇ and he might have designated certain people to

11 do that.  I am not aware of who those names are.

12         Q    Okay.  If he designated people to do that,

13 would they be one of the people that you mentioned

14 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ or would they be

15 someone else?

16         A    I would say one of these names on this

17 list, but if it's somebody else, then I am not aware.

18         Q    Okay.  And then below that it lists local

19 copies on the following computers and it lists ▇▇▇

20 Dev laptop, Dev laptop ▇▇ and Dev laptop ▇▇ and Dev

21 laptop ▇▇▇  Do you see that?

22         A    Right.

23         Q    Do you know who at TEG is in possession of

24 each of those laptops?

25         A    I do not.  I don't know the exact name

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 21

1     that's attached to each one.  I do know that they are

2     company computers so it's logical that if somebody

3     would leave, that the other person, a new person would

4     get that same computer.  So they might have changed

5     hands a few times.

6          Q    Okay.  Who is in charge of administering,

7     allocating and reallocating company computers at TEG?

8          A    Let me think here.  Janna would be one of

9     them, Janna Clare.

20    A    HR.

21    Q    Okay.  Anyone else?

22    A    No, those are the only people that come to

23    mind.

24    Q    Okay.  What is Janna Clare's position?

25    A    CFO.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 22

1          Q     Are you married to Janna Clare?

2          A     Yes.

3          Q     So I would need to ask either Janna Clare

4     or ████ Toby the question of who had these three

5     laptops in order to get that answer?

6          A     I don't know if they know who had.  But I

7     think they would know who has.

8          Q     Who has them now.  Okay.

9          A     Right.

10         Q     So we were only given the names and numbers

11    associated with ████ Dev laptops.  But you've given us

12    the names of six people who would appear to be on the

13    TEG development team.

14              Do only three of the six people have

15    laptops with local copies of source code and software

16    that we are talking about here?

17         A     I believe that to be accurate.

18         Q     Okay.  Do you know why they don't all have

19    it?

20         A     I don't think the full list of six names

21    here are developers.  They are just people with access.

22         Q     Which of the six names you gave me are

23    developers?

24         A     ████████████████ would be accessing to

25    development.

```
 1            Q    Okay.  So does Kevin Mullican not develop
 2      software at TEG?
 3            A    I don't think so.
 4            Q    Okay.
 5            A    I don't recall that.
 6            Q    Okay.  Jeff, he doesn't develop software at
 7      TEG?
 8            A    That's correct.
 9            Q    And  ████  doesn't develop software at TEG?
10            A    That's correct.
11            Q    So what is Kevin Mullican's job title and
12      what does he do?
13            A    He is the TEG CTO, chief technology
14      officer.
15            Q    Got it.
16                 What is Jeff's job title and what does he
17      do?
18            A    He is the COO which is chief of operations.
19            Q    What about  ████
20            A    He is our cyber security analyst.
21            Q    The next -- well, before we go on.  So the
22      matters for examination going back to Exhibit 1, number
23      one asks about all copies of the software in your
24      possession, including the physical and IP address
25      location of each computer, computer server or
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 24

```
 1        electronic media containing the software.

 2                  And the answer does not list any electronic

 3        media such as USB, thumb drives or DVDs.

 4                  Is it the case that TEG does not have

 5        software or source code at issue in this case on USBs,

 6        the thumb drives or on DVDs or on any other kind of

 7        storage media?

 8             A    That's correct.

 9             Q    Okay.  So there are no backup copies of the

10        software somewhere that are not listed?

11             A    Not that I'm aware of.

12             Q    Now, item number two asks for all TEG

13        employees who are users of the software.  So who

14        employed by TEG who is -- who is a user of the

15        software?

16             A    I am not -- we wouldn't quantify or qualify

17        ourselves as users.  I wouldn't know how to answer

18        that.

19             Q    Okay.  What is your understanding of the

20        term user and why is it that you wouldn't describe

21        employees of TEG as users?

22             A    Well, I guess in an example is I am using

23        Zoom.  I am a user of Zoom right now in this

24        conversation, but we are not a user of the platform.

25             Q    Okay.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 25

```
 1          A    The software.
 2          Q    So is it -- are you saying that TEG now or
 3     in the past has never actually used the software that
 4     we are talking about internally or testing for
 5     demonstration for anything like that, TEG has never
 6     used the software?
 7          A    Well, we are not the -- better explain my
 8     response is we are not a customer.  We are not a client
 9     of it.
10          Q    Okay.  Well, again the matter for
11     examination doesn't ask for customers or clients.  It
12     asks for all TEG employees who are users of the
13     software.
14          A    Right.
15          Q    So putting aside customers and clients, my
16     question is, are there employees of TEG who are now or
17     have in the past used the software even if the use is
18     just for purposes of testing or demonstration?
19               MR. KELLEY:  Objection to the form.
20     BY MR. ROTHMAN:
21          Q    You can answer, sir.
22          A    We operate the software.
23          Q    Okay.
24          A    Again, in my definition, I guess in my head
25     of users, like we are not using the software.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 26

1          Q      Okay.  So we can use the term operate.

2                 When you say you operate the software, what

3      does that mean, can you tell me what that means?

4          A      The customer ████████████████████████

       ████ has it installed in their location and we may go in

6      there and use it with them or show them how to use it,

7      you know, the operation of it is not the content and

8      the context of what the software is supposed to do.  We

9      are not using it in -- in the software context.

10         Q      Right.  Have you ever outside of what has

11     been installed at a government location, outside of

12     working with a customer, have you ever seen the

13     software operated on a TEG computer by a TEG employee?

14         A      No.

15         Q      So it's never been the case that the

16     software was run internally for purposes of testing or

17     demonstration to TEG employees or anyone within TEG?

18         A      We test it extensively, yes.

19         Q      Okay.  When you say you test it, what do

20     you mean, describe that to me.

21         A      We follow a test plan and go through each

22     line item of the test plan.

23         Q      And describe for me in a general sense,

24     what a test plan involves.

25         A      Going through the functions of the software

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 27

1    to ensure that it works.

2         Q    Okay.

3         A    That each individual component works and

4    functions correctly.

5         Q    Okay.  So it's my understanding that the

6    way this software works is it allows an individual user

7    to use the software on their own screen and then it

8    also allows for the display of multiple user activity

9    on a central screen, is that a fair description?

10        A    That's close I guess, sure.

11        Q    Okay.  I just want it to be okay with you.

12        A    I understand.

13        Q    Okay.  Have you ever seen at TEG an

14   employee or maybe you operate the software on their own

15   computer screen?

16        A    In a testing capacity, yes.

17        Q    Okay.  Testing capacity?

18        A    Yes.

19        Q    Great.  And has also in a testing capacity

20   the software been shown where you could see multiple

21   users working on their own screens in one larger

22   screen?

23        A    I mean, the software is designed to have

24   multiple users logged in in a single session at the

25   same time, so in testing, I am sure that is one of the

```
 1        items to be tested, which is multiple people logged in.
 2             Q    Okay.  Great.
 3                  So in fact, for purposes of testing, the
 4        software has been operated at TEG?
 5             A    Yes.
 6             Q    Now, in order to operate the software, the
 7        software needed to be installed on one or more
 8        computers, right?
 9             A    No.
10             Q    No, it didn't need to be installed?
11             A    No.
12             Q    How could the software run on the computer
13        if the software was never installed?
14             A    The software -- there is nothing downloaded
15        onto the computer.
16             Q    Okay.  So there is no computer anywhere
17        that has the software running on it?
18             A    Yes, that's correct -- I mean, I guess you
19        would have to -- there is a server somewhere, but there
20        is not a computer, like a laptop or a desktop or PC,
21        no.
22             Q    Okay.  Because on an individual laptop or
23        desktop, the software is running in a browser, right?
24             A    Correct.
25             Q    But the software is running on one of the
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 29

```
 1      servers at TEG, the ████ servers that are listed in

 2      the answer to Exhibit 7?

 3           A    Yes, the server is somewhere, correct, yes,

 4      sir.

 5           Q    Where physically are those ████ servers

 6      listed in the answer with ██████████████████████

        ██    ████████████████

 8           A    I don't know the exact location.  One of

 9      these three is obviously locally somewhere.  It looks

10      like the other two might be cloud based.  I don't know.

11      Just by reading the URL.

12           Q    Okay.  But does TEG have physical offices?

13           A    Yes.

14           Q    Where are they?

15           A    North Carolina and Virginia.

16           Q    What are the addresses?

17           A    There is also a Texas office as well.

18           Q    Okay.

19           A    11182 Hopson Road, Ashland, Virginia.  I

20      think it's Suite B.

21           Q    Okay.  That's the Virginia address?

22           A    Right.

23           Q    Would you know the ZIP Code off the top of

24      your head?

25           A    23005.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 30

```
 1            Q    Okay.  What is the address for North

 2      Carolina?

 3            A    I don't know the number, the street number

 4      but it's Airport Road, Fayetteville.

 5            Q    Fayetteville?

 6            A    Right.  North Carolina.

 7            Q    And Texas?

 8            A    I don't know the address to that.

 9            Q    What part of Texas, what town?

10            A    It's central Texas in -- oh, my God.

11            Q    Fort Worth?

12            A    No.

13            Q    San Antonio?

14            A    Kempsville, Texas, yes.

15            Q    Kempsville.

16            A    Yes.

17            Q    Do you know if any of these █████ servers

18      are at any of these three addresses?

19            A    █████████████████████████████████████████

██      ████████████████████████████.

21            Q    Okay.

22            A    Yes.

23            Q    ███████████████████████████████████████

██      ███████

██            █    ███████████  There is a possibility, but I
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 31

1      would have to dig into the locations.

2               Q     Okay.  Would Kevin Mullican know?

3               A     Yes.

4               Q     Okay.  So other than -- let me ask you a

5      question.

6               Going back to operating the software for

7      test purposes, when someone at TEG is operating the

8      software in a browser, is there any requirement for

9      that person to enter credentials to get access to the

10     software through the browser, such as user name and

11     password?

12              A     Yes.  I would assume that's how the

13     platform works, the software.  I have not seen a

14     scenario which the -- you could log in without one, but

15     maybe I am missing that and I don't know.

16              Q     Okay.  That would mean that each TEG

17     employee who has operated the software would have a

18     user name and password to be able to get access to it

19     on their own computer, right?

20              A     Again, if -- there might be a scenario in

21     testing where you don't have to, but I am not exactly

22     aware of that so possibly, yes, for testing they would

23     probably have to log in with a user name and password.

24              Q     Okay.  I am sorry.

25              Do you know who maintains the list of user

| 1 | names and passwords and gives them out for purposes of |
| 2 | access? |
| 3 | A   I don't. |
| 4 | Q   Okay.  Might it be Kevin Mullican or do you |
| 5 | think it's somebody else? |
| 6 | A   I mean, I would take a stab and say Jeff |
| 7 | Mase or ███████ would be the best people to ask for |
| 8 | that. |
| 9 | Q   Do you have a user name and password to |
| 10 | access the software through a browser from your |
| 11 | computer? |
| 12 | A   No. |
| 13 | Q   You don't? |
| 14 | A   No. |
| 15 | Q   Okay.  Do you have a TEG issued computer, a |
| 16 | laptop or a desktop? |
| 17 | A   Yes. |
| 18 | Q   Do you have more than one or just one? |
| 19 | A   I have just one. |
| 20 | Q   Okay.  And have you ever accessed, operated |
| 21 | through a browser the software we are talking about |
| 22 | from your computer? |
| 23 | A   We have this computer and its age, yes. |
| 24 | Q   How old is that computer? |
| 25 | A   Two years.  Year and a half.  Two years. |

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 33

1    Something like that.

2        Q    When you were answering, you referenced the

3    age, is it that you previously would have had access

4    but you haven't recently?

5        A    Yes.  There is a time that I logged into

6    the software.

7        Q    Do you remember that period of time?

8        A    Probably 2019 just being general, mid 2019

9    to probably the beginning of -- yes, towards the end of

10    '23 I guess so probably a year ago.

11        Q    Okay.  Did you have that computer going

12    back to 2019?

13        A    No.  You asked when did I log into the

14    software.

15        Q    No.  I understand.

16        So do you know what happened to the

17    computer that you had back in 2019?

18        A    No.

19        Q    How many computers have you had since the

20    one from 2019?

21        A    This is probably the third.

22        Q    Okay.  So with respect to number two, all

23    TEG employees who are users of the software, are you

24    able to tell me the TEG employees who have user names

25    and passwords to access the software for testing

Page 34

```
 1    purposes?

 2          A    No.  Everybody like I said, I am not sure

 3    that everybody has to log in with a user name and

 4    password.

 5          Q    Okay.  Some people might not and some

 6    people might.  Is that something that we would need to

 7    get information from you indicated not Kevin, but who

 8    was it, who is the other person?

 9          A    I mentioned that the best source of

10    information on that or to find out that answer are Jeff

11    Mase or ████████.

12          Q    Okay.  All right.  We are going to, since

13    we can't get an answer from you on this, I am just

14    going to ask Mr. Kelley if you can make a note to,

15    perhaps, we can get that information in the form of,

16    you know, a written response.  You don't have to

17    respond to that now.

18                So item number three says all

19    demonstrations you've held, planned or scheduled for

20    the software since this case was filed.

21                The case we are talking about here

22    according to the date on complaint was filed May 7th,

23    2024.  So tell me about all the demonstrations you've

24    held, planned or scheduled for the software since May

25    7th of 2024.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 35

1          A     I don't know of any.

2          Q     Okay.  So you are saying that since May 7th

3     of 2024, TEG has never demonstrated the software we are

4     talking about to anyone?

5          A     I guess to clarify my answer is, we don't

6     do demonstrations.  Maybe an example kind of like we

7     talked about with users, an example of demonstration,

8     like -- because my definition of demonstration would be

9     something like a trade show or a customer engagement

10    where they came into your office and you demonstrated

11    the software and did a sales call or something like

12    that where you are demonstrating the software in some

13    type of commercial sense.  We just don't have that

14    ability to do.  We don't have the ability -- with the

15    exception of a trade show, we don't have the ability to

16    do a demonstration in the commercial sense and we never

17    participated in a trade show.

18         Q     Okay.  So your definition of demonstration

19    would be limited to trade shows?

20         A     Not limited to.  What I offered was an

21    example of what I think a demonstration is.

22         Q     Okay.  I want you to grab Exhibit 11.

23         A     Okay.

24         Q     So turn the first page, the title of this

25    document is Joint Venture Agreement.  Do you see that?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 36

1          A    Yes.

2          (Whereupon, the above referred-to document

3            was marked as Plaintiff's Exhibit 11.)

4     BY MR. ROTHMAN:

5          Q    And the version of the document here is

6     unsigned.  But have you seen a signed version of this

7     document before?

8          A    I have and -- but I don't know that they

9     are the same.  There is several different versions

10    floating around.

11         Q    Okay.

12         A    To answer your question precisely, I don't

13    know that this is the same version of a version that

14    was signed.

15         Q    Okay.

16         A    Or the version that was signed.

17         Q    Okay.  We haven't, to my knowledge, we

18    haven't received a different version of this than the

19    one I am showing you.  We can -- there was another

20    case, you know, are you familiar with the other case

21    where your company sued my client?

22         A    Yes.

23         Q    Okay.  We can go and get the copy that TEG

24    put in there and take a look at that instead if you

25    would prefer.  I don't mind.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 37

1          A    Sure.  It sounds -- if we think that this

2     is not a correct version, then yes.

3          Q    I would be willing to represent to you that

4     this is the correct version, but I don't want there to

5     be some dispute about it and so if you would prefer,

6     you know, we could get the other version and we can

7     refer to that instead or we can use this version

8     unless, you know, you believe that it's different in

9     some way than the authentic version.

10         A    I think my opinion would be if you want to

11    represent this as the signed version, then we should

12    probably look at the signed version.

13         Q    Okay.  Why don't we do that.  Let's take a

14    five minute break or a seven minute break.  We will

15    come back at like 11:10 and we will grab that version

16    and we will use that instead, okay?

17         A    Okay.  Thank you.

18              (Off the record at 11:02 a.m.)

19           (Back on the record at 11:10 a.m.)

20    BY MR. ROTHMAN:

21         Q    So Mr. Clare --

22         A    Yes, sir.

23         Q    I am going to share my screen and show you

24    a document I've marked Exhibit 11 A and it is Exhibit 1

25    to the complaint filed in case number 24 CV 00650 which

Page 38

```
 1        is the case filed by your company against my client.

 2        And it's a document titled Joint Venture Agreement.

 3                    Do you see that there on your screen?

 4             A    Yes.

 5             (Whereupon, the above referred-to document

 6             was marked as Plaintiff's Exhibit 11A.)

 7        BY MR. ROTHMAN:

 8             Q    I need you to see that first page.

 9             A    Yes, sir.

10             Q    Okay.

11             A    I see it.  Yep.  Okay.

12             Q    I can hear you.  I am going to scroll down

13        to the last page and again, this was filed by TEG.  You

14        see it has my client's signature on it, Mr. Fischer?

15             A    Yes.

16             Q    Then the signature box for TEG is -- it is

17        blank but it has your name there.  You see that?

18             A    Yes.

19             Q    Did you sign, actually physically sign or

20        electronically sign a version of this document?

21             A    Yes.

22             Q    Okay.  And was it one that my client had

23        also signed?

24             A    His signature looks like the same

25        signature.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 39

1          Q    Okay.  And it's dated the bottom 13th of

2     January 2020.

3               So would it be okay for us to use this

4     Exhibit 11A when we talk about the joint venture

5     agreement?

6          A    Yes, sir.

7          Q    Okay.  Great.  So one of the provisions of

8     the agreement begins the heading is Demo Product

9     Licenses.  Do you see that?

10         A    I see it.

11         Q    Okay.  And it says "Max agrees to partition

12    two instances of Haptic Federal for testing and demo

13    purposes and provide TEG with the ability to create

14    unlimited user accounts."

15              Do you see that?

16         A    Yes.

17         Q    So now do you understand the word demo here

18    to be shorthand for the word demonstration?

19         A    Yes.

20         Q    So when we are talking about a matter for

21    examination number three, all demonstrations you have

22    held, planned or scheduled for software since this case

23    was filed, can we agree that the term demonstration in

24    that matter for examination should mean the same thing

25    as the term demonstration in this document?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 40

1           MR. KELLEY:  Objection to form.

2           THE WITNESS:  I do see that the word

3       demonstration is in that paragraph.  Demo

4       logically means demonstration.  But I am not

5       following you on the -- since this case was

6       filed.

7   BY MR. ROTHMAN:

8       Q    Okay.  So explain to me what you understood

9   when you signed this joint venture agreement what you

10  understood the term demonstration to mean?

11      A    The same context that I explained in the

12  form of an example previously at the time of signing

13  this document and the discussions that led up to

14  signing it, we believe that there was the need to do

15  demonstrations.

16      Q    Okay.

17      A    At the time there was a lot we didn't know

18  about the market and the customer so, again, it was a

19  provision for going out and doing trade shows and

20  demonstrating the capability commercially.

21      Q    So has TEG at any time before or after this

22  lawsuit was filed demonstrated the capability of the

23  software commercially to anyone?

24      A    I don't recall.  There might have been

25  some -- we might have given -- I don't recall.  I don't

Page 41

```
1        think so.  Because, you know, I am trying to make sure

2        I answered your question, on the commercial side, we

3        did for a short while have access to something

4        commercially available.  But whether we demonstrated it

5        or not to people using that commercial platform, I

6        don't recall.

7              Q    Okay.  So maybe we are hung up on the

8        definition of commercial, right.

9                   What is your definition of commercial so I

10       understand the context for your answer?

11             A    Well, it's the not the ███ not private or

12       not in a private network or a private setting inside of

13       the customer's space, we wouldn't have the means to do

14       that.  So the only logical place we could do a

15       demonstration would be commercially.

16             Q    Okay.  Is TEG a for profit business?

17             A    Yes.

18             Q    And you've been involved in government

19       contracting for many years, haven't you?

20             A    Yes.

21             Q    Including ███ government contracting,

22       correct?

23             A    Correct.

24             Q    When the ███ enters into a contract and

25       receives goods or services, has it been your experience
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 42

1    that the ██ doesn't pay for those services ever, that

2    they are received free?

3                    MR. KELLEY:  Objection to form.

4                    THE WITNESS:  I don't understand the

5            question.

6    BY MR. ROTHMAN:

7        Q    So haven't you in the past been paid by the

8    United States government for products or services that

9    you supplied to the United States government in the

10   course of ██ contracting?

11       A    Yes.

12       Q    Okay.  So I'm using the term commercial in

13   the sense of selling, licensing anything for money, and

14   I am not confining it to a particular industry or a

15   particular type of customer.  If we reask the question

16   with the understanding that demonstration includes all

17   demonstrations regardless of who the customer is, would

18   your answer be different?

19       A    No.  I mean, again, I will try to explain

20   my answer.

21            So in the government space to use your new

22   definition kind of putting commercial aside.  There is

23   no demonstrations given of the software.  It's in the

24   government space, the ██ owns it, they are the client.

25   If they are sharing it and using it amongst themselves.

Page 43

1    If there is a customer that wants to buy it, they will

2    buy it because they have used it somewhere else.

3         Q    Okay.  So if it has never been used

4    anywhere and the customer has never seen it used

5    anywhere, are you telling me that demonstrations of the

6    software have never been given, that's not something

7    that TEG has ever done?

8              MR. KELLEY:  Objection to form.

9              THE WITNESS:  No.  The ███ will create

10             scenarios which certain software capabilities

11             can be put into -- hold on just a second.  Are

12             you on mute?

13             MR. KELLEY:  Yes.

14             THE WITNESS:  That's better.  I was getting

15             an echo.

16             So they will create scenarios in which

17             capabilities can be brought in and evaluated and

18             used in simulation used in large skill common

19             operation, simulation scenarios that the

20             government is already participating in.

21             But again, you are not demonstrating in a

22             sense of just showing somebody the usefulness of

23             a tool in a commercial setting, however, inside

24             of the ███ on a secret network, the software

25             will perform inside of a scenario that's

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 44

1       happening.

2   BY MR. ROTHMAN:

3       Q    Okay.  How many times has TEG participated

4   in such scenarios involving the software?

5               MR. KELLEY:  Objection to form.

6               THE WITNESS:  I know of one which would be

7          considered like a fielding where the ████ was

8          fielding it, bringing it in to, use it in those

9          scenarios that I was referencing.

10  BY MR. ROTHMAN:

11      Q    When was that?

12      A    That would have been October of 2020.

13      Q    And since October of 2020, are you saying

14  that TEG has never been involved in any of the

15  scenarios like you just described?

16      A    Like I said, I know of one.

17      Q    But that's not my question.

18           My question is, since then, are you aware

19  of any that TEG has been involved in?

20               MR. KELLEY:  Objection to form.

21               THE WITNESS:  No.

22  BY MR. ROTHMAN:

23      Q    Has TEG licensed the software to any

24  organization within the ████████████████ since

25  this lawsuit was filed?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 45

```
 1          A    Can you repeat the question, please?  I am
 2    trying to --
 3               MR. ROTHMAN:  Madam Court Reporter, can you
 4          read back the question, please.
 5               (Court Reporter Read Back.)
 6               THE WITNESS:  Okay.  Yes.  Yes.
 7    BY MR. ROTHMAN:
 8          Q    Tell me within the ████ list to me all of
 9    the organization.
10          A    I know of two.  ████████████████████████
██    ███████████████████████████████████████████.
12          Q    And before those two ███████████████ agreed
13    to license the software, did TEG do any or was involved
14    in any simulations or demonstrations of the software to
15    any one at those ████████████?
16          A    So involved, yes.  I mean, we participate.
17          Q    Okay.
18          A    Sure.  Yes.
19          Q    So tell me the scenarios and simulations
20    that TEG participated in.
21          A    Give me the time frame.  Which for these
22    two that I listed, ██████████████████████████████████
23          Q    Yes.
24          A    I wasn't there.  But I assume it's giving
25    training classes, the technical aspects of ensuring
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 46

```
 1          that the capability is functioning.  That's about the

 2          extent of it.

 3                 Q     When was that?

 4                 A     I don't recall.

 5                 Q     Where did it occur?

 6                 A     I assume at the customer location, possibly

 7          some other field locations that I am not aware of the

 8          exact locations.

 9                 Q     Who from TEG was involved in that?

10                 A     I don't recall the exact names.

11                 Q     Do you have employees at TEG whose jobs

12          involve sales and marketing?

13                 A     No.

14                 Q     So you don't have anyone who would

15          participate in demonstrations, scenarios, simulations

16          for purposes of selling the software to the U.S.

17          government ███████████████?

18                 A     No.  My answer is no.  But I will offer you

19          an explanation.  It's a goal of all the employees is

20          to, you know, interact with the customer, be aware of

21          sales.  So it's a core competency of all the employees

22          to do.

23                        But specifically employees that are just

24          sales employees, that's not something we have.  Does

25          that answer your question?
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 47

```
1            Q    So who are these people who would have been
2      interacting with the government in connection with the
3      training classes, technical aspects and the software
4      and the customer location that we just described?
5            A    The names of the people?
6            Q    Yes.
7            A    Jeff Mase.  If you shared that screen
8      again, I could point to --
9            Q    Sure.  No worries.
10           A    Yes.  So ███████████   ████████████████
███    ██████████████████████████████████████████████████
███       ██████  If you can scroll down.
13           Q    Sure.
14           A    It looks like it.  That's a possibility.
15     That's the list of names that possibly could have
16     supported one, if not both of those.
17           Q    ████████████████████████████?
18           A    No.
19           Q    No.  What does he do as account executive?
20                MR. KELLEY:  Objection to form.
21                THE WITNESS:  Personal management,
22           interaction with the customer, customer success,
23           general program management.
24     BY MR. ROTHMAN:
25           Q    Okay.  ███████████, what is his title?
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 48

1          A        ████████    is a field service rep.

2          Q        What does a field service rep do?

3          A        So it's the FSR column role where it says

4    role FSR.

5          Q        Yes.  What do they do?

6          A        Interact with the customer, be on site,

7    general help, care and feeding.

8          Q        Okay.  Do they ever show the customer how

9    to do things with the software?

10         A        They would probably help a customer stuck

11   on something and having trouble interacting with it,

12   they would most likely assist.

13         Q        Okay.  What is ████████████ title?

14         A        Same.  FSR.  Field service rep.

15         Q        Okay.  What is ████████████ title?

16         A        Probably account manager I think or board

17   FSR, one of the two.

18         Q        What is ████████████ title?

19         A        Director of operations.

20         Q        What is ████████████ title?

21         A        ██████ is a field technical services.

22         Q        What does a field technical services person

23   do?

24         A        Care and feeding on the technical side,

25   making sure things are working, interacting with the

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 49

1      customer's technical people.

2            Q    What do you mean care and feeding, you

3      don't literally mean care and feeding in a non-literal

4      way.  What do you mean by that?

5            A    Right.  There is technical glitches,

6      sometimes the field tech team can assist in rectifying

7      those issues.

8            Q    Okay.  How would they do that?

9            A    Interacting with the software that's

10     installed at the customer site, interacting with the

11     system admin, logging into the server at the customer

12     site, understanding how the system administration

13     works.

14           Q    Okay.  So how many servers are there

15     operating the software at TEG's customer's sites?

16           A    I don't know the exact number.  In the 40

17     to 50 range.

18           Q    So there are 40 to 50 servers operating the

19     software at issue in this case at TEG's customer's

20     locations?

21           A    That's a possibility, yes.

22           Q    Okay.  And is it -- does the software

23     operate on a single server or does it operate on

24     multiple servers at each location?

25           A    I think there is a blend of different

Page 50

 1    scenarios.  I think some customers prefer to put things

 2    on different servers and some customers put it all on

 3    one server.

 4         Q    Can you list for me all the customers

 5    currently that have servers with the software on them?

 6              MR. KELLEY:  Objection to form.

 7              THE WITNESS:  I cannot.

 8    BY MR. ROTHMAN:

 9         Q    Is there a list somewhere that we can refer

10    to or that you could provide so that we could know that

11    information?

12         A    Absolutely.  I assume we could do research

13    on that and provide that.

14         Q    Who would have that information at TEG?

15         A    Probably Jeff and ██████████, Jeff Mase and

16    ██████████, the same names.  Most likely Jeff, Jeff

17    Mase would have the answer to that.

18         Q    Okay.  So are you aware of any scenarios or

19    simulations that TEG plans to participate in with the

20    software in the future that have been planned?

21         A    No, I am not aware.  I am not aware of any

22    that are scheduled.

23         Q    Are there any ongoing now?

24         A    No.

25         Q    Number four asks for all payments you

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 51

1    received for demonstrations of the software since this

2    case was filed.

3              With respect to the term demonstrations, we

4    can substitute your term scenarios for simulations.

5    Has TEG received any payments for its involvement using

6    the software for scenarios or demonstrations since the

7    case was filed?

8         A    Just those two that I listed.

9         Q    Those two.  Okay.

10        A    Yes.

11        Q    With respect to those two, the two army

12   divisions, ████████████████████████████.  Who

13   would have the details of when those occurred, what

14   occurred during them, who would we need to ask for

15   that?

16        A    I mean, I can get the information.  That's

17   not something that I prepared for.

18        Q    I understand.  Because you didn't

19   understand the term demonstration the way we have now

20   defined it.  So it's -- we, I will ask counsel if we

21   can get that information.  Perhaps there is

22   documentation that they can refer us to that has

23   already been produced or perhaps it be produced.  We

24   will follow up on that.  I am sorry.

25        A    I was going to say furthermore the payments

```
 1          would not specifically be for the scenario.

 2                    The scenario is something that's happening

 3          and we will go support it.

 4                Q    Okay.  But don't you get --

 5                A    I just want to make sure we get you the

 6          right information of what we need to research and get

 7          to you.

 8                Q    Okay.  Well, when you go support a

 9          scenario, do you do that for free?

10                A    Well, the payment is not for the scenario.

11                Q    No, the payment is for your participation

12          in the scenario, correct?

13                A    Well, the customer is paying for support.

14                Q    Okay.

15                A    They purchased the software and with that

16          comes support.

17                Q    Okay.  So are you saying that ██████████

   ████  █████████████████████████████████  they paid

19          for the software and they also received support and

20          there were scenarios and simulations that TEG

21          participated in since the case was filed?

22                A    Correct.

23                Q    Okay.  And you can get us the details on

24          those?

25                    MR. KELLEY:  Objection to form.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 53

1      BY MR. ROTHMAN:

2          Q    Correct?

3          A    I am unclear on what is the do out.  What

4      details are we getting in?

5          Q    Well, so it would be who, what, when,

6      where, how.  It would be when were these performed or

7      where were they performed, you know, what was involved,

8      what was the payment, who was involved, you know, those

9      sorts of details, the ones that I would have asked you

10     and gotten answers from you if you had been prepared

11     and maybe again --

12          MR. KELLEY:  Objection to form.

13          MR. ROTHMAN:  Let me finish, please.

14     BY MR. ROTHMAN:

15          Q    Maybe they are not.  But those are the

16     sorts of things that I would be seeking and certainly

17     don't answer me now.  Speak to your counsel afterwards

18     and maybe we can work it out after the deposition,

19     okay.

20          A    I just want to be clear that I can answer

21     the payments and who.  I just can't answer the I guess

22     the what and the why.

23          Q    Okay.  Well, tell me about the payments.

24          A    The total payments were those two customers

25     was 450,000.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 54

1         Q    Okay.  That was the total for TEG's

2   involvement in the software?

3         A    No, that's what the customer paid for

4   licensing.

5         Q    Okay.

6         A    And support.

7         Q    Okay.  You would have documentation

8   concerning that?

9         A    Yes.

10        Q    Okay.  Great.  Thank you.

11        Item number five is all payments for sales

12   of the software since this case was filed.  And six is

13   all payments you received from licenses of the software

14   since this case was filed.  And I don't know whether

15   you refer to this as sales of the software or sales of

16   licenses, so I am going to combine those and ask you if

17   you can tell me detail for any of those payments.

18        A    It's the same for those two customers.

19   It's roughly and 450,000.

20        Q    Any others?

21        A    No, sir.

22        Q    So let's go back for a second to the joint

23   venture agreement.  Who used the version of it that I

24   have here?  I will share my screen.  You see my screen?

25        A    Yes.

Page 55

```
 1          Q    So I am going to scroll down to the second
 2     page and I want to direct your attention to the
 3     intellectual property paragraph here.  Do you see it?
 4          A    Yes.
 5          Q    Okay.  So it says "Any intellectual
 6     property (IP) resulting from custom software
 7     development that is paid for by TEG will be co-owned by
 8     TEG and Max, except any plug-in features paid for by
 9     the government that are contractual deliverables to the
10     government customer."  Do you see that?
11          A    Yes.
12          Q    Can you explain for me your understanding
13     of what that provision means?
14          A    So just to break it up, I guess, is the
15     plug-in piece is a stipulation that the two parties,
16     Max Minds and TEG would not legally be able to own
17     anything that the government paid for development.
18          Q    Okay.
19          A    However, the agreement of whether TEG pays
20     for development and those items would be co-owned.
21          Q    Okay.  So with respect -- putting aside the
22     plug-ins, when the term says any intellectual property
23     resulting from custom software development that is paid
24     for by TEG would be co-owned by TEG and Max.  What is
25     your understanding of what that means?
```

Page 56

```
 1          A    It means that if TEG was to pay Max Minds
 2     for the development, then TEG and Max would co-own it
 3     so paid for by TEG would be co-owned by TEG and Max.
 4          Q    So now it's my understanding that at the
 5     beginning of the relationship between TEG and Max, that
 6     there was software that Max had at the beginning of the
 7     relationship provided to TEG.  I am not talking about
 8     source code now.  I am talking about software that
 9     operated on a computer that you received from my client
10     software, and that software operated on a computer and
11     that was received at some point early in the
12     relationship, right?
13               MR. KELLEY:  Objection to form.
14     BY MR. ROTHMAN:
15          Q    I am sorry.  I didn't hear the answer.
16          A    I don't know that it was received.  I don't
17     understand the question, but I mean I don't want to be
18     difficult.  I guess I am hung up on the word receive
19     and run on a computer.
20               My assumption is, or I am of the belief
21     that everything that we looked at was web based.  I
22     don't know that we had anything that was installed
23     until after this agreement was signed.
24          Q    Okay.  Well, if we go back to the answer to
25     number seven, it lists ▇▇▇▇ servers and it's my
```

Page 57

```
 1        understanding from your testimony that the software was

 2        installed and operating on those ████ servers, and

 3        that individuals at TEG could log in through a browser

 4        to use the software from their computers and the

 5        software was running on TEG servers, right?

 6             A    Right.  That's correct.

 7             Q    Okay.  So when was the very first time that

 8        TEG received software that was put on to a server in

 9        TEG's possession for purposes of operating the software

10        so users at TEG and others who you were showing the

11        software to could see it operate, when was the first

12        time?

13                  MR. KELLEY:  Objection to form.

14                  THE WITNESS:  I believe it was in

15                  conjunction with signing this document, so it

16                  was around the time of this document being

17                  signed.

18        BY MR. ROTHMAN:

19             Q    Okay.  And then after this document was

20        signed, was there, quote, "Custom software

21        development," done to the software?

22                  MR. BALES:  Objection to form.

23                  THE WITNESS:  After this was signed.

24        BY MR. ROTHMAN:

25             Q    After this was signed.  So --
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 58

1           A    Yes.

2           Q    So TEG receives -- after this was signed

3    TEG receives software, the software is installed on a

4    server in TEG's possession and then thereafter custom

5    software development is done, correct, do I have it so

6    far?

7           A    That's correct.

8           Q    Is it TEG's position that TEG paid for

9    custom software development?

10          A    Yes.

11          Q    Now, who did that custom software

12   development?

13          A    I don't know who the names are.

14          Q    Well, not the names.  But as between TEG

15   and Max, who -- which one did the custom software

16   development that occurred after the software was

17   installed on the server and put into TEG's location?

18               MR. KELLEY:  Objection to form.

19               THE WITNESS:  It would have been Max Minds.

20   BY MR. ROTHMAN:

21          Q    Max Minds did that?

22          A    They were paid to do that, yes.  Who did

23   it?  I don't know.

24          Q    Who did it, you don't know.  But it was

25   somebody working for Max Minds in some capacity, right?

Page 59

```
 1              A    Yes.

 2              Q    At any time, did TEG do any custom software

 3      development?

 4              A    I believe at any time --

 5              Q    Any time at all.

 6              A    Yes, okay.  So not surrounding this

 7      document.

 8              MR. KELLEY:  Objection to form.  Go ahead.

 9      BY MR. ROTHMAN:

10              Q    So when did that custom software

11      development first begin that didn't have anything to do

12      with this document?

13              MR. KELLEY:  Objection to form.

14              THE WITNESS:  Possibly 2017.  Definitely

15              into 2018.

16      BY MR. ROTHMAN:

17              Q    But wouldn't that have preceded this

18      agreement?

19              A    Well, you asked any time and the answer is

20      yes.

21              Q    That's fine.  I just want to clarify.

22              A    Yes.

23              Q    So describe to me the custom software

24      development TEG did in 2017 to 2018.

25              A    We spent a good amount of time working on
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 60

```
 1          the abilities to share remote video, to bring remote
 2          videos into the platform and share them amongst other
 3          users.
 4                    We spent a lot of time working on the
 5          development of how to interact with those videos.
 6                    We spent a good amount of time working on
 7          certain chat features in the platform.  Those are what
 8          comes to mind right now.
 9               Q    Who was it at TEG that was involved in that
10          development?
11               A    There is a list of people that might not be
12          here anymore.  I think Kevin Mullican would be the one
13          to provide those answers, the exact names.
14               Q    Okay.  All right.  So you don't remember
15          any of the other names besides Mr. Mullican?
16               A    I did see some names on the list that you
17          provided though before.
18               Q    Let's go back and look at that then.
19               A    Yes.
20               Q    Okay.  So let me know if you want me to
21          scroll down.
22               A    Let's see here.  Obviously I mentioned
23          Kevin Mullican.  ███████ might have been one of
24          those.
25               Q    Does he still work for the company?
```

Page 61

```
 1          A    No.  Scroll down, please.

 2          Q    Sure.  Sorry.

 3          A    That's all right.  Possibly ████

            ████.

 5          Q    Does ██████ still work for the

 6     company?

 7          A    No, he does not.  ████████ would

 8     probably go on the list, a very integral part to the

 9     development.

10          Q    Does ████████ still work for the

11     company?

12          A    No.  Is there more on there?  I don't

13     remember.

14          Q    Sure.

15          A    That's it.

16          Q    While we are looking at this, so it has

17     some other information here on the right about that my

18     client was able to determine about agreements to the

19     end user license agreement for the software which is

20     recorded out electronically to my client.

21               Were you aware of the fact that my client

22     is notified when an individual is using the software

23     agreement to the end user license agreement for the

24     software?

25               MR. KELLEY:  Objection to form.
```

Page 62

1          THE WITNESS:  No.

2     BY MR. ROTHMAN:

3          Q    So besides the 2017 to 2018 period that you

4     discussed, was there any other period of time when TEG

5     engaged in custom software development?

6          MR. KELLEY:  Objection to form.

7          THE WITNESS:  Any other time?

8     BY MR. ROTHMAN:

9          Q    Yes.

10         Has -- you know, we talked about how TEG

11    has the source code on, you indicated on ████████

      ████████████  has TEG engaged in custom software

13    development with respect to the software using the

14    source code on████████████████?

15         MR. KELLEY:  Objection to form.

16         THE WITNESS:  I might be having issues with

17         the word custom I guess.  Maybe you can rephrase

18         it.

19    BY MR. ROTHMAN:

20         Q    Let's get rid of the word custom.

21         Has anyone at TEG written software code

22    using the repositories ████████████████████?

23         MR. KELLEY:  Objection to form.

24         THE WITNESS:  I believe that the list that

25         I provided earlier, those individuals using

```
 1              these computers in Exhibit 30 are developing

 2              software.

 3       BY MR. ROTHMAN:

 4              Q    So they are writing new software code or

 5       revising existing software code?

 6              A    I don't know what they are doing to

 7       quantify it as revising or writing new, but I believe

 8       they are developing.

 9              Q    For how long has that been going on, when

10       did it begin?

11                  MR. KELLEY:  Objection to form.

12                  THE WITNESS:  I don't know the date.  It

13              would have been some time middle of last year

14              maybe.

15       BY MR. ROTHMAN:

16              Q    Okay.

17              A    Or late last year.

18              Q    Okay.  And why did TEG developers begin to

19       do that in the middle of last year?

20              A    You would have to go back to the software

21       was not functioning as software that was sellable or it

22       didn't work.

23              Q    Okay.

24              A    So the software needed to be fixed.

25              Q    Okay.  And can you give me the date or at
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 64

1       least the month when TEG began doing that work to fix

2       the software?

3                   MR. KELLEY:  Objection to form.

4                   THE WITNESS:  It was some time in August or

5            September of '23.

6       BY MR. ROTHMAN:

7            Q    All right.  So -- and before August or

8       September of 2023, it's your testimony that the

9       software didn't work, that it needed to be fixed?

10           A    The software needed to be fixed, yes.

11           Q    Okay.  But you also said it didn't work.

12                Is it your testimony that before that time

13      it didn't work?

14           A    The software did not work in the manner it

15      should have worked.  It needed to be fixed.

16           Q    Okay.  So prior to that August, September

17      2023 period, did TEG sell or license the software to

18      any DOD government customer?

19                   MR. KELLEY:  Objection to form.

20                   THE WITNESS:  I don't recall the exact date

21           of licensing.  I didn't prepare for that.

22           However, in a window of time, probably eight

23           months before that, nobody was buying any

24           software because it didn't work, it didn't

25           function.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 65

1    BY MR. ROTHMAN:

2         Q    Okay.  You had indicated to me that there

3    are ████████████ running the software right now,

4    right?

5         A    Approximate, yes.

6         Q    Okay.

7         A    I could be low.  I could be high.

8         Q    Okay.  Were all of those ██████████████

9    new sales or licenses since August to September of

10   2023?

11             MR. KELLEY:  Objection to form.

12             THE WITNESS:  ████████ just to kind of

13        throw that number out there is not indicative of

14        ████████ licenses that were sold.  That's the --

15        the answer to that question was how many servers

16        are out there, not how many servers were paid

17        for to be out there.

18             There are customers that have done good

19        hygiene with their server stacks and they have

20        fail over and they have different environments

21        that exist within the same license.

22   BY MR. ROTHMAN:

23        Q    Okay.  I am not sure I understood the

24   answer to the question.

25             The question was focused on whether any of

1    these customers, right, first received were installed

2    with, were operating, were using the software prior to

3    August to September of 2023?

4              MR. KELLEY:  Objection to form.

5              THE WITNESS:  Yes, there is customers that

6         had software or licensing prior to August, but

7         as I alluded to, is there is a window of time

8         prior to August that possibly a year earlier,

9         maybe nine months, somewhere in there, that the

10        software wasn't working, it was not functioning

11        properly, which in a sense caused it to be a dry

12        spell where we weren't selling anything, nothing

13        was getting sold.

14   BY MR. ROTHMAN:

15        Q    Okay.  I thought I understood your

16   testimony to be that the software was unsellable and

17   that you needed to do development on the software

18   beginning in the August to September 2023 period.  But

19   now you seem to be saying that no, it went back a year

20   earlier, that it was a year before August to September

21   2023 when it was unsellable.  So I am confused by your

22   answer.  I am just trying to understand.

23        A    Sure.  I understand.

24        Q    What is it that you testified to?

25             MR. KELLEY:  Object to the form.

1              THE WITNESS:  It was a long period in which

2          the software was not functional.

3      BY MR. ROTHMAN:

4              Q    Okay.

5              A    And in that long period of time, the

6      customer is -- the customer is waning from purchasing.

7      It's falling off of their radar of something that they

8      want to purchase.  And that built up over time until

9      around August, August, September-ish.

10             Q    Okay.  Okay.  Well, when did the software

11     become sellable?

12             A    Again?

13             Q    So wait a second.  Are you saying it was

14     sellable at one point in the past?

15             A    It was sellable, yep.

16             Q    When was it sellable in the past?

17             A    We came out of that August 2020 event and

18     there was a trajectory of it being sellable.  There was

19     still a lot of work we needed to do.  And then around

20     November of '21, again, dates are, I didn't prepare for

21     this explanation in detail.

22                  But generally speaking, around November of

23     '21 to February of '22, the issues began to pile up.

24     Those issues affected the customers, you know, position

25     on whether this was a capability that they wanted to

Page 68

```
 1      pursue.  I mean, customers as an enterprise, the ███
 2      enterprise.
 3              Q    Okay.
 4              A    So we began a downward spiral of trying to
 5      maintain the software to perform and it wasn't
 6      performing because of errors in the software.
 7              Q    Okay.  When you said we began a downward
 8      spiral to maintain the software to perform, who is the
 9      we?
10              A    TEG and Max.
11              Q    Okay.  So when did that downward spiral hit
12      the bottom and then begin the process of being sellable
13      again?
14                   MR. KELLEY:  Objection to form.
15                   THE WITNESS:  I am trying to recall the
16              dates.  Sellable again probably early '24.
17      BY MR. ROTHMAN:
18              Q    So what changed between August to September
19      of 2023 or some earlier date and early 2024 that made
20      the software sellable again?
21                   MR. KELLEY:  Objection to form.
22                   THE WITNESS:  There was a list of key
23              attributes in the software that weren't working
24              and those got fixed.
25      BY MR. ROTHMAN:
```

Page 69

1     Q    How did they get fixed?

2     A    Software development.

3     Q    By whom?

4     A    Some of it simple.  Some of it took a

5     little bit of time.  Most likely the same names on this

6     list.  I would probably add -- sorry.

7     Q    Go ahead.  You were going to add what?

8     A    I would probably add one more which would

9     be ███████████, but he doesn't work here anymore.

10    Q    What was his position at TEG?

11    A    I believe it was product manager.  But

12    generally speaking, he was paid as a software

13    developer.  He performed product management duties.

14    Q    Okay.  And what is it that these

15    individuals did to fix?

16         MR. KELLEY:  Objection to form.

17         THE WITNESS:  I don't know the actual code

18         that they wrote.  But generally they attacked

19         the issues that we were having, right, and those

20         issues were known.  They were known to the Max

21         team.  They were known to the TEG team.  They

22         were known to the customer.  So my belief is

23         that they attacked the simple things that could

24         be fixed now and then address the larger issues

25         as we continued to get healthier.

Page 70

```
 1        BY MR. ROTHMAN:

 2              Q    Were they doing software development on the

 3        source code?

 4                   MR. KELLEY:  Objection to form.

 5                   THE WITNESS:  Yes.  But there was a lot of

 6                   time spent attempting to get Max on board

 7                   working towards fixing these things, and there

 8                   was a time in which the fixes were not getting

 9                   done and there was no work being performed by

10                   Max.

11                   So there was a time in which we fixed it

12                   ourself.  I don't know the exact date on that.

13                   Like I said, it could have likely been over a

14                   period of time ending in somewhere early 2024.

15        BY MR. ROTHMAN:

16              Q    Okay.  Is Max currently doing any work on

17        the source code -- I am sorry.  Not Max.

18                   Is TEG currently as it sits here today

19        doing any work on the source code, has it done any work

20        on the source code since this case was filed?

21              A    In the context of previously stated by

22        myself like fixing things?

23              Q    No.  I really want to know if any

24        development through the source code has been done by

25        anyone at Max -- I am sorry.  At TEG since this case?
```

Page 71

```
 1              A    Yes.

 2              Q    That would be by the six people that you

 3    mentioned earlier?

 4              A    Yes.

 5              Q    Okay.

 6              A    Well, three maybe, yes.  Definitely three.

 7              Q    Okay.  So going back to the joint venture

 8    agreement here.  I don't see anything in this

 9    intellectual property provision that permits TEG to do

10    development on Max's source code.  Do you?

11              MR. KELLEY:  Objection to form.

12              THE WITNESS:  I see the paragraph below, it

13              says demo product/licenses.  It says one

14              instance will be used for testing and

15              development and one will be used for

16              demonstrations.

17    BY MR. ROTHMAN:

18              Q    Okay.  But do you understand that referring

19    to source code as opposed to, you know, running

20    software executable object code?

21              MR. KELLEY:  Objection to form.

22              THE WITNESS:  In my limited experience of

23              development, I don't think that you can develop

24              software.  By your definitions in Exhibit 1 --

25              yes.  I think that development can only be done
```

Page 72

```
 1              on software and source code.
 2      BY MR. ROTHMAN:
 3              Q    Right.  Okay.
 4              So is there some basis in an agreement or
 5      in a document somewhere that TEG is relying upon in
 6      this case or in the other case that would allow TEG to
 7      do the software development that you just described
 8      that occurred in the period of time after August to
 9      December of 2023 through early 2024 and to the present?
10              MR. KELLEY:  Objection to form.
11              THE WITNESS:  I am just reading the words
12              in front of me, I would say that paragraph that
13              I just read is one of those stipulations that
14              allowed and provision for TEG to do that.
15      BY MR. ROTHMAN:
16              Q    The demo product/licenses section?
17              A    Yep.
18              Q    Okay.  So you believe that this -- this
19      section would permit TEG to do development on the
20      source code?
21              A    That's what it says.
22              Q    Okay.
23              A    I would cite that as one example.  I would
24      offer that as one just to answer your question.
25              Q    We are entitled to know in one of the
```

1    issues, matters for examination is -- relates --

2    several of them relate to TEG's positions in opposition

3    to the motion for preliminary injunction.

4            So other than the demo product licenses

5    section, what other provision of taking the JVA here,

6    what other provision does TEG rely upon?  And I will

7    represent to you that the version that you have in

8    paper there is the same as the version that we are

9    looking at on the screen, even though the one you have

10   on paper was unsigned and this one was signed by my

11   client.  So if you wanted to look in more detail at it,

12   you certainly can.

13           A    Sure.  I appreciate that.

14           Like I said, I would offer that paragraph

15   as one example or one provision.

16           Q    Right.  What others?  I just want to know

17   all of them so we are very clear on the record.

18           A    I would also offer the fact that the

19   beginning of the document -- which exhibit is that?

20   11?

21           Q    Yes.

22           A    So the agreement number two was not being

23   done.  It was not -- it was not being provided for us.

24           Q    Max will develop an engineer capability to

25   support the customer needs?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 74

1              A      Correct.  Period.  That was not being

2       fulfilled.  So if we didn't do that, we wouldn't exist

3       as a company.

4                     As I alluded to in my previous statement is

5       if we didn't do that, we had to save the ship, so to

6       speak.

7              Q      Okay.

8              A      We were left within our hands a software

9       that didn't function and was turning into a jalopy and

10      we risked being thrown out of the government space and

11      not being able to do business.

12             Q      Okay.  And so you believe that item number

13      two under agreement, immediately under agreement

14      authorized TEG to use the source code in its possession

15      for purposes of doing development on the software in

16      the period from August to September of 2023 through the

17      present?

18                    MR. KELLEY:  Objection to form.

19                    THE WITNESS:  Do I agree with that?  Yes.

20      BY MR. ROTHMAN:

21             Q      Okay.  Is there anything else that you rely

22      on in terms of documents or anything else that

23      permitted TEG to do what you described?

24             A      I mean, I again --

25                    MR. KELLEY:  Objection to form.  Now I will

1          go on mute.

2               THE WITNESS:  Sorry.  I -- there is a

3          subset of emails as well of us discussing this

4          joint venture.  In that discussion you can go

5          all the way back to 2017 in which you have us

6          working together collaboratively in the

7          trenches, fingers on keyboard, the two visions

8          of the future for this capability were

9          contemplated as early as, you know, February of

10          '17.

11               And in that 2017 time frame, you have a

12          vision casting between, you know, what arguably

13          smart people of listening to the requirement,

14          understanding of what needs to be done and then

15          launching and setting milestones and objectives

16          into getting those done.

17               Fast forward to 2018, you now have two

18          smart guys, Kevin and Brandon, discussing the

19          future of the platform, whether it be Prism,

20          because then 2017, at the time Brandon Fischer

21          was a Prism employee meeting with us in Virginia

22          and discussing those visions.

23               In 2018, they began to put meat on the

24          bones and both entities were discussing the

25          being able to maneuver in a market sense of the

Page 76

1    Prism capability and what TEG was doing with

2    Prism and then what Brandon and Kevin were

3    discussing in 2018.  That became the foundation

4    for the new capability.

5        So all along, it's this conversation of the

6    two parties interacting together to develop

7    something together, which fast forward to 2020,

8    we signed the joint venture with the hopes and

9    aspirations of coauthoring, co-designing,

10   co-owning a capability.

11       And again, I referenced that stack of

12   emails, that subset of emails and those subset

13   of emails contemplate or intimate, sorry,

14   intimate the joint venture growing and evolving

15   into a holdings company.  So inside the holdings

16   company was contemplated that that's where the

17   source code would go, co-owned, coauthored by

18   both companies.

19       Prior to this being signed, that same

20   subset of emails, that subset put together would

21   be what I would offer to you as in these emails,

22   or this conversation right here would be a good

23   representation of how TEG and Max believed that

24   we were co-developing something based on the

25   joint venture agreement which eventually got

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 77

```
 1                  signed.  So I would say that there is a handful
 2                  of good exchanges that represent the workup to
 3                  this joint venture.
 4       BY MR. ROTHMAN:
 5            Q    Okay.  I understood you to say that the
 6       joint venture was evolving and that there would be a
 7       holding company created, and that holding company would
 8       own the software and develop the software in the
 9       future; is that right?
10                  MR. KELLEY:  Objection to form.
11                  THE WITNESS:  I don't know that we
12                  provisioned in the holding company discussion.
13                  I don't know that we provisioned that that
14                  company would develop.
15       BY MR. ROTHMAN:
16            Q    Oh, okay.  But --
17            A    Sorry.  Go ahead.
18            Q    No, no, no, I am just trying to understand.
19       Was there ever any other agreement signed with respect
20       to that concept of a holding company?
21            A    Agreements, no, other than oral and kind of
22       written in emails of the takeaways from these meetings
23       that we had.  We had people taking notes.  Those notes
24       were memorialized and put into emails as recaps.  So,
25       you know, you can -- in a sense take the recap notes
```

Page 78

```
 1     and you could, one could read that and understand that
 2     the two companies we are talking about doing this
 3     thing, this holding company's thing.  And then our
 4     discussions about what the holdings company would do
 5     are also memorialized in some of those recap notes.
 6               To answer your question, I don't think that
 7     the holdings company was provisioned or envisioned to
 8     be a development arm.
 9          Q    But it was going to own the source code?
10          A    Right.  Between Brandon and I were to be
11     the owners of that holdings company, and then the
12     source code that was coauthored was to be entitled back
13     to the two companies, possibly as late as December of
14     '22, we had discussions about merging the two
15     companies.
16          Q    But my client never signed any documents
17     transferring or signing any software to any holdings
18     company, right?
19          A    The only thing I could offer -- correct.  I
20     don't believe any documents were signed.
21               But the only thing I could offer to you was
22     that there were oral agreements and written agreements
23     and emails that discussed the concepts and what we
24     intended to do.
25          Q    Was there any emails that memorialized this
```

Page 79

```
 1        is the agreement we have reached or was it just emails

 2        discussing the concept?

 3              A     There are versions of documents that were

 4        produced to them.

 5              Q     But there were never any documents signed,

 6        correct?

 7              A     Correct.

 8              Q     There were never any final agreements

 9        reached, correct?

10              A     Just the oral agreements and the written

11        notes of the meetings in which we agreed to do it.  We

12        agreed to create these entities.

13              Q     Are you saying that my client agreed orally

14        with TEG, my client agreed --

15              A     Yes.

16              Q     -- my client agreed that my client would

17        assign the source code to this new entity?

18              A     I do believe that was said, yes.

19              Q     Okay.

20              A     Said and agreed upon.  And I furthermore

21        believe that a lot of those concepts were initiated by

22        him.

23              Q     Okay.  And was this new entity ever formed?

24              A     Just in those preliminary draft documents.

25        I don't think like a name was given yet.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 80

1          Q     Okay.  But no one ever went to the state,

2    secretary of state or division of corporations anywhere

3    and formed an entity?

4          A     Correct.

5          Q     Okay.  Was there anything else in the joint

6    venture agreement before I turn away from it that TEG

7    intends to rely upon?

8                MR. KELLEY:  Objection to form.

9    BY MR. ROTHMAN:

10         Q     I am sorry.

11         A     I said remind me of the question again.

12         Q     What does TEG intend to rely on to

13   demonstrate that it was entitled to do this development

14   on the source code beginning August to September of

15   2023 and continue to the present?

16         A     More context in there.  The agreement has

17   three main areas, you know, federally focus source

18   code, Haptic Federal.  Again, it's great that we have

19   source code, but when the source code is compiled and

20   sent to us in a software that's supposed to be

21   installed and it doesn't work, we are in a conundrum.

22   And after so many months of that being the case, we are

23   left with a jalopy of sorts, like the software doesn't

24   function correctly.

25         Q     So do I understand it correctly that TEG

1      just got fed up and then began to do its own

2      development on the source code?

3          A    Again, I am not a technical guy so I don't

4      know the extent of development.  But I can tell you

5      that from an operations perspective in bullet number

6      three, considering, Max concentrates on the development

7      and engineering of its platform.  Considering to me

8      means that that must happen and it didn't happen.  So

9      all of those --

10     Q   I am sorry, Mr. Clare.  But you are the CEO

11     of the company.  Did you direct someone at TEG because

12     you're not a software developer, did there come a time

13     that you directed someone at TEG to begin developing on

14     this source code in order so you could fix it?

15     A   No.  I don't speak to my people in that

16     manner.  Like I take advice, but as a company trying to

17     survive as an entity, we have a roundtable and there is

18     smart people at the roundtable and the interactions are

19     what are we going to do.

20     Q   In one of these roundtable discussions, was

21     there a conversation in which someone at TEG said we

22     should start developing on this source code?

23     A   I don't think it happened like that.

24     Q   Okay.  So how did it happen?

25     A   I think the discussions were around trying

1    to hold Max to their job and then I believe that those

2    discussions broke down.  Max was not concentrating on

3    the development and the engineering, and there are

4    certain little steps that took place to get that to

5    happen on the Max side, encouragement to do their job,

6    positive, negative reinforcement of hey, man, you are

7    not delivering.  And then it morphed into the need to

8    fix it for them, like if you are not going to fix it,

9    then we will.

10         Q    I understand.

11         A    I think that's how the roundtable

12   discussion happened and I don't think there was a day

13   where we said let's do this.  I think it just kind of

14   gradually flowed into that logical progression of if we

15   don't, what are we left with.

16         Q    So who was the person that made the

17   decision to do that development?

18         A    Again, there is not a person that made the

19   decision.  I guess at the end of the day, yes, I am the

20   CEO and I am responsible for that decision being made.

21              But I will also add that we don't run our

22   company like that.  There is not a person at the top

23   that is pointing down to the people do this, do that.

24   Everybody gets a vote and the company discusses as a

25   whole.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 83

```
 1            I would add, and pointing to this
 2      agreement, the three main sections, all the while
 3      *Alayo is being upgraded and updated with the fixes
 4      that we are asking for.  So you are watching this
 5      commercial product that was rebranded from Haptic to
 6      *Alayo and the release notes from that software or that
 7      source code, the fixes that we were asking to be fixed
 8      were being fixed over there but not being fixed on the
 9      platform that is articulated in this joint venture
10      agreement.
11            So from our perspective -- from our
12      perspective from a joint, the letter of the law here
13      and the joint venture the way we saw it and the
14      language that we wrote and signed into the joint
15      venture agreement, we believe that from a development
16      perspective, we are co-owners.  We are coauthors of it.
17      Our fingers on the keyboard are an extension of Max
18      Minds' fingers because we are paying them to develop
19      and they are not getting it done.  And I will go back
20      to the word considering, considering that they are
21      doing their work, we don't have a problem.
22            Well, they weren't doing their work.  They
23      weren't getting it done and the impact to the business
24      was felt.
25            Q    Okay.  So I am going to turn away from the
```

1      JVA for a second.

2              MR. KELLEY:  Joel, hold on for a second.

3         Feel free to ask your next question but at some

4         point if we could if I could get a time check

5         from the court reporter and take a break if

6         that's okay with you.

7              MR. ROTHMAN:  That's fine.  I have been

8         asking Cam to keep time.  Why don't we take a

9         break at this point, when you come back in five

10        or ten minutes, we will reconvey on the time?

11             MR. KELLEY:  We have an event going on here

12        so the bathroom line may be long.

13             MR. ROTHMAN:  If you need more than that,

14        take your time.

15             MR. KELLEY:  Hopefully ten will be fine.

16        Thanks.

17                  (Off the record at 12:35.)

18                  (Back on the record at 12:50.)

19     BY MR. ROTHMAN:

20         Q    So Mr. Clare, when we were talking earlier

21     about demonstrations, if I instead use the term

22     exercises, would your answer have been different

23     instead of demonstrations if we were asking about in

24     the matters for examination if we were asking about

25     TEG's participation in exercises?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 85

1          A    It wouldn't change my answer.  Simulation,

2    exercises, it's the same thing.

3          Q    For terms of payments since the case was

4    filed, you haven't received any payments for exercises

5    since the case was filed?

6          A    No.

7          Q    No.  All right.  The -- you had mentioned

8    the ███████████████████████████████ in your

9    answers about sales or licenses since the case was

10   filed.

11              Was there any representations or statements

12   made by TEG to the ████ or these particular

13   organizations within the ████ disclosing Max's role in

14   developing the source code for this software that was

15   licensed or sold to first army or first army provision?

16              MR. KELLEY:  Object to the form.

17              THE WITNESS:  I believe there would have

18         been representations, yes.

19   BY MR. ROTHMAN:

20         Q    Were those representations that my client

21   had developed the software, or were there

22   representations that were something different?

23         A    I believe the representations would have

24   been in the line of declaring that TEG and Max were

25   partners.

Page 86

1          Q    Where would one go to look for that

2     information or those statements?

3               MR. KELLEY:  Objection to form.

4               THE WITNESS:  I guess maybe emails.

5     BY MR. ROTHMAN:

6          Q    Okay.  So emails from TEG to

7     representatives of the ████████████████████

      ████████████████  have those statements?

9               MR. KELLEY:  Objection to form.

10              THE WITNESS:  No.  I was not referring to

11         those.

12    BY MR. ROTHMAN:

13         Q    So what emails then?

14         A    Emails back and forth between us and Max,

15    TEG and Max of building proposals together or documents

16    that we are sending to the government.  And then once

17    payments were completed, they were sent to the customer

18    that requested the information.

19         Q    Do me a favor, pull out Exhibit 32 which

20    was that big stack.  If you can turn for me, it's

21    almost at the end of the stack, and they are not in any

22    order such that you could find what I am going to ask

23    you to look for other than it's page 107 of 128 pages.

24    And for these purposes, I think I need to ask my client

25    to leave because the document I am going to ask you

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 87

1       about is marked highly confidential.

2               MR. ROTHMAN:  So if you wouldn't mind,

3           Mr. Fischer, I am going to use the rest of this

4           deposition.  And he is just gone.

5           (Whereupon, Mr. Brandon Fischer left the Zoom.)

6       BY MR. ROTHMAN:

7               Q    ████████████████████████████████████

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 88



CONFIDENTIAL ATTORNEYS EYES ONLY

Page 89

13      Q      Okay.  Now, is there anything with respect

14  to this specific delivery and the confirmation that it

15  permitted TEG to be paid, is there anything

16  specifically where TEG disclosed to the government that

17  what the government was paying for was software that

18  was at least not 100 percent produced by TEG, that is

19  that my client Max had been a developer ER of this

20  software?

21              MR. KELLEY:  Objection to form.

22              THE WITNESS:  I don't really understand the

23          question.  Maybe rephrase it.  Are you saying

24          that we should have put that information in this

25          email?

CONFIDENTIAL ATTORNEYS EYES ONLY

 1    BY MR. ROTHMAN:

 2        Q    No.  I don't know what you should or

 3    shouldn't have done.  But what I want to know is, did

 4    anyone tell, you know, ███████████████████████████

      ████████████████████████████ and that you are

 6    approving the delivery of, is not a hundred percent

 7    developed by us, TEG?

 8        A    I don't believe that -- this is the format

 9    to do that.  Like the people on this email would have

10    no understanding of what that or why it would be in

11    there.

12        Q    Is there a recognized format for doing it?

13        A    One such example is what I've given an

14    example of previously, which is the document that,

15    there was a request for information from the

16    government, we worked collaboratively with Max to

17    produce it.  And in that document, which is called a

18    RFI, we present it to the government the partnership of

19    Max Minds and TEG.

20        Q    Okay.  ███████████████████████████████

      ████████████████████████████████████████

22        A    I am not aware.  I don't know.

23        Q    Okay.  If you can turn back to the

24    beginning, it's about 27 pages in.  The document that I

25    want you to look at is right after TEG 28623 and it's

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 91



1    actually oriented landscape instead of portrait. ▮

8         A    About ten pages in or so?

9         Q    It's about 25 pages in.  All right.  It

10   sort of has a chart on it that says line number, cart

11   number, description, do you see that?

12        A    Sure.  Yes.

13        Q    So what is that document, what is that

14   called?

15        A

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 92

1   ███

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 93



23   BY MR. ROTHMAN:

24       Q    Okay.

25       A    Again --

Page 94

1          Q    Have your insurance providers that you have

2    now, have they been put on notice?

3          A    Yes.

4          Q    Do you know off the top of your head who

5    those are because we don't and there was no disclosure

6    in the other case of those insurance companies?

7              MR. KELLEY:  Objection to form.

8              THE WITNESS:  What is the question again?

9    What are you looking for?

10   BY MR. ROTHMAN:

11         Q    Do you know who the insurance providers

12   are, current insurance providers whether they have been

13   put on notice?

14         A    Yes.  Our current provider has been put on

15   notice, yes.  I don't know if it's the same as this

16   name here.  This document appears to be dated.

17         Q    Right.  And do you know what the response

18   of those insurance providers are about?

19              MR. KELLEY:  Objection to form.

20              THE WITNESS:  No.

21   BY MR. ROTHMAN:

22         Q    No, you don't know?

23         A    No.

24         Q    Okay.  So let me -- going back to my

25   questions earlier about TEG's work on the software.  If

CONFIDENTIAL ATTORNEYS EYES ONLY

1    you can -- if I can go back to that for a moment.

2            Is TEG in possession, and I am not asking

3    you to disclose the contents of it right now.  But is

4    TEG in possession of any legal opinion that indicates

5    one way or the other whether it's acceptable or not,

6    legal or not?  Is it in possession of a legal opinion

7    concerning the development work that TEG did on the

8    source code after August to September of 2023 through

9    present?

10            MR. KELLEY:  I am going to object to that,

11            Joel.  First of all, I don't think that that's

12            one of the categories that was listed.  And

13            second of all, I think the existence and

14            nonexistence and certainly the substance is

15            attorney-client privilege.

16            MR. ROTHMAN:  Well, you are echoing because

17            somebody needs to mute themselves or something.

18            But whether or not TEG intends to raise some

19            sort of legal justification for doing the

20            development work, for doing what it's claiming

21            is always -- not always.  Let me rephrase that.

22            Whether or not it intends to raise, you

23            know, that it received the legal opinion that

24            would permit it to do what it did or at least

25            that it had, there was some legal authority by

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 96

```
 1          way of legal opinion, is relevant to its defense
 2          to the motion for injunction.
 3               My question isn't invading the
 4          attorney-client privilege because all I am
 5          asking is does TEG have such an opinion.  So
 6          whether or not TEG is in possession of such an
 7          opinion is not invasive of what the opinion was
 8          or any of the details of the context of it.
 9               MR. KELLEY:  I am not sure I agree with
10          that, Joel.
11               MR. ROTHMAN:  You may not.  We have agreed
12          on very little, Rich.  But the question still is
13          is TEG in possession of a legal opinion?  You
14          know, this comes up all the time in IP cases,
15          including very often in IP cases where there is
16          an issue of validity and the defendant is
17          relying on a legal opinion.  So it's something,
18          I generally ask and it's something we are
19          entitled to.  And if TEG doesn't have it, I am
20          entitled to the answer is no.  If TEG does have
21          it, the answer is yes.  If the answer is yes,
22          then we need to deal with that, probably won't
23          deal with it today.
24               MR. KELLEY:  Again, maybe we will have to
25          deal with this separately because I don't think
```

1          this is necessarily part of the defense as much

2          as it is part of the request regarding intent or

3          maybe willful infringement.  But I don't, again,

4          I don't think it's set forth in the categories.

5          And given the attorney-client privilege nature

6          of any communication, whether it existed or not

7          even I think is something we have to discuss.

8          MR. ROTHMAN:  Okay.  So do I understand

9          that you are instructing the witness not to

10          answer?

11          MR. KELLEY:  On the basis of

12          attorney-client privilege, yes, I am instructing

13          the witness not to answer.

14   BY MR. ROTHMAN:

15          Q    Okay.  So -- I am almost done here.  All

16   right, Mr. Clare, I am going to refer you to on my

17   screen to a document that I marked as Exhibit 35.  This

18   is actually a document that's already been produced in

19   a case by Max.  It's Bates number is 326.  And the

20   title of the document is Evidence/Property Custody

21   document.  Do you see that?

22          A    Yes.

23          (Whereupon, the above referred-to document

24           was marked as Plaintiff's Exhibit 35.)

25   BY MR. ROTHMAN:

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 98

1          Q     Okay.  So this is -- have you seen

2    documents like this before, Mr. Clare?

3          A     Yes.

4          Q     Okay.  My understanding is that this is a

5    chain of custody document that is signed -- that these

6    were signed by my client and TEG when source code was

7    given to TEG during the course of the parties'

8    relationship, is that your understanding, too?

9          A     Yes.

10         Q     Okay.  And you know this refers to the date

11   obtained is August 18, 2023.  Do you see that?

12         A     I see it.

13         Q     If we go to the bottom, we see it's got a

14   signature of Jennifer Ryan from my client and Mike

15   Bowers from TEG released by received by, do you see

16   that?

17         A     I see.

18         Q     Now, the purpose is indicated as being at

19   the top source code scanning, right.  Do you see that?

20         A     I see it.

21         Q     My understanding of source code scanning,

22   that the source code was given to TEG in order so that

23   vulnerabilities could be scanned using software to

24   detect those vulnerabilities and those vulnerabilities

25   could be remediated; is that your understanding?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 99

1        A    There is much more to that, but yes, that's

2    generally what it does.

3        Q    Okay.  And the purpose on the bottom at

4    8/18/2023 is Max Minds sends item number one to TEG to

5    scan the Haptic Federal source code.  Do you see that?

6        A    I see it.

7        Q    Now, we don't have any other later dated,

8    that is Max does not have any other, we have asked and

9    they searched their records.  They don't have any other

10   later dated chain of custody documents.

11            Are you aware of any more recently dated

12   chain of custody documents besides this one dated

13   August 18, 2023?

14       A    I am not aware of any.

15       Q    Okay.  Do you know if TEG ever received

16   software for purposes of having it scanned to determine

17   if it had the vulnerabilities and then retained the

18   source code for some reason in order, for example, to

19   do development on?

20            MR. KELLEY:  Objection to form.

21            THE WITNESS:  Possibly.  I mean, it would

22            not be out of practice for us to do that.  I

23            mean, the answer is yes, but I have to explain

24            further.  There would be no -- there would be no

25            boundary for our folks to do that considering,

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 100

1           again, the nature of the joint venture agreement

2           to co-develop.  Both parties completely were

3           interactive and collaborative in remediating

4           these scan vulnerabilities.  It can't be done by

5           one person, especially an entity like Max.  TEG

6           would have had to participate in that

7           remediation.

8      BY MR. ROTHMAN:

9           Q    Okay.  Thank you.  Can you please go back

10     to that stack of documents marked Exhibit 32, and,

11     again, turn almost all the way to the end.  You are

12     looking for -- I will share my screen with you.  I am

13     looking for a document with the Bates number 1656 in

14     the low right-hand corner.  ███████████  ███

       ████████████████████████████

16          A    Okay.  I am here.

17          Q    Okay.  The -- okay.

18               The date on this is May 10, 2024, which is

19     just after this case was filed.  You are aware of the

20     fact that there is an allegation in this case that

21     there was source code posted on a public facing website

22     server that exposed -- excuse me.  Let me rephrase

23     that.  Withdrawn.  You are aware of the fact that there

24     is an allegation in this case that there was a website

25     that was public facing, and that it would be possible

1   for someone with knowledge to view the source code

2   underlying that website and thereby get access to that

3   source code.  You are familiar with that allegation,

4   right?

5            MR. KELLEY:  Objection to form.

6            THE WITNESS:  Yes.

7   BY MR. ROTHMAN:

8            Q   ███████████████ █████████████

    ██████████████  █████████████████

    ██████████████████████  ████████████

    ███  █████

    ██  ████████████ this is about, this email?

13           MR. KELLEY:  Objection to form.

14           THE WITNESS:  Let me take a second to read

15   it.

16   BY MR. ROTHMAN:

17           Q   ████████████████████████

    ███████████████████████████

    ████████████████████████████

    ████████████████████████  ████████

    █████████  ████████████

22           A   I do.

23           Q   ███████████████████

    ██████████████████████████

    ████████████████████████████

1 ██████████████████████████████████

2 ██████████████████████████████████

3             MR. BALES:  Objection to form.

4             THE WITNESS:  I don't know the history of

5        this document.

6    BY MR. ROTHMAN:

7        Q    Okay.  You don't know what this document

8    reflects at all?

9        A    No, sir.

10        Q    Okay.  Would that be something that we

11    would need to ask Mr. Mullican about?

12             MR. BALES:  Objection to form.

13             THE WITNESS:  That would probably -- that

14        would be the right start I guess.

15    BY MR. ROTHMAN:

16        Q    Okay.  Great.  And I believe this is the

17    last document.  I will mark this as 36.

18        (Whereupon, the above referred-to document

19         was marked as Plaintiff's Exhibit 36.)

20    BY MR. ROTHMAN:

21        Q    I████████████████████████████

██  ████████████    ████████████████████

██  ███████████████████████████████████

██  ███████████████████████████████████

██  ██████████████████████



22          MR. KELLEY:  Objection to form.

23          THE WITNESS:

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 104



1

BY MR. ROTHMAN:

6        Q

5

25       BY MR. ROTHMAN:

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 105

1    Q    All right.  Well, so -- I want to make sure

2    that we are done.  So we were talking before when we

3    were looking at the catalog page that it would be

4    something that you would give to, I forget exactly the

5    word you used to a distributor or --

6    A    More like a reseller.

7    Q    Reseller.

8    A    Yes.

9    Q    ████████████████████████████████

     ██        █   ████████████████████████████████████

     ██    ████████████████████████████████████████████████

     ██    ███████████████████████████████████████████████

     ██    ██████████████████████████████

     ██        █   ████████████████████████

     ██        █   ███████████████████████████████████████████

     ██    ████████████  ██████████████  ██████████████

     ██        █   ██████████████  ████████████████████████

     ██        █   ██████

     ██        █   ████████

20   A    I don't think so.  That doesn't ring a

21   bell.

22   Q    ████████████

     ██        █   ████████████████████████████████

     ██        █   ████████████████

     ██        █   ████████████████████████  ██████████ --

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 106

1      Q    So we could just go online and look up --
2  what am I going to look up exactly to find out?
3      A    ████████████████████████████████████████
   ██████.
5      Q    Okay.  And when we look those up, we will
6  be able to see the resellers there and those are all --
7  were those companies that TEG has agreements with to
8  resell the software?
9      A    I don't know that we have agreements with
10 all of them.  It's dependent on that particular company
11 whether they require an agreement or not.
12     Q    Okay.  Do you know which companies have
13 required an agreement so that TEG assigned one?
14     A    No.
15     Q    You don't?
16     A    I don't remember.
17     Q    So ████████████████████████████████
   ███████████████
   ██  ██████████████████████████████
   ██  ████████████████████████████████
   ██  █████
   ██  ██  ███████████
   ██  ██  ██████████  ████████████████████
   ██  ██  ███████████  ████████████████
   ██  ██  ██████████████████████████████?

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

Page 108



CONFIDENTIAL ATTORNEYS EYES ONLY

Page 109

19      Q   All right.  Okay.  Well, I have no further

20   questions.  Thank you for your time today, Mr. Clare.

21      A   Thank you.

22      MR. ROTHMAN:  Is he going to read?

23      MR. KELLEY:  Well, I've still got 30

24   minutes.

25      MR. ROTHMAN:  Oh.

1          MR. KELLEY:  Per the agreement.

2          MR. ROTHMAN:  You are going to ask him

3     questions?

4          MR. KELLEY:  Pardon me.

5          MR. ROTHMAN:  You are asking him questions?

6          MR. KELLEY:  Yes.

7          MR. ROTHMAN:  Oh, okay.

8          MR. KELLEY:  If you can just give me a

9     moment to confer with my other counsel and make

10    sure I have.

11         MR. ROTHMAN:  Yes, sure.  Okay.  You can go

12    ahead and ask him questions.  I figured with

13    your own witness you were going to -- if there

14    is something that needs to be disputed, it's in

15    the declaration.  That's fine.

16         MR. KELLEY:  I understand the process.  Let

17    me check with my colleagues.

18         MR. ROTHMAN:  That's fine.

19         MR. KELLEY:  Let's take ten minutes.

20        (Off the record at 1:40.)

21        (Back on the record at 1:49.)

22         CROSS-EXAMINATION

23   BY MR. KELLEY:

24       Q   All right.  I just have a couple of

25   questions for Mr. Clare.

Page 111

1          Mr. Clare, at one point during the

2     deposition, Mr. Rothman was asking you about a version

3     of software that Max allegedly delivered to TEG before

4     the joint venture was signed.  Can you elaborate on

5     what that software was and what the circumstances were?

6          A    So as I stated in my comments, not to go

7     back to 2017 and '18 again.  But all of that work that

8     was done with Prism and then in 2018 with Brandon and

9     Kevin going into the middle of 2019, we had our final

10    stretch meeting in Suffolk, Virginia at the government

11    lab in which we were able to show Brandon our, you

12    know, the capabilities that were the latest and

13    greatest of how we had integrated C form map into

14    Prism.  Some of those key attributes that I mentioned

15    from our development work.

16          We were able to look at what Brandon had

17    come up with based on what Kevin and him discussed that

18    was needed.  There was a lot of similarities to Prism

19    which we asked to be removed or renamed or

20    reconfigured.  And then we gave a bunch of feedback

21    from that meeting to Brandon.  And that's when we began

22    to get access to the functions of his application which

23    was known as Haptic.

24          And the circumstances you are referencing

25    are, we sent him a server, a micro server and he put

Page 112

```
1      the software on that server and sent it back to us so

2      we could continue to tinker with it and test it out.

3      It was listed as beta.  It barely functioned at all,

4      but it was a good start.

5                And then that was -- we were able to frame

6      the conversation further to the final mile by November

7      which the new capability as articulated in the joint

8      venture agreement.

9           Q    November of what year?

10          A    November of 19.  November of 19.  Between

11     July and November of '19, we sent him away to continue

12     to build the capability with Kevin Mullican's guidance

13     of what to build.

14               So all, and I was alluding to in my

15     comments to Joel is the subset of emails that all talk

16     about what capability we were after, how to develop it,

17     the introduction of this web application was not

18     something that Brandon was familiar with.  All of his

19     previous work was hardware based and he relied on Kevin

20     Mullican to guide him through that web application

21     construction, which became the new thing that the joint

22     venture articulated which is Haptic Federal.

23               And I recall going back to November, which

24     he was installing this capability into Peraton.  That

25     capability was not the same as what we agreed upon in
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 113

1     the joint venture.  They didn't function the same.  It

2     was not a client install.  It didn't run on a PC.  It

3     was completely web based and that's what we looked at

4     as Haptic Federal.

5               So now you have, again, in that same subset

6     the conversation that works up to the joint venture.

7     So you have us, TEG, Max working together with Brandon

8     and Kevin to create and design the platform and now

9     it's ready to go into the joint venture as the thing

10    that we are going to, you know, put into a holdings

11    company and, you know, further co-develop together.

12              So now joint venture is signed in January

13    and for the first three to four months, it's still in

14    beta form, right.  There is no -- it's not a

15    functioning platform.  It's not sellable.

16         Q    So if you could go to Max's Exhibit Number

17    24.  When you get there, please take a look at that

18    exhibit and let me know if you recognize it.

19         A    Okay.  Yes.

20         Q    Are you familiar with this document?

21         A    Yes.

22         Q    If you turn to, what is the document?

23         A    It's our -- it's my declaration.

24         Q    Okay.  If you turn to the last page, can

25    you tell me what the date is and who signed this

Page 114

1      document?

2          A    October 8th, 2024 and I signed it.

3          Q    You signed as the chief executive officer

4      of TEG?

5          A    That's correct.

6          Q    Okay.  And does this document reflect the

7      ongoing development, co-defendant, coauthor of the

8      software question?

9              MR. ROTHMAN:  Objection to form.

10             THE WITNESS:  Yes.  This is obviously our

11             declaration and it's -- it encapsulates the time

12             frames of us working together and the outcome is

13             Haptic Federal.  There is no other way to look

14             at it from my standpoint.  There is a lot more

15             detail to put into this of all the testing and

16             the design and the story boards.

17                 I mean, we sent to him handfuls of story

18             boards and videos and clickology, click here,

19             click there, it has got to do this, it has got

20             to do this.  We are selling him pseudo code,

21             make it do this in this library or this

22             function, make it work like this.

23     BY MR. KELLEY:

24         Q    Would Max have been able to develop those

25     capabilities without this input from you?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 115

1          MR. ROTHMAN:  Objection, form.

2          THE WITNESS:  Highly unlikely.  The pathway

3      that he was on was very much Prism focused, and

4      that's indicative of the January 2019 meeting

5      that we had with him and joint staff.  And it's

6      indicative of what he sold to Peraton.  He was

7      selling them a version of Synthesis and Haptic

8      Federal is nowhere near that.

9          MR. KELLEY:  I have no further questions.

10                 REDIRECT EXAMINATION

11  BY MR. ROTHMAN:

12          Q    ███████████████████████████████

   ███████████  ██████████████████

   ████████████████████████████████

15          MR. KELLEY:  Mr. Rothman, this is an AEO

16      document and your client is on.  I don't suppose

17      he has access to this document.

18          MR. ROTHMAN:  No.  No, he doesn't.  Why

19      don't you leave Brandon so I can do my

20      cross-examination, please.  All right.  He is

21      gone.

22      (Whereupon, Brandon Fischer left the Zoom.)

23  BY MR. ROTHMAN:

24          Q    ██████████████████████████

   ███████████████████████

Page 116



CONFIDENTIAL ATTORNEYS EYES ONLY

Page 117



12    A    I don't see it that way.
13    Q

24    Q

CONFIDENTIAL ATTORNEYS EYES ONLY



1        A

11      BY MR. ROTHMAN:

12          Q    I understand.

13             Haven't you accused my client of copying

14      source code from Prism?

15             MR. KELLEY:  Objection to form.

16             THE WITNESS:  I haven't accused anybody of

17          anything.  I am just saying what the document

18          says and that's the only mechanism that would

19          allow that to come to fruition.

20      BY MR. ROTHMAN:

21          Q    No, I am asking a question.

22             Haven't you accused my client of copying

23      source code from Prism?

24             MR. KELLEY:  Objection to form.

25             THE WITNESS:  I don't know how to answer

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 120

1          that.  I didn't say -- I didn't accuse anybody

2          of anything.

3                Your question was did I contradict Jeff and

4          my response is no.

5     BY MR. ROTHMAN:

6          Q    Okay.  I am asking a different question.

7                Haven't you accused my client of copying

8     source code from Prism?

9                MR. KELLEY:  Objection to form.

10               THE WITNESS:  I don't believe I did.  But I

11          mean, it's -- I am just reading the document.

12    BY MR. ROTHMAN:

13         Q    Would you look at Exhibit 20.  I thought I

14    understood your testimony a moment ago on Mr. Kelley's

15    questions had something to do with some connection

16    between Prism and Haptic.  So if you can look at

17    Exhibit 20.

18         A    Hold on.

19               MR. ROTHMAN:  Can I ask my client to come

20          back for this?  We are looking at a document

21          that is certainly not part of the AEO.

22               MR. KELLEY:  That is fine.  We are well

23          over time so if you can wrap it up.

24               MR. ROTHMAN:  You were the one who wanted

25          to do the redirect.

Page 121

```
 1              MR. KELLEY:  Well, you could have reserved
 2         time for redirect on your own, Joel, but you
 3         didn't.  I am being kind and just allowing
 4         things to progress.  I am just asking you please
 5         to wrap it up.
 6              MR. ROTHMAN:  Thank you for your kindness.
 7              THE WITNESS:  I have 20.
 8    BY MR. ROTHMAN:
 9         Q    Is 20 a declaration that you signed in this
10    case on September 23rd, 2024 as indicated on page 4?
11         A    Yes.  That's what the document says.  I am
12    reviewing it now.
13         Q    You see on the top of page 16 -- excuse me.
14    On the top of page 4, paragraph 16, it says "Upon
15    information believed Max used the Synthesis software to
16    create foundation for Haptic as it is highly unlikely
17    that Mr. Fischer had either the resources and time to
18    develop the Haptic software by using Synthesis source
19    code as a foundation?"
20         A    I see that.
21         Q    Okay.  Do you see now, does this refresh
22    your recollection that you accused my client of copying
23    the Synthesis source code?
24              MR. KELLEY:  Objection to form.
25              THE WITNESS:  I don't see that I said that
```

```
 1              he copied it.
 2         BY MR. ROTHMAN:
 3              Q    You say he used the Synthesis software to
 4         use for Haptic?
 5                   MR. KELLEY:  Objection, form.
 6                   THE WITNESS:  What?
 7         BY MR. ROTHMAN:
 8              Q    What else could it possibly mean?
 9              A    It means that in 2018, he told us that he
10         had it.  He had gotten it from Prism and he was
11         authorized to use it.
12              (Whereupon, Brandon Fischer joined the Zoom.)
13         BY MR. ROTHMAN:
14              Q    My client told you that he had gotten the
15         source code from Prism and he was authorized to develop
16         on top of it?
17              A    That's not what I said.  I said he said to
18         us in an email in May of 2018 that he was going to get
19         the source code from Prism so he could participate with
20         Kevin, like the talks that him and Kevin had in 2018 of
21         what to develop and how to develop.
22                   If Synthesis is still in the source code,
23         then that must be a relationship thing that he has with
24         Prism.  I mean, I am not privy to that information,
25         hence why we did not state that he stole it or copied
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 123

 1      it or whatever.

 2           Q    That's the sole basis for your statement in

 3      paragraph 16?

 4                MR. KELLEY:  Objection to form.

 5      BY MR. ROTHMAN:

 6           Q    Something that was a discussion between

 7      Mr. Mase and my client?

 8                MR. KELLEY:  Objection to form.

 9                THE WITNESS:  He said he was going to do

10           it.  I assumed he did it.

11      BY MR. ROTHMAN:

12           Q    But you weren't part of that conversation?

13                MR. KELLEY:  Objection to form.

14                THE WITNESS:  It was an email.

15      BY MR. ROTHMAN:

16           Q    You saw the email?

17           A    Yes.

18           Q    Is that something that you produced in this

19      case?

20           A    I don't recall.  But I saw the email back

21      in 2018.

22                MR. ROTHMAN:  Okay.  All right.  I've got

23           no further questions.

24                MR. KELLEY:  No further questions.

25                MR. ROTHMAN:  We are going to need the

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 124

1    transcript, Ms. Schreiber, you know, if I can

2    get it by Friday.  Read.

3            MR. KELLEY:  Yes, copy.  He will read.

4    (Whereupon, the deposition was concluded at 2:11 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 125

1   Richard D. Kelley, Esq.

    rkelley@beankkinney.com

2

3                       10/31/2024

4   RE:  Max Minds, LLC v. Triangle Experience Group, Inc., Et Al.

         10/30/2024, C/R Robert Clare , Triangle Experience Group

5        (#6984511)

6       The above-referenced transcript is available for

7   review.

8       C/R Robert Clare, should read the testimony to

9   verify its accuracy. If there are any changes,

10  C/R Robert Clare, should note those with the reason

11  on the attached Errata Sheet.

12      C/R Robert Clare, should, please, date and sign the

13  Errata Sheet and email to the deposing attorney as well as

14  to Veritext at Transcripts-fl@veritext.com and copies will

15  be emailed to all ordering parties.

16      It is suggested that the completed errata be returned 30

17  days from receipt of testimony, as considered reasonable

18  under Federal rules*, however, there is no Florida statute

19  to this regard.

20      If the witness fails to do so, the transcript may be used

21  as if signed.

22                  Yours,

23                  Veritext Legal Solutions

24

     *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure

25    Rule 1.310(e).

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 126

1   Max Minds, LLC v. Triangle Experience Group, Inc., Et Al.

2   10/30/2024, C/R Robert Clare , Triangle Experience Group
    (#6984511)

3                  E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19

20  Under penalties of perjury, I declare that I have
    read the foregoing document and that the facts

21  stated in it are true.

22

23  _____    _____

    C/R Robert Clare                    DATE

24

25

Page 127

1                    CERTIFICATE OF OATH

2       STATE OF FLORIDA        )

3                                    SS:

4       COUNTY OF MIAMI-DADE )

5

6       I, MARLA SCHREIBER, Shorthand Reporter, Notary

7       Public, State of Florida, certify that Robert Edward

8       Clare appeared before me on the 30th day of October,

9       2024 and was duly sworn.

10

11          Signed this 31st day of October 2024.

12

13

14       _____

15          MARLA SCHREIBER, SHORTHAND REPORTER

16          NOTARY PUBLIC, State of Florida

17

18

19

20

21

22

23

24

25

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 128

1                    REPORTER'S CERTIFICATE

2        STATE OF FLORIDA)

3        COUNTY OF MIAMI-DADE )

4            I, Marla Schreiber, Shorthand Reporter, certify

5        that I was authorized to and did stenographically

6        report the foregoing proceedings; and that the

7        transcript is a true record.

8            I further certify that I am not a relative,

9        employee, or counsel of any of the parties, nor am I

10       a relative or employee of any of the parties'

11       attorney or counsel connected with the action, nor

12       am I financially interested in the action.

13           Dated this 31st day of October, 2024.

14

15

16       _____

17       MARLA SCHREIBER, SHORTHAND REPORTER

18       NOTARY PUBLIC, Commission # HH431793

19       MY COMMISSION EXPIRES:

20       October 14, 2027

21

22

23

24

25

**&**

**&**  2:11,13

**0**

**00001052**  10:3
**00030279**  87:7
**00650**  37:25
**00779**  1:3

**1**

**1**  3:10 4:12,21
5:22 6:6,9 12:6
23:22 37:24
71:24
**1-10**  1:9
**1.310**  125:25
**10**  100:18
**10.0.0.4**  19:21
**10.0.0.6**  19:21
**10.0.0.7.**  19:22
**10/30/2024**
125:4 126:2
**10/31/2024**
125:3
**100**  2:4 89:18
**102**  3:19
**1053**  107:17
**107**  86:23
**10:00**  1:16
**11**  3:11 35:22
36:3 37:24
73:20
**111**  3:6
**11182**  29:19
**115**  3:8

**11:02**  37:18
**11:10**  37:15,19
**11a**  3:12 38:6
39:4
**12**  92:20
**128**  86:23
**12:35**  84:17
**12:50**  84:18
**13254**  127:13
128:15
**13th**  39:1
**14**  3:17 128:20
**15**  7:2
**150**  2:12
**15th**  7:7
**16**  121:13,14
123:3
**1656**  100:13
**17**  75:10
**1746**  6:25
**18**  12:14 98:11
99:13 111:7
**180**  88:7
**19**  6:6,9 12:25
112:10,10,11
115:25
**19th**  116:3
**1:24**  1:3
**1:40**  110:20
**1:49**  110:21
**1cd**  88:7

**2**

**20**  88:1 92:8
120:13,17 121:7
121:9

**2017**  59:14,24
62:3 75:5,11,20
111:7
**2018**  59:15,24
62:3 75:17,23
76:3 111:8
122:9,18,20
123:21
**2019**  33:8,8,12
33:17,20 111:9
115:4
**2020**  39:2 44:12
44:13 67:17
76:7 115:25
**2021**  107:22
**2023**  64:8,17
65:10 66:3,18
66:21 68:19
72:9 74:16
80:15 95:8
98:11 99:13
**2024**  1:15 7:2
34:23,25 35:3
68:19 70:14
72:9 88:1 91:20
100:18 114:2
121:10 127:9,11
128:13
**2027**  128:20
**21**  67:20,23
**21301**  2:4
**22**  67:23 78:14
**2200**  2:12
**22201**  2:16

**23**  6:20 33:10
64:5 92:19
**23005**  29:25
**231**  2:8
**2311**  2:15
**233**  100:15
101:9
**23rd**  121:10
**24**  37:25 68:16
113:17
**25**  91:9
**27**  90:24
**27903**  108:6,12
**28**  6:25
**28623**  90:25
91:2
**28629**  107:20,21
**29**  3:13 5:5,7,10
5:12 7:13,24
**2992**  109:4
**2:11**  1:16 124:4

**3**

**30**  1:12,15 3:14
6:12,13,16,18
6:20 7:6,10,11
12:13,14 63:1
109:23 125:16
125:24
**30th**  127:8
**31**  3:15 6:13,16
7:18,22
**31st**  127:11
128:13
**32**  3:16 8:8,10
8:15,23 9:16,24

CONFIDENTIAL ATTORNEYS EYES ONLY

**[32 - agreement]**

86:19 100:10
107:14 115:13
**326** 97:19
**33433** 2:4
**34** 3:17 14:13,15
14:22
**35** 3:18 97:17,24
**36** 3:11,19
102:17,19,22,22
**38** 3:12

**4**

**4** 3:4,10 121:10
121:14
**40** 49:16,18 65:3
65:8,12,14
**400,000** 92:8
**450,000** 53:25
54:19
**46032** 2:8

**5**

**5** 3:13
**5/21/24** 87:15
**50** 49:17,18 65:3
65:8,12,14
**500** 2:15
**500,000** 92:7
**51** 108:6
**55402** 2:12

**6**

**6** 1:12 3:14,15
5:1 6:5
**6984511** 125:5
126:2

**7**

**7** 6:6 29:2
**79** 87:13
**7th** 34:22,25
35:2

**8**

**8** 3:16
**8/18/2023** 99:4
**80** 88:8
**8th** 114:2

**9**

**903** 108:9
**951,450** 92:21
**98** 3:18

**a**

**a.m.** 1:16 37:18
37:19
**abilities** 60:1
**ability** 35:14,14
35:15 39:13
**able** 14:7,12
31:18 33:24
55:16 61:18
74:11 75:25
102:23 103:20
106:6 111:11,16
112:5 114:24
**above** 4:20 5:9
6:15 8:14 14:14
36:2 38:5 97:23
102:18 125:6
**absolutely**
50:12

**acceptable** 95:5
**access** 9:2,9
13:24 15:23
17:17 18:3,11
18:22 19:18
22:21 31:9,18
32:2,10 33:3,25
41:3 101:2
104:23 111:22
115:17
**accessed** 32:20
102:23 103:21
**accessing** 22:24
102:25
**accordance** 6:24
**account** 47:19
48:16 117:19
**accounts** 39:14
**accuracy** 125:9
**accurate** 22:17
91:21
**accuse** 120:1
**accused** 119:13
119:16,22 120:7
121:22
**acknowledges**
87:25
**action** 128:11
128:12
**active** 18:9
**activity** 27:8
**actual** 15:23
69:17
**actually** 14:24
15:15 25:3

**38:19** 88:7 91:1
91:5 97:18
107:15 117:25
**add** 69:6,7,8
82:21 83:1
**address** 12:9
19:24,25,25
23:24 29:21
30:1,8 69:24
**addresses** 19:21
20:2 29:6,16
30:18
**admin** 49:11
**administering**
20:4 21:6
**administration**
19:11 49:12
**ads** 109:13
**advice** 81:16
**aeo** 9:25 10:22
10:25 115:15
120:21
**affected** 67:24
**age** 32:23 33:3
**agency** 106:3
**ago** 33:10
117:11 120:14
**agree** 39:23
74:19 96:9
**agreed** 45:12
79:11,12,13,14
79:16,20 96:11
112:25
**agreement** 3:12
3:13 5:12 35:25

Case 1:24-cv-00700-JPH-MG Document 106 Filed 10/15/24 Page 133 of 167 PageID #1986.488

CONFIDENTIAL ATTORNEYS EYES ONLY

38:2 39:5,8 40:9
54:23 55:19
56:23 59:18
61:19,23,23
71:8 72:4 73:22
74:13,13 76:25
77:19 79:1 80:6
80:16 83:2,10
83:15 100:1
106:11,13,25
107:6,8 109:7,8
109:16 110:1
112:8

**agreements**
61:18 77:21
78:22,22 79:8
79:10 106:7,9
**agrees** 39:11
**ahead** 59:8 69:7
77:17 110:12
**airport** 30:4
**al** 125:4 126:1
**alayo** 83:3,6
104:20
**allegation**
100:20,24 101:3
**allegedly** 111:3
**allocating** 21:7
**allow** 72:6
119:19
**allowed** 72:14
119:4
**allowing** 121:3
**allows** 27:6,8

**alluded** 66:7
74:4
**alluding** 112:14
**alphabetically**
15:7
**amended** 3:16
7:19
**amount** 59:25
60:6
**analyst** 23:20
**answer** 12:12,19
12:24 13:1
18:15 22:5 24:2
24:17 25:21
29:2,6 34:10,13
35:5 36:12
41:10 42:18,20
46:18,25 50:17
53:17,20,21
56:15,24 59:19
65:15,24 66:22
72:24 78:6
84:22 85:1
96:20,21,21
97:10,13 99:23
116:25 119:25
**answered** 41:2
**answering** 33:2
**answers** 3:16
7:5,19 53:10
60:13 85:9
**antonio** 30:13
**anybody** 16:15
119:16 120:1

**anymore** 60:12
69:9 92:15
**appear** 14:7
22:12
**appearances** 2:1
**appeared** 127:8
**appears** 91:15
93:3 94:16
**application**
111:22 112:17
112:20 117:20
**apply** 5:16 8:1
**appreciate**
73:13
**appropriate**
20:7
**approving** 90:6
**approximate**
65:5
**areas** 80:17
**arguably** 75:12
**arlington** 2:16
**arm** 78:8
**armor** 45:11,22
88:10
**army** 44:7 45:10
45:10,11,12,15
45:22 51:11,12
51:12 52:17,18
52:18 85:8,8,15
85:15 86:7,7
88:4,4 105:11
106:3
**articulated** 83:9
112:7,22

**ashland** 29:19
30:23
**aside** 25:15
42:22 55:21
**asked** 10:9
33:13 53:9
59:19 99:8
109:9 111:19
**asking** 4:9 11:7
83:4,7 84:8,23
84:24 92:2 95:2
96:5 104:9
110:5 111:2
116:9 119:21
120:6 121:4
**asks** 23:23
24:12 25:12
50:25
**aspects** 45:25
47:3
**aspirations** 76:9
**assign** 79:17
**assigned** 100:15
101:25 106:13
**assist** 48:12 49:6
**associated** 14:8
22:11
**assume** 19:5
31:12 45:24
46:6 50:12
107:7
**assumed** 123:10
**assumption**
18:23 56:20
91:24

Case 1:24-cv-00079-JPW-MG Document 106 Filed 10/25/24 Page 134 of 167 Page ID #1987

**atlantic** 109:14
**ato** 117:21
  119:4
**attached** 21:1
  125:11
**attacked** 69:18
  69:23
**attempt** 14:3
**attempting** 70:6
**attention** 55:2
**attorney** 95:15
  96:4 97:5,12
  125:13 128:11
**attributes** 68:23
  111:14
**august** 64:4,7
  64:16 65:9 66:3
  66:6,8,18,20
  67:9,9,17 68:18
  72:8 74:16
  80:14 95:8
  98:11 99:13
**authentic** 37:9
**authority** 95:25
**authorization**
  118:5
**authorized**
  74:14 122:11,15
  128:5
**automatically**
  101:24
**available** 41:4
  105:25 125:6
**aware** 18:13
  19:18 20:11,17

24:11 31:22
44:18 46:7,20
50:18,21,21
61:21 90:22
99:11,14 100:19
100:23 107:25
**azure** 19:1
62:12,14,22
101:8

**b**

**b** 1:12 3:9 21:15
  21:16 29:20
**back** 4:18 12:6
  23:22 31:6
  33:12,17 37:15
  37:19 45:4,5
  54:22 56:24
  60:18 63:20
  66:19 71:7 75:5
  78:12 83:19
  84:9,18 86:14
  90:23 94:24
  95:1 100:9
  110:21 111:7
  112:1,23 120:20
  123:20
**backup** 24:9
**bales** 57:22
  102:3,12
**banks** 2:15
  118:19
**barely** 112:3
**based** 9:13 13:2
  15:3 29:10
  56:21 76:24

111:17 112:19
113:3
**basis** 72:4 97:11
119:10 123:2
**bates** 10:7,11,11
10:19 97:19
100:13 108:6
**bathroom** 84:12
**bean** 2:13
**beankkinney....**
2:16 125:1
**began** 64:1
  67:23 68:4,7
  75:23 81:1
  111:21
**beginning** 6:5
  15:11 33:9 56:5
  56:6 66:18
  73:19 80:14
  90:24 92:19
**begins** 12:24
  39:8
**behalf** 1:14 2:2
  2:10 8:3
**belief** 56:20
  69:22
**believe** 9:12
  18:10 22:17
  37:8 40:14
  57:14 59:4
  62:24 63:7
  69:11 72:18
  74:12 78:20
  79:18,21 82:1
  83:15 85:17,23

90:8 102:16
107:1 109:8
120:10
**believed** 76:23
121:15
**bell** 105:21,23
107:13
**belmonte** 15:8,9
**best** 32:7 34:9
**beta** 112:3
113:14
**better** 25:7
43:14
**big** 86:20
**bigger** 14:20,25
103:11
**bill** 101:10
**bit** 14:25 69:5
117:7,9
**blank** 38:17
**blend** 49:25
**board** 48:16
70:6
**boards** 114:16
114:18
**boca** 2:4
**bones** 75:24
**boss** 89:9
**bottom** 9:21,23
39:1 68:12
98:13 99:3
101:18
**boulevard** 2:15
**boundary** 99:25

CONFIDENTIAL ATTORNEYS EYES ONLY

**[bowers - chat]**
Page 133

| | | | |
|---|---|---|---|
| **bowers** 47:10 98:15 | **c** | **carmel** 2:8 | **cc'd** 115:24 116:13,16 |

**bowers** 47:10
98:15
**box** 38:16
**boy** 92:18
**brandon** 2:19
75:18,20 76:2
78:10 87:5
111:8,11,16,21
112:18 113:7
115:19,22 117:3
122:12
**braxton** 15:11
**break** 37:14,14
55:14 84:5,9
**bring** 60:1
**bringing** 44:8
**broke** 82:2
**brought** 43:17
**brown** 47:10,25
48:1
**browser** 28:23
31:8,10 32:10
32:21 57:3
**build** 112:12,13
**building** 86:15
**built** 67:8
**bullet** 13:6 81:5
**bunch** 111:20
**business** 41:16
74:11 83:23
**buy** 43:1,2
**buying** 64:23

**c**
**c** 89:10 106:23
111:13 125:4,8
125:10,12 126:2
126:23
**caleb** 47:11
**call** 12:3 35:11
88:25 89:7
**called** 4:3 11:21
90:17 91:14
107:21 108:23
109:14 117:20
**calva** 60:23
**calvary** 87:24
88:10 90:4,20
**cam** 84:8
**campbell** 2:7
**campbell.miller**
2:9
**capabilities**
43:10,17 111:12
114:25
**capability** 40:20
40:22 46:1
67:25 73:24
75:8 76:1,4,10
112:7,12,16,24
112:25 118:8,9
**capacity** 27:16
27:17,19 58:25
**carahsoft**
106:23
**care** 48:7,24
49:2,3

**carmel** 2:8
**carmella** 15:11
**carol** 21:9,11,18
21:19 22:4
**carol's** 21:12
**carolina** 29:15
30:2,6
**carriers** 93:16
**cart** 91:10
**case** 1:3 8:4
24:4,5 26:15
34:20,21 36:20
36:20 37:25
38:1 39:22 40:5
49:19 51:2,7
52:21 54:12,14
70:20,25 72:6,6
80:22 85:3,5,9
87:15 88:18
93:18,18 94:6
97:19 100:19,20
100:24 121:10
123:19
**cases** 96:14,15
**casey** 15:9
**casting** 75:12
**catalog** 91:16,17
91:22 105:3
**categories** 95:12
97:4
**category** 93:2
**caused** 66:11
**caution** 11:2
**cc** 87:10 115:14

**cc'd** 115:24
116:13,16
**center** 89:12
**central** 27:9
30:10
**ceo** 11:21 81:10
82:20
**certain** 20:10
43:10 60:7 82:4
118:19
**certainly** 16:5
53:16 73:12
95:14 120:21
**certificate** 93:4
93:13,17 127:1
128:1
**certify** 127:7
128:4,8
**cesar** 60:23
**cetera** 12:11
**cfo** 21:25
**chain** 98:5
99:10,12
**chance** 4:23
**change** 85:1
89:9 126:4,7,10
126:13,16
**changed** 21:4
68:18
**changes** 125:9
**charge** 20:4,8
21:6
**chart** 91:10
**chat** 60:7

CONFIDENTIAL ATTORNEYS EYES ONLY

**[check - company's]**                                            Page 134

| | | | |
|---|---|---|---|
| **check** 84:4 | **client** 8:22 12:2 | 74:14 76:17 | **comes** 52:16 |
| 110:17 | 25:8 36:21 38:1 | 78:9,12 79:17 | 60:8 96:14 |
| **checked** 13:14 | 38:22 42:24 | 80:14,18,19,19 | **comments** 111:6 |
| 13:14 | 56:9 61:18,20 | 81:2,14,22 83:7 | 112:15 |
| **chest** 105:11 | 61:21 73:11 | 85:14 95:8 98:6 | **commercial** |
| 106:4 | 78:16 79:13,14 | 98:19,21,22 | 35:13,16 41:2,5 |
| **chief** 23:13,18 | 79:16,16 85:20 | 99:5,18 100:21 | 41:8,9 42:12,22 |
| 114:3 | 86:24 89:19 | 101:1,3,10,18 | 43:23 83:5 |
| **chris** 48:20,21 | 95:15 96:4 97:5 | 101:25 102:2,23 | **commercially** |
| **circumstances** | 97:12 98:6,14 | 102:25 103:1,8 | 40:20,23 41:4 |
| 111:5,24 | 113:2 115:16 | 103:20,25 104:2 | 41:15 |
| **cite** 72:23 | 119:13,22 120:7 | 104:7,14 114:20 | **commission** |
| **civil** 125:24,24 | 120:19 121:22 | 118:13,19 | 128:18,19 |
| **claiming** 95:20 | 122:14 123:7 | 119:14,23 120:8 | **common** 43:18 |
| **claims** 93:17 | **client's** 38:14 | 121:19,23 | **communication** |
| **clare** 1:8,13 3:2 | **clients** 25:11,15 | 122:15,19,22 | 97:6 |
| 4:2,8 9:23 11:2 | **close** 27:10 | **cole** 16:20,23,24 | **companies** |
| 11:7 21:9 22:1,3 | **cloud** 13:20 | 16:25 17:20 | 76:18 78:2,13 |
| 37:21 81:10 | 19:3 29:10 | 20:14 22:24 | 78:15 94:6 |
| 84:20 89:7 | **coauthor** 114:7 | 100:15 | 106:7,12 |
| 97:16 98:2 | **coauthored** | **collaborative** | **company** 9:2,5 |
| 109:20 110:25 | 76:17 78:12 | 100:3 | 11:14,21,25 |
| 111:1 115:12 | **coauthoring** | **collaboratively** | 12:2 14:9 19:10 |
| 125:4,8,10,12 | 76:9 | 75:6 90:16 | 21:2,7 36:21 |
| 126:2,23 127:8 | **coauthors** 83:16 | **colleagues** | 38:1 60:25 61:6 |
| **clare's** 21:24 | **code** 3:20 5:14 | 110:17 | 61:11 74:3 |
| **clarify** 35:5 | 5:24 7:14 8:1 | **column** 48:3 | 76:15,16 77:7,7 |
| 59:21 | 12:23 13:3,4,13 | **combine** 54:16 | 77:12,14,20 |
| **classes** 45:25 | 22:15 24:5 | **combined** | 78:4,7,11,18 |
| 47:3 | 29:23 56:8 | 108:13 | 81:11,16 82:22 |
| **clear** 53:20 | 62:11,14,21 | **come** 21:22 | 82:24 106:10 |
| 73:17 | 63:4,5 69:17 | 37:15 81:12 | 107:3 108:23 |
| **click** 114:18,19 | 70:3,17,19,20 | 84:9 111:17 | 113:11 118:7 |
| **clickology** | 70:24 71:10,19 | 119:19 120:19 | **company's** 78:3 |
| 114:18 | 71:20 72:1,20 | | 104:18 |

CONFIDENTIAL ATTORNEYS EYES ONLY

**[compared - correctly]**                    Page 135

| | | | |
|---|---|---|---|
| **compared** 92:22 | **concerning** 5:13 | **contemplated** | **conversations** |
| **competency** | 54:8 95:7 | 75:9 76:16 | 11:3,12 |
| 46:21 | **concerns** 12:7 | **content** 9:13 | **coo** 23:18 |
| **compiled** 15:3 | **concluded** | 26:7 101:20 | **copied** 8:7 119:1 |
| 80:19 | 124:4 | **contents** 9:18 | 122:1,25 |
| **complaint** 34:22 | **confer** 110:9 | 95:3 | **copies** 12:8 |
| 37:25 | **confidential** | **context** 26:8,9 | 20:19 22:15 |
| **completed** | 9:25 10:22,24 | 40:11 41:10 | 23:23 24:9 |
| 86:17 125:16 | 11:15,16 87:1 | 70:21 80:16 | 125:14 |
| **completely** | **confining** 42:14 | 96:8 107:11 | **copy** 36:23 |
| 100:2 113:3 | **confirmation** | 108:21 116:21 | 124:3 |
| **component** 27:3 | 88:12 89:14 | 117:18 | **copying** 118:24 |
| **composite** 8:7 | **confused** 66:21 | **continue** 80:15 | 119:13,22 120:7 |
| **comprehensive** | **conjunction** | 112:2,11 | 121:22 |
| 105:10 | 57:15 | **continued** 69:25 | **core** 46:21 |
| **computer** 12:9 | **connect** 118:5 | **continues** | **corner** 100:14 |
| 12:10 21:4 | **connected** | 101:21 | 108:7 |
| 23:25,25 26:13 | 128:11 | **contract** 41:24 | **corporations** |
| 27:15 28:12,15 | **connection** 47:2 | 105:12 106:20 | 80:2 |
| 28:16,20 31:19 | 120:15 | 108:18 | **correct** 7:1,7,16 |
| 32:11,15,22,23 | **considered** 44:7 | **contracting** | 7:17 8:1 9:7 |
| 32:24 33:11,17 | 125:17 | 41:19,21 42:10 | 10:4 11:22,23 |
| 56:9,10,19 | **considering** | 93:6 117:25 | 13:16 15:6 |
| **computers** | 81:6,7 83:20,20 | **contractual** | 18:25 23:8,10 |
| 20:19 21:2,7 | 99:25 | 55:9 | 24:8 28:18,24 |
| 28:8 33:19 57:4 | **construction** | **contradict** | 29:3 37:2,4 |
| 63:1 | 112:21 | 117:11 120:3 | 41:22,23 52:12 |
| **concentrates** | **contain** 103:2 | **contradictory** | 52:22 53:2 57:6 |
| 81:6 | **contained** | 117:14,24 | 58:5,7 74:1 |
| **concentrating** | 103:19 104:14 | **conundrum** | 78:19 79:6,7,9 |
| 82:2 | **containing** | 80:21 | 80:4 89:2 93:15 |
| **concept** 77:20 | 12:11 24:1 | **conversation** | 104:17 114:5 |
| 79:2 | **contains** 5:12 | 24:24 76:5,22 | 116:14,24 |
| **concepts** 78:23 | **contemplate** | 81:21 112:6 | **correctly** 20:6 |
| 79:21 | 76:13 | 113:6 123:12 | 27:4 80:24,25 |

Case 1:24-cv-00779-JPH-MG Document 106 Filed 04/25/24 Page 138 of 167 PageID Page 136 #1991493

| | | | |
|---|---|---|---|
| **counsel** 2:1 11:3 | **custom** 55:6,23 | **date** 34:22 | **defendants** 1:10 |
| 51:20 53:17 | 57:20 58:4,9,11 | 63:12,25 64:20 | 2:10 |
| 110:9 128:9,11 | 58:15 59:2,10 | 68:19 70:12 | **defense** 44:24 |
| **county** 127:4 | 59:23 62:5,12 | 87:15 91:20,25 | 46:17 96:1 97:1 |
| 128:3 | 62:17,20 | 92:3 98:10 | 106:3 |
| **couple** 8:5 | **customer** 25:8 | 100:18 113:25 | **defined** 51:20 |
| 110:24 | 26:4,12 35:9 | 125:12 126:23 | **defining** 118:15 |
| **course** 42:10 | 40:18 42:15,17 | **dated** 39:1 | **definitely** 59:14 |
| 98:7 | 43:1,4 46:6,20 | 87:14 94:16 | 71:6 |
| **court** 1:1,20 | 47:4,22,22 48:6 | 99:7,10,11,12 | **definition** 5:13 |
| 45:3,5 84:5 | 48:8,10 49:10 | 107:22 115:25 | 13:3 25:24 35:8 |
| **craig** 47:17 | 49:11 52:13 | 128:13 | 35:18 41:8,9 |
| **create** 14:7 | 54:3 55:10 | **dates** 67:20 | 42:22 |
| 39:13 43:9,16 | 64:18 67:6,6 | 68:16 | **definitions** 5:15 |
| 79:12 101:18 | 69:22 73:25 | **dave** 17:12,21 | 5:24,25 6:1 7:13 |
| 113:8 121:16 | 86:17 87:19 | 20:14 23:9,19 | 7:25 71:24 |
| **created** 18:7 | **customer's** | 32:7 34:11 | **delay** 105:11 |
| 77:7 | 41:13 49:1,15 | 50:15,16 | **deliverables** |
| **credentials** 31:9 | 49:19 | **david** 69:9 | 55:9 |
| **cross** 3:5 110:22 | **customers** 25:11 | **day** 82:12,19 | **delivered** 87:20 |
| 115:20 | 25:15 50:1,2,4 | 127:8,11 128:13 | 111:3 |
| **cto** 23:13 | 53:24 54:18 | **days** 125:17 | **delivering** 82:7 |
| **cummings** 61:4 | 65:18 66:1,5 | **deal** 96:22,23,25 | 90:5 |
| 61:5 | 67:24 68:1 | **dealt** 89:5 | **delivery** 87:16 |
| **current** 15:5,14 | **customize** 117:2 | **december** 72:9 | 87:18 88:13,13 |
| 91:22,25 92:4 | **cv** 1:3 37:25 | 78:13 | 89:14 90:6 |
| 92:10,11,11,22 | **cyber** 23:20 | **decision** 82:17 | **demo** 39:8,12,17 |
| 94:12,14 | | 82:19,20 | 40:3 71:13 |
| **currently** 14:7 | **d** | **declaration** | 72:16 73:4 |
| 17:17 18:9 50:5 | | 110:15 113:23 | **demonstrate** |
| 70:16,18 105:9 | **d** 2:14 125:1 | 114:11 121:9 | 80:13 |
| **custody** 3:19 | **dade** 127:4 | **declare** 126:20 | **demonstrated** |
| 97:20 98:5 | 128:3 | **declaring** 85:24 | 35:3,10 40:22 |
| 99:10,12 | **darby** 105:22,23 | **defendant** 96:16 | 41:4 |
| | 106:17,17 | 114:7 | |
| | **darley** 106:18 | | |
| | 106:19 | | |

CONFIDENTIAL ATTORNEYS EYES ONLY

[demonstrating - discussing]                    Page 137

**demonstrating**
35:12 40:20
43:21
**demonstration**
25:5,18 26:17
35:7,8,16,18,21
39:18,23,25
40:3,4,10 41:15
42:16 51:19
**demonstrations**
34:19,23 35:6
39:21 40:15
42:17,23 43:5
45:14 46:15
51:1,3,6 71:16
84:21,23
**department**
44:24
**departments**
46:17
**dependencies**
117:22 118:17
**dependency**
119:3
**dependent**
106:10 118:12
118:14,15
**deploy** 117:20
**deploying** 117:3
**deposing** 125:13
**deposition** 1:12
3:11 4:19 5:19
5:23 6:2,10 8:19
10:6,15 53:18
87:4 111:2

124:4
**describe** 24:20
26:20,23 59:23
**described** 44:15
47:4 72:7 74:23
**description** 27:9
91:11 101:17
**design** 113:8
114:16
**designate** 10:24
**designated** 6:8
20:10,12
**designation**
10:5,22,25
**designations**
9:21
**designed** 27:23
**designing** 76:9
**desktop** 28:20
28:23 32:16
**detail** 54:17
67:21 73:11
114:15 117:8
**details** 51:13
52:23 53:4,9
96:8
**detect** 98:24
**determination**
11:14
**determine** 61:18
99:16
**determining**
10:23
**dev** 20:20,20,20
20:20 22:11

**develop** 23:1,6,9
71:23 73:24
76:6 77:8,14
83:18 100:2
112:16 113:11
114:24 121:18
122:15,21,21
**developed** 85:21
90:7
**developer** 69:13
81:12 89:19
**developer's**
104:4
**developers**
22:21,23 63:18
101:24
**developing** 63:1
63:8 76:24
81:13,22 85:14
**development**
13:8,12,25 14:1
15:24 18:16
22:13,25 55:7
55:17,20,23
56:2 57:21 58:5
58:9,12,16 59:3
59:11,24 60:5
60:10 61:9 62:5
62:13 66:17
69:2 70:2,24
71:10,15,23,25
72:7,19 74:15
78:8 80:13 81:2
81:4,6 82:3,17
83:15 95:7,20

99:19 103:9
111:15 114:7
**devops** 18:15,21
19:2 62:12,14
62:22 101:8
**different** 36:9
36:18 37:8
42:18 49:25
50:2 65:20
84:22 85:22
88:6 118:17,18
118:24 120:6
**difficult** 56:18
**dig** 31:1
**direct** 3:3 4:6
55:2 81:11
**directed** 81:13
**directly** 116:21
**director** 48:19
**disable** 102:1
**disclose** 95:3
**disclosed** 89:16
**disclosing** 85:13
**disclosure** 94:5
**discount** 92:8
92:12
**discovery** 7:24
9:5 13:4
**discuss** 97:7
**discussed** 62:4
78:23 111:17
**discusses** 82:24
**discussing** 75:3
75:18,22,24
76:3 79:2

Case 1:24-cv-00707-JPH-MG Document 106 Filed 10/25/24 Page 140 of 167 PageID #1993 1495
CONFIDENTIAL ATTORNEYS EYES ONLY

**discussion** 75:4
  77:12 82:12
  123:6
**discussions**
  40:13 78:4,14
  81:20,25 82:2
**display** 27:8
**dispute** 37:5
**disputed** 110:14
**distributor**
  105:5
**district** 1:1,1
**diving** 109:14
**division** 45:11
  45:22 51:12
  52:18,18 80:2
  85:8 86:8 87:24
  88:10,10 90:4
  90:21
**divisions** 45:10
  45:12,15 51:12
  88:5
**divulge** 11:3
**document** 3:19
  4:20 5:9,25 7:22
  8:4,14 10:18,24
  11:15 14:5,10
  14:13,14 35:25
  36:2,5,7 37:24
  38:2,5,20 39:25
  40:13 57:15,16
  57:19 59:7,12
  72:5 73:19
  86:25 87:22
  90:14,17,24

91:2,2,3,4,5,13
94:16 97:17,18
97:20,21,23
98:5 100:13
102:5,7,17,18
103:6 104:1,2
107:20 109:11
113:20,22 114:1
114:6 115:16,17
115:25 119:17
120:11,20
121:11 126:20
**documentation**
  51:22 54:7
  119:7
**documents** 3:17
  6:15 8:5,11,22
  8:22 10:10,19
  74:22 78:16,20
  79:3,5,24 86:15
  93:7 98:2 99:10
  99:12 100:10
  107:14,24
**dod** 26:5 41:11
  41:21,24 42:1
  42:10,24 43:9
  43:24 45:8
  64:18 68:1
  85:12,13
**doing** 40:19
  63:6 64:1 70:2
  70:16,19 74:15
  76:1 78:2 83:21
  83:22 90:12
  95:19,20

**downloaded**
  28:14
**downward** 68:4
  68:7,11
**draft** 79:24
**drives** 12:11
  24:3,6
**dry** 66:11
**duly** 4:4 127:9
**duties** 69:13
**dvds** 24:3,6

**e**

**e** 3:9 125:24,25
  126:3,3,3
**earlier** 62:25
  66:8,20 68:19
  71:3 84:20
  88:11 94:25
**early** 56:11
  68:16,19 70:14
  72:9 75:9
**echo** 43:15
**echoing** 95:16
**edward** 1:8,13
  3:2 4:2 127:7
**eight** 64:22
**either** 22:3
  116:22 121:17
**elaborate** 111:4
**electronic** 9:5
  12:10 24:1,2
**electronically**
  38:20 61:20
**email** 87:9,10,14
  89:25 90:9

101:8,12,23
107:16,16
115:13 116:2,4
116:6,9,15,19
116:20 117:18
122:18 123:14
123:16,20
125:13
**emailed** 125:15
**emails** 9:3 75:3
  76:12,12,13,20
  76:21 77:22,24
  78:23,25 79:1
  86:4,6,13,14
  112:15 116:12
**employed** 24:14
**employee** 26:13
  27:14 31:17
  75:21 128:9,10
**employees** 3:18
  15:5,11 24:13
  24:21 25:12,16
  26:17 33:23,24
  46:11,19,21,23
  46:24
**encapsulates**
  114:11
**encouragement**
  82:5
**ends** 15:9
**engaged** 62:5,12
**engagement**
  35:9
**engineer** 73:24

CONFIDENTIAL ATTORNEYS EYES ONLY

**[engineering - fails]** Page 139

**engineering**
  81:7 82:3
**ensure** 27:1
**ensuring** 45:25
**enter** 31:9
**enterprise** 68:1
  68:2
**enters** 41:24
**entire** 117:18
**entities** 75:24
  79:12
**entitled** 5:5
  72:25 78:12
  80:13 96:19,20
**entity** 79:17,23
  80:3 81:17
  100:5
**environments**
  65:20
**envisioned** 78:7
**er** 89:19
**errata** 125:11
  125:13,16
**errors** 68:6
**especially** 100:5
**esq** 2:3,7,11,14
  2:14,15 125:1
**esquire** 3:4,6,8
**et** 12:11 125:4
  126:1
**evaluated** 43:17
**event** 67:17
  84:11
**eventually**
  76:25

**everybody** 34:2
  34:3 82:24
**evidence** 3:19
  97:20
**evolving** 76:14
  77:6
**exact** 20:25 29:8
  46:8,10 49:16
  60:13 64:20
  70:12 119:5
**exactly** 31:21
  105:4 106:2
**examination** 3:1
  3:3,5,7 4:6 5:2
  6:6 12:7 23:22
  25:11 39:21,24
  73:1 84:24
  110:22 115:10
  115:20
**example** 24:22
  35:6,7,21 40:12
  72:23 73:15
  90:13,14 92:7
  99:18
**excel** 91:24
**except** 55:8
**exception** 35:15
**exchange** 116:6
**exchanges** 77:2
**excuse** 100:22
  121:13
**executable**
  71:20
**executed** 7:1

**executive** 47:19
  114:3
**exercise** 92:21
**exercises** 84:22
  84:25 85:2,4
**exhibit** 3:10,11
  3:12,13,14,15
  3:16,17,18,19
  4:12,21 5:5,7,10
  5:12,22 6:6,13
  6:18,20 7:6,10
  7:11,13,18,24
  8:8,10,15,23
  9:16,24 12:6,13
  12:14 14:13,15
  14:22 23:22
  29:2 35:22 36:3
  37:24,24 38:6
  39:4 63:1 71:24
  73:19 86:19
  87:12 97:17,24
  100:10 102:19
  102:22,22
  107:14,20
  113:16,18
  115:13 120:13
  120:17
**exhibits** 6:12,16
**exist** 65:21 74:2
**existed** 97:6
**existence** 95:13
**existing** 63:5
  117:21 118:10
  119:4

**expeditionary**
  108:13
**experience** 1:8
  1:13 6:8 11:22
  13:8,11,25
  15:24 41:25
  71:22 125:4,4
  126:1,2
**expires** 128:19
**explain** 13:22
  25:7 40:8 42:19
  55:12 99:23
**explained** 40:11
**explanation**
  46:19 67:21
**exposed** 100:22
  102:2
**extended** 92:7
  92:12
**extension** 83:17
**extensively**
  26:18
**extent** 46:2 81:4

**f**

**f** 106:23
**facing** 19:25
  20:2 100:21,25
  102:24 104:8
**fact** 28:3 61:21
  73:18 100:20,23
  104:13,20,21
**facts** 126:20
**fail** 65:20
**fails** 125:20

CONFIDENTIAL ATTORNEYS EYES ONLY

**[fair - form]**

Page 140

| | | | |
|---|---|---|---|
| **fair** 27:9 | **figured** 110:12 | 86:7 87:24 88:4 | **following** 12:24 |
| **fall** 19:13 20:9 | **file** 9:3 118:19 | 88:4,10 90:4,20 | 19:20 20:19 |
| **falling** 67:7 | **filed** 34:20,22 | 92:7 95:11 | 40:5 |
| **familiar** 36:20 | 37:25 38:1,13 | 103:2 107:16,16 | **follows** 4:4 91:3 |
| 101:3 103:17,23 | 39:23 40:6,22 | 108:11 109:2 | 107:16 |
| 107:10 109:4 | 44:25 51:2,7 | 113:13 115:12 | **forces** 108:13 |
| 112:18 113:20 | 52:21 54:12,14 | **fischer** 2:19 | **foregoing** 7:1 |
| **far** 58:6 | 70:20 85:4,5,10 | 38:14 75:20 | 126:20 128:6 |
| **fast** 75:17 76:7 | 87:15 100:19 | 87:3,5 115:22 | **forget** 105:4 |
| **favor** 86:19 | **files** 101:20 | 121:17 122:12 | **form** 25:19 |
| **fayetteville** 30:4 | **final** 79:8 111:9 | **five** 17:17,17 | 34:15 40:1,12 |
| 30:5,20 | 112:6 | 37:14 54:11 | 42:3 43:8 44:5 |
| **features** 55:8 | **financially** | 84:9 92:20,25 | 44:20 47:20 |
| 60:7 | 128:12 | 92:25 107:15 | 50:6 52:25 |
| **february** 67:23 | **find** 15:4 34:10 | **fix** 64:1 69:15 | 53:12 56:13 |
| 75:9 | 86:22 87:13 | 81:14 82:8,8 | 57:13,22 58:18 |
| **fed** 81:1 | 102:2 106:2 | **fixed** 63:24 64:9 | 59:8,13 61:25 |
| **federal** 39:12 | **fine** 59:21 84:7 | 64:10,15 68:24 | 62:6,15,23 |
| 80:18 99:5 | 84:15 110:15,18 | 69:1,24 70:11 | 63:11 64:3,19 |
| 112:22 113:4 | 120:22 | 83:7,8,8 104:4 | 65:11 66:4,25 |
| 114:13 115:8 | **fingers** 75:7 | **fixes** 70:8 83:3,7 | 68:14,21 69:16 |
| 125:18,24 | 83:17,18 | **fixing** 70:7,22 | 70:4 71:11,21 |
| **federally** 80:17 | **finish** 53:13 | **fl** 125:14 | 72:10 74:18,25 |
| **feedback** 111:20 | **first** 4:3 5:15,16 | **floating** 36:10 | 77:10 80:8 |
| **feeding** 48:7,24 | 5:17 7:12,23 | **florida** 1:21 2:4 | 85:16 86:3,9 |
| 49:2,3 | 9:15,19,24 | 125:18,24 127:2 | 89:21 93:19 |
| **feel** 84:3 | 12:22 13:6 | 127:7,16 128:2 | 94:7,19 99:20 |
| **felt** 83:24 | 14:21 15:8 | **flowed** 82:14 | 101:5,13 102:3 |
| **field** 46:7 48:1,2 | 16:22,23 17:2 | **focus** 80:17 | 102:12 103:4,22 |
| 48:14,21,22 | 18:7 35:24 38:8 | **focused** 65:25 | 104:1,11,16 |
| 49:6 | 45:11,11,22,22 | 115:3 | 111:13 113:14 |
| **fielding** 44:7,8 | 51:12,12 52:18 | **folks** 14:2 99:25 | 114:9 115:1 |
| **fifth** 2:12 4:16 | 52:18 57:7,11 | **follow** 10:13 | 119:2,15,24 |
| 107:20 | 59:11 66:1 85:8 | 26:21 51:24 | 120:9 121:24 |
| | 85:8,15,15 86:7 | | 122:5 123:4,8 |

Case 1:24-cv-00779-JPH-MG Document 106 Filed 01/25/24 Page 143 of 167 PageID #1996 498

123:13
**format**  89:10
90:8,12
**formatted**  91:25
**formed**  79:23
80:3
**former**  15:11,14
**fort**  30:11
**forth**  86:14 97:4
**forward**  75:17
76:7
**found**  87:11
**foundation**  76:3
121:16,19
**four**  17:16 29:6
50:25 92:25
113:13
**fourth**  4:15
**frame**  45:21
75:11 112:5
**frames**  114:12
**free**  42:2 52:9
84:3
**friday**  124:2
**front**  16:18
72:12 101:10
**fruition**  119:19
**fsr**  48:3,4,14,17
**fulfilled**  74:2
**full**  22:20
105:16 117:18
**function**  64:25
74:9 80:24
113:1 114:22

**functional**  67:2
**functioned**
112:3
**functioning**
46:1 63:21
66:10 113:15
**functions**  26:25
27:4 111:22
**further**  99:24
107:19 109:19
112:6 113:11
115:9 116:18
123:23,24 128:8
**furthermore**
51:25 79:20
**future**  50:20
75:8,19 77:9

**g**

**g**  1:9
**gallardo**  47:11
87:10
**gallardo's**  48:13
**general**  26:23
33:8 47:23 48:7
**generally**  67:22
69:12,18 96:18
99:2
**generated**
101:24
**getting**  43:14
53:4 66:13 70:8
75:16 83:19,23
**github**  13:8,12
13:13,15,25
17:18 18:3,6

62:11,14,22
**give**  45:21 63:25
105:4 110:8
**given**  22:10,11
40:25 42:23
43:6 79:25
90:13 97:5 98:7
98:22
**gives**  32:1
**giving**  45:24
88:21
**glitches**  49:5
**go**  16:2 23:21
26:5,21 36:23
52:3,8 54:22
56:24 59:8
60:18 61:8
63:20 69:7 75:1
75:4 76:17
77:17 83:19
86:1 93:7,9,10
95:1 98:13
100:9 101:25
105:15 106:1
108:4,4 110:11
111:6 113:9,16
**goal**  46:19
**god**  30:10
**goes**  117:7
**going**  4:9 5:16
7:14 8:1 9:17
10:7,11 11:1
12:6 14:5,19
16:11,11,11
23:22 26:25

31:6 33:11
34:12,14 37:23
38:12 40:19
51:25 54:16
55:1 63:9 69:7
71:7 78:9 81:19
82:8 83:25
84:11 86:22,25
87:3 94:24
95:10 97:16
103:15 106:2
109:22 110:2,13
111:9 112:23
113:10 118:1
122:18 123:9,25
**good**  4:8,11
30:19 59:25
60:6 65:18
76:22 77:2
112:4
**goods**  41:25
**gotten**  53:10
122:10,14
**gould**  2:11
**government**
26:4,4,11 41:18
41:21 42:8,9,21
42:24 43:20
46:17 47:2 55:9
55:10,17 64:18
74:10 86:16
88:19,24 89:6
89:16,17 90:16
90:18 93:6,8
111:10 117:19

117:25 119:4
**government's**
89:1
**grab** 35:22
37:15 118:18
**gradually** 82:14
**great** 6:4 7:9
12:6 27:19 28:2
39:7 54:10
80:18 102:16
103:11 109:10
**greatest** 111:13
**group** 1:8,13
6:8 11:22 13:8
13:25 15:24
125:4,4 126:1,2
**growing** 76:14
**guess** 24:22
25:24 27:10
28:18 33:10
35:5 53:21
55:14 56:18
62:17 82:19
86:4 102:14
**guidance**
112:12
**guide** 112:20
**guy** 81:3
**guys** 75:18

**h**

**h** 2:8 3:9 106:23
126:3
**half** 8:12 32:25
**hance** 17:3

**hand** 100:14
108:7
**handful** 77:1
**handfuls** 114:17
**hands** 21:5 74:8
**hanlon** 47:11
**happen** 81:8,8
81:24 82:5
**happened** 11:19
33:16 81:23
82:12 108:18,19
**happening** 44:1
52:2
**happy** 118:7,8
**haptic** 39:12
80:18 83:5 99:5
111:23 112:22
113:4 114:13
115:7 116:22
117:3,20,22
118:12,22,24
119:7 120:16
121:16,18 122:4
**hardware**
112:19 118:10
**head** 16:8 25:24
29:24 94:4
**heading** 39:8
**healthier** 69:25
**hear** 4:10 38:12
56:15
**heard** 10:8
**heather** 2:11
**heatron** 87:9

**held** 34:19,24
39:22
**help** 10:12 15:1
48:7,10
**hetron** 87:9
**hey** 82:6 89:8
90:4
**hh431793**
128:18
**high** 65:7
**highly** 9:25
10:22,24 11:15
87:1 115:2
121:16
**history** 13:7
102:4 116:18
**hit** 68:11
**hold** 18:18
43:11 82:1 84:2
120:18
**holding** 77:7,7
77:12,20 78:3
**holdings** 76:15
76:15 78:4,7,11
78:17 113:10
**hopefully** 15:1
84:15
**hopes** 76:8
**hopson** 29:19
**hosts** 19:8
**hr** 21:20
**huh** 87:17
**hundred** 90:6
**hung** 41:7 56:18

**hygiene** 65:19

**i**

**idea** 19:4 89:1,3
**identify** 15:22
**immediately**
74:13
**impact** 83:23
**inch** 8:12
**included** 116:2
**includes** 42:16
**including** 8:22
12:8,10 23:24
41:21 91:17
96:15
**index** 3:1
**indiana** 1:1 2:8
**indicated** 34:7
62:11 65:2
98:18 103:2
121:10
**indicates** 5:14
95:4 104:3
118:22
**indicative** 65:13
115:4,6
**individual** 15:1
27:3,6 28:22
61:22
**individuals** 14:6
15:10,13,23
16:1 57:3 62:25
69:15
**industry** 42:14
**information**
15:4,17 16:7

CONFIDENTIAL ATTORNEYS EYES ONLY

**[information - job]** Page 143

34:7,10,15
50:11,14 51:16
51:21 52:6
61:17 86:2,18
89:24 90:15
92:4,6,9 121:15
122:24
**infringement**
97:3
**initiated** 79:21
**injunction** 5:17
5:18 13:4 73:3
96:2
**input** 114:25
**ins** 55:22
**inside** 41:12
43:23,25 76:15
**install** 113:2
**installation**
87:25 118:11
**installed** 20:7
26:5,11 28:7,10
28:13 49:10
56:22 57:2 58:3
58:17 66:1
80:21
**installing**
112:24
**instance** 71:14
**instances** 39:12
**instructing** 97:9
97:12
**insurance** 93:4
93:21,21 94:1,6
94:11,12,18

**integral** 61:8
**integrated**
107:9,23 111:13
118:13
**integration**
108:14
**intellectual** 55:3
55:5,22 71:9
**intend** 80:12
**intended** 78:24
**intends** 80:7
95:18,22
**intent** 97:2
**inter** 118:22
**interact** 46:20
48:6 60:5
**interacting** 47:2
48:11,25 49:9
49:10 76:6
**interaction**
47:22
**interactions**
81:18
**interactive**
100:3
**interested**
128:12
**internal** 19:24
117:4
**internally** 25:4
26:16
**international**
109:2
**internet** 102:1
103:21

**interrogatories**
3:15 5:17 7:6,11
7:16 12:12
**interrogatory**
12:20 18:15
**intimate** 76:13
76:14
**introduction**
112:17
**invading** 96:3
**invasive** 96:7
**invoice** 91:6
**involve** 46:12
**involved** 8:21
8:25 10:23
11:11,14 15:15
41:18 44:14,19
45:13,16 46:9
53:7,8 60:9
**involvement**
51:5 54:2
107:25
**involves** 26:24
**involving** 44:4
**ip** 12:9 19:21,24
19:25,25 20:2
23:24 29:6 55:6
96:14,15
**ish** 67:9
**issue** 24:5 49:19
88:17 96:16
**issued** 32:15
**issues** 49:7
62:16 67:23,24
69:19,20,24

73:1
**item** 12:7 18:14
19:19 24:12
26:22 34:18
54:11 74:12
92:7,20 99:4
**items** 4:17 7:24
28:1 55:20
**itt** 118:6 119:5

**j**

**j** 2:7
**j6** 108:13
**jalopy** 74:9
80:23
**janna** 21:8,9,24
22:1,3
**january** 39:2
113:12 115:4
**jean's** 48:15
**jeff** 16:21 17:8,9
17:10,21 20:14
23:6 32:6 34:10
47:7,11 50:15
50:15,16,16
115:14 116:7,16
116:19,20 120:3
**jeff's** 23:16
116:25
**jeffrey** 1:8
116:10
**jennifer** 98:14
**jerry** 48:15
**jesse** 15:12
**job** 23:11,16
82:1,5

CONFIDENTIAL ATTORNEYS EYES ONLY

**[jobs - korea]**　　　　　　　　　　　　　　　　　　　Page 144

| | | | |
|---|---|---|---|
| **jobs** 46:11 | 43:8,13 44:5,20 | 23:11 31:2 32:4 | 36:13,20 37:6,8 |
| **joel** 2:3 4:8 84:2 | 47:20 50:6 | 34:7 47:11 | 40:17 41:1 44:6 |
| 95:11 96:10 | 52:25 53:12 | 48:18 60:12,23 | 44:16 45:10 |
| 112:15 121:2 | 56:13 57:13 | 75:18 76:2 | 46:20 49:16 |
| **joel.rothman** | 58:18 59:8,13 | 111:9,17 112:12 | 50:10 53:7,8 |
| 2:5 | 61:25 62:6,15 | 112:19 113:8 | 54:14 56:16,22 |
| **john** 1:9 107:18 | 62:23 63:11 | 122:20,20 | 58:13,23,24 |
| **joined** 122:12 | 64:3,19 65:11 | **kevin's** 17:5 | 60:20 62:10 |
| **joint** 3:12,13 | 66:4,25 68:14 | **key** 68:22 87:20 | 63:6,12 67:24 |
| 35:25 38:2 39:4 | 68:21 69:16 | 111:14 | 69:17 70:12,23 |
| 40:9 54:22 71:7 | 70:4 71:11,21 | **keyboard** 75:7 | 71:19 72:25 |
| 75:4 76:8,14,25 | 72:10 74:18,25 | 83:17 | 73:16 75:9,12 |
| 77:3,6 80:5 83:9 | 77:10 80:8 84:2 | **keys** 101:20 | 77:11,13,25 |
| 83:12,13,14 | 84:11,15 85:16 | **keywords** 9:13 | 80:17 81:4 87:8 |
| 89:12 100:1 | 86:3,9 89:21 | **kind** 8:11 16:13 | 88:9 89:6 90:2,3 |
| 107:9,21,22 | 93:19 94:7,19 | 16:14 24:6 35:6 | 90:4,20,22 |
| 108:13 111:4 | 95:10 96:9,24 | 42:22 65:12 | 91:21 92:12,13 |
| 112:7,21 113:1 | 97:11 99:20 | 77:21 82:13 | 93:20 94:4,11 |
| 113:6,9,12 | 101:5,13 103:4 | 91:7 121:3 | 94:15,17,22 |
| 115:5 | 103:22 104:11 | **kindness** 121:6 | 95:23 96:14 |
| **josh** 47:11 | 104:16 109:23 | **kinney** 2:13 | 98:10 99:15 |
| **jph** 1:3 | 110:1,4,6,8,16 | **kliebenstein** | 101:12,23 102:4 |
| **july** 112:11 | 110:19,23 | 2:11 | 102:7 103:1,12 |
| **justification** | 114:23 115:9,15 | **know** 9:4,8 | 103:18 106:9,12 |
| 95:19 | 119:2,15,24 | 11:13,24 12:3 | 106:20 111:12 |
| **jva** 73:5 84:1 | 120:9,22 121:1 | 12:17 13:18,21 | 113:10,11,18 |
| **k** | 121:24 122:5 | 13:23 14:11 | 119:25 124:1 |
| **k** 17:13 | 123:4,8,13,24 | 15:5,21 16:6 | **knowledge** |
| **kandis** 2:14 | 124:3 125:1 | 18:6 20:1,3,23 | 36:17 101:1 |
| **keep** 16:11,11 | **kelley's** 120:14 | 20:25 21:1 22:6 | **known** 15:14 |
| 16:11 84:8 | **kempsville** | 22:6,7,18 24:17 | 69:20,20,21,22 |
| 103:15 | 30:14,15 | 26:7 29:8,10,23 | 111:23 |
| **kelley** 2:14 3:6 | **kevin** 1:9 16:21 | 30:3,8,17 31:2 | **korea** 107:10,23 |
| 9:17 11:1 25:19 | 17:5,21 19:13 | 31:15,25 33:16 | 108:13 |
| 34:14 40:1 42:3 | 19:14 20:9 23:1 | 34:16 35:1 36:8 | |

CONFIDENTIAL ATTORNEYS EYES ONLY

**[korman - looks]**                    Page 145

**korman**  2:13
**koustensis**  2:14

**l**

**lab**  111:11
**landscape**  91:1
**language**  83:14
**laptop**  20:20,20
  20:20,21 28:20
  28:22 32:16
**laptops**  20:24
  22:5,11,15
**large**  43:18
**larger**  27:21
  69:24
**larry**  115:14
  116:4,7,10,13
  116:16,19 117:8
**late**  63:17 78:13
**latest**  111:12
**launching**  75:15
**law**  83:12
**lawsuit**  40:22
  44:25
**leave**  21:3 86:25
  115:19
**led**  40:13
**left**  9:24 74:8
  80:23 82:15
  87:5 115:22
**legal**  95:4,6,6,19
  95:23,25 96:1
  96:13,17 125:23
**legally**  55:16
**letter**  83:12

**letterhead**
  108:10 109:1
**liability**  93:4
**libraries**  118:19
**library**  114:21
**license**  45:13
  61:19,23 64:17
  65:21 87:20
**licensed**  44:23
  85:15
**licenses**  39:9
  54:13,16 65:9
  65:14 71:13
  72:16 73:4 85:9
**licensing**  42:13
  54:4 64:21 66:6
**likely**  48:12
  50:16 69:5
  70:13
**limited**  11:10
  35:19,20 71:22
**linds**  116:10
**lindz**  115:14
  116:4,13,16,19
  117:8,11,14
**line**  26:22 84:12
  85:24 91:10
  92:7,20 103:2
  126:4,7,10,13
  126:16
**list**  3:18 5:2
  14:4,6 15:3,20
  16:20 19:6
  20:17 22:20
  24:2 31:25 45:8

47:15 50:4,9
  60:11,16 61:8
  62:24 68:22
  69:6 105:10
  119:9
**listed**  15:13
  24:10 29:1,6
  45:22 51:8
  93:16 95:12
  112:3
**listening**  75:13
**lists**  19:20 20:18
  20:19 56:25
**literal**  49:3
**literally**  49:3
  104:4
**little**  14:19,25
  69:5 82:4 96:12
  117:7,9
**llc**  1:4 125:4
  126:1
**local**  20:18
  22:15
**locally**  29:9
**located**  13:5,7
  13:23 14:8
  18:16 19:2,2,3
**location**  12:9
  23:25 26:5,11
  29:8 46:6 47:4
  49:24 58:17
**locations**  31:1
  46:7,8 49:20
**log**  31:14,23
  33:13 34:3 57:3

**logged**  27:24
  28:1 33:5
**logging**  49:11
**logical**  21:2
  41:14 82:14
**logically**  40:4
**logistics**  106:3
  107:4
**logos**  108:7
**long**  14:24 63:9
  67:1,5 84:12
**look**  5:4 6:19
  9:15 36:24
  37:12 60:18
  73:11 86:1,23
  87:7 90:25 91:4
  91:22 92:3,6
  93:3 101:17
  103:5,25 105:16
  106:1,2,5
  111:16 113:17
  114:13 115:12
  116:9 119:8
  120:13,16
**looked**  56:21
  113:3
**looking**  61:16
  73:9 92:24 94:9
  100:12,13
  103:10,24 105:3
  120:20
**looks**  29:9 38:24
  47:14 91:6
  100:14 103:25
  116:6

CONFIDENTIAL ATTORNEYS EYES ONLY

**[lot - middle]**

**lot** 40:17 60:4
67:19 70:5
79:21 105:16
111:18 114:14
**low** 65:7 92:22
93:1,2 100:14
**lower** 9:24 10:2
**lydia** 15:8

**m**

**m** 2:14
**mace** 116:10
**madam** 45:3
**made** 68:19
82:16,18,20
85:12
**main** 80:17 83:2
**maintain** 68:5,8
**maintains** 19:3
31:25
**make** 9:20
14:20,25 16:14
34:14 41:1 52:5
103:11 104:6,15
105:1 110:9
114:21,22
118:20
**makes** 104:21
104:23 117:8
**making** 11:14
20:5,6,6 48:25
**man** 82:6
**management**
47:21,23 69:13
**manager** 48:16
69:11

**maneuver** 75:25
**manner** 64:14
81:16
**map** 101:20
111:13
**maps** 101:19
102:1,2,25
**march** 115:25
116:3
**mark** 11:15,16
14:5,9 102:17
109:2
**marked** 4:21
5:10 6:16 8:15
14:13,15 36:3
37:24 38:6 87:1
97:17,24 100:10
102:19,21
**market** 40:18
75:25
**marketing**
46:12
**marla** 1:20
127:6,15 128:4
128:17
**married** 22:1
**mase** 1:8 17:9
17:10 32:7
34:11 47:7,11
50:15,17 115:14
116:4,16,19
117:11,14 123:7
**matter** 25:10
39:20,24

**matters** 5:2 6:6
6:9 12:7 23:22
73:1 84:24
**max** 1:4 2:19
8:3 12:2,4 39:11
55:8,16,24 56:1
56:2,3,5,6 58:15
58:19,21,25
68:10 69:20
70:6,10,16,17
70:25 73:24
76:23 81:6 82:1
82:2,5 83:17
85:24 86:14,15
89:19 90:16,19
97:19 99:4,8
100:5 104:19
111:3 113:7
114:24 121:15
125:4 126:1
**max's** 71:10
85:13 113:16
**mccucheon** 69:9
**mean** 13:12
26:3,20 27:23
28:18 31:16
32:6 39:24
40:10 42:19
45:16 49:2,3,4
51:16 56:17
68:1 74:24 88:9
99:21,23 103:8
103:23 114:17
118:14 120:11
122:8,24

**means** 26:3 40:4
41:13 55:13,25
56:1 81:8
117:21 122:9
**meat** 75:23
**mechanical**
117:23
**mechanism**
118:11 119:18
**media** 12:10
24:1,3,7
**meet** 117:1
**meeting** 75:21
111:10,21 115:4
**meetings** 77:22
79:11
**memorialized**
77:24 78:5,25
**memory** 16:9
**mentioned**
20:13 34:9
60:22 71:3 85:7
111:14
**merchant** 2:11
**merging** 78:14
**miami** 127:4
128:3
**michael** 47:17
**michelle** 47:17
**micro** 111:25
**microsoft.com.**
101:9
**mid** 33:8
**middle** 4:14
63:13,19 108:5

CONFIDENTIAL ATTORNEYS EYES ONLY

111:9

**mike** 47:10
98:14

**mile** 112:6

**milestones**
75:15

**miller** 2:7

**mind** 21:23
36:25 60:8 87:2

**minds** 1:4 2:19
8:3 12:3 55:16
56:1 58:19,21
58:25 83:18
90:19 99:4
125:4 126:1

**mine** 7:4

**minneapolis**
2:12

**minute** 37:14,14

**minutes** 84:10
109:24 110:19
116:3

**missing** 16:14
31:15

**mission** 92:21

**misspoke** 88:11

**mkk** 1:3

**mn** 2:12

**modules** 118:17
118:18

**moment** 95:1
110:9 117:10
120:14

**money** 42:13

**month** 64:1
92:20

**months** 64:23
66:9 80:22
113:13

**morning** 4:8,11

**morphed** 82:7

**motion** 73:3
96:2

**move** 14:3

**msrp** 92:7,11

**mullican** 1:9
17:6 19:13,14
20:10 23:1 31:2
32:4 60:12,15
60:23 102:11
112:20

**mullican's**
23:11 112:12

**multiple** 27:8,20
27:24 28:1
49:24

**mute** 43:12 75:1
95:17

**n**

**n** 17:13,13

**name** 4:8 12:2
15:8,8 16:5,8,17
16:21,23 17:1,2
17:6,24 20:25
21:12,14 31:10
31:18,23 32:9
34:3 38:17
79:25 88:19,22
89:9 94:16

105:16 109:2

**named** 87:9

**names** 3:18 15:2
15:22,25 16:1
16:19,22 17:19
18:23 19:17,20
20:11,16 22:10
22:12,20,22
32:1 33:24
46:10 47:5,15
50:16 58:13,14
60:13,15,16
69:5

**native** 91:5

**natively** 91:3

**nature** 97:5
100:1

**near** 115:8

**necessarily** 97:1

**necessary** 87:21

**need** 10:17
15:20 16:4 22:3
28:10 34:6 38:8
40:14 51:14
52:6 82:7 84:13
86:24 96:22
102:11 103:12
123:25

**needed** 28:7
63:24 64:9,10
64:15 66:17
67:19 111:18

**needs** 73:25
75:14 95:17
110:14 117:1

**negative** 82:6

**network** 41:12
43:24 107:9,23
118:6

**never** 25:3,5
26:15 28:13
35:3,16 43:3,4,6
44:14 78:16
79:5,8 108:18
108:19

**new** 21:3 42:21
63:4,7 65:9 76:4
79:17,23 87:25
112:7,21 116:25
117:20 118:8

**nine** 66:9

**noble** 107:4,8

**non** 49:3

**nonexistence**
95:14

**normally** 93:5

**north** 29:15
30:1,6

**notary** 1:21
127:6,16 128:18

**note** 34:14
103:19 125:10

**notes** 77:23,23
77:25 78:5
79:11 83:6
103:3,19 104:1
104:4,10,14,18
104:19

**notice** 3:11 4:18
5:19,23 6:1

93:17 94:2,13
94:15
**notified**  61:22
**november**  67:20
67:22 112:6,9
112:10,10,11,23
**nro**  107:18
**number**  4:17
10:6,11,12,18
10:19 12:7,20
12:22 23:22
24:12 30:3,3
33:22 34:18
37:25 39:21
49:16 50:25
54:11 56:25
65:13 73:22
74:12 81:5
91:10,11 92:14
92:15,17,25
93:2 97:19 99:4
100:13 108:3,6
113:16
**numbered**  6:9
**numbers**  22:10
119:5

**o**

**o**  21:15,16
106:23
**oath**  127:1
**object**  66:25
71:20 85:16
95:10
**objection**  11:2
25:19 40:1 42:3

43:8 44:5,20
47:20 50:6
52:25 53:12
56:13 57:13,22
58:18 59:8,13
61:25 62:6,15
62:23 63:11
64:3,19 65:11
66:4 68:14,21
69:16 70:4
71:11,21 72:10
74:18,25 77:10
80:8 86:3,9
89:21 93:19
94:7,19 99:20
101:5,13 102:3
102:12 103:4,22
104:11,16 114:9
115:1 119:2,15
119:24 120:9
121:24 122:5
123:4,8,13
**objective**  9:12
**objectives**  75:15
**obtained**  98:11
104:8
**obviously**  15:16
29:9 60:22
114:10
**occur**  46:5
**occurred**  51:13
51:14 58:16
72:8
**october**  1:15 7:2
7:7 44:12,13

107:22 114:2
127:8,11 128:13
128:20
**odds**  30:19
**offer**  46:18
72:24 73:14,18
76:21 78:19,21
92:14
**offered**  35:20
92:16
**offerings**  91:17
91:23
**office**  29:17
30:20,24 35:10
**officer**  23:14
114:3
**offices**  29:12
**oh**  30:10 77:16
92:5,18 93:9
105:17 109:25
110:7
**okay**  4:13 5:1,3
5:6,12,22 6:14
7:9,22 8:3,21
9:4,11,15,21
10:2,14 11:13
11:18,20 12:2
12:15,18,21
13:15,24 14:3
14:24 15:20
16:13,16,23,25
17:13,16 18:6
18:14 19:7,16
20:4,12,18 21:6
21:10,18,21,24

22:8,18 23:1,4,6
24:9,19,25
25:10,23 26:1
26:19 27:2,5,11
27:11,13,17
28:2,16,22
29:12,18,21
30:1,21 31:2,4
31:16,24 32:4
32:15,20 33:11
33:22 34:5,12
35:2,18,22,23
36:11,15,17,23
37:13,16,17
38:10,11,22
39:1,3,7,11 40:8
40:16 41:7,16
42:12 43:3 44:3
45:6,17 47:25
48:8,13,15 49:8
49:14,22 50:18
51:9 52:4,8,14
52:17,23 53:19
53:23 54:1,5,7
54:10 55:5,18
55:21 56:24
57:7,19 59:6
60:14,20 63:16
63:18,23,25
64:11,16 65:2,6
65:8,23 66:15
67:4,10,10 68:3
68:7,11 69:14
70:16 71:5,7,18
72:3,18,22 74:7

CONFIDENTIAL ATTORNEYS EYES ONLY

**[okay - participated]**

Page 149

74:12,21 77:5
77:16 79:19,23
80:1,5 81:24
83:25 84:6 86:6
87:7,14,21
88:21 89:11,13
90:20,23 92:2,6
92:16,20 93:12
93:24 94:24
97:8,15 98:1,4
98:10 99:3,15
100:9,16,17,17
102:7,10,16
103:11,14,15
105:17,19 106:5
106:12,23 107:2
107:4,9,12
108:11,19 109:3
109:10,19 110:7
110:11 113:19
113:24 114:6
116:2,11,18
117:8,13,17
118:24 120:6
121:21 123:22
**old**  32:24 92:8
**once**  86:16
**ones**  19:7 53:9
**ongoing**  11:1
50:23 114:7
**online**  13:20
106:1
**operate**  25:22
26:1,2 27:14
28:6 49:23,23

57:11 118:20
**operated**  26:13
28:4 31:17
32:20 56:9,10
118:22
**operating**  20:5
31:6,7 49:15,18
57:2,9 66:2
**operation**  14:2
26:7 43:19
**operational**
118:6
**operations**
23:18 48:19
81:5 89:12
**opinion**  37:10
95:4,6,23 96:1,5
96:7,7,13,17
**opposed**  71:19
**opposition**  73:2
**oral**  77:21 78:22
79:10
**orally**  79:13
**order**  22:5 28:6
81:14 86:22
87:22 98:22
99:18
**ordering**  125:15
**organization**
13:8,12,25
15:24 17:18
18:4,7 44:24
45:9
**organizations**
85:13

**organized**  15:7
**oriented**  91:1
**ourself**  70:12
**outcome**  114:12
**outside**  18:11
26:10,11
**own**  27:7,14,21
31:19 55:16
56:2 77:8 78:9
81:1 110:13
121:2
**owned**  55:7,20
55:24 56:3
76:17
**owners**  78:11
83:16
**owning**  76:10
**owns**  42:24

**p**

**p.a.**  2:3,7
**p.c.**  2:11
**p.m.**  1:16 124:4
**page**  3:3,10,11
3:12,13,14,15
3:16,17,18,19
4:14 5:1,15 6:5
6:6,20 7:12,23
9:16,19,24
10:18 12:13,25
14:10,21 35:24
38:8,13 55:2
86:23 91:22
93:3,3 103:2
105:3 107:17,20
108:3,6,11,12

109:1 113:24
115:13 121:10
121:13,14 126:4
126:7,10,13,16
**pages**  3:20
14:24 86:23
87:12 90:24
91:8,9 102:23
107:15 108:22
108:25
**paid**  42:7 52:18
54:3 55:7,8,17
55:23 56:3 58:8
58:22 65:16
69:12 87:22
88:13 89:15
**pang**  107:18
**paper**  73:8,10
**paragraph**  40:3
55:3 71:12
72:12 73:14
121:14 123:3
**pardon**  110:4
**part**  30:9 61:8
92:14,15,17
93:2 97:1,2
120:21 123:12
**participate**
45:16 46:15
50:19 100:6
122:19
**participated**
35:17 44:3
45:20 52:21

CONFIDENTIAL ATTORNEYS EYES ONLY

**[participating - positions]** Page 150

| | | | |
|---|---|---|---|
| **participating** 43:20 | **pays** 55:19 | **period** 33:7 62:3 | 97:24 102:19 |
| **participation** 52:11 84:25 | **pc** 2:13 28:20 113:2 | 62:4 64:17 66:18 67:1,5 | **plaintiffs** 4:15 |
| **particular** 42:14,15 85:12 106:10 | **peculiarity** 117:25 | 70:14 72:8 74:1 74:16 | **plan** 26:21,22 26:24 |
| **parties** 5:13 13:2 55:15 76:6 | **penalties** 126:20 | **perjury** 6:25 126:20 | **planned** 34:19 34:24 39:22 50:20 |
| 93:6 98:7 100:2 125:15 128:9,10 | **penalty** 6:25 | **permit** 72:19 88:13 95:24 | **plans** 50:19 |
| **partition** 39:11 | **people** 14:4 17:17 18:24 | **permits** 71:9 | **platform** 24:24 |
| **partners** 85:25 | 20:10,12,13 21:22 22:12,14 | **permitted** 74:23 89:15 | 31:13 41:5 60:2 60:7 75:19 81:7 |
| **partnership** 90:18 | 22:21 28:1 32:7 34:5,6 41:5 47:1 | **person** 15:16 21:3,3 31:9 34:8 | 83:9 113:8,15 |
| **password** 31:11 31:18,23 32:9 | 47:5 49:1 60:11 71:2 75:13 | 48:22 82:16,18 82:22 100:5 | **please** 4:12 6:12 10:18 15:25 |
| 34:4 | 77:23 81:15,18 82:23 90:9 | **personal** 47:21 | 45:1,4 53:13 61:1 100:9 |
| **passwords** 32:1 33:25 | 104:22 | **perspective** 81:5 83:11,12,16 | 113:17 115:20 121:4 125:12 |
| **past** 15:5 25:3 25:17 42:7 | **peraton** 105:17 107:18 108:1,3 | **physical** 12:9 23:24 29:12 | **plug** 55:8,15,22 |
| 67:14,16 | 108:7,10,17,22 109:1 112:24 | **physically** 29:5 38:19 | **point** 4:16 10:17 13:6 47:8 56:11 |
| **pathway** 115:2 | 115:6 116:21 119:9,10 | **piece** 55:15 | 67:14 84:4,9 88:24 89:6 |
| **pay** 42:1 56:1 | **peraton's** 107:24 | **pile** 67:23 | 105:11 111:1 |
| **paying** 52:13 83:18 89:17 | **percent** 89:18 90:6 92:8 | **place** 41:14 82:4 | **pointing** 82:23 83:1 |
| **payment** 52:10 52:11 53:8 | **perform** 43:25 68:5,8 | **placed** 102:24 | **portrait** 91:1 |
| **payments** 50:25 51:5,25 53:21 | **performed** 53:6 53:7 69:13 70:9 | **plaintiff** 1:6,14 2:2 | **pose** 11:1 |
| 53:23,24 54:11 54:13,17 85:3,4 | **performing** 68:6 | **plaintiff's** 3:10 3:11,11,12,13 | **position** 21:19 21:24 58:8 67:24 69:10 |
| 86:17 | | 3:14,15,16,17 3:18,19 4:21 | **positioned** 105:13 |
| | | 5:10 6:16 8:15 14:15 36:3 38:6 | **positions** 73:2 |

CONFIDENTIAL ATTORNEYS EYES ONLY

**[positive - purposes]**

| | | | |
|---|---|---|---|
| **positive** 82:6 | **previous** 74:4 | **proceedings** | **provided** 8:7 |
| **possession** 12:8 | 112:19 | 128:6 | 16:6 56:7 60:17 |
| 12:23 13:5,20 | **previously** 14:8 | **process** 68:12 | 62:25 73:23 |
| 20:23 23:24 | 33:3 40:12 | 110:16 117:3 | 90:21 |
| 57:9 58:4 74:14 | 70:21 90:14 | **produce** 90:17 | **provider** 93:21 |
| 95:2,4,6 96:6,13 | **prime** 105:12 | **produced** 8:6 | 93:22 94:14 |
| **possibility** | **primes** 105:14 | 51:23,23 79:4 | **providers** 94:1 |
| 30:25 47:14 | **printout** 91:5 | 89:18 91:2,5 | 94:11,12,18 |
| 49:21 | **prior** 64:16 66:2 | 97:18 104:18,22 | **provides** 93:5 |
| **possible** 100:25 | 66:6,8 76:19 | 123:18 | **proving** 87:19 |
| **possibly** 31:22 | **prism** 75:19,21 | **product** 39:8 | **provision** 40:19 |
| 46:6 47:15 | 76:1,2 111:8,14 | 69:11,13 71:13 | 55:13 71:9 |
| 59:14 61:3 66:8 | 111:18 115:3 | 72:16 73:4 83:5 | 72:14 73:5,6,15 |
| 78:13 99:21 | 116:22 117:1 | 119:9 | 85:15 |
| 122:8 | 118:7,10,22,25 | **production** 3:16 | **provisioned** |
| **posted** 100:21 | 119:5,14,23 | 5:18 7:19 8:4,21 | 77:12,13 78:7 |
| **potential** 93:5 | 120:8,16 122:10 | 9:2 | **provisions** 39:7 |
| **powerline** 2:4 | 122:15,19,24 | **products** 42:8 | **pseudo** 114:20 |
| **practice** 99:22 | **private** 41:11,12 | **profit** 41:16 | **public** 1:21 15:4 |
| **preceded** 59:17 | 41:12 | **program** 47:23 | 19:25 20:2 |
| **precisely** 36:12 | **privilege** 95:15 | **programmed** | 100:21,25 102:1 |
| **prefer** 36:25 | 96:4 97:5,12 | 20:6 | 102:24 103:21 |
| 37:5 50:1 | **privy** 122:24 | **progress** 121:4 | 127:7,16 128:18 |
| **preliminary** | **probably** 14:2 | **progression** | **publicly** 104:8 |
| 5:16,18 13:4 | 30:19 31:23 | 82:14 | 104:22 105:25 |
| 73:3 79:24 | 33:8,9,10,21 | **proof** 87:16,18 | **pull** 5:5 9:12 |
| **prepare** 64:21 | 37:12 48:10,16 | 88:12 | 86:19 |
| 67:20 | 50:15 61:8 | **properly** 66:11 | **purchase** 67:8 |
| **prepared** 51:17 | 64:22 68:16 | **property** 3:19 | **purchased** |
| 53:10 | 69:6,8 96:22 | 55:3,6,22 71:9 | 52:15 116:25 |
| **present** 2:18 | 102:13 | 97:20 | **purchasing** 67:6 |
| 72:9 74:17 | **problem** 83:21 | **proposals** 86:15 | **purpose** 98:18 |
| 80:15 90:18 | **problems** 14:11 | **provide** 39:13 | 99:3 |
| 95:9 | **procedure** | 50:10,13 60:13 | **purposes** 10:6 |
| | 125:24,24 | 93:14 | 13:3 25:18 |

Case 1:24-cv-00779-JPH-MG Document 19-06 Filed 10/25/24 Page 154 of 167 PageID #2001509
CONFIDENTIAL ATTORNEYS EYES ONLY

26:16 28:3 31:7
32:1 34:1 39:13
46:16 57:9
74:15 86:24
99:16
**pursue** 68:1
**put** 36:24 43:11
50:1,2 57:8
58:17 75:23
76:20 77:24
89:24 91:25
93:16 94:2,13
94:14 108:18
111:25 113:10
114:15 117:21
**putting** 25:15
42:22 55:21
118:9

**q**

**qualify** 24:16
**quantify** 24:16
63:7
**question** 11:10
12:16 22:4
25:16 31:5
36:12 41:2 42:5
42:15 44:17,18
45:1,4 46:25
56:17 65:15,24
65:25 72:24
78:6 80:11 84:3
89:23 94:8 96:3
96:12 114:8
119:21 120:3,6

**questions** 4:9
9:20 10:9 12:25
15:6 94:25
109:20 110:3,5
110:12,25 115:9
120:15 123:23
123:24
**quick** 103:6
**quickly** 8:20
**quote** 57:20

**r**

**r** 106:23 125:4,8
125:10,12 126:2
126:3,3,23
**radar** 67:7
**raise** 95:18,22
**range** 49:17
**rangeline** 2:8
**rather** 14:4
**raton** 2:4
**reach** 118:18
**reached** 79:1,9
**read** 12:16
14:20,25 45:4,5
72:13 78:1
101:14 109:22
124:2,3 125:8
126:20
**reading** 10:13
29:11 72:11
117:24 120:11
**reads** 101:18
**ready** 113:9
**real** 103:6

**reallocating**
21:7
**really** 70:23
89:22
**reask** 42:15
**reason** 99:18
125:10 126:6,9
126:12,15,18
**reasonable**
125:17
**rebranded** 83:5
**recall** 11:12,17
23:5 40:24,25
41:6 46:4,10
64:20 68:15
89:8,10 92:18
107:7 109:17
112:23 123:20
**recap** 77:25
78:5
**recaps** 77:24
**receipt** 87:25
125:17
**receive** 56:18
**received** 8:4,4
36:18 42:2 51:1
51:5 52:19
54:13 56:9,11
56:16 57:8 66:1
85:4 95:23
98:15 99:15
116:12
**receives** 41:25
58:2,3

**recently** 33:4
99:11
**recognize**
113:18
**recognized**
90:12
**recollection**
121:22
**reconfigured**
111:20
**reconvey** 84:10
**record** 16:19
37:18,19 73:17
84:17,18 110:20
110:21 128:7
**recorded** 61:20
**records** 99:9
**rectifying** 49:6
**redirect** 3:7
115:10 120:25
121:2
**refer** 10:7,11
11:25 12:13
15:20 37:7 50:9
51:22 54:15
97:16
**reference** 10:17
16:6 107:17,21
107:23 108:3
**referenced** 7:23
33:2 76:11
125:6
**references**
108:8

**referencing** 44:9 111:24
**referred** 4:20 5:9 6:15 7:12 8:14 14:14 36:2 38:5 97:23 102:18 108:22
**referring** 11:24 12:3 71:18 86:10 109:12
**refers** 98:10 109:1
**reflect** 114:6
**reflects** 102:8
**refresh** 16:9 121:21
**regard** 125:19
**regarding** 97:2
**regardless** 42:17
**reinforcement** 82:6
**relate** 73:2
**relates** 73:1
**relationship** 56:5,7,12 98:8 107:25 122:23
**relative** 128:8 128:10
**release** 83:6 103:3,18,19,25 104:10,14,17,19
**released** 98:15
**relevant** 96:1

**relied** 112:19
**rely** 73:6 74:21 80:7,12
**relying** 72:5 96:17
**remediated** 98:25
**remediating** 100:3
**remediation** 100:7
**remember** 15:22 16:5,8 33:7 60:14 61:13 89:4 106:16 108:20
**remind** 80:11
**remote** 1:12,15 60:1,1
**remove** 101:25
**removed** 111:19
**removing** 101:19
**renamed** 111:19
**renotice** 4:15,16
**rep** 48:1,2,14
**repeat** 45:1
**rephrase** 62:17 89:23 95:21 100:22
**report** 128:6
**reported** 1:20
**reporter** 1:20 10:12 45:3,5 84:5 127:6,15

128:4,17
**reporter's** 128:1
**repositories** 13:7 62:22
**repository** 13:13,15 18:15 19:1,12
**represent** 37:3 37:11 73:7 77:2 102:22
**representation** 76:23 104:6
**representations** 85:11,18,20,22 85:23
**representative** 6:7
**representatives** 86:7
**request** 3:16 5:18 7:19 90:15 97:2
**requested** 86:18
**require** 106:11
**required** 106:13 107:3
**requirement** 31:8 75:13
**research** 50:12 52:6
**resell** 106:8
**reseller** 93:11 93:12,14 105:6 105:7 108:23 109:15

**resellers** 105:9 105:13 106:6,19
**reserved** 4:17 121:1
**resources** 121:17
**respect** 5:22 7:10 18:21 33:22 51:3,11 55:21 62:13 77:19 89:13
**respond** 34:17
**response** 12:20 25:8 34:16 94:17 120:4
**responsible** 19:11 82:20
**rest** 87:3
**resulting** 55:6 55:23
**retained** 99:17
**returned** 125:16
**review** 4:23 125:7
**reviewed** 8:18
**reviewing** 121:12
**revising** 63:5,7
**rfi** 90:18,21
**ricca** 109:2
**rich** 96:12
**richard** 2:14 125:1
**rid** 62:20

CONFIDENTIAL ATTORNEYS EYES ONLY

**[right - scan]**

**right** 4:10 6:2 7:7,18 8:12 10:2 10:5,19,21 11:5 11:20 12:20 13:1 15:18 17:7 18:4,20 19:9,15 19:19 20:22 22:9 24:23 25:14 26:10 28:8,23 29:22 30:6 31:19 34:12 41:8 49:5 52:6 56:12 57:5 57:6 58:25 60:8 60:14 61:3,17 64:7 65:3,4 66:1 69:19 72:3 73:16 76:22 77:9 78:10,18 85:7 88:18 90:25 91:3,9,19 94:17 95:3 97:16 98:19 100:14 101:4 102:14 104:6,8 105:1 106:24 108:7 109:19 110:24 113:14 115:20 116:8,13 116:17 118:17 118:25 123:22

**ring** 105:20,23 107:13

**risked** 74:10

**rkelley** 2:16 125:1

**road** 2:4,8 29:19 30:4

**robert** 1:8,13 3:2 4:2 125:4,8 125:10,12 126:2 126:23 127:7

**robinchaux** 61:7,10

**role** 48:3,4 85:13 88:21

**root** 101:19

**rothman** 2:3 3:4 3:8 4:7,9,22 5:11 6:17 8:16 9:17,22 11:5,6 14:16 25:20 36:4 37:20 38:7 40:7 42:6 44:2 44:10,22 45:3,7 47:24 50:8 53:1 53:13,14 56:14 57:18,24 58:20 59:9,16 62:2,8 62:19 63:3,15 64:6 65:1,22 66:14 67:3 68:17,25 70:1 70:15 71:17 72:2,15 74:20 77:4,15 80:9 84:7,13,19 85:19 86:5,12 87:2,6 90:1

93:23 94:10,21 95:16 96:11 97:8,14,25 100:8 101:7,16 102:6,15,20 103:7 104:5,12 104:25 109:22 109:25 110:2,5 110:7,11,18 111:2 114:9 115:1,11,15,18 115:23 119:11 119:20 120:5,12 120:19,24 121:6 121:8 122:2,7 122:13 123:5,11 123:15,22,25

**roughly** 54:19

**roundtable** 81:17,18,20 82:11

**rule** 125:24,25

**rules** 125:18

**run** 26:16 28:12 56:19 82:21 113:2

**running** 6:5 15:12 28:17,23 28:25 57:5 65:3 71:19

**ryan** 98:14

**s**

**s** 3:9 17:13 106:23 126:3

**sabina** 17:3

**sabina's** 17:1

**sabrina** 16:21 17:1,2,21 20:14 22:24

**sales** 35:11 46:12,21,24 54:11,15,15 65:9 85:9

**sam** 47:10 48:1

**samuel** 2:15 87:9

**san** 30:13

**save** 74:5

**saw** 83:13 123:16,20

**saying** 25:2 35:2 44:13 52:17 66:19 67:13 79:13 89:23 116:20 118:21 119:17

**says** 6:24 9:24 10:3,21 12:19 12:22 13:2,6 34:18 39:11 48:3 55:5,22 71:13,13 72:21 87:24 91:2,6,6 91:10 92:7 116:20 117:8 118:23 119:18 121:11,14

**scan** 99:5 100:4

CONFIDENTIAL ATTORNEYS EYES ONLY

**[scanned - session]**

**scanned** 8:20
98:23 99:16
**scanning** 98:19
98:21
**scenario** 31:14
31:20 43:25
52:1,2,9,10,12
**scenarios** 43:10
43:16,19 44:4,9
44:15 45:19
46:15 50:1,18
51:4,6 52:20
**schaffer** 61:7,10
**scheduled** 34:19
34:24 39:22
50:22
**schmitt** 47:11
**schreiber** 1:20
124:1 127:6,15
128:4,17
**screen** 14:6,10
14:12 16:3 27:7
27:9,15,22
37:23 38:3 47:7
54:24,24 73:9
97:17 100:12
**screens** 27:21
**script** 101:18
**scroll** 15:9,21
16:10 38:12
47:12 55:1
60:21 61:1
103:12,13
**scrolling** 16:13

**search** 9:14
**searched** 99:9
**second** 3:16
7:19 18:18
43:11 54:22
55:1 67:13 84:1
84:2 95:13
101:14 107:17
116:9
**secret** 43:24
**secretary** 80:2
**section** 72:16,19
73:5
**sections** 83:2
**security** 23:20
118:4
**see** 5:20 6:21,22
8:9,10 9:23 10:2
12:19,19 13:9
14:12,12,17,21
16:11 17:5
18:17 19:22
20:21 27:20
35:25 38:3,8,11
38:14,17 39:9
39:10,15 40:2
54:24 55:3,10
57:11 60:16,22
71:8,12 87:16
88:2 91:11
97:21 98:11,12
98:13,15,17,19
98:20 99:5,6
101:10,21 104:2
104:9,13,23

106:6 107:11
108:2,6,7,11,14
109:11 115:13
115:24 116:4,6
116:23 117:5,6
117:12 121:13
121:20,21,25
**seeing** 14:11
109:17
**seeking** 53:16
**seem** 66:19
**seen** 5:7 6:18
7:20 26:12
27:13 31:13
36:6 43:4 98:1
**selection** 9:13
**sell** 64:17
**sellable** 63:21
67:11,14,15,16
67:18 68:12,16
68:20 113:15
**selling** 42:13
46:16 66:12
114:20 115:7
**sending** 86:16
**sends** 99:4
**sense** 26:23
35:13,16 42:13
43:22 66:11
75:25 77:25
104:21,23 117:9
**sent** 80:20 86:17
111:25 112:1,11
114:17

**sentence** 12:22
**separate** 118:7
**separately**
96:25
**september** 64:5
64:8,16 65:9
66:3,18,20 67:9
68:18 74:16
80:14 95:8
121:10
**series** 19:24
**serve** 87:24
**served** 4:17
**server** 12:10
13:18,20 19:2
19:20 23:25
28:19 29:3
49:11,23 50:3
57:8 58:4,17
65:19 100:22
111:25,25 112:1
**servers** 19:6,20
20:1,5 29:1,1,5
30:17 49:14,18
49:24 50:2,5
56:25 57:2,5
65:3,8,15,16
103:20
**service** 48:1,2
48:14
**services** 41:25
42:1,8 48:21,22
108:13
**session** 27:24

CONFIDENTIAL ATTORNEYS EYES ONLY

**[set - software]**  Page 156

set  5:16,17 7:18
  97:4
setting  41:12
  43:23 75:15
seven  12:20,22
  29:7 37:14
  56:25
several  36:9
  73:2
share  14:5,10
  37:23 54:24
  60:1,2 100:12
shared  16:2
  47:7
shares  9:3
sharing  42:25
shawn  16:21
  17:22,23 20:14
  22:24
shawn's  17:24
sheet  16:17
  125:11,13
shi  108:23 109:1
  109:5,6,8
ship  74:5
short  41:3
shorthand
  39:18 127:6,15
  128:4,17
show  26:6 35:9
  35:15,17 37:23
  48:8 111:11
showing  36:19
  43:22 57:10
  102:21

shown  27:20
shows  35:19
  40:19
side  14:2 41:2
  48:24 82:5
sign  38:19,19,20
  125:12
signature  7:2,3
  38:14,16,24,25
  98:14 127:13
  128:15
signed  7:5,15
  36:6,14,16
  37:11,12 38:23
  40:9 56:23
  57:17,20,23,25
  58:2 73:10 76:8
  76:19 77:1,19
  78:16,20 79:5
  83:14 98:5,6
  111:4 113:12,25
  114:2,3 121:9
  125:21 127:11
signing  40:12,14
  57:15 78:17
similarities
  111:18
simple  69:4,23
simulation
  43:18,19 85:1
simulations
  45:14,19 46:15
  50:19 51:4
  52:20

single  27:24
  49:23
sinnk  16:21
  17:12 32:7
  34:11 50:15,16
sir  4:11 19:23
  25:21 29:4
  37:22 38:9 39:6
  54:21 102:9
  118:4
site  48:6 49:10
  49:12
sites  49:15
sits  70:18
six  12:16 17:19
  17:20 22:12,14
  22:20,22 29:7
  54:12 71:2
skill  43:18
slowly  16:10
small  14:19
smart  75:13,18
  81:18
software  5:14
  5:24 7:13,25
  12:8,11 13:3,5
  13:14,16,19
  22:15 23:2,6,9
  23:23 24:1,5,10
  24:13,15 25:1,3
  25:6,13,17,22
  25:25 26:2,8,9
  26:13,16,25
  27:6,7,14,20,23
  28:4,6,7,12,13

28:14,17,23,25
31:6,8,10,13,17
32:10,21 33:6
33:14,23,25
34:20,24 35:3
35:11,12 39:22
40:23 42:23
43:6,10,24 44:4
44:23 45:13,14
46:16 47:3 48:9
49:9,15,19,22
50:5,20 51:1,6
52:15,19 54:2
54:12,13,15
55:6,23 56:6,8
56:10,10 57:1,4
57:5,8,9,11,20
57:21 58:3,3,5,9
58:11,15,16
59:2,10,23
61:19,22,24
62:5,12,13,21
63:2,4,5,20,21
63:24 64:2,9,10
64:14,17,24
65:3 66:2,6,10
66:16,17 67:2
67:10 68:5,6,8
68:20,23 69:2
69:12 70:2
71:20,24 72:1,7
74:8,15 77:8,8
78:17 80:20,23
81:12 83:6
85:14,21 88:1,1

CONFIDENTIAL ATTORNEYS EYES ONLY

**[software - subset]** Page 157

| | | | |
|---|---|---|---|
| 88:14,16,17 | 56:8 62:11,14 | **spent** 59:25 60:4 | **statement** 74:4 |
| 89:17,20 90:5 | 70:3,17,19,20 | 60:6 70:6 | 108:12 123:2 |
| 91:18 94:25 | 70:24 71:10,19 | **spiral** 68:4,8,11 | **statements** |
| 98:23 99:16 | 72:1,20 74:14 | **spoke** 107:18 | 85:11 86:2,8 |
| 103:9 104:15,21 | 76:17 78:9,12 | **spreadsheet** | 108:8 |
| 106:8 111:3,5 | 79:17 80:14,17 | 91:24 | **states** 1:1 42:8,9 |
| 112:1 114:8 | 80:19,19 81:2 | **sriplaw** 2:3,7 | **statute** 125:18 |
| 117:20 118:10 | 81:14,22 83:7 | **sriplaw.com** 2:5 | **stenographica...** |
| 118:16,16,18 | 85:14 95:8 98:6 | 2:9 | 128:5 |
| 121:15,18 122:3 | 98:19,21,22 | **ss** 127:3 | **steps** 82:4 |
| **sold** 65:14 66:13 | 99:5,18 100:21 | **stab** 32:6 | **stipulated** 13:2 |
| 85:15 115:6 | 101:1,3,19,19 | **stack** 3:17 8:9 | **stipulation** 3:14 |
| 119:8,9 | 101:20,25 102:2 | 8:11 76:11 | 5:5,15 6:1 7:12 |
| **sole** 123:2 | 102:23,25 103:1 | 86:20,21 100:10 | 7:23,25 55:15 |
| **solutions** 125:23 | 103:8,19,25 | 107:14 108:5 | **stipulations** |
| **somebody** 20:17 | 104:2,7,14 | **stacks** 65:19 | 72:13 |
| 21:2 32:5 43:22 | 118:13 119:14 | **staff** 107:22 | **stole** 122:25 |
| 58:25 87:9 88:5 | 119:23 120:8 | 115:5 | **storage** 13:19 |
| 89:5 95:17 | 121:18,23 | **stamp** 10:7,10 | 24:7 |
| **sorry** 14:8 17:20 | 122:15,19,22 | 10:11 | **stored** 13:6,14 |
| 21:10,14 31:24 | **south** 2:8,12 | **stamped** 8:6 | 13:19 |
| 51:24 56:15 | **southern** 1:1 | **stand** 89:11 | **story** 100:15 |
| 61:2 69:6 70:17 | **space** 41:13 | **standpoint** | 101:9 114:16,17 |
| 70:25 75:2 | 42:21,24 74:10 | 114:14 | **street** 2:12 30:3 |
| 76:13 77:17 | **speak** 53:17 | **start** 6:13 14:4 | **stretch** 111:10 |
| 80:10 81:10 | 74:6 81:15 | 81:22 102:14 | **strip** 101:9 |
| 105:24 107:2 | **speaking** 67:22 | 112:4 | **strips** 101:18 |
| **sort** 91:10 95:19 | 69:12 | **starting** 108:5 | **structure** 119:6 |
| **sorts** 53:9,16 | **specific** 89:14 | **starts** 15:10 | **stuck** 48:10 |
| 80:23 | **specifically** | **state** 1:21 80:1,2 | **stuff** 88:25 |
| **sounds** 37:1 | 46:23 52:1 | 122:25 127:2,7 | **subject** 87:14 |
| **source** 3:20 5:14 | 89:16 101:19 | 127:16 128:2 | 101:9 |
| 5:24 7:13,25 | **spell** 21:14 | **stated** 70:21 | **subset** 75:3 |
| 12:23 13:3,4,13 | 66:12 | 111:6 126:21 | 76:12,12,20,20 |
| 22:15 24:5 34:9 | | | 112:15 113:5 |

**substance** 95:14
**substantively**
  9:18
**substitute** 51:4
**success** 47:22
**sued** 36:21
**suffolk** 111:10
**suggest** 88:24
**suggested**
  125:16
**suite** 2:4,8,12,15
  29:20
**supplied** 42:9
**supply** 107:4
  109:14
**support** 52:3,8
  52:13,16,19
  54:6 73:25
  92:20
**supported**
  47:16
**suppose** 115:16
**supposed** 26:8
  80:20
**sure** 9:20 10:7
  10:20 16:14
  18:19 20:5,6,7
  27:10,25 34:2
  37:1 41:1 45:18
  47:9,13 48:25
  52:5 61:2,14
  65:23 66:23
  73:13 91:12
  96:9 103:8
  105:1 110:10,11

**surrounding**
  59:6
**survive** 81:17
**switch** 92:14
**sworn** 4:4 127:9
**synthesis** 115:7
  117:1,21,22
  118:10,13 119:6
  119:10 121:15
  121:18,23 122:3
  122:22
**system** 49:11,12
  117:4
**systems** 118:20

**t**

**t** 3:9 21:15,16
  106:23 126:3,3
**take** 4:12 6:12
  32:6 36:24
  37:13 77:25
  81:16 84:5,8,14
  101:14 110:19
  113:17 115:12
**takeaways**
  77:22
**taken** 1:14
  117:19
**talk** 39:4 112:15
**talked** 35:7
  62:10
**talking** 22:16
  25:4 32:21
  34:21 35:4
  39:20 56:7,8
  78:2 84:20 88:5

91:18 105:2
**talks** 122:20
**team** 14:1 22:13
  49:6 69:21,21
  89:8
**teams** 15:25
**tech** 49:6
**technical** 45:25
  47:3 48:21,22
  48:24 49:1,5
  81:3
**technology**
  23:13
**teg** 8:6 10:3,5
  11:25 13:15
  15:2,4,17 17:18
  18:7,11,16 19:2
  20:23 21:7
  22:13 23:2,7,9
  23:13 24:4,12
  24:14,21 25:2,5
  25:12,16 26:13
  26:13,17,17
  27:13 28:4 29:1
  29:12 31:7,16
  32:15 33:23,24
  35:3 36:23
  38:13,16 39:13
  40:21 41:16
  43:7 44:3,14,19
  44:23 45:13,20
  46:9,11 50:14
  50:19 51:5
  52:20 55:7,8,16
  55:19,24,24

56:1,2,3,3,5,7
57:3,5,8,10 58:2
58:3,8,14 59:2
59:24 60:9 62:4
62:10,12,21
63:18 64:1,17
68:10 69:10,21
70:18,25 71:9
72:5,6,14,19
73:6 74:14,23
76:1,23 79:14
80:6,12,25
81:11,13,21
85:12,24 86:6
86:15 87:7,22
88:13,21,24
89:15,16,18
90:5,7,19,25
93:5,16 95:2,4,7
95:18 96:5,6,13
96:19,20 98:6,7
98:15,22 99:4
99:15 100:5
101:25 102:24
106:7,13 107:17
107:20 108:1,6
109:4,7 111:3
113:7 114:4
**teg's** 13:5,19
  49:15,19 54:1
  57:9 58:4,8,17
  73:2 84:25
  88:16 91:17,23
  94:25 103:20
  105:9

CONFIDENTIAL ATTORNEYS EYES ONLY

**[tell - topics]**

**tell** 8:25 11:8 16:1,19 26:3 33:24 34:23 45:8,19 53:23 54:17 81:4 87:11 90:4 113:25
**telling** 15:25 43:5
**tells** 118:11
**ten** 19:24 84:10 84:15 87:11 91:8 110:19
**teran** 47:12
**teran's** 48:18
**term** 10:8 24:20 26:1 39:23,25 40:10 42:12 51:3,4,19 55:22 84:21 88:16
**terms** 5:24 9:14 74:22 85:3 88:9 88:17
**test** 26:18,19,21 26:22,24 31:7 112:2
**tested** 28:1
**testified** 4:4 66:24
**testify** 6:9
**testimony** 57:1 64:8,12 66:16 117:10 120:14 125:8,17

**testing** 25:4,18 26:16 27:16,17 27:19,25 28:3 31:21,22 33:25 39:12 71:14 114:15
**texas** 29:17 30:7 30:9,10,14
**thank** 6:4 37:17 54:10 100:9 109:20,21 121:6
**thanks** 84:16
**thick** 8:11,12
**thing** 39:24 78:3 78:3,19,21 85:2 107:22 112:21 113:9 122:23
**things** 14:3 48:9 48:25 50:1 53:16 69:23 70:7,22 107:24 118:19 121:4
**think** 11:19 15:10 19:7 20:9 21:8 22:7,20 23:3 29:20 30:23 32:5 35:21 37:1,10 41:1 48:16 49:25 50:1 60:12 71:23,25 78:6 79:25 81:23,25 82:11 82:12,13 86:24 95:11,13 96:25

97:4,7 105:20 107:7 108:17 109:13,17 117:13
**third** 4:15 33:21 116:15,20
**thought** 66:15 120:13
**thread** 117:18
**three** 17:16 19:20,21 20:1 20:19,21 22:4 22:11,14 29:1,5 29:9 30:17,18 34:18 39:21 56:25 57:2 71:6 71:6 80:17 81:6 83:2 92:25 113:13 116:6
**throw** 65:13
**thrown** 74:10
**thumb** 12:11 24:3,6
**thursday** 116:3
**time** 27:25 33:5 33:7 40:12,17 40:21 45:21 57:7,12,16 59:2 59:4,5,19,25 60:4,6 62:4,7 63:13 64:4,12 64:22 66:7 67:5 67:8 69:5 70:6,8 70:11,14 72:8 75:11,20 81:12

84:4,8,10,14 89:10 92:16 96:14 108:17 109:20 114:11 120:23 121:2,17
**times** 4:17 21:5 44:3
**tinker** 112:2
**title** 23:11,16 35:24 47:25 48:13,15,18,20 97:20
**titled** 38:2
**toby** 21:13,18 22:4
**toby's** 21:19
**today** 4:10,24 6:10 70:18 96:23 107:18 109:20
**together** 75:6 76:6,7,20 86:15 113:7,11 114:12
**told** 117:11,14 122:9,14
**took** 69:4 82:4
**tool** 43:23
**top** 4:14 16:8 29:23 82:22 87:8 91:20 94:4 98:19 115:14 121:13,14 122:16
**topics** 91:6

CONFIDENTIAL ATTORNEYS EYES ONLY

**[total - using]**

Page 160

| | | | |
|---|---|---|---|
| **total** 53:24 54:1 | 113:24 | 42:4 51:18,19 | **use** 10:18 16:5,8 |
| **towards** 33:9 | **turning** 74:9 | 56:17 66:22,23 | 25:17 26:1,6,6 |
| 70:7 | **two** 3:20 14:10 | 71:18 77:18 | 27:7 37:7,16 |
| **town** 30:9 | 14:24 16:5 | 78:1 80:25 | 39:3 42:21 44:8 |
| **trade** 35:9,15,17 | 17:16 20:20 | 82:10 89:22 | 57:4 74:14 |
| 35:19 40:19 | 24:12 29:10 | 97:8 103:10 | 84:21 87:3 |
| **training** 45:25 | 32:25,25 33:22 | 110:16 119:12 | 116:21 119:4,6 |
| 47:3 92:21 | 39:12 45:10,12 | **understanding** | 122:4,11 |
| **trajectory** 67:18 | 45:22 48:17 | 11:20 24:19 | **used** 5:25 7:14 |
| **transcript** 10:13 | 51:8,9,11,11 | 27:5 42:16 | 16:14 25:3,6,17 |
| 124:1 125:6,20 | 53:24 54:18 | 49:12 55:12,25 | 43:2,3,4,18,18 |
| 128:7 | 55:15 73:22 | 56:4 57:1 75:14 | 54:23 71:14,15 |
| **transcripts** | 74:13 75:7,17 | 90:10 98:4,8,21 | 88:17 105:5 |
| 125:14 | 76:6 78:2,13,14 | 98:25 | 121:15 122:3 |
| **transferring** | 92:25 102:23 | **understood** | 125:20 |
| 78:17 | 103:2 105:12 | 7:15 40:8,10 | **usefulness** |
| **trejo's** 48:20 | **type** 35:13 | 65:23 66:15 | 43:22 |
| **trenches** 75:7 | 42:15 | 77:5 117:10 | **user** 24:14,20 |
| **triangle** 1:8,12 | | 120:14 | 24:23,24 27:6,8 |
| 6:7 11:21 13:7 | **u** | **united** 1:1 42:8 | 31:10,18,23,25 |
| 13:11,24 15:24 | **u.s.** 26:4 46:16 | 42:9 | 32:9 33:24 34:3 |
| 125:4,4 126:1,2 | 105:11 106:3 | **unlimited** 39:14 | 39:14 61:19,23 |
| **trouble** 48:11 | 108:12 | **unsellable** 66:16 | 100:14 101:9 |
| **true** 7:1,6 16:7 | **uh** 87:17 | 66:21 | 102:1 |
| 126:21 128:7 | **unclear** 53:3 | **unsigned** 36:6 | **users** 24:13,17 |
| **try** 42:19 | **under** 6:25 | 73:10 | 24:21 25:12,25 |
| **trying** 41:1 45:2 | 19:13 20:9 | **unwilling** 117:2 | 27:21,24 33:23 |
| 66:22 68:4,15 | 74:13,13 117:21 | **updated** 83:3 | 35:7 57:10 60:3 |
| 77:18 81:16,25 | 118:10 125:18 | **upgraded** 83:3 | **using** 24:22 |
| 108:17 | 126:20 | **upper** 108:7 | 25:25 26:9 41:5 |
| **turn** 5:1 6:20 | **underlying** | **url** 29:11 | 42:12,25 51:5 |
| 12:13 35:24 | 101:2 | **usb** 12:10 24:3 | 61:22 62:13,22 |
| 80:6 83:25 | **understand** | **usbs** 24:5 | 62:25 66:2 |
| 86:20 90:23 | 5:23 9:21 13:16 | **usc** 6:25 | 98:23 121:18 |
| 100:11 113:22 | 27:12 33:15 | | |
| | 39:17 41:10 | | |

CONFIDENTIAL ATTORNEYS EYES ONLY

**[usually - work]**  Page 161

usually  93:10,14

**v**

v  125:4 126:1
va  2:16
validated  88:1
validity  96:16
vehicles  105:12
vendors  105:12
venture  3:12,13
  35:25 38:2 39:4
  40:9 54:23 71:7
  75:4 76:8,14,25
  77:3,6 80:6 83:9
  83:13,15 100:1
  111:4 112:8,22
  113:1,6,9,12
verification
  6:21,24
verified  7:5
verify  6:25
  125:9
veritext  125:14
  125:23
veritext.com
  125:14
version  36:5,6
  36:13,13,16,18
  37:2,4,6,7,9,11
  37:12,15 38:20
  54:23 73:7,8
  111:2 115:7
versions  36:9
  79:3 103:19
video  60:1

videos  60:2,5
  114:18
view  101:1
vinnie  47:10
  48:13 87:10
virginia  29:15
  29:19,21 75:21
  111:10
virtual  89:12
vision  75:12
visions  75:7,22
vjoc  87:25 88:14
  88:16,25 108:14
vote  82:24
vs  1:7
vulnerabilities
  98:23,24,24
  99:17 100:4
  118:5
vulnerability
  104:3,24
vulnerable
  104:15

**w**

w.s.  106:18
wait  67:13
wakefield  17:25
  18:1,2
walter  61:3
waning  67:6
want  9:19 12:25
  15:22 16:2
  27:11 35:22
  37:4,10 52:5
  53:20 55:2

56:17 59:21
  60:20 67:8
  70:23 73:16
  90:3,25 91:4
  105:1
wanted  67:25
  73:11 120:24
wants  43:1 89:9
watching  83:4
way  27:6 37:9
  49:4 51:19 75:5
  83:13 91:25
  95:5 96:1
  100:11 114:13
  117:12,23
web  56:21
  112:17,20 113:3
website  100:21
  100:24 101:2
  104:19,20,22
  105:15
websites  102:24
weeks  8:5
went  66:19 80:1
whitman  16:24
  16:25 100:15
wilcox  15:10
willful  97:3
williams  15:12
willing  37:3
wilson  2:15
window  64:22
  66:7
withdrawn
  100:23

witness  3:2 4:3
  4:5 40:2 42:4
  43:9,14 44:6,21
  45:6 47:21 50:7
  57:14,23 58:19
  59:14 62:1,7,16
  62:24 63:12
  64:4,20 65:12
  66:5 67:1 68:15
  68:22 69:17
  70:5 71:12,22
  72:11 74:19
  75:2 77:11
  85:17 86:4,10
  89:22 93:20
  94:8,20 97:9,13
  99:21 101:6,14
  102:4,13 103:5
  103:23 104:17
  110:13 114:10
  115:2 119:3,16
  119:25 120:10
  121:7,25 122:6
  123:9,14 125:20
word  39:17,18
  40:2 56:18
  62:17,20 83:20
  105:5
words  5:14
  72:11 118:21
work  15:17
  53:18 60:25
  61:5,10 63:22
  64:1,9,11,13,14
  64:24 67:19

**[work - zoom]**                                      Page 162

| | |
|---|---|
| 69:9 70:9,16,19 | **x** |
| 70:19 80:21 | **x** 3:9 |
| 83:21,22 94:25 | **y** |
| 95:7,20 108:8 | **y** 21:15,16 |
| 108:12 111:7,15 | **year** 32:25 |
| 112:19 114:22 | 33:10 63:13,17 |
| 118:17 | 63:19 66:8,19 |
| **worked** 64:15 | 66:20 112:9 |
| 90:16 | **years** 32:25,25 |
| **working** 26:12 | 41:19 |
| 27:21 48:25 | **yep** 38:11 67:15 |
| 58:25 59:25 | 72:17 107:7 |
| 60:4,6 66:10 | **z** |
| 68:23 70:7 75:6 | |
| 113:7 114:12 | **zip** 29:23 |
| 116:21 117:3 | **zoom** 1:12,15 |
| **works** 15:17 | 24:23,23 87:5 |
| 27:1,3,6 31:13 | 115:22 122:12 |
| 49:13 113:6 | |
| 118:12 | |
| **workspace** | |
| 18:16 | |
| **workup** 77:2 | |
| **worries** 47:9 | |
| **worth** 30:11 | |
| **wrap** 120:23 | |
| 121:5 | |
| **writing** 63:4,7 | |
| **written** 34:16 | |
| 62:21 77:22 | |
| 78:22 79:10 | |
| **wrote** 16:17 | |
| 69:18 83:14 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.


Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.