**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**CASE NO.: 1:24-cv-00779-JPH-MKK**

MAX MINDS, LLC,

                Plaintiff,

v.

TRIANGLE EXPERIENCE GROUP, INC.,
ROBERT EDWARD CLARE, JEFFREY
MASE, KEVIN G MULLICAN and JOHN
DOES 1-10,

                Defendants.

_____

**<u>SEALED EXHIBIT 2 TO J. CAMPBELL MILLER DECLARATION</u>**

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK ◆ TEXAS

# Exhibit

# 2

                                                    Page 1

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF INDIANA

3        _____

4        MAX MINDS, LLC,

5                  Plaintiff,

6            v.                          Case No.

7        TRIANGLE EXPERIENCE GROUP,              1:24-cv-00779-

8        INC., ROBERT EDWARD CLARE,             JPH-MKK

9        JEFFREY MASE, KEVIN G MULLICAN

10       AND JOHN DOES 1-10,

11                 Defendants.

12       _____

13                          DEPOSITION OF

14                         KEVIN MULLICAN

15       DATE:          Tuesday, November 19, 2024

16       TIME:          1:06 p.m.

17       LOCATION:      Remote Proceeding

18                      Los Angeles, CA 90013

19       OFFICIATED BY: Valenci McAlpin

20       JOB NO.:       7028327

21

22       *PAGES 67-72 ARE CONFIDENTIAL AND PLACED UNDER

23        SEPARATE COVER.

24

25

Page 2

```
1                    A P P E A R A N C E S
2      ON BEHALF OF PLAINTIFF MAX MINDS, LLC:
3           J. CAMPBELL MILLER, ESQUIRE (by videoconference)
4           SRIPLAW, P.A.
5           21301 Powerline Road, Suite 100
6           Boca Raton, FL 33433
7           campbell.miller@sriplaw.com
8           (332) 600-5599
9           JOEL B. ROTHMAN, ESQUIRE (by videoconference)
10          SRIPLAW, P.A.
11          21301 Powerline Road, Suite 100
12          Boca Raton, FL 33433
13          joel.rothman@sriplaw.com
14          (561) 404-4335
15
16     ON BEHALF OF DEFENDANTS TRIANGLE EXPERIENCE GROUP, INC.,
17     ROBERT EDWARD CLARE, JEFFREY MASE, AND KEVIN G MULLICAN:
18          RAIGHNE COLEMAN DELANEY, ESQUIRE (by
19          videoconference)
20          Bean, Kinney & Korman, P.C.
21          2311 Wilson Boulevard, Suite 500
22          Arlington, VA 22201
23          rdelaney@beankinney.com
24          (703) 525-4000
25
```

1            A P P E A R A N C E S (Cont'd)
2     ALSO PRESENT:
3          Robert Edward Clare, Defendant (by videoconference)
4          Rebecca Kornhaus, SRIPLAW, Representative (by
5          videoconference)
6          Brandon Fischer, CEO of Max Minds (by
7          videoconference)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                         I N D E X

2    EXAMINATION:                                    PAGE

3        By Mr. Rothman                                6

4

5                       E X H I B I T S

6    NO.              DESCRIPTION                     PAGE

7    Exhibit 37    Email from Brandon Fischer to

8                  Kevin Mullican with Subject,

9                  "Looking Forward to Speaking

10                 with You Upon Your Return"         32

11   Exhibit 38    Cole Whitman Completed Pull

12                 Request                            60

13   Exhibit 39    Map - Confidential                66

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 P R O C E E D I N G S
 2              THE OFFICER:  Good afternoon.  My name is
 3     Valenci McAlpin.  I am the certified deposition officer
 4     assigned by Veritext to take the record of this
 5     proceeding.  We are now on record at 1:06 p.m.
 6                  This is the deposition of Kevin Mullican
 7     taken in the matter of Max Minds, LLC vs. Triangle
 8     Experience Group, Inc., et al. on Tuesday, November 19,
 9     2024, at Los Angeles, California 90013.
10                  I am a notary authorized to take
11     acknowledgements and administer oaths in California.
12     Parties agree that as the deposition officer, I will
13     swear in the witness remotely.
14                  Additionally, absent an objection on the
15     record before the witness is sworn, all parties and the
16     witness understand and agree that any certified
17     transcript produced from the recording of this
18     proceeding:
19                      - is intended for all uses permitted
20                        under applicable procedural and
21                        evidentiary rules and laws in the same
22                        manner as a deposition recorded by
23                        stenographic means; and
24                      - shall constitute written stipulation
25                        of such.
```

Page 6

1              At this time, will everyone in attendance

2    please identify yourself for the record, beginning with

3    the taking attorney.

4              MR. ROTHMAN:  Joel Rothman, also Campbell

5    Miller, and our client, Brandon Fischer, for Max Minds.

6              MR. DELANEY:  Raighne Delaney, counsel

7    for the defendant Triangle Experience Group with Rob

8    Clare, the CEO of the group.  And Kevin Mullican is

9    being deposed.

10             THE OFFICER:  Thank you.  Hearing no

11   objection, I will now swear in the witness.

12             Will you please raise your right hand?

13   WHEREUPON,

14                   KEVIN MULLICAN,

15   called as a witness and having been first duly sworn to

16   tell the truth, the whole truth, and nothing but the

17   truth, was examined and testified as follows:

18             THE OFFICER:  Thank you.

19             Counsel, you may begin.

20             MR. ROTHMAN:  Thank you.

21                   EXAMINATION

22   BY MR. ROTHMAN:

23        Q    Good afternoon, Mr. Mullican.

24        A    Good afternoon.

25        Q    So are you employed?

Page 7

```
 1        A    I am employed.
 2        Q    Where?
 3        A    I am the chief technical officer of Triangle
 4   Experience Group.
 5        Q    And how long have you held that position?
 6        A    Since around 2014.
 7        Q    Can you tell me generally what your duties and
 8   responsibilities are as chief technical officer of
 9   Triangle Experience Group?
10        A    I am responsible for the technical operations
11   and technical implementations that Triangle Experience
12   Group creates.
13        Q    Do you have an ownership interest in Triangle
14   Experience Group?
15        A    I do not.
16        Q    Any ownership interest in any parent company
17   or any subsidiary organization to TEG?
18        A    No.
19        Q    Okay.  I looked at your LinkedIn profile.  It
20   has you with a title of vice president of technology at
21   Magnopus.  What is Magnopus?
22        A    It is a company unrelated to Triangle
23   Experience Group in a different industry.
24        Q    Okay.  Can you tell me what that company is,
25   what industry it's in?
```

Page 8

 1          A     Media and entertainment.

 2          Q     Okay.  Do you in fact work as VP of technology

 3     for this other company, as well as at the same time

 4     being CTO of TEG?

 5          A     Yes.

 6          Q     Okay.  Are there any other companies that you

 7     work for besides Magnopus and TEG?

 8          A     Yes.

 9          Q     What are those other companies?

10          A     I operate a consultancy called the Mullican

11     Group.

12          Q     Okay.  And what does the Mullican Group do?

13          A     Hardware and software development.

14          Q     So I think you indicated you began with TEG in

15     2014.  Did I get that correct?

16          A     Yes.

17          Q     Okay.  Just looking at your LinkedIn profile,

18     it has you as CTO there beginning August of 2017.

19          A     That was the most recent.

20          Q     Most recent what?

21          A     So -- so my employment at TEG has not been

22     continuous.

23          Q     Oh, okay.  So explain to me what that means.

24     There was a period of time sometime between 2014 and

25     2017 when you weren't working for TEG?

Page 9

```
1       A     Correct.

2       Q     And what period was that?

3       A     I don't recall.

4       Q     Okay.  Was it months or years?  Do you

5    remember?

6       A     I don't recall.

7       Q     Okay.  But you've been working as CTO for TEG

8    continuously since August of 2017?

9       A     Yes.

10      Q     Okay.  Great.  There was deposition taken --

11      A     Hold on.  No -- no.

12      Q     No?

13      A     There was a period of time that I also did not

14   work full-time for TEG after 2017.

15      Q     Okay.  When was that?

16      A     I don't recall the exact timeframe.

17      Q     Months, years?

18      A     Months.

19      Q     Months.  Okay.  You don't remember the

20   approximate years?

21      A     I do not.

22      Q     Okay.  I've seen you referred to as a partner

23   in TEG in some documents.  Do you understand what the

24   reference to you as a partner means?

25                   MR. DELANEY:  Objection.
```

Page 10

```
 1                THE OFFICER:  What was that?
 2                MR. DELANEY:  I said objection.
 3                MR. ROTHMAN:  I think Mr. Delaney put an
 4   objection on the record.
 5                THE OFFICER:  Okay.  What was the
 6   objection, sir?
 7                MR. DELANEY:  Well, I thought that the
 8   question was somewhat vague, and I didn't appreciate the
 9   form of it.  So I'm sure Mr. Rothman doesn't want me to
10   explain all of my objections, so I'm happy to just say
11   objection.
12                MR. ROTHMAN:  Yeah.  I think an objection
13   to form is, you know, what Mr. Delaney was going for.
14   It's perfectly fine.
15                You can answer the question,
16   Mr. Mullican, if you understand it.
17                THE WITNESS:  The term partner takes
18   different -- different meanings in different contexts.
19   BY MR. ROTHMAN:
20        Q    Right.  Have you ever heard yourself referred
21   to as a partner of TEG?
22        A    I don't recall.
23        Q    Okay.  There was a deposition of Mr. Clare
24   taken in this case on October 30, 2024.  Have you
25   reviewed the transcript of that deposition?
```

Page 11

```
 1        A    I have not reviewed the entire transcript.
 2        Q    Part of the transcript you did review?
 3        A    I have reviewed parts of the transcript.
 4        Q    Okay.  All right.  I want to ask you some
 5   questions about that, but before we get there, let me
 6   show you a document.  First of all, were you given
 7   any -- you're there in Los Angeles, I understand.  Were
 8   you given any -- sent any paper documents or any
 9   exhibits in electronic format to review before the
10   deposition?
11        A    Other than the discussion about the --
12   Mr. Clare's transcript?
13        Q    Other than his transcript, you said you
14   reviewed parts of it.  Were you given any exhibits, for
15   example, from Mr. Clare's deposition or any other
16   documents?
17        A     I was not sent anything specific to this
18   deposition.
19        Q    Okay.  All right.  Let me -- okay.  I'm going
20   to share my screen throughout the deposition and show
21   you some documents.  This is one of those occasions
22   where I'm going to do that.  So, you know, let me know
23   if you have any problems seeing these things.  You
24   should be looking at a document that's marked Exhibit
25   No. 30.
```

Page 12

1          The title is, "Triangle Experience Group,

2     Inc.'s Second Amended Answers and Objections to Max

3     Minds, LLC First Set of Preliminary Injunction

4     Interrogatories."  Do you see that?

5          A    I see the document that you are showing on the

6     screen.

7          Q    Right.  So have you ever previously reviewed a

8     set of -- sorry.  Have you ever previously reviewed

9     answers and objections to interrogatories in this case?

10         A    Yes.

11         Q    Okay.  What was the context that you reviewed

12    the interrogatory answers?  What was it that you were

13    doing?  Why were you doing the review of them, if I can

14    just understand what was going on?  And don't tell me

15    any discussions you had with Counsel.

16              MR. DELANEY:  Objection.  Compound.

17              MR. ROTHMAN:  You can answer,

18    Mr. Mullican.

19              THE WITNESS:  I don't understand the

20    question.

21    BY MR. ROTHMAN:

22         Q    So were you given the interrogatory answers to

23    review for purposes of determining whether or not they

24    were accurate?

25         A    I still don't -- I'm sorry.  I still don't

1    understand the question.

2        Q    Okay.  You said you had reviewed answers to

3    interrogatories.  Do you recall reviewing a set of

4    answers that looked identical on the first page to what

5    we're looking at now?

6        A    The first page you're showing me has no

7    questions on it, so I can't answer that question.

8        Q    Okay.  The first question, do you see it now?

9        A    I do.

10       Q    Okay.  Do you recall reviewing a set of

11   interrogatories that had that first question in it?

12       A    Yes.

13       Q    Okay.  All right.  And do you know why you

14   were reviewing those?  Was it in preparation for this

15   deposition?  Was it in trying to help answer the

16   interrogatories?  Do you have any idea?

17       A    I'm mentioned in it.

18       Q    You're mentioned in it.  So do you recall when

19   it was that you reviewed these answers?  Was it recently

20   as in the last week, or two weeks, or was it months ago?

21       A    It was some time ago, but I don't recall the

22   exact timeframe.

23       Q    Okay.  So it indicates in response to one that

24   you provided information to answer the interrogatories,

25   as well as Jeff Mase and Robert Clare.  Does that help

```
 1    refresh your memory as to why it was you were reviewing
 2    interrogatory answers?
 3         A    I don't -- I'm not sure.
 4         Q    Okay.  Number 2 asks for individuals with
 5    knowledge about the facts in this case, and if we go
 6    down to number 5, your name is listed; right?  Do you
 7    see that there?
 8         A    Yes.
 9         Q    Okay.  Do me a favor.  Just read this to
10    yourself and tell me when you get to the bottom, so I
11    can scroll down and let you finish reading it.
12         A    Okay.  Your sharing is almost unintelligibly
13    small.  I'm sorry.  I'm having trouble reading it.
14         Q    Really?  Okay.  Are you doing this deposition
15    on a phone?
16         A    I am doing this deposition on a phone.
17         Q    Okay.  Do you have a computer you can do the
18    deposition on instead, so you can have a bigger screen
19    to be able to see the documents I'm showing you?
20         A    I do not have a computer available to me to do
21    this deposition.
22         Q    Okay.  All right.  Do you have paper copies of
23    the interrogatory answers that we're showing you?  Did
24    somebody, for example --
25         A    I don't know.  I could spend time looking for
```

```
 1   it.
 2        Q    I'm sorry.  What was that?
 3        A    I don't know.  I don't know.  I could time
 4   looking for it if you wish.
 5        Q    Okay.  I don't want you to spend time looking
 6   for it.  Let me tell you -- because you can't see it,
 7   let me tell you what it says.
 8        A    I can see it.  It's just very small.
 9        Q    Okay.  Well, I'll try and make it bigger.  The
10   problem is if you're looking at it on a phone, it's
11   going to be even smaller than what I'm looking at, which
12   is on a computer screen.
13        A    Okay.
14        Q    How about now?  I made it bigger.
15        A    Yeah.  I can read it.
16        Q    Okay.  So it says you have general knowledge
17   regarding the JVA.  Do you know what the JVA is, the
18   joint venture agreement that the parties entered into?
19        A    Yes.
20        Q    Yes.
21             THE OFFICER:  Excuse me.  Let's just be
22   careful of crosstalk and not speaking over each other,
23   please.
24             MR. ROTHMAN:  Sorry about that,
25   Ms. McAlpin.
```

1    BY MR. ROTHMAN:

2         Q    It says that you had daily and weekly

3    communications with Max regarding the performance of the

4    JVA.  It says Max's -- you have knowledge of Max's

5    repeated failures to satisfactorily comply with Max's

6    obligations under the JVA and other related matters.

7              Such related matters include TEG's substantial

8    contributions to the development of the software at

9    issue in this case and TEG's co-ownership of that

10   software.  Okay.  So is it true that you have knowledge

11   of all of those things I've just read?

12        A    Yes.

13        Q    Okay.  Then it says, "Mr. Mullican also has

14   knowledge of TEG's secure handling of software source

15   code and maintenance of the security and secrecy of any

16   trade secrets associated with the software at issue in

17   this case or its source code.  Mr. Mullican also has

18   knowledge of TEG's compliance with the stipulation to

19   lift seal."  Is it also true that you have knowledge of

20   those matters?

21        A    Yes.

22        Q    Okay.  Great.  There are other individuals who

23   are listed here in response to this that I want to ask

24   you about.  So there's a ██████████████████.

25   Do you know who that is?

```
 1        A    Yes.
 2        Q    What does he do for TEG?
 3        A    ███████████████████████████████████████
   ██    ████
 5        Q    Okay.  But in general, what does he do?  What
 6   are his job duties?  Does he write software code?  Does
 7   he do other things?  What does he do?
 8        A    He does not report to me.
 9        Q    Doesn't report to you.  Who does report to you
10   at TEG?
11        A    █████████████████████████
12        Q    Who's that?
13        A    I need to confer with Counsel.
14        Q    I'm sorry.  You can't talk to counsel while
15   there's a question pending before an answer's been given
16   unless you need to talk to him about --
17             MR. DELANEY:  So --
18             MR. ROTHMAN:  Excuse me.  Let me finish,
19   Mr. Delaney.
20             You know, unless you need to consult with
21   him about whether or not your answer is going to reveal
22   attorney-client privilege, and I just asked you a
23   factual question, so.
24             MR. DELANEY:  So, I mean, you did ask him
25   a factual question, and the local rules allowed me to
```

1    confer with him to determine whether it really is about

2    privilege.  I don't know the general issue, but if he

3    needs to speak with me, I will comply with my

4    obligations under the local rules.  And, I mean, I think

5    we can do that quickly.

6                    MR. ROTHMAN:  Okay.  Why don't we go off

7    the record, Ms. McAlpin, and tell us the time.

8                    And why don't you two confer and come

9    back while we wait.

10                    MR. DELANEY:  Kevin, why don't you call

11   me right now?

12                    THE OFFICER:  Okay.  We will -- we will

13   go off the record at 1:24 p.m.

14                    (Off the record.)

15                    THE OFFICER:  We are back on the record

16   at 1:25 p.m.

17   BY MR. ROTHMAN:

18        Q    Okay.  Mr. Mullican, you were saying?

19        A    Can you repeat the question, please?

20        Q    The question was who is the lead developer

21   that reports to you?

22        A    Right.  ███████████████████████

23        Q    █████████████████  Is he the only person at TEG

24   that reports to you or do you have other reports?

25        A    He's the only person that directly reports to

Page 19

1    me.

2        Q    Okay.  Do any people indirectly report to you?

3        A    He has several people that report to him.

4        Q    ████████████████████████████████

5        A    ██████  ███████████████████████  █

██████████████████████████████

7        Q    Okay.  Do you know who ███████████ reports to?

8        A    I do not.

9        Q    But he doesn't report to you?

10       A    He does not report to me.

11       Q    Okay.  ██████████████████████████

██  ████

13       A    ████████████  ██████████████

14       Q    Okay.  You don't know an individual who works

15   for TEG ██████████████████████████

██  ████████

17       A    Oh, I do.  █████████████  ██████  ███████████

██  ██████████████████████

19       Q    Okay.  So in the deposition testimony that

20   Mr. Clare gave, he indicated that ████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ██████████████  ██████████████  ██████████████

██  ████████████████████████████████████████

██  ████████████████████████████

Page 20

1      A    ████████████████████████████

     ██████████

     █ ████████████████

     ███████ ███████ ████████

     █████████████████████

     ██████████ █████████████

7   BY MR. ROTHMAN:

8      Q    Okay.  So according to Mr. Clare, ████████

     ████████████████████████████████████

     ██████████ ████████████████

11     A    Yes.

12     Q    Okay.  And who is it that uses those

13  computers?

14     A    ██████████████████████████████████

     █ ████ ████████████████████████████████

     ████████████

     █ ███

     █ ████████████████████████████████████

     ████████████████

     █ ███████████

     █ ████████████████

     █ ███████████

23     Q    Okay.  Mr. Clare testified that the

24  ████████████████████████████████████████

25  ██████████████████████████████████





Page 21

1    ██████████████████████  Is that correct?

2        A    Correct.

3        Q    Okay.  ████████████████████████████

█    ███████████████████████████████████████████

█    ███████████████████████████████████

6        A    Yes.

7        Q    Okay.  ███████████████████████████████

█    ███████████████████████████

9        A    He does not.

10        Q    Okay.  Is the intention ██ ██████████  to

11    it?

12        A    Yes.

13        Q    Ms. Clare testified that there were

14    individuals who had ███████████████████████████

█    █████████████████████████████████████  were the

16    person responsible for the administration of that source

17    code repository.  Was that accurate?

18        A    As the head of the technical department, the

19    responsibility ultimately falls -- falls to me.

20        Q    Got it.  Okay.  Is there anyone else who works

21    with you who has responsibility for that repository?

22        A    Yes.

23        Q    Who else?

24        A    ██████████████████

█    ██   ████████ ███████████████████████████████,



Page 22

6    A    █████  ██████████████

7    Q    Okay.  Does anyone outside of TEG have access

8    to either ████████████████████████████████████████

10    A    No.

11    Q    Okay.  Mr. Clare was asked about the locations

12    of software -- excuse me -- ███████████████████████

███████████████████.  Do you know

24    where ██████████████ is physically located?

25    A    No.

Page 23

```
 1        Q    Do you know where the company keeps, maintains
 2   its physical servers?
 3        A    What company?
 4        Q    TEG.
 5        A    Yes.  I know where TEG maintains physical
 6   servers.
 7        Q    And where is that?
 8        A    Well, we don't have any physical servers that
 9   are serving the software.
10        Q    Okay.  So these are -- the servers we're
11   talking about, these are virtual servers, not actual
12   physical hardware equipment that have those IP
13   addresses.
14        A    ██████████████████████████.
15        Q    ██████████████████████.  Okay.  Well, there
16   needs to be a computer, the physical computer somewhere;
17   right?
18        A    Yes.
19        Q    Okay.  So my question is where is that
20   physical computer or where are the physical computers
21   that TEG uses for its business where it's running the
22   software we're talking about?
23        A    ████████████████████████████████████  We
24   only have a ██████████████████████.
25        Q    Okay.  So in other words, ████████ owns and
```

Page 24

1    maintains the hardware for those servers?

2        A    Yes.

3        Q    Okay.  Do you develop software at all for TEG?

4        A    Yes.

5        Q    Okay.  Tell me about what software you develop

6    currently and have developed in the past.

7        A    I currently provide architectural design

8    guidance and occasional reviews of the VJOC software,

9    the current version of VJOC.

10       Q    VJOC?

11       A    Yes.  I have -- I have in the past developed

12   VJOC services for TEG.  I wrote the very first VJOC

13   version.  I was involved in the second version.  I was

14   involved with writing software to augment the third

15   version, and I wrote the first web instance of VJOC in

16   2017, as well as -- so that included a backend server,

17   and some video streaming components, and some virtual

18   desktop components.

19       Q    Okay.  You say you currently do architectural

20   design -- provide architectural design guidance and

21   reviews for VJOC.  That's what you do now in terms of

22   your software development.  Did I hear that correctly?

23       A    Yes.

24       Q    Okay.  Can you explain to me what that means?

25   Can you describe, for example, what it is you do when

Page 25

1    you do architectural design guidance or provide reviews

2    for VJOC?  What is it you're doing?

3         A    So architectural design is instructing the

4    engineers on how to assemble the components necessary to

5    provide the VJOC functionality, as well as what

6    components are necessary, and then how those components

7    interoperate with one another and are integrated into

8    the final platform.

9         Q    Okay.  And what is the reviews component of

10   the work that you do?

11        A    So as part of the software development

12   process, when a software developer has a piece of code

13   that they wish to merge into the main line, it needs to

14   be reviewed by another developer.  And if no other

15   developers are available, I can review it.

16        Q    And when you say review it, are you actually

17   reading source code?  Are you doing Q&A?  Are you

18   running modules?  What is it you're doing?

19        A    I'm actually reviewing source code.

20        Q    Okay.  Now, the VJOC you're talking about, you

21   indicated that you have done development on this

22   software.  Was this VJOC software developed entirely by

23   TEG or TEG developers?

24        A    The first version of VJOC was developed by TEG

25   developers, and then the first instance of the fourth

Page 26

1    version of VJOC was developed by TEG developers.

2         Q    Is there a version number for the current

3    version of VJOC?

4         A    Yes.

5         Q    Do you know what that version number is?

6         A    Three dot two.

7         Q    And the first version, do you remember what

8    the first version number was?

9         A    No.

10        Q    Okay.  Was it more or less than 1.0?

11        A    I don't remember.

12        Q    Okay.  Do you know how many versions of VJOC

13   there've been since the first version through 3.2?

14        A    I -- I'm not sure how to answer that question,

15   because it depends on what you call a version.  So there

16   could be hundreds.

17        Q    Okay.  So if I wanted to see a list of all of

18   those versions, where would I go?  What would I look at?

19        A    You would look at a revision control system.

20        Q    And what is the revision control system you're

21   referring to?

22        A    The current revision control system that is

23   active is ███████████.

24        Q    And would I look at ███████?

25        A    We don't use those anymore.

Page 27

```
 1        Q    Okay.  So when we were talking before about
 2   how there was ███████████████████████
 3   instance actually in use anymore or is it legacy in a
 4   way?
 5        A    It is no longer in use.
 6        Q    No longer in use.  Do you know when it ceased
 7   to be used?
 8        A    Various components ceased to be used at
 9   different times.
10        Q    Do you know when the very last component
11   ceased to be used at GitHub?
12        A    I do not.  I'd have to go look.
13        Q    Okay.  Was it this year?  Was it last year?
14   Can you help me at all with that?
15        A    I -- I would be guessing.
16        Q    Okay.  So if you needed to look, where would
17   you look?  Would you look at the ███████ for that or
18   would you look at ████████████████████████ picked up?
19        A    No.  I'd look at ████████
20        Q    Okay.  Why was the change made?  I mean, it
21   sounds like there was a change made from ████████████
██   ████████████  Is that true or did something else happen?
23        A    Yes.  We moved to ████████████████.
24        Q    And when did that occur?
25        A    The middle of this year.
```

Page 28

1    Q    And why?

2    A    Because it's more tightly integrated with the

3    rest of our deployment system.

4    Q    Okay.  Tell me what you mean by the rest of

5    your deployment system.  What does that mean?

6    A    That means the -- everything that happens

7    beyond writing, actual typing on a keyboard and writing

8    software, so.

9    Q    Okay.

10   A    Go ahead.

11   Q    No.  I'm trying to understand what that means.

12   I'm asking you, tell me what you mean by everything else

13   besides writing software.  Explain that to me, please.

14   A    So the actual software development, only a

15   very small part of it is a person's hands on the

16   keyboard.  Everything -- everything else is -- is part

17   and parcel to the software development process, and we

18   are more tightly integrated through ████████████████,

19   because it's more tightly integrated with ██████  Even

20   though ███████████████████, it's not as tightly

21   integrated.

22   Q    Does it make doing certain things easier or

23   faster?

24   A    It -- yes.

25   Q    Okay.  Like what?

Page 29

```
 1       A    Like building build artifacts, collecting
 2   design artifacts, collecting issues and bugs, keeping
 3   track of where we are in the process of the software
 4   development, collecting feature requests.  There's --
 5   there's less handholding.
 6                   THE OFFICER:  You said handholding?
 7                   THE WITNESS:  Security is -- yes.
 8   handholding.
 9                   THE OFFICER:  Thank you.
10                   THE WITNESS:  Security is easier to
11   manage.
12   BY MR. ROTHMAN:
13       Q    It sounds like this move happened this year in
14   2024.
15       A    It did, I think.  I'd have to go look and see
16   exactly, 'cause it would be related to that previous
17   question you had about ███████  So again, without going
18   to look, I couldn't tell you exactly when it happened.
19       Q    Okay.
20                   THE OFFICER:  Counsel, we're getting a
21   little crosstalk.
22                   MR. ROTHMAN:  Sorry about that
23   Ms. McAlpin.
24   BY MR. ROTHMAN:
25       Q    So with respect to the move to ███████  was
```

```
 1    that a decision that you made?

 2         A    As the technical leadership of the

 3    organization, the decision ultimately follows to me.

 4         Q    And so is that a yes, you made the decision to

 5    move from ███████████████? 

 6         A    Well, we don't really own -- operate a

 7    draconian ship here, so it was a communal decision.  We

 8    decided through discussion with the rest of the

 9    development team that it was the appropriate thing to

10    do.

11         Q    Okay.  Got it.  So you're familiar with my

12    client, Mr. Fischer?  You've met him before?

13         A    Yes.

14         Q    Okay.  Do you remember when you first met him?

15         A    First time I met him?

16         Q    Mm-hmm.

17         A    I don't remember the exact date.

18         Q    Okay.  Do you remember --

19         A    It was when he was an -- it was -- was when

20    he -- it was when he was an employee at Prysm.

21         Q    Okay.  Do you remember any of the interactions

22    you had with him when he was an employee at Prysm?

23         A    I do.  Yes.

24         Q    Well, tell me what you can recall.

25         A    So we had a number of different discussions
```

1    around functionality with regards to Prysm.  So Prysm

2    was providing us at the time version 3 of the VJOC

3    implementation or the third iteration, I guess we're

4    going to -- if we're going to start talking about

5    versions, you're going to get confused.  So the third

6    implementation was Prysm.

7            And Mr. Fischer was, I believe, the chief

8    developer or something of that nature at -- at the

9    organization.  So we had a number of discussions about

10   functionality that we wanted added into that platform,

11   and we had additional discussions about the approaches

12   that we were designing in-house.

13           So the -- the notion of a -- a web hosted VJOC

14   platform, which of course became iteration four, which

15   we were in the middle of writing when we were having

16   these discussions with Mr. Fischer.  In fact, we showed

17   him several times some -- many of those pieces that we

18   were writing that were web hosted.

19           I can remember specifically Mr. Fischer saying

20   that he was going to be leaving Prysm, and he was going

21   to try and work with them to license their source code

22   to use to make another iteration of VJOC for us.  And we

23   were strongly suggesting and were internally developing

24   a web hosted approach, and felt like the Prysm approach

25   was not the appropriate approach.

1      Q    Okay.  Did my client -- did Brandon ever say

2  that he actually had possession of the Prysm source

3  code?

4      A    He said he was attempting to get access to the

5  Prysm source code, and of course he was the chief

6  developer.  So I'm assuming if he was the developer, he

7  had access to it.  Maybe that's the wrong assumption.

8      Q    Okay.  So was your understanding that my

9  client was the chief developer at Prysm and he had

10  access to the source code?

11      A    Yes.  And on many times he told us that.

12      Q    Okay.  So this may be a little bit difficult,

13  because you're doing this deposition on your phone, but

14  I'm going to mark a document as an exhibit.  This hasn't

15  been produced in the case, but we will produce it with

16  Bates numbers afterwards.  I'm going to mark it as

17  Exhibit 37.

18                    (Exhibit 37 was marked for

19                    identification.)

20                    THE OFFICER:  Counsel, did you want to

21  mark the notice from before or were you just showing it?

22  'Cause it was previously marked.

23                    MR. ROTHMAN:  I'm sorry.  Was I going to

24  mark the what?  I'm sorry.

25                    THE OFFICER:  The notice from before.

Page 33

1                    MR. ROTHMAN:  The notice?

2                    THE OFFICER:  The exhibit that you showed

3      before.  It was previously marked.  I just want to --

4                    MR. ROTHMAN:  It was previously marked.

5                    THE OFFICER:  Okay.  So you're okay.

6                    MR. ROTHMAN:  Yeah.

7                    THE OFFICER:  Thank you.

8                    MR. ROTHMAN:  Yeah.  Thank you.  Yeah.

9      No, that's fine.

10     BY MR. ROTHMAN:

11        Q    Lost my place.  Okay, 37.  So I'm going to

12     start -- I'm going to share my screen.  I'm going to let

13     you read the last email in the thread here.  Okay?  And

14     if you can please let me know when you're done reading

15     it, and then we'll move on, and I'll scroll down.  But

16     the top thread in 37 is an email from my client,

17     Mr. Fischer, to you with a CC to Rob Clare and Sean

18     McCluskey.  Do you see that?

19        A    Yes.

20        Q    Okay.  Go ahead.  Can you read that all right?

21     Is it big enough?

22        A    Yes.

23        Q    Okay.  Well, once you read it, let me know

24     when you're done.

25        A    I've read it.

1    Q    Okay.  So do you see how about in the middle

2    of the second paragraph it says, "I think the most

3    challenging aspects of this will be one, licensing the

4    source code from Prysm and two, getting the 'blessing'

5    for me to work with you guys."  Do you see that?

6    A    Yes.

7    Q    Okay.  Does that refresh your memory at all

8    about what my client had indicated in terms of whether

9    he actually had the source code, or could obtain the

10   source code, or would be able to get a license for the

11   source code?

12   A    It doesn't change my understanding and

13   recollection.

14   Q    Okay.  So it's still your belief that my

15   client had access to the source code and was going to be

16   able to get a license to it as you had been discussing

17   with him?

18                   MR. DELANEY:  Objection to the

19   characterization.

20                   MR. ROTHMAN:  I'm just asking.  He can

21   answer it any way he wants.

22                   THE WITNESS:  I didn't understand your

23   question.

24   BY MR. ROTHMAN:

25   Q    Okay.  Well, let's move on.  If we can go

```
 1    down, you indicated earlier in the thread here, April
 2    20, 2018, "Brandon, I've attached the results of the
 3    scan.  At minimum we need to address the critical
 4    findings.  We're working on Prysm."  Do you remember
 5    what it was that you were working on Prysm?  Is that
 6    what you were just telling us before?
 7         A    That is what I was telling you before.
 8    Iteration 3 of VJOC that we had deployed into the
 9    government was Prysm.  And so we were communicating with
10    Brandon about that regularly.
11         Q    Okay.  Now, there are iterations of VJOC
12    deployed into the government now; correct?
13         A    There is a version of VJOC deployed into the
14    government.
15         Q    Okay.  And do you know what version that is?
16         A    There are a couple of versions that are in the
17    government at the moment.
18         Q    Okay.  What are they?
19         A    I would be speculating if I -- you wanted me
20    to talk about that exactly.  I'm not responsible for
21    tracking which versions are in the government and where
22    they are.
23         Q    Okay.  Who is?
24         A    I believe that's Jeff Mase.
25         Q    Okay.  What's his position?
```

1    A    Jeff's position is chief operating officer of

2    TEG.

3    Q    The VJOC that are in the government now, are

4    those -- is that software that was created at least in

5    part using my client's source code?

6    A    No.  It was created using the source code that

7    we co-owned and co-created.

8    Q    Okay.  So you're referring to the source code

9    that you're saying co-owned and co-created.  You're

10   referring to the joint venture agreement between Max and

11   TEG?

12   A    No.  I was referring to the source code.

13   Q    Okay.  When you say co-owned and co-created,

14   you're using those terms because there was this joint

15   venture agreement between Max and TEG; right?

16   A    And several years course of conduct in

17   co-owning and co-developing software.

18   Q    Okay.  So there are a number of documents that

19   are at issue in this case concerning the relationships

20   of the parties.  There is that joint venture agreement.

21   You're familiar with that agreement?  You've read it

22   before?

23   A    Yes -- yes.

24   Q    Okay.  There's also a document called a source

25   code license agreement.  You're familiar with that;

Page 37

1    right?

2         A    No.  I'm not familiar with that one.  I know

3    that it exists, but I've not read it, and I'm not aware

4    of it.

5         Q    Okay.  Are you familiar with an end user

6    license agreement?

7         A    I'm familiar that the software has an end user

8    license agreement that the government customer, as the

9    end user, does accept.

10        Q    Okay.  How many end user government customers

11   have accepted the end user license agreement to your

12   knowledge?

13        A    That's not something I'm aware of.

14        Q    Do you know who is?

15        A    Rob, probably.

16        Q    Mr. Clare?

17        A    Mr. Clare.

18        Q    Would Mr. Mase know?

19        A    I can't speculate as to what Mr. Mase knows or

20   doesn't know.

21        Q    Okay.  All right.  Were you -- withdrawn.  Are

22   you familiar with a joint development agreement entered

23   into between Max, my client, and TEG?

24        A    Something beyond the joint venture agreement?

25        Q    Right.  Are you familiar with a document

Page 38

1   called Joint Development Agreement?

2        A    No.

3        Q    Have you ever -- no.  Do you know if such an

4   agreement exists?

5        A    I know of the joint venture agreement.

6        Q    Got it.  Okay.  Understood.  So back to your

7   interactions with my client we saw on the email there in

8   2018, do you remember the next time that you had any

9   interactions with my client after he left Prysm?

10       A    We had a number of informal telephonic

11  conversations over that period of time.  I couldn't tell

12  you exactly when they were, but they were -- they were

13  with regards to the architecture that we had begun

14  working on before we had done anything with Mr. Fischer.

15            And then the continued direction where we

16  wanted to go with regards to our government customer,

17  that is we needed a web hosted solution, and we were in

18  the middle of developing our own.

19       Q    Okay.  And what year was that when you say you

20  were in the middle of developing your own?

21       A    Well, we started development on that in 2017.

22       Q    Right.  But we were beyond --

23       A    And we're --

24       Q    Go ahead.  I'm sorry.

25       A    We were continuing to develop it through two

Page 39

1    2018.

2          Q    Okay.  And then what happened after 2018?

3          A    We were no longer able to keep on staff, the

4    developers who were working on it.

5          Q    Why?

6          A    Didn't have the money to do so.

7          Q    Oh.  Do you remember who those developers

8    were?

9          A    Yes.

10         Q    Who were they?  What were their names?

11         A    They're no longer with the organization.

12         Q    I know, but do you remember their names?

13         A    I do, yeah.

14         Q    Can you tell me them?

15         A    I should confer with Counsel again.

16              MR. ROTHMAN:  Okay.  What time is it?

17    Let's go off the record, Ms. McAlpin.

18              THE OFFICER:  Okay.  We will go off the

19    record at 2:03 p.m.

20              (Off the record.)

21              THE OFFICER:  Okay.  We are back on the

22    record at 2:04 p.m.

23              MR. ROTHMAN:  Okay.  Can you read back

24    the last question, please?

25              THE OFFICER:  Yes.  Stand by.

Page 40

```
 1                    (The officer repeated the record as
 2               requested.)
 3                    MR. ROTHMAN:  Referring to the names of
 4     the developers who no longer work at TEG.  Go ahead.
 5                    THE WITNESS:  Correct.  ████████████
   ████████████████████████████████████████████████
   ████████████████████████████    ████████████████████
   ██████████████████████████████    ██████████████████
   █████████
10     BY MR. ROTHMAN:
11          Q    Okay.  ████████████████████████████████
   ████    ██    ██████████
   ████    ██    ██████████
14                    THE OFFICER:  Can you -- I'm so sorry.
15     We had just a technical issue.  Mr. Mullican, can you
16     just repeat your statement for me?  Sorry about that.
17                    THE WITNESS:  ████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████
20     BY MR. ROTHMAN:
21          Q    ████████████████████████████████████████
22     Something like that?
23          A    I'm not -- I don't remember the spelling.  I'm
24     sorry.
25          Q    That's all right.  Okay.  Let me show you --
```

Page 41

1   oh, this is going to be really difficult for you to see

2   on a phone.

3        A    Put it up.  I'll tell you how it looks.

4        Q    Okay.  Let's try.  Okay.  So I'm going to show

5   you what was previously marked as Exhibit 34.  Okay.  So

6   this is a list that was shown to Mr. Clare at his

7   deposition of employees that we compiled, employees of

8   TEG.

9             So I just wanted to see if you could review

10  this list, see if you could remember the name of the

11  third employee whose name you couldn't remember a moment

12  ago.  And I'll scroll down.

13       A    Okay.  So I can see it.

14            THE OFFICER:  Sorry, Counsel.  Not to

15  interrupt, but if you press this plus button, it can at

16  least make the font larger.

17            THE WITNESS:  I can read it.

18            MR. ROTHMAN:  Yeah.  I'm making it bigger

19  to the extent I can, but thank you.

20            I'm just going to scroll down.  The next

21  page has former employees on it.

22            THE WITNESS:  Yeah.  I'm sorry.

23  You're -- just going too fast for me, and I'm losing my

24  way.

25  //

Page 42

BY MR. ROTHMAN:

2     Q   Oh, sorry.  So the former employees begin at

3  the bottom of the first page.  I'm going to highlight,

4 ███████████████████████████████████████.  And then

5  the alphabet begins again with ██████████████████████

█  ████████████

7        And then if we scroll down to the next page,

8  here are more people.  On the next page there is a ████

(redacted lines)

18    A   Yeah.

19    Q   Okay.  Great.  All right.  Anyone else while

20  you're looking at this list that refreshes your memory

21  as someone who had worked on software development?

22    A   There are people on here that provided

23  software development support, but they weren't hands on

24  keyboard typing in code.

25    Q   Okay.  And who are the people who provided

Page 43

1    software development support?

2         A         ████████████████████████

3         Q    Okay.  Anyone else?

4         A    Hold on.  I'm looking at your list.

5         Q    Sure.

6         A         ████████████████████████████

     ██  ████████████████████████████████

8         Q    Okay.  Yes.  He's got a lead developer name.

9    It indicates he left TEG June of 2024.  Is that correct

10   or is that later than you remember?

11        A    I would be speculating.

12        Q    Okay.  Got it.  Okay.  So great.  Thank you

13   for taking a look at that.  So did there come a time

14   that TEG obtained my client's source code and began to

15   make modifications to it?

16                   MR. DELANEY:  Objection to the form.

17                   MR. ROTHMAN:  You can answer, sir.

18                   THE WITNESS:  TEG never worked on any of

19   your client source code.  It was all co-created and

20   co-owned.  So we continued -- we worked on our

21   co-created and code -- own source code.

22   BY MR. ROTHMAN:

23        Q    Okay.  So at some point, TEG obtained source

24   code from my client; correct?

25        A    At many points TEG obtained source code from

1    your client given to us by your client.

2         Q    Right.  The purpose for giving the source code

3    to TEG was in order so that certain software could be

4    run on it to determine if there were any security

5    vulnerabilities; correct?

6                   MR. DELANEY:  Objection.

7                   THE OFFICER:  Counsel, what was the

8    objection?

9                   MR. ROTHMAN:  I think he's objecting to

10   form; correct?

11                  MR. DELANEY:  Well, it assumes facts not

12   in evidence.  Mischaracterizes the evidence and the

13   testimony.  Form of the question.

14                  MR. ROTHMAN:  Mr. Mullican, you can

15   answer the question.

16                  THE WITNESS:  Counsel, can I answer the

17   question?

18                  MR. DELANEY:  If you understand the

19   question, then you can answer it.

20                  THE WITNESS:  Please repeat the question.

21   BY MR. ROTHMAN:

22        Q    Okay.  Let me show you a document that was

23   marked at Mr. Mase's deposition.  It's Exhibit 35.  So

24   do you see Exhibit 35 on your screen there?

25        A    Yes.

1      Q     Okay.  It's entitled, "Evidence/Property

2   Custody Document."  Do you see that?

3      A     Yes.

4      Q     And it indicates under reason obtained, source

5   code scanning and time date obtained 12:00 hours August

6   18, 2023.  Do you see that?

7      A     I do.

8      Q     Okay.  Do you understand what the reason

9   obtained source code scanning, what that means?

10      A     In regards to this one transaction and that

11   one version, yes.

12      Q     Okay.  Tell me what it means.

13      A     It means that we will take the source code and

14   ensure that there are no vulnerabilities in it, because

15   vulnerabilities aren't allowed in the government.

16      Q     Okay.  Understood.  And this document

17   indicates that it was -- the source code at issue was

18   haptic federal source code 3.1.21.7; correct?

19      A     That does say that number.

20      Q     Okay.  And the source code was received from

21   my client via download link from Jennifer Ryan; right?

22      A     Yes.

23      Q     Okay.  So do I understand correctly that TEG

24   received the haptic federal source code version 3.1.21.7

25   via download link from Jennifer Ryan of Max Minds, and

1   then did source code scanning on it in or about August

2   18 of 2023?

3        A    I'm not involved in that process.

4        Q    Okay.  Do you know that TEG did source code

5   scanning of my client's haptic federal source code?

6        A    Yes.  TEG did do source code scanning.

7        Q    Okay.  So it indicates, if we scroll down to

8   the bottom, that the change of custody purpose initially

9   was Max Minds sent item number 1, which was the source

10  code, to TEG to scan the haptic federal source code.  Do

11  you see that?

12       A    I see what this document says.

13       Q    Okay.  And then it's signed by Mike Bauers

14  [ph] of TEG, "TEG certifies destruction of item one,

15  haptic federal source code version 3.1.21.7."  Do you

16  see that?

17       A    I do.

18       Q    Okay.  Do you know whether TEG retained a copy

19  of that source code rather than destroy it or not

20  destroy it as indicated?  Do you know?

21       A    I do not.

22       Q    Okay.  Did you see when you read Mr. Clare's

23  deposition testimony that he indicated that TEG kept the

24  source code rather than destroy it?

25       A    I didn't see that part.

1       Q    You didn't?  Okay.  Are you aware whether TEG

2    kept my client's source code rather than destroy it?

3       A    Well, TEG didn't keep your client's source

4    code.  TEG has access to the source code that we've

5    co-created and co-developed.

6       Q    Right.  Now, putting aside the issue --

7       A    On multiple -- multiple -- sorry.  Go ahead.

8       Q    Mr. Mullican, putting aside the issue of the

9    interpretation of the joint venture agreement or the

10   rights of TEG under that agreement, I'm asking you a

11   factual question.  And the factual question is did TEG

12   to your knowledge ever receive source code from my

13   client and retain that source code rather than destroy

14   it as it certified to my client it was doing?

15            MR. DELANEY:  Objection.  You're

16   referring to this particular version or are you

17   referring to other versions?  And that's the source of

18   the confusion, I think.

19            MR. ROTHMAN:  Okay.  Did TEG --

20            MR. DELANEY:  If he understands your

21   question, he can answer it.

22            MR. ROTHMAN:  So, Mr. Delaney, please

23   don't coach the witness.

24            MR. DELANEY:  I'm not coaching the

25   witness.  I'm objecting to your question.

1          MR. ROTHMAN:  I understand, Mr. Delaney.

2    Let me ask the witness another question.

3    BY MR. ROTHMAN:

4       Q    Mr. Mullican, did TEG ever receive source code

5    at any time from my client that it was supposed to

6    destroy, but instead of destroying it, retained?

7       A    I don't know about ones we were supposed to

8    destroy, or retain, or what have you.  It's -- it's our

9    common owned source code.  So it's not your client's

10   source code.

11      Q    Okay.  Are you aware of any legal opinion that

12   TEG has received that indicates that what you just said,

13   that it's your common owned source code and so you could

14   retain it instead of destroy it?  Are you aware --

15          MR. DELANEY:  So --

16          MR. ROTHMAN:  Excuse me.

17   BY MR. ROTHMAN:

18      Q    The question is are you aware of such an

19   opinion?

20          MR. DELANEY:  All right.  I'll need to

21   confer with him about a question of privilege before he

22   answers.

23          MR. ROTHMAN:  Okay.  Go ahead.

24          Let's go off the record.  What's the

25   time, Ms. McAlpin?

Page 49

```
1                    THE OFFICER:  Okay.  We will go off the
2        record at 2:19 p.m.
3                    (Off the record.)
4                    THE OFFICER:  Okay.  We are back on the
5        record at 2:27 p.m.
6                    MR. ROTHMAN:  Okay.  You can read that
7        question back, please.
8                    THE OFFICER:  Okay.  Just one moment.
9        Stand by.
10                   (The officer repeated the record as
11                   requested.)
12                   THE OFFICER:  Okay.
13                   MR. DELANEY:  And if you could, answer
14       that precise question.
15                   THE WITNESS:  Am I aware of such an
16       opinion?  I don't know.  I don't -- I don't think I
17       understand the question.
18       BY MR. ROTHMAN:
19          Q    Okay.  Have you ever seen a document called a
20       legal opinion relating to whether or not TEG is an owner
21       of the source code we've been discussing?
22                   MR. DELANEY:  All right.  I'm going to
23       have to confer with him, because we do have -- we will
24       have an objection if he knows anything about it, but I
25       want to make sure that you get the answer as to whether
```

Page 50

```
 1    he knows about it.
 2                  So I guess we could just say, look, I
 3    guess the -- it's a yes or no.  Do you know or do you
 4    not know?  And I'm okay with that.
 5                  MR. ROTHMAN:  Right.  And all I want to
 6    know is if he's ever seen such an opinion.  That's it.
 7                  MR. DELANEY:  I just don't want him to
 8    start explaining whatever it is if -- I'm happy with a
 9    yes or no, so.
10                  MR. ROTHMAN:  That's fine.
11                  THE OFFICER:  I'm sorry, Counsel.  What
12    was the very last thing you said, Mr. Delaney?
13                  MR. DELANEY:  I'm happy for him to say
14    yes or no whether or not he has seen it, but I am going
15    to -- I would object to him saying anything other than
16    that at this time, so.
17                  THE WITNESS:  I'm not sure how to answer
18    that question.  I would say I don't know.  I don't -- I
19    don't know.
20    BY MR. ROTHMAN:
21        Q   Okay.  Fine.  Let's move on.  All right.  Do
22    you recall when it was that TEG first obtained my
23    client's source code?
24                  MR. DELANEY:  Objection.
25                  MR. ROTHMAN:  You can answer,
```

Page 51

1    Mr. Mullican.

2                    THE WITNESS:  No.

3    BY MR. ROTHMAN:

4        Q    Okay.  Mr. Clare testified it was in or about

5    August or September of 2023.  Does that refresh your

6    memory?

7        A    No.

8                    MR. DELANEY:  Objection.

9    BY MR. ROTHMAN:

10       Q    Okay.  It's my understanding from Mr. Clare's

11   testimony that TEG began to make modifications to my

12   client's source code.  Do you know why it did that?

13                   MR. DELANEY:  Objection.

14                   MR. ROTHMAN:  You can answer,

15   Mr. Mullican.

16                   THE WITNESS:  Your client, Max Minds, was

17   not providing functional software.

18   BY MR. ROTHMAN:

19       Q    Okay.  So TEG began to make modifications to

20   it in order to make it functional?  Mr. Mullican?

21                   THE OFFICER:  Did you answer?

22                   THE WITNESS:  Oh, I didn't hear a

23   question.  That was a statement.

24                   MR. ROTHMAN:  It was a question.

25                   THE WITNESS:  Okay.  Please ask the

Page 52

1    question again.

2                    MR. ROTHMAN:  Read it back, Ms. McAlpin.

3                    THE OFFICER:  Yes.  Please stand by.

4                    (The officer repeated the record as

5                    requested.)

6                    THE OFFICER:  You may answer.

7                    THE WITNESS:  TEG made modifications to

8    our code -- software in order to make it functional and

9    to cure the deficiencies that Max Minds had -- Max

10   Minds' team had been able to -- unable to care for

11   multiple years.

12   BY MR. ROTHMAN:

13       Q    Okay.  And what were those deficiencies?

14       A    I can give you a short list, because I

15   remember them very well.

16       Q    Sure.

17       A    The users were being automatically removed.

18   Government doesn't like that.  Multiple scan failures

19   with critical failures.  A bug we called the Dumpster

20   Blender where everything in the system would randomly

21   show up on the screen.  A bug we called the Ghostpatch

22   where the screen would become completely unresponsive.

23           A Notepad bug where data that's entered into

24   the shared Notepad is lost unrecoverably.  An adjustment

25   of video bit rate to unusable levels.  The -- there are

1   a bunch of license issues with regards to reporting of

2   the license inside the application.

3          The general app crashing login spinner that

4   required us to have an engineer literally sitting in

5   front of the software to restart it every ten minutes.

6   We were looking for some additional logging that was

7   never delivered that kept us from being able to install

8   on a network that we were required to.  Gosh.  And these

9   problems would be fixed and then reappear.  And this

10  happened over many years.

11      Q    Were you just reading off of something to give

12  me that information?

13      A    I have notes in a notebook.  Yes.

14      Q    Okay.  I know, but were you just -- it looked

15  like you were looking to your right and you were reading

16  something.

17      A    Oh, I was recalling what they were.

18      Q    Okay.  And the notes in your notebook, are

19  those notes you've been taking during the deposition?

20      A    They are, yes.

21      Q    Okay.  How many pages of notes have you taken?

22      A    About a half a page.

23      Q    I'm just going to ask you to maintain those

24  notes.  Don't destroy them after the deposition, please.

25  Okay?

Page 54

1       A     Of course.

2       Q     Great.  Thank you.  So what I got from you was

3    users being removed, multiple scan failures, the

4    Dumpster Blender problem, something called a Ghostpatch,

5    a Notepad bug, an adjustment to the video bit rate,

6    license issues regarding reporting of licenses, the apps

7    crashing, additional login problems.  Did I miss

8    anything?

9       A     You forgot the login spinner.

10      Q     Login spinner.  Okay.  What else?

11      A     I think that's all the major problems.

12      Q     Were there any minor problems that I didn't

13   list that you want to tell me about?

14      A     Way too numerous to mention.

15      Q     Okay.  Too numerous.  Are they written down

16   anywhere to your knowledge?

17      A     I hope so.

18      Q     Where would I look for them?

19      A     I don't maintain that piece.

20      Q     Okay.  But what piece is it?  Where would I

21   need to look?  Whoever maintains it, where would I be

22   looking for it?

23      A     Well, I'm not sure where that would be.  We

24   had several bug trackers that we were using.  We

25   maintained spreadsheets that we shared with Max Minds

1    with regards to the issues.  Max Minds destroyed one of

2    our bug trackers.  We have not been able to get -- get

3    to that.

4         Q    What was that bug tracker you're talking

5    about?

6         A    I think that one was called ▬▬▬▬▬▬

7         Q    And why do you say Max Minds destroyed it?

8         A    Well, we had been logging bugs in a bug

9    tracking system, and Max Minds changed bug tracking

10   systems, and failed to transfer the old bugs that we had

11   entered in this old system into the new system.  And

12   then they claimed that they were not able to, but the

13   company who maintains that system said they were all

14   recoverable.

15        Q    So who was it that -- did someone at TEG speak

16   to someone at Happyfox about that?

17        A    Yes.

18        Q    Who was that spoke to Happyfox?

19        A    Jeff Mase.

20        Q    Okay.  Were you involved in those

21   conversations at all?

22        A    No.

23        Q    Have you seen the recovered bugs?

24        A    No.

25        Q    Did Jeff Mase get them back?  No?  Okay.

1      A    I've not seen -- I've not seen them, and I

2  don't know whether he got them back.

3      Q    Okay.  What is -- describe to me what the

4  license issues were regarding the reporting of licenses.

5      A    The license issues regarding the reporting of

6  licenses, there was an ongoing disagreement between Max

7  Minds and TEG with regards to the functionality of the

8  licensing.

9      Q    Okay.  What does that mean?  What do you mean

10  functionality of the licensing?

11      A    So the software was originally unlicensed.

12  The government required us to add a licensing scheme to

13  it.  We asked Max Minds to add a licensing scheme to it

14  and defined precisely what we wanted.  Max Minds

15  implemented a version of that licensing scheme, but not

16  to our specifications, and then never implemented it

17  according to our specifications.

18      Q    Okay.  And it's my understanding that the

19  licensing scheme requires a license key to install.  Is

20  that your understanding?

21      A    That's what we asked them to implement.  Yes.

22      Q    No.  But I'm asking you wasn't that what was

23  implemented?  Wasn't that how -- in order to install the

24  software that you needed a license key?

25      A    Correct.  That's what we requested to be

1    implemented.  However, the method through which it was

2    implemented was not to our specifications.

3         Q    Understood.  But some method by which a

4    license key would be required was implemented?

5         A    Correct.

6         Q    Okay.  Which meant that you needed a license

7    key in order to install the software; right?

8         A    Yes.

9         Q    Okay.  My understanding is that the software

10   has been installed since then, but since my client was

11   the source of the licensing keys, how could that have

12   occurred?  How could the software have been installed

13   without license keys?

14        A    Your client included in the source code the

15   private key necessary to generate the license keys,

16   which was an incredible security hole that we

17   immediately had to patch when we found out.

18        Q    Okay.  So you were able to get from the source

19   code the master key, so that you could then install the

20   software without the licensing keys?

21        A    Well, no.  We had to generate licenses.

22        Q    Okay.  But you got the master keys, so that

23   you could generate the license keys from that?

24        A    Your client included it in the source code

25   that they handed over to us.

Page 58

```
 1        Q    And I understand that.  And so you got the
 2   master key from the source code, and then you used it to
 3   generate license keys?
 4        A    We -- no.
 5        Q    No?
 6        A    Because we can't use a master -- we can't
 7   include a key in source code we turn over to the
 8   government.  The very first thing we did when we began
 9   to make modifications to our software was to remove that
10   security deficiency.
11        Q    Okay.  So then you created and implemented a
12   different key or --
13        A    Yes.
14        Q    -- some other different licensing scheme?
15        A    Yes.
16        Q    And what was that?
17        A    It was a secure licensing scheme that did not
18   include the master key and the source code.
19        Q    Can you describe it any more specifically for
20   me?
21        A    No.
22        Q    Why not?
23        A    Because it's a technical implementation.  I --
24   I mean, I -- I don't know.  I mean, I don't know your
25   level of technical ability, so I'm not sure what I
```

1    should describe to you.

2         Q    Okay.  Well, Mr. Mullican, let me tell you

3    that for two years I ran a software company, and the

4    software company was an internet security software

5    company.  I've developed software in the past.  I could

6    go on and on about it.  Why don't you go ahead and give

7    a try?

8         A    ███████   ████████████████████████████████

     ███████████████████████████████████████     █████

     ██   ███████████████████████████████████████████████

     ██   █████████████████████████████████████████

     ██   █████████████

     ██   ██   ████████   ██████████   ████████████████████

     ██   ████████████████████   █████████████

15        A    ███████████

16        Q    ███████████   Okay.  Got it.  Thank you.  Now,

17   did you become aware towards the beginning of this

18   litigation that TEG's web servers were publicly exposing

19   front end source code?

20        A    No, but allow me to explain.

21        Q    Please.

22        A    We were hosting services, and those services

23   were publicly available.  And when we became aware of

24   it, we put them behind a private gateway.

25        Q    Okay.  But as publicly available as TEG had

Page 60

```
1    configured and hosted them, they were exposing front end
2    source code; correct?
3         A    That -- yes, as any -- as any web hosted
4    service would.
5         Q    Okay.  Well, isn't -- so let me show you what
6    we'll mark as --
7                   THE OFFICER:  The last one was 37,
8    Counsel.
9                   MR. ROTHMAN:  Thank you very much.
10   BY MR. ROTHMAN:
11        Q    We'll mark it as Exhibit 38.
12                  (Exhibit 38 was marked for
13                  identification.)
14        Take a look at Exhibit 38 for a moment.  And
15   I'll scroll down so you can see the rest of it.  Okay?
16        A    Okay.
17        Q    Actually, you know what?  I think I marked the
18   wrong thing.  Let me -- sorry about that.  I thought I
19   had the right one here.  Thirty-eight.  Where was that?
20   Sorry about that.  All these ███ notes kind of blend
21   together.  No, that's not it.  I thought this was a
22   exhibit from the prior deposition.  No.  Oh, maybe it's
23   this one.
24             Okay.  Are you familiar with the fact that
25   when this discovery of there being front end source code
```

1   was made, that there were release notes exposed as part

2   of that code, Mr. Mullican?

3       A    No.

4       Q    Okay.  You never had any conversation with

5   anyone about release notes being exposed?  You don't --

6   that doesn't ring a bell to you?

7       A    No.

8       Q    Okay.  So then I'm not going to show this to

9   you.  Let me see if I can find that one then.  Page 104.

10  Okay.  I think I know what you're talking about then.

11  Let's find this.  Okay.  Let me show you Exhibit 32.

12  Okay.  This is a 121-page exhibit, but I'm going to go

13  down to page 104 of the exhibit, which is Bates number

14  TEG 1656.

15           So this looks a little like the other one, but

16  it's different.  Okay.  So this is an ███████████████

██  █████████████████████████████████    ████████████████

██  ███████████████████████████████

19      A    ████████████████████████████████████████████.

20      Q    Right.  Okay.  And it's dated 5/10/24.  And

21  the subject is, "██████████████████████████████████████

██  █████████████████  Do you see that?

23      A    Yes.

24      Q    Do you know what that means, user story?

25      A    I know what a user story is.

1    Q    Tell me what a user story is.

2    A    It's an assignment to a developer.

3    Q    Got it. ███████████████████████████

███████████████████████████  ███████████████████████████

███████████████████████████  Now, do you recall if

6    this has anything to do with the source code maps

7    exposing the front end source code online?

8    A    No.

9    Q    Okay.  Do you know what it does have to do

10   with?

11   A    There's not enough information here for me to

12   answer that intelligently.

13   Q    Okay. ██████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████

18   A    I can read what that says, and I understand

19   what it says.

20   Q    Okay.  But it's not enough information for you

21   to understand what this was about?

22   A    No.  I'm lacking content -- context.

23   Q    Okay.  What context would you need?

24   A    I'd have to see where in the development cycle

25   it was, what user story it was, what -- what it fell

1    under, what -- you know, what feature it was assigned

2    to, what Epic [ph] it was assigned to, and in what order

3    were things done.  I mean, there's just an enormous

4    amount of development process context that would be

5    necessary in order to -- for me to answer what you are

6    asking.

7        Q    Okay.  So we'd need to dig in and take a look

8    at the user stories and the development that had

9    proceeded that user story to know?

10       A    Yes.  And the discussions about that, and the

11   Epics [ph] that it falls under, and the prioritization

12   based on prioritization of other topics.  There's a lot

13   of things that would have to be dug into for me to

14   understand what you're asking.

15       Q    Okay.  And the conversations -- when

16   developers at TEG have those conversations, do they have

17   them by email?

18       A    No.

19       Q    How did they have them?  How did they have

20   those conversations?  By telephone?

21       A    Usually by telephone.

22       Q    Okay.  Do they ever have them any other way?

23   Microsoft Teams chat, or Slack, or text message, or

24   anything else like that?

25       A    Usually they're as in person as we can be for

1    a remote team.

2        Q    Okay.  So we talked about six people having

3    access to the -- well, actually seven people if we

4    include ████████████████████

████████████████████████████████████████████████

████████████████    ████████████████████████████

████████████████████

8        A    No.

9        Q    Okay.  So where -- so are all these people

10    physically in the same place so that they can all have

11    conversations with each other face-to-face?

12        A    No.

13        Q    Are any of them in the same place?

14        A    Of the seven you mentioned, no.

15        Q    Okay.  ████████████████████ ph] ever do

16    software development?

17        A    No.

18        Q    Has TEG ever used outside contract software

19    developers who are not employees of TEG?

20        A    Max Minds.

21        Q    Besides Max Minds.  And I mean either

22    independent contractors to TEG.  Not separate companies.

23        A    No.  Except for Max Minds.

24        Q    Okay.  Are you -- have you ever been involved

25    in demonstrations of TEG software in the past two years?

1    A    No.

2    Q    ████████████████████████████
███████████████

4    A    No.

5    Q    Does TEG have its software running at its own

6    location?

7    A    No.    ████████████████████
████████████████

9              MR. ROTHMAN:    ████████████████████ .

10   That's right.  You did say that.

11              Okay.  I'm going to ask my client to

12   leave.  I've got just a few more questions about some

13   documents that are marked attorneys' eyes only if we

14   can -- he's gone.  Okay.

15              So this portion where we're looking at

16   AEO documents, if you can mark that, Madame Court

17   Reporter, as attorneys' eyes only.

18              I want to show you a document.

19              Help me out again, Madame Reporter.  What

20   number am I up to now?

21              THE OFFICER:  The last one was 38.

22              MR. ROTHMAN:  Got it.  Okay.  So --

23              THE OFFICER:  You did mention that you

24   didn't want to mark it, but it is marked, so I don't

25   know if you want to delete that, but the last one was --

Page 66

```
 1                    MR. ROTHMAN:  Oh, no.  It's fine.  I
 2      don't have an issue with it.  It's perfectly fine.
 3                    THE OFFICER:  Okay.  So you would be on
 4      39.
 5                    MR. ROTHMAN:  Yeah.  I got nothing to
 6      hide. So --
 7                    MR. DELANEY:  So it's a new 39?
 8                    MR. ROTHMAN:  Yeah.  I'm going to do 39
 9      now.
10                    (Exhibit 39 was marked for
11                    identification.)
12                    (Nonconfidential portion of transcript
13                    ends.)
14      //
15      //
16      //
17      //
18      //
19      //
20      //
21      //
22      //
23      //
24      //
25      //
```

Page 73

1                    (Nonconfidential portion of transcript
2                    begins.)
3                    THE OFFICER:  Okay.  We are back on the
4     record at 3:06 p.m.
5                    MR. DELANEY:  Yes.  This is Raighne
6     Delaney.  I don't have any questions, and Mr. Mullican
7     will read.
8                    THE OFFICER:  Okay.  And the original
9     will go to Mr. Mullican or to -- to your office,
10    Mr. Delaney?
11                   MR. DELANEY:  You can send it --
12                   MR. ROTHMAN:  We're not going to -- we're
13    not in a court where the original really matters a ton,
14    it's my understanding, Ms. McAlpin.  And we're going to
15    order, so -- and I need it --
16                   MR. DELANEY:  We'll just do
17    electronically.  Yeah.
18                   MR. ROTHMAN:  Yeah.  Electronically is
19    fine for now.  And I do need it -- could I have it by
20    Thursday?
21                   THE OFFICER:  Let me have Veritext get in
22    touch with you.
23                   And just to clarify, Mr. Delaney is
24    ordering a copy?
25                   MR. DELANEY:  Yeah.  I believe we are.

Page 74

1                    MR. ROTHMAN:  Yeah.

2                    THE OFFICER:  Okay.  Just making sure.

3                    MR. DELANEY:  Yeah.  I will need the

4      exhibits, as well as the transcript.

5                    MR. ROTHMAN:  Yes.  We're going to send

6      those out and to you, Ms. McAlpin.  Do I have your email

7      address?

8                    And, Campbell, please write it down,

9      because I'm going to need your help with this.

10                    THE OFFICER:  Yes.  I can put that in the

11     chat for you, Counsel.

12                    MR. ROTHMAN:  Please.  Thank you.

13                    THE OFFICER:  Okay.  I think that's going

14     to be everything.  Was there anything else before we go

15     off the record?

16                    MR. DELANEY:  No.  I think we're good.

17                    MR. ROTHMAN:  No.

18                    THE OFFICER:  Okay.  Great.  We will go

19     off the record at 3:07 p.m.

20                    (Signature reserved.)

21                    (Whereupon, at 3:07 p.m., the proceeding

22                    was concluded.)

23

24

25

```
1           CERTIFICATE OF DEPOSITION OFFICER
2               I, VALENCI MCALPIN, the officer before whom
3      the foregoing proceedings were taken, do hereby certify
4      that any witness(es) in the foregoing proceedings, prior
5      to testifying, were duly sworn; that the proceedings
6      were recorded by me and thereafter reduced to
7      typewriting by a qualified transcriptionist; that said
8      digital audio recording of said proceedings are a true
9      and accurate record to the best of my knowledge, skills,
10     and ability; that I am neither counsel for, related to,
11     nor employed by any of the parties to the action in
12     which this was taken; and, further, that I am not a
13     relative or employee of any counsel or attorney employed
14     by the parties hereto, nor financially or otherwise
15     interested in the outcome of this action.
16
17
18
19
20
21     VALENCI MCALPIN
       Notary Public in and for the
22     State of California
23
24        [X] Review of the transcript was requested.
25
```

1                  CERTIFICATE OF TRANSCRIBER

2           I, RYAN SHARP, do hereby certify that this

3     transcript was prepared from the digital audio recording

4     of the foregoing proceeding, that said transcript is a

5     true and accurate record of the proceedings to the best

6     of my knowledge, skills, and ability; that I am neither

7     counsel for, related to, nor employed by any of the

8     parties to the action in which this was taken; and,

9     further, that I am not a relative or employee of any

10    counsel or attorney employed by the parties hereto, nor

11    financially or otherwise interested in the outcome of

12    this action.

13

14

15

16

17

18

19          RYAN SHARP

20

21

22

23

24

25

Page 77

1    RAIGHNE COLEMAN DELANEY, ESQUIRE

2    rdelaney@beankinney.com

3                                November 21, 2024

4    RE: Max Minds, LLC v. Triangle Experience Group, Inc.
         11/19/2024, Kevin Mullican (#7028327)

5

6        The above-referenced transcript is available for

7    review.

8        Kevin Mullican should read the testimony to

9    verify its accuracy. If there are any changes,

10   Kevin Mullican should note those with the reason

11   on the attached Errata Sheet.

12       Kevin Mullican should, please, date and sign the

13   Errata Sheet and email to the deposing attorney as well as

14   to Veritext at Transcripts-fl@veritext.com and copies will

15   be emailed to all ordering parties.

16       It is suggested that the completed errata be returned 30

17   days from receipt of testimony, as considered reasonable

18   under Federal rules*, however, there is no Florida statute

19   to this regard.

20       If the witness fails to do so, the transcript may be used

21   as if signed.

22                   Yours,

23                   Veritext Legal Solutions

24

     *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure

25     Rule 1.310(e).

Page 78

```
 1    Max Minds, LLC v. Triangle Experience Group, Inc.
 2    11/19/2024, Kevin Mullican (#7028327)
 3                   E R R A T A   S H E E T
 4    PAGE_____ LINE_____ CHANGE_____
 5    _____
 6    REASON_____
 7    PAGE_____ LINE_____ CHANGE_____
 8    _____
 9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19
20    Under penalties of perjury, I declare that I have
      read the foregoing document and that the facts
21    stated in it are true.
22
23    _____    _____
          (Kevin Mullican)                    DATE
24
25
```

**&**

**&**   2:20

**0**

**00779**   1:7

**1**

**1**   46:9
**1-10**   1:10
**1.0**   26:10
**1.310**   77:25
**10.0.0.4**   22:16
**10.0.0.6**   22:16
**10.0.0.7.**   22:16
**100**   2:5,11
**104**   61:9,13
**11/19/2024**   77:4
   78:2
**121**   61:12
**12:00**   45:5
**1656**   61:14
**18**   45:6 46:2
**19**   1:15 5:8
**1:06**   1:16 5:5
**1:24**   1:7 18:13
**1:25**   18:16

**2**

**2**   14:4
**20**   35:2
**2014**   7:6 8:15,24
**2017**   8:18,25 9:8
   9:14 24:16
   38:21
**2018**   35:2 38:8
   39:1,2

**2023**   45:6 46:2
   51:5
**2024**   1:15 5:9
   10:24 29:14
   43:9 65:3 77:3
**2033**   61:21
**21**   77:3
**21301**   2:5,11
**22201**   2:22
**2311**   2:21
**233**   62:3
**28660**   76:18
**2:03**   39:19
**2:04**   39:22
**2:19**   49:2
**2:27**   49:5

**3**

**3**   31:2 35:8
**3.1.21.7**   45:18
   45:24
**3.1.21.7.**   46:15
**3.2**   26:13
**30**   10:24 11:25
   77:16,24
**30251**   75:20
**32**   4:10 61:11
**332**   2:8
**33433**   2:6,12
**34**   41:5
**35**   44:23,24
**37**   4:7 32:17,18
   33:11,16 60:7
**38**   4:11 60:11,12
   60:14 65:21

**39**   4:13 66:4,7,8
   66:10
**3:06**   73:4
**3:07**   74:19,21

**4**

**404-4335**   2:14

**5**

**5**   14:6
**5/10/24**   61:20
**500**   2:21
**525-4000**   2:24
**561**   2:14

**6**

**6**   4:3
**60**   4:12
**600-5599**   2:8
**66**   4:13
**67-72**   1:22

**7**

**7028327**   1:20
   77:4 78:2
**703**   2:24

**9**

**90013**   1:18 5:9

**a**

**ability**   58:25
   75:10 76:6
**able**   14:19 34:10
   34:16 39:3
   52:10 53:7 55:2
   55:12 57:18
**above**   77:6

**absent**   5:14
**accept**   37:9
**accepted**   37:11
**access**   19:21,24
   20:25 21:7,10
   21:14 22:2,5,7
   32:4,7,10 34:15
   47:4 64:3,4
**accuracy**   77:9
**accurate**   12:24
   21:17 75:9 76:5
**acknowledge...**
   5:11
**action**   75:11,15
   76:8,12
**active**   26:23
**actual**   23:11
   28:7,14
**actually**   25:16
   25:19 27:3 32:2
   34:9 60:17 64:3
**add**   56:12,13
**added**   22:6
   31:10
**additional**
   31:11 53:6 54:7
**additionally**
   5:14
**address**   35:3
   74:7
**addresses**   22:13
   22:14,18,20
   23:13
**adjustment**
   52:24 54:5

| | | | |
|---|---|---|---|
| **administer** 5:11 | 44:15,16,19 | **asked** 17:22 | **available** 14:20 |
| **administration** | 47:21 49:13,25 | 22:11 56:13,21 | 25:15 59:23,25 |
| 21:16 | 50:17,25 51:14 | **asking** 28:12 | 77:6 |
| **administratively** | 51:21 52:6 | 34:20 47:10 | **aware** 20:22 |
| 22:3,4 | 62:12 63:5 | 56:22 63:6,14 | 37:3,13 47:1 |
| **aeo** 65:16 | **answer's** 17:15 | **asks** 14:4 | 48:11,14,18 |
| **afternoon** 5:2 | **answers** 12:2,9 | **aspects** 34:3 | 49:15 59:17,23 |
| 6:23,24 | 12:12,22 13:2,4 | **assemble** 25:4 | **azure** 22:9,21 |
| **ago** 13:20,21 | 13:19 14:2,23 | **assigned** 5:4 | 22:21,23 23:14 |
| 41:12 | 22:13,14 48:22 | 62:4 63:1,2 | 23:15,23 26:23 |
| **agree** 5:12,16 | **anymore** 26:25 | **assignment** 62:2 | 27:23 28:18,19 |
| **agreement** | 27:3 | 62:4 | 59:15,16 60:20 |
| 15:18 36:10,15 | **app** 53:3 | **associated** | 61:16 65:7,9 |
| 36:20,21,25 | **applicable** 5:20 | 16:16 | **b** |
| 37:6,8,11,22,24 | **application** 53:2 | **assumes** 44:11 | |
| 38:1,4,5 47:9,10 | **appreciate** 10:8 | **assuming** 32:6 | **b** 2:9 4:5 |
| **ahead** 28:10 | **approach** 31:24 | **assumption** | **back** 18:9,15 |
| 33:20 38:24 | 31:24,25 | 32:7 | 38:6 39:21,23 |
| 40:4 47:7 48:23 | **approaches** | **attached** 35:2 | 49:4,7 52:2 |
| 59:6 | 31:11 | 77:11 | 55:25 56:2 73:3 |
| **al** 5:8 | **appropriate** | **attempting** 32:4 | **backend** 24:16 |
| **allow** 59:20 | 30:9 31:25 | **attendance** 6:1 | **based** 59:10 |
| **allowed** 17:25 | **approximate** | **attorney** 6:3 | 63:12 |
| 45:15 | 9:20 | 17:22 75:13 | **bates** 32:16 |
| **alphabet** 42:5 | **apps** 54:6 | 76:10 77:13 | 61:13 |
| **amended** 12:2 | **april** 35:1 | **attorneys** 65:13 | **bauers** 46:13 |
| **amount** 62:17 | **architectural** | 65:17 | **bean** 2:20 |
| 63:4 | 24:7,19,20 25:1 | **audio** 75:8 76:3 | **beankinney.c...** |
| **angeles** 1:18 5:9 | 25:3 | **augment** 24:14 | 2:23 77:2 |
| 11:7 64:6 | **architecture** | **august** 8:18 9:8 | **began** 8:14 |
| **answer** 10:15 | 38:13 | 45:5 46:1 51:5 | 43:14 51:11,19 |
| 12:17 13:7,15 | **arlington** 2:22 | **authorized** 5:10 | 58:8 |
| 13:24 17:21 | **artifacts** 29:1,2 | **automatically** | **beginning** 6:2 |
| 26:14 34:21 | **aside** 47:6,8 | 52:17 | 8:18 59:17 |
| 40:17 43:17 | | | **begins** 42:5 73:2 |

**begun** 38:13
**behalf** 2:2,16
**belief** 34:14
**believe** 19:6
　31:7 35:24
　73:25
**bell** 61:6
**benson** 19:11,13
　19:16 20:1,3,5
　20:18 21:7 22:1
　22:4
**best** 75:9 76:5
**beyond** 28:7
　37:24 38:22
**big** 33:21
**bigger** 14:18
　15:9,14 41:18
**bit** 32:12 52:25
　54:5
**blend** 60:20
**blender** 52:20
　54:4
**blessing** 34:4
**boca** 2:6,12
**bottom** 14:10
　42:3 46:8
**boulevard** 2:21
**brand** 19:17
**brandon** 3:6 4:7
　6:5 32:1 35:2,10
**branning** 40:5
　40:12,13,18
　42:9
**braxton** 42:5

**brock** 19:11,13
　19:15 20:1,3,5
　20:18 21:7 22:1
　64:4
**bug** 52:19,21,23
　54:5,24 55:2,4,8
　55:9
**bugs** 29:2 55:8
　55:10,23
**build** 29:1 61:21
　62:5
**building** 29:1
**bunch** 53:1
**business** 23:21
**button** 41:15

**c**

**c** 2:1 3:1 5:1
**ca** 1:18
**california** 5:9
　5:11 75:22
**call** 18:10 22:20
　26:15
**called** 6:15 8:10
　36:24 38:1
　49:19 52:19,21
　54:4 55:6
**campbell** 2:3
　6:4 74:8
**campbell.miller**
　2:7
**care** 52:10
**careful** 15:22
**carmela** 42:5
**case** 1:6 10:24
　12:9 14:5 16:9

16:17 19:22
　32:15 36:19
**casey** 42:4
**cause** 29:16
　32:22
**cc** 33:17
**ceased** 27:6,8,11
**ceo** 3:6 6:8
**certain** 28:22
　44:3
**certificate** 75:1
　76:1
**certified** 5:3,16
　47:14
**certifies** 46:14
**certify** 75:3 76:2
**challenging**
　34:3
**change** 27:20,21
　34:12 46:8 78:4
　78:7,10,13,16
**changed** 55:9
**changes** 77:9
**characterization**
　34:19
**chat** 63:23
　74:11
**chief** 7:3,8 31:7
　32:5,9 36:1
**civil** 77:24,24
**claimed** 55:12
**clare** 1:8 2:17
　3:3 6:8 10:23
　13:25 19:20
　20:8,23 21:13

22:11 33:17
　37:16,17 41:6
　51:4
**clare's** 11:12,15
　46:22 51:10
**clarify** 73:23
**client** 6:5 17:22
　30:12 32:1,9
　33:16 34:8,15
　37:23 38:7,9
　43:19,24 44:1,1
　45:21 47:13,14
　48:5 51:16
　57:10,14,24
　59:10 65:11
**client's** 36:5
　43:14 46:5 47:2
　47:3 48:9 50:23
　51:12
**cloud** 65:8,9
**coach** 47:23
**coaching** 47:24
**coats** 42:6
**code** 16:15,17
　17:6 19:21,25
　20:9,16,19,24
　21:1,8,14,17
　22:8,8,9 25:12
　25:17,19 27:2
　31:21 32:3,5,10
　34:4,9,10,11,15
　36:5,6,8,12,25
　42:24 43:14,19
　43:21,21,24,25
　44:2 45:5,9,13

[code - critical]

45:17,18,20,24
46:1,4,5,6,10,10
46:15,19,24
47:2,4,4,12,13
48:4,9,10,13
49:21 50:23
51:12 52:8
57:14,19,24
58:2,7,18 59:19
60:2,25 61:2,21
62:5,6,7,14
**cole** 4:11 19:5
19:23 20:14
21:5,25 42:4
61:17,17,19
62:4 64:4
**coleman** 2:18
77:1
**collecting** 29:1,2
29:4
**come** 18:8 43:13
**common** 48:9
48:13
**communal** 30:7
**communicating**
35:9
**communicatio...**
16:3
**companies** 8:6,9
64:22
**company** 7:16
7:22,24 8:3 23:1
23:3 55:13 59:3
59:4,5

**compiled** 41:7
**complete** 19:24
**completed** 4:11
77:16
**completely**
52:22
**compliance**
16:18
**comply** 16:5
18:3
**component** 25:9
27:10
**components**
24:17,18 25:4,6
25:6 27:8
**compound**
12:16
**computer** 14:17
14:20 15:12
20:15,18 22:8
23:16,16,20
**computers**
20:10,13 23:20
**concerning**
36:19
**concluded**
74:22
**conduct** 36:16
**confer** 17:13
18:1,8 39:15
48:21 49:23
**confidential**
1:22 4:13
**configured** 60:1

**confused** 31:5
**confusion** 47:18
**considered**
77:17
**constitute** 5:24
**consult** 17:20
**consultancy**
8:10
**cont'd** 3:1
**content** 62:16
62:22
**context** 12:11
62:22,23 63:4
**contexts** 10:18
**continued** 38:15
43:20
**continues** 62:16
**continuing**
38:25
**continuous** 8:22
**continuously**
9:8
**contract** 64:18
**contractors**
64:22
**contributions**
16:8
**control** 26:19,20
26:22 40:8
**conversation**
61:4
**conversations**
38:11 55:21
63:15,16,20
64:11

**copies** 14:22
77:14
**copy** 46:18
73:24
**correct** 8:15 9:1
21:1,2 35:12
40:5 43:9,24
44:5,10 45:18
56:25 57:5 60:2
**correctly** 24:22
45:23
**counsel** 6:6,19
12:15 17:13,14
29:20 32:20
39:15 41:14
44:7,16 50:11
60:8 74:11
75:10,13 76:7
76:10
**couple** 35:16
**course** 31:14
32:5 36:16 54:1
**court** 1:1 65:16
73:13
**cover** 1:23
**crashing** 53:3
54:7
**created** 36:4,6,7
36:9,13 43:19
43:21 47:5
58:11
**creates** 7:12
**creating** 62:14
**critical** 35:3
52:19

[crosstalk - different]                                                    Page 83

| | | | |
|---|---|---|---|
| **crosstalk** 15:22 29:21 | **defendants** 1:11 2:16 | **deposition** 1:13 5:3,6,12,22 9:10 | **developed** 24:6 24:11 25:22,24 |
| **cto** 8:4,18 9:7 | **deficiencies** 52:9,13 | 10:23,25 11:10 11:15,18,20 | 26:1 47:5 59:5 |
| **cure** 52:9 | **deficiency** 58:10 | 13:15 14:14,16 | **developer** 17:11 18:20 25:12,14 |
| **current** 24:9 26:2,22 | **defined** 56:14 | 14:18,21 19:19 32:13 41:7 | 31:8 32:6,6,9 40:6,19 43:8 |
| **currently** 24:6,7 24:19 | **delaney** 2:18 6:6 6:6 9:25 10:2,3 | 44:23 46:23 53:19,24 60:22 | 62:2 |
| **custody** 45:2 46:8 | 10:7,13 12:16 17:17,19,24 | 75:1 | **developers** 25:15,23,25 |
| **customer** 37:8 38:16 | 18:10 34:18 43:16 44:6,11 | **describe** 24:25 56:3 58:19 59:1 | 26:1 39:4,7 40:4 40:18 63:16 |
| **customers** 37:10 | 44:18 47:15,20 47:22,24 48:1 | **description** 4:6 62:13 | 64:19 |
| **cv** 1:7 | 48:15,20 49:13 | **design** 24:7,20 | **developing** 31:23 36:17 |
| **cycle** 62:24 | 49:22 50:7,12 50:13,24 51:8 | 24:20 25:1,3 29:2 | 38:18,20 |
| **d** | 51:13 66:7 73:5 73:6,10,11,16 | **designing** 31:12 | **development** 8:13 16:8 20:24 |
| **d** 4:1 5:1 21:15 | 73:23,25 74:3 74:16 77:1 | **desktop** 24:18 | 24:22 25:11,21 28:14,17 29:4 |
| **daily** 16:2 | **delete** 65:25 | **destroy** 46:19 46:20,24 47:2 | 30:9 37:22 38:1 38:21 42:21,23 |
| **data** 52:23 | **delivered** 53:7 | 47:13 48:6,8,14 | 43:1,7 62:24 |
| **date** 1:15 30:17 45:5 77:12 | **demonstrations** 64:25 | 53:24 | 63:4,8 64:16 |
| 78:23 | **department** 21:18 | **destroyed** 55:1 55:7 | **devops** 21:15 22:5,9 26:23 |
| **dated** 61:20 | **depends** 26:15 | **destroying** 48:6 | 27:18,18,22,23 28:18 29:25 |
| **dave** 19:7 64:5 | **deployed** 35:8 35:12,13 | **destruction** 46:14 | 30:5 61:16 |
| **david** 16:24 19:22 21:5 22:1 | **deployment** 28:3,5 | **determine** 18:1 44:4 | **different** 7:23 10:18,18,18 |
| 43:6 | **deposed** 6:9 | **determining** 12:23 | 20:9 22:15 27:9 |
| **days** 77:17 | **deposing** 77:13 | **develop** 24:3,5 | 30:25 42:14 |
| **decided** 30:8 | | 38:25 | 58:12,14 61:16 |
| **decision** 30:1,3 30:4,7 | | | |
| **declare** 78:20 | | | |
| **defendant** 3:3 6:7 | | | |

[difficult - experience]

**difficult** 32:12 41:1
**dig** 63:7
**digital** 75:8 76:3
**direction** 38:15
**directly** 18:25
**director** 17:3
**disagreement** 56:6
**discovery** 60:25
**discussing** 34:16 49:21
**discussion** 11:11 30:8
**discussions** 12:15 30:25 31:9,11,16 63:10
**district** 1:1,2
**document** 11:6 11:24 12:5 32:14 36:24 37:25 44:22 45:2,16 46:12 49:19 65:18 78:20
**documents** 9:23 11:8,16,21 14:19 36:18 65:13,16
**doing** 12:13,13 14:14,16 25:2 25:17,18 28:22 32:13 47:14

**dot** 26:6
**download** 45:21 45:25
**draconian** 30:7
**dug** 63:13
**duly** 6:15 75:5
**dumpster** 52:19 54:4
**duties** 7:7 17:6
**dylan** 42:4

**e**

**e** 2:1,1 3:1,1 4:1 4:5 5:1,1 21:15 77:24,25 78:3,3 78:3
**earlier** 35:1
**easier** 28:22 29:10
**edward** 1:8 2:17 3:3
**eight** 60:19
**either** 22:8 64:21
**electronic** 11:9
**electronically** 73:17,18
**email** 4:7 33:13 33:16 38:7 61:17 63:17 74:6 77:13
**emailed** 77:15
**employed** 6:25 7:1 75:11,13 76:7,10

**employee** 30:20 30:22 41:11 75:13 76:9
**employees** 41:7 41:7,21 42:2 64:19
**employment** 8:21
**encryption** 59:11
**ends** 66:13
**engineer** 19:15 42:11,13 53:4
**engineers** 25:4
**enormous** 63:3
**ensure** 45:14
**entered** 15:18 37:22 52:23 55:11
**entertainment** 8:1
**entire** 11:1
**entirely** 25:22
**entitled** 45:1
**environment** 65:8
**epic** 63:2
**epics** 63:11
**equipment** 23:12
**errata** 77:11,13 77:16
**es** 75:4
**esquire** 2:3,9,18 77:1

**et** 5:8
**etchberger** 43:2
**event** 65:2
**evidence** 44:12 44:12 45:1
**evidentiary** 5:21
**exact** 9:16 13:22 30:17
**exactly** 29:16,18 35:20 38:12
**examination** 4:2 6:21
**examined** 6:17
**example** 11:15 14:24 24:25
**except** 64:23
**excuse** 15:21 17:18 22:12 48:16
**exhibit** 4:7,11 4:13 11:24 32:14,17,18 33:2 41:5 44:23 44:24 60:11,12 60:14,22 61:11 61:12,13 66:10
**exhibits** 11:9,14 74:4
**exists** 37:3 38:4
**experience** 1:7 2:16 5:8 6:7 7:4 7:9,11,14,23 12:1 77:4 78:1

**explain** 8:23
10:10 24:24
28:13 59:20
**explaining** 50:8
**exposed** 61:1,5
**exposing** 59:18
60:1 62:7
**extent** 41:19
**eyes** 65:13,17

**f**

**face** 64:11,11
**fact** 8:2 31:16
60:24
**facts** 14:5 44:11
78:20
**factual** 17:23,25
47:11,11
**failed** 55:10
**fails** 77:20
**failures** 16:5
52:18,19 54:3
**falls** 21:19,19
63:11
**familiar** 22:17
22:19 30:11
36:21,25 37:2,5
37:7,22,25
60:24
**fast** 41:23
**faster** 28:23
**favor** 14:9
**feature** 29:4
63:1
**federal** 45:18,24
46:5,10,15

77:18,24
**fell** 62:25
**felt** 31:24
**files** 62:16
**final** 25:8
**financially**
75:14 76:11
**find** 61:9,11
**findings** 35:4
**fine** 10:14 33:9
50:10,21 66:1,2
73:19
**finish** 14:11
17:18
**first** 6:15 11:6
12:3 13:4,6,8,11
24:12,15 25:24
25:25 26:7,8,13
30:14,15 42:3
50:22 58:8
**fischer** 3:6 4:7
6:5 30:12 31:7
31:16,19 33:17
38:14
**fixed** 53:9
**fl** 2:6,12 77:14
**florida** 77:18,24
**follows** 6:17
30:3
**font** 41:16
**foregoing** 75:3,4
76:4 78:20
**forgot** 54:9
**form** 10:9,13
43:16 44:10,13

**format** 11:9
**former** 41:21
42:2
**forward** 4:9
**found** 57:17
**four** 31:14
**fourth** 25:25
**front** 53:5 59:19
60:1,25 61:22
62:5,7
**full** 9:14
**functional**
51:17,20 52:8
**functionality**
25:5 31:1,10
56:7,10
**further** 75:12
76:9

**g**

**g** 1:9 2:17 5:1
**gateway** 59:24
**general** 15:16
17:5 18:2 53:3
**generally** 7:7
**generate** 57:15
57:21,23 58:3
59:8
**gentleman**
16:24 42:17
**getting** 29:20
34:4
**ghostpatch**
52:21 54:4
**github** 20:24
21:1,8 22:9

26:24 27:2,2,11
27:17,19,21
28:20 29:17
30:5
**give** 21:10 52:14
53:11 59:6
**given** 11:6,8,14
12:22 17:15
44:1
**giving** 44:2
**go** 14:5 18:6,13
26:18 27:12
28:10 29:15
33:20 34:25
38:16,24 39:17
39:18 40:4,8
47:7 48:23,24
49:1 59:6,6
61:12 73:9
74:14,18
**going** 10:13
11:19,22 12:14
15:11 17:21
29:17 31:4,4,5
31:20,20 32:14
32:16,23 33:11
33:12,12 34:15
41:1,4,20,23
42:3 49:22
50:14 53:23
61:8,12 65:11
66:8 73:12,14
74:5,9,13
**good** 5:2 6:23
6:24 74:16

gosh  53:8
government
  35:9,12,14,17
  35:21 36:3 37:8
  37:10 38:16
  45:15 52:18
  56:12 58:8
great  9:10 16:22
  42:19 43:12
  54:2 74:18
group  1:7 2:16
  5:8 6:7,8 7:4,9
  7:12,14,23 8:11
  8:12 12:1 77:4
  78:1
guess  31:3 50:2
  50:3
guessing  27:15
guidance  24:8
  24:20 25:1
guys  34:5

**h**

h  4:5 78:3
half  53:22 59:11
hance  19:5,22
  20:14 21:4,25
  64:6
hand  6:12
handed  57:25
handholding
  29:5,6,8
handling  16:14
hands  28:15
  42:23

happen  27:22
happened  29:13
  29:18 39:2
  53:10
happens  28:6
happy  10:10
  50:8,13
happyfox  55:6
  55:16,18
haptic  45:18,24
  46:5,10,15
hardware  8:13
  23:12 24:1
head  21:18
hear  24:22
  51:22
heard  10:20
hearing  6:10
held  7:5
help  13:15,25
  27:14 65:19
  74:9
hereto  75:14
  76:10
hide  66:6
highlight  42:3
hmm  30:16
hold  9:11 43:4
hole  57:16
hope  54:17
hosted  23:23
  31:13,18,24
  38:17 60:1,3
hosting  59:22

hours  45:5
house  31:12
hundreds  26:16

**i**

idea  13:16
identical  13:4
identification
  32:19 60:13
  66:11
identify  6:2
immediately
  57:17
implement
  56:21
implementation
  31:3,6 58:23
implementatio...
  7:11
implemented
  56:15,16,23
  57:1,2,4 58:11
inc.'s  12:2
include  16:7
  58:7,18 64:4
included  24:16
  57:14,24
incorrect  22:21
incredible  57:16
independent
  64:22
indiana  1:2
indicated  8:14
  19:20 21:15
  25:21 34:8 35:1
  46:20,23

indicates  13:23
  43:9 45:4,17
  46:7 48:12
indirectly  19:2
individual
  19:14
individuals  14:4
  16:22 21:14
industry  7:23
  7:25
informal  38:10
information
  13:24 19:25
  53:12 62:11,17
  62:20
initially  46:8
injunction  12:3
inside  53:2
install  53:7
  56:19,23 57:7
  57:19
installed  57:10
  57:12
instance  24:15
  25:25 27:3
instructing  25:3
integrated  25:7
  28:2,18,19,21
intelligently
  62:12
intended  5:19
intention  21:10
interactions
  30:21 38:7,9

**interest** 7:13,16
**interested** 75:15
  76:11
**internal** 22:14
  22:17,20
**internally** 31:23
**internet** 59:4
**interoperate**
  25:7
**interpretation**
  47:9
**interrogatories**
  12:4,9 13:3,11
  13:16,24
**interrogatory**
  12:12,22 14:2
  14:23
**interrupt** 41:15
**involved** 24:13
  24:14 46:3
  55:20 64:24
**ip** 22:13,14,17
  22:20 23:12
**issue** 16:9,16
  18:2 19:21
  36:19 40:15
  45:17 47:6,8
  66:2
**issues** 29:2 53:1
  54:6 55:1 56:4,5
**item** 46:9,14
**iteration** 31:3
  31:14,22 35:8
**iterations** 35:11

**j**

**j** 2:3
**jadc2** 65:2
**jeff** 13:25 19:22
  21:4 22:1 35:24
  55:19,25 64:5
**jeff's** 36:1
**jeffrey** 1:9 2:17
**jennifer** 45:21
  45:25 64:15
**job** 1:20 17:6
**joel** 2:9 6:4
**joel.rothman**
  2:13
**john** 1:10 40:6
  40:18,21 42:8
**joined** 20:2,6
**joint** 15:18
  36:10,14,20
  37:22,24 38:1,5
  47:9
**jph** 1:8
**june** 43:9 65:3
**jva** 15:17,17
  16:4,6

**k**

**keep** 39:3 47:3
**keeping** 29:2
**keeps** 23:1
**kept** 46:23 47:2
  53:7
**kevin** 1:9,14
  2:17 4:8 5:6 6:8
  6:14 18:10 77:4
  77:8,10,12 78:2

78:23
**key** 56:19,24
  57:4,7,15,19
  58:2,7,12,18
  59:8,10,11
**keyboard** 28:7
  28:16 42:24
**keys** 57:11,13
  57:15,20,22,23
  58:3 62:16
**kind** 60:20
**kinney** 2:20
**kirk** 43:2
**know** 10:13
  11:22,22 13:13
  14:25 15:3,3,17
  16:25 17:20
  18:2 19:7,11,13
  19:14 22:23
  23:1,5 26:5,12
  27:6,10 33:14
  33:23 35:15
  37:2,14,18,20
  38:3,5 39:12
  42:15 46:4,18
  46:20 48:7
  49:16 50:3,4,6
  50:18,19 51:12
  53:14 56:2
  58:24,24 60:17
  61:10,24,25
  62:9 63:1,9
  65:25
**knowledge** 14:5
  15:16 16:4,10

16:14,18,19
  37:12 47:12
  54:16 75:9 76:6
**knows** 37:19
  49:24 50:1
**korman** 2:20
**kornhaus** 3:4
**kratz** 42:10

**l**

**l** 40:21
**lacking** 62:22
**larger** 41:16
**laws** 5:21
**lead** 17:11 18:20
  43:8
**leadership** 30:2
**leave** 65:12
**leaving** 31:20
**left** 38:9 43:9
**legacy** 27:3
**legal** 48:11
  49:20 77:23
**leland** 42:10,12
  42:12
**level** 58:25
**levels** 52:25
**license** 31:21
  34:10,16 36:25
  37:6,8,11 53:1,2
  54:6 56:4,5,19
  56:24 57:4,6,13
  57:15,23 58:3
  59:8
**licenses** 54:6
  56:4,6 57:21

licensing   34:3
56:8,10,12,13
56:15,19 57:11
57:20 58:14,17

lift   16:19

line   25:13 78:4
78:7,10,13,16

link   45:21,25

linkedin   7:19
8:17

list   19:24 26:17
41:6,10 42:20
43:4 52:14
54:13

listed   14:6 16:23
42:11

literally   53:4

litigation   59:18

little   29:21
32:12 61:15

llc   1:4 2:2 5:7
12:3 77:4 78:1

local   17:25 18:4

locally   20:9

located   22:24

location   1:17
65:6

locations   22:11

logging   53:6
55:8

login   53:3 54:7
54:9,10

long   7:5

longer   27:5,6
39:3,11 40:4

look   26:18,19
26:24 27:12,16
27:17,17,18,19
29:15,18 40:8
43:13 50:2
54:18,21 60:14
63:7

looked   7:19
13:4 53:14

looking   4:9 8:17
11:24 13:5
14:25 15:4,5,10
15:11 42:20
43:4 53:6,15
54:22 65:15

looks   41:3 61:15

los   1:18 5:9 11:7
64:6

losing   41:23

lost   33:11 52:24

lot   63:12

love   64:15

## m

machines   23:24

madame   65:16
65:19

made   15:14
27:20,21 30:1,4
52:7 61:1

magnopus   7:21
7:21 8:7

mahoney   42:16
42:17

main   25:13

maintain   53:23
54:19

maintained   20:9
54:25

maintains   23:1
23:5 24:1 54:21
55:13

maintenance
16:15

major   54:11

make   15:9
28:22 31:22
41:16 43:15
49:25 51:11,19
51:20 52:8 58:9

making   41:18
74:2

man   18:22

manage   29:11

manager   59:9
59:14

manner   5:22

map   4:13 62:16

maps   62:6,15

mark   32:14,16
32:21,24 42:16
42:17 60:6,11
65:16,24

marked   11:24
32:18,22 33:3,4
41:5 44:23
60:12,17 65:13
65:24 66:10

mase   1:9 2:17
13:25 19:22

21:4 22:1 35:24
37:18,19 55:19
55:25 64:5

mase's   44:23

master   57:19,22
58:2,6,18

matt   42:6

matter   5:7

matters   16:6,7
16:20 73:13

max   1:4 2:2 3:6
5:7 6:5 12:2
16:3 36:10,15
37:23 45:25
46:9 51:16 52:9
52:9 54:25 55:1
55:7,9 56:6,13
56:14 64:20,21
64:23 77:4 78:1

max's   16:4,4,5

mcalpin   1:19
5:3 15:25 18:7
29:23 39:17
48:25 52:2
73:14 74:6 75:2
75:21

mccluskey
33:18

mccutcheon
43:6

mean   17:24
18:4 27:20 28:4
28:5,12 56:9,9
58:24,24 63:3
64:21

[meanings - objection]

| | | | |
|---|---|---|---|
| **meanings** 10:18 | **minimum** 35:3 | **n** | **notary** 5:10 |
| **means** 5:23 8:23 | **minor** 54:12 | **n** 2:1 3:1 4:1 5:1 | 75:21 |
| 9:24 24:24 28:6 | **minutes** 53:5 | **name** 5:2 14:6 | **note** 77:10 |
| 28:11 45:9,12 | **mischaracteri...** | 19:13,15 40:6 | **notebook** 53:13 |
| 45:13 61:24 | 44:12 | 40:11,19 41:10 | 53:18 |
| **meant** 57:6 | **mkk** 1:8 | 41:11 43:8 | **notepad** 52:23 |
| **media** 8:1 | **mm** 30:16 | **named** 16:24 | 52:24 54:5 |
| **memory** 14:1 | **modifications** | 18:22 42:10 | **notes** 53:13,18 |
| 34:7 42:20 51:6 | 43:15 51:11,19 | **names** 39:10,12 | 53:19,21,24 |
| **mention** 54:14 | 52:7 58:9 | 40:3 | 60:20 61:1,5 |
| 65:23 | **modules** 25:18 | **nature** 31:8 | **notice** 32:21,25 |
| **mentioned** | **moment** 35:17 | **necessary** 25:4 | 33:1 |
| 13:17,18 64:14 | 40:7 41:11 49:8 | 25:6 57:15 63:5 | **notion** 31:13 |
| **merge** 25:13 | 60:14 | **need** 17:13,16 | **november** 1:15 |
| **message** 63:23 | **money** 39:6 | 17:20 35:3 | 5:8 77:3 |
| **met** 30:12,14,15 | **months** 9:4,17 | 48:20 54:21 | **number** 14:4,6 |
| **method** 57:1,3 | 9:18,19 13:20 | 62:23 63:7 | 26:2,5,8 30:25 |
| **microsoft** 23:25 | **move** 29:13,25 | 73:15,19 74:3,9 | 31:9 36:18 |
| 28:20 63:23 | 30:5 33:15 | **needed** 27:16 | 38:10 45:19 |
| **microsoft.com** | 34:25 50:21 | 38:17 56:24 | 46:9 61:13 |
| 61:17 | **moved** 27:23 | 57:6 | 65:20 |
| **middle** 27:25 | **mullican** 1:9,14 | **needs** 18:3 | **numbers** 32:16 |
| 31:15 34:1 | 2:17 4:8 5:6 6:8 | 23:16 25:13 | **numerous** 54:14 |
| 38:18,20 | 6:14,23 8:10,12 | **neither** 75:10 | 54:15 |
| **mike** 46:13 | 10:16 12:18 | 76:6 | |
| **miller** 2:3 6:5 | 16:13,17 18:18 | **network** 53:8 | **o** |
| **minds** 1:4 2:2 | 40:15 44:14 | **networks** 22:22 | **o** 5:1 21:15 |
| 3:6 5:7 6:5 12:3 | 47:8 48:4 51:1 | 22:23 | 40:21 |
| 45:25 46:9 | 51:15,20 59:2 | **never** 43:18 | **oaths** 5:11 |
| 51:16 52:9,10 | 61:2 73:6,9 77:4 | 53:7 56:16 61:4 | **object** 50:15 |
| 54:25 55:1,7,9 | 77:8,10,12 78:2 | **new** 19:17 55:11 | **objecting** 44:9 |
| 56:7,13,14 | 78:23 | 66:7 | 47:25 |
| 64:20,21,23 | **multiple** 47:7,7 | **nonconfidential** | **objection** 5:14 |
| 77:4 78:1 | 52:11,18 54:3 | 66:12 73:1 | 6:11 9:25 10:2,4 |
| | | | 10:6,11,12 |
| | | | 12:16 34:18 |

[objection - owns]                                                    Page 90

43:16 44:6,8
47:15 49:24
50:24 51:8,13
**objections**
10:10 12:2,9
**obligations** 16:6
18:4
**obtain** 34:9
**obtained** 43:14
43:23,25 45:4,5
45:9 50:22
**occasional** 24:8
**occasions** 11:21
**occur** 27:24
**occurred** 57:12
**october** 10:24
**office** 73:9
**officer** 5:2,3,12
6:10,18 7:3,8
10:1,5 15:21
18:12,15 20:4
29:6,9,20 32:20
32:25 33:2,5,7
36:1 39:18,21
39:25 40:1,14
41:14 44:7 49:1
49:4,8,10,12
50:11 51:21
52:3,4,6 60:7
65:21,23 66:3
73:3,8,21 74:2
74:10,13,18
75:1,2
**officiated** 1:19

**oh** 8:23 19:17
39:7 41:1 42:2
51:22 53:17
60:22 66:1
**okay** 7:19,24
8:2,6,12,17,23
9:4,7,10,15,19
9:22 10:5,23
11:4,19,19
12:11 13:2,8,10
13:13,23 14:4,9
14:12,14,17,22
15:5,9,13,16
16:10,13,22
17:5 18:6,12,18
19:2,5,7,11,14
19:19 20:8,12
20:15,23 21:3,7
21:10,20,25
22:7,11,16,23
23:10,15,19,25
24:3,5,19,24
25:9,20 26:10
26:12,17 27:1
27:13,16,20
28:4,9,25 29:19
30:11,14,18,21
32:1,8,12 33:5,5
33:11,13,20,23
34:1,7,14,25
35:11,15,18,23
35:25 36:8,13
36:18,24 37:5
37:10,21 38:6
38:19 39:2,16

39:18,21,23
40:11,25 41:4,4
41:5,13 42:15
42:19,25 43:3,8
43:12,12,23
44:22 45:1,8,12
45:16,20,23
46:4,7,13,18,22
47:1,19 48:11
48:23 49:1,4,6,8
49:12,19 50:4
50:21 51:4,10
51:19,25 52:13
53:14,18,21,25
54:10,15,20
55:20,25 56:3,9
56:18 57:6,9,18
57:22 58:11
59:2,8,13,16,25
60:5,15,16,24
61:4,8,10,11,12
61:16,20 62:9
62:13,20,23
63:7,15,22 64:2
64:9,15,24
65:11,14,22
66:3 73:3,8 74:2
74:13,18
**old** 55:10,11
**once** 33:23
**ones** 21:3 48:7
**ongoing** 56:6
**online** 62:7
**operate** 8:10
30:6

**operating** 36:1
**operations** 7:10
17:3
**opinion** 48:11
48:19 49:16,20
50:6
**order** 44:3
51:20 52:8
56:23 57:7 63:2
63:5 73:15
**ordering** 73:24
77:15
**organization**
7:17 30:3 31:9
39:11
**original** 73:8,13
**originally** 56:11
**outcome** 75:15
76:11
**outside** 22:7
64:18
**own** 30:6 38:18
38:20 43:21
65:5
**owned** 23:23
36:7,9,13 43:20
48:9,13
**owner** 49:20
**ownership** 7:13
7:16 16:9
**owning** 36:17
**owns** 23:25
28:20

[p - produced]

| p | | | |
|---|---|---|---|
| **p**  2:1,1 3:1,1 5:1 21:15 40:21 | **patch**  57:17 | **pieces**  31:17 | **present**  3:2 |
| **p.a.**  2:4,10 | **penalties**  78:20 | **place**  33:11 64:10,13 | **president**  7:20 |
| **p.c.**  2:20 | **pending**  17:15 | **placed**  1:22 | **press**  41:15 |
| **p.m.**  1:16 5:5 18:13,16 39:19 39:22 49:2,5 73:4 74:19,21 | **people**  19:2,3,20 19:24 20:25 21:3 42:8,10,22 42:25 64:2,3,9 | **plaintiff**  1:5 2:2 | **previous**  29:16 |
| **page**  4:2,6 13:4 13:6 41:21 42:3 42:7,8 53:22 61:9,12,13 78:4 78:7,10,13,16 | **perfectly**  10:14 66:2 | **platform**  25:8 31:10,14 | **previously**  12:7 12:8 32:22 33:3 33:4 41:5 |
| **pages**  1:22 53:21 | **performance**  16:3 | **please**  6:2,12 15:23 18:19 28:13 33:14 39:24 44:20 47:22 49:7 51:25 52:3 53:24 59:21 74:8,12 77:12 | **prior**  60:22 75:4 |
| **paper**  11:8 14:22 | **period**  8:24 9:2 9:13 38:11 | | **prioritization**  63:11,12 |
| **paragraph**  34:2 | **perjury**  78:20 | | **private**  22:22,23 57:15 59:11,24 |
| **parcel**  28:17 | **permitted**  5:19 | | **privilege**  17:22 18:2 48:21 |
| **parent**  7:16 | **person**  18:23,25 21:16 63:25 | **plus**  41:15 | **probably**  37:15 |
| **part**  11:2 25:11 28:15,16 36:5 46:25 61:1 | **person's**  28:15 | **point**  43:23 | **problem**  15:10 54:4 |
| **particular**  47:16 | **ph**  42:11,12,12 43:2,6 46:14 63:2,11 64:15 | **points**  43:25 | **problems**  11:23 53:9 54:7,11,12 |
| **parties**  5:12,15 15:18 36:20 75:11,14 76:8 76:10 77:15 | **phillip**  40:5,11 40:18 42:9 | **portion**  65:15 66:12 73:1 | **procedural**  5:20 |
| | **phone**  14:15,16 15:10 32:13 41:2 | **position**  7:5 35:25 36:1 | **procedure**  77:24,24 |
| | **physical**  23:2,5 23:8,12,16,20 23:20 | **possession**  32:2 | **proceeded**  63:9 |
| **partner**  9:22,24 10:17,21 | **physically**  22:24 64:7,10 | **poulous**  40:6,18 40:21 42:9 | **proceeding**  1:17 5:5,18 74:21 76:4 |
| **parts**  11:3,14 | **picked**  27:18 | **powerline**  2:5 2:11 | **proceedings**  75:3,4,5,8 76:5 |
| **past**  24:6,11 59:5 64:25 | **piece**  25:12 54:19,20 | **precise**  49:14 | **process**  25:12 28:17 29:3 46:3 63:4 |
| | | **precisely**  56:14 | **produce**  32:15 |
| | | **preliminary**  12:3 | **produced**  5:17 32:15 |
| | | **preparation**  13:14 | |
| | | **prepared**  76:3 | |

[profile - remember]

**profile** 7:19
8:17
**project** 42:14
**property** 45:1
**provide** 24:7,20
25:1,5
**provided** 13:24
42:22,25 43:7
**providing** 31:2
51:17
**prysm** 30:20,22
31:1,1,6,20,24
32:2,5,9 34:4
35:4,5,9 38:9
**public** 59:11,11
75:21
**publicly** 59:18
59:23,25
**pull** 4:11
**purpose** 44:2
46:8
**purposes** 12:23
**put** 10:3 41:3
59:24 74:10
**putting** 47:6,8

**q**

**q&a** 25:17
**qualified** 75:7
**question** 10:8
10:15 12:20
13:1,7,8,11
17:15,23,25
18:19,20 23:19
26:14 29:17
34:23 39:24

40:17 44:13,15
44:17,19,20
47:11,11,21,25
48:2,18,21 49:7
49:14,17 50:18
51:23,24 52:1
**questions** 11:5
13:7 65:12 73:6
**quickly** 18:5

**r**

**r** 2:1 3:1 5:1
78:3,3
**raighne** 2:18 6:6
73:5 77:1
**raise** 6:12
**ran** 59:3
**randomly** 52:20
**rate** 52:25 54:5
**rather** 46:19,24
47:2,13
**raton** 2:6,12
**rdelaney** 2:23
77:2
**read** 14:9 15:15
16:11 33:13,20
33:23,25 36:21
37:3 39:23
41:17 46:22
49:6 52:2 62:18
73:7 77:8 78:20
**reading** 14:11
14:13 25:17
33:14 53:11,15
**really** 14:14
18:1 30:6 41:1

73:13
**reappear** 53:9
**reason** 45:4,8
77:10 78:6,9,12
78:15,18
**reasonable**
77:17
**rebecca** 3:4
**recall** 9:3,6,16
10:22 13:3,10
13:18,21 30:24
40:7,19 50:22
62:5
**recalling** 53:17
**receipt** 77:17
**receive** 47:12
48:4
**received** 45:20
45:24 48:12
**recent** 8:19,20
**recently** 13:19
**recollection**
34:13
**record** 5:4,5,15
6:2 10:4 18:7,13
18:14,15 39:17
39:19,20,22
40:1 48:24 49:2
49:3,5,10 52:4
73:4 74:15,19
75:9 76:5
**recorded** 5:22
75:6
**recording** 5:17
75:8 76:3

**recoverable**
55:14
**recovered** 55:23
**reduced** 75:6
**reference** 9:24
**referenced** 77:6
**referred** 9:22
10:20
**referring** 22:15
26:21 36:8,10
36:12 40:3
47:16,17
**refers** 62:13
**refresh** 14:1
34:7 51:5
**refreshes** 42:20
**regard** 77:19
**regarding** 15:17
16:3 54:6 56:4,5
**regards** 31:1
38:13,16 45:10
53:1 55:1 56:7
**regularly** 35:10
**related** 16:6,7
29:16 75:10
76:7
**relating** 49:20
**relationships**
36:19
**relative** 75:13
76:9
**release** 61:1,5
**remember** 9:5
9:19 26:7,11
30:14,17,18,21

31:19 35:4 38:8
39:7,12 40:23
41:10,11 43:10
52:15
**remote**  1:17
64:1
**remotely**  5:13
**remove**  58:9
**removed**  52:17
54:3
**removing**  62:15
**repeat**  18:19
40:16 44:20
**repeated**  16:5
40:1 49:10 52:4
**report**  17:8,9,9
19:2,3,9,10
**reporter**  65:17
65:19
**reporting**  53:1
54:6 56:4,5
**reports**  18:21
18:24,24,25
19:4,6,7,11,18
61:19
**repository**
21:17,21 22:2,5
**representative**
3:4
**request**  4:12
**requested**  40:2
49:11 52:5
56:25 75:24
**requests**  29:4

**required**  53:4,8
56:12 57:4
**requires**  56:19
**reserved**  74:20
**resources**  23:14
23:15
**respect**  29:25
**response**  13:23
16:23
**responsibilities**
7:8
**responsibility**
21:19,21
**responsible**
7:10 21:16
35:20
**rest**  28:3,4 30:8
60:15
**restart**  53:5
**results**  35:2
**retain**  47:13
48:8,14
**retained**  46:18
48:6
**return**  4:10
**returned**  77:16
**reveal**  17:21
**review**  11:2,9
12:13,23 25:15
25:16 41:9
75:24 77:7
**reviewed**  10:25
11:1,3,14 12:7,8
12:11 13:2,19
25:14

**reviewing**  13:3
13:10,14 14:1
25:19
**reviews**  24:8,21
25:1,9
**revision**  26:19
26:20,22 40:8
**right**  6:12 10:20
11:4,19 12:7
13:13 14:6,22
18:11,22 23:17
33:20 36:15
37:1,21,25
38:22 40:25
42:19 44:2
45:21 47:6
48:20 49:22
50:5,21 53:15
57:7 60:19
61:18,20 65:9
65:10
**rights**  47:10
**ring**  61:6
**road**  2:5,11
**rob**  6:7 33:17
37:15
**robert**  1:8 2:17
3:3 13:25
**root**  62:15
**rothman**  2:9 4:3
6:4,4,20,22 10:3
10:9,12,19
12:17,21 15:24
16:1 17:18 18:6
18:17 20:7

29:12,22,24
32:23 33:1,4,6,8
33:10 34:20,24
39:16,23 40:3
40:10,20 41:18
42:1 43:17,22
44:9,14,21
47:19,22 48:1,3
48:16,17,23
49:6,18 50:5,10
50:20,25 51:3,9
51:14,18,24
52:2,12 60:9,10
65:9,22 66:1,5,8
73:12,18 74:1,5
74:12,17
**rule**  77:24,25
**rules**  5:21 17:25
18:4 77:18
**run**  44:4
**running**  22:12
23:21 25:18
65:5,7
**ryan**  45:21,25
76:2,19

| s |
|---|

**s**  2:1 3:1 4:5 5:1
21:15 40:21
78:3
**sabrina**  19:5,22
20:14 21:4,25
64:5
**satisfactorily**
16:5

saw 38:7
saying 18:18
  31:19 36:9
  50:15
says 15:7,16
  16:2,4,13 34:2
  46:12 62:3,18
  62:19
scan 35:3 46:10
  52:18 54:3
scanning 45:5,9
  46:1,5,6
scenario 59:12
scheme 56:12
  56:13,15,19
  58:14,17
screen 11:20
  12:6 14:18
  15:12 33:12
  44:24 52:21,22
script 62:14
scroll 14:11
  33:15 41:12,20
  42:7 46:7 60:15
seal 16:19
sean 33:17
second 12:2
  24:13 34:2
secrecy 16:15
secret 59:9,14
secrets 16:16
  59:9
secure 16:14
  58:17

security 16:15
  29:7,10 44:4
  57:16 58:10
  59:4
see 12:4,5 13:8
  14:7,19 15:6,8
  26:17 27:18
  29:15 33:18
  34:1,5 41:1,9,10
  41:13 42:9
  44:24 45:2,6
  46:11,12,16,22
  46:25 60:15
  61:9,22 62:24
seeing 11:23
seen 9:22 49:19
  50:6,14 55:23
  56:1,1
send 73:11 74:5
sent 11:8,17
  46:9
separate 1:23
  59:9,13 64:22
september 51:5
server 24:16
servers 22:12,15
  22:17,19,24
  23:2,6,8,10,11
  23:23 24:1
  59:18
service 60:4
services 24:12
  43:7 59:22,22
serving 23:9

set 12:3,8 13:3
  13:10
seven 64:3,14
several 19:3
  31:17 36:16
  54:24
share 11:20
  33:12
shared 52:24
  54:25
sharing 14:12
sharp 76:2,19
shawn 18:22,23
  19:18,23 20:14
  21:5,24 64:5
sheet 77:11,13
shield 65:2
ship 30:7
short 52:14
show 11:6,20
  40:25 41:4
  44:22 52:21
  60:5 61:8,11
  65:18
showed 31:16
  33:2
showing 12:5
  13:6 14:19,23
  32:21
shown 41:6
sign 77:12
signature 74:20
  75:20 76:18
signed 46:13
  77:21

sinnk 16:24
  19:7,22 21:5
  22:1 64:5
sir 10:6 43:17
sitting 53:4
six 19:20 20:25
  21:3 64:2
skills 75:9 76:6
slack 63:23
small 14:13 15:8
  28:15
smaller 15:11
software 8:13
  16:8,10,14,16
  17:6 19:15,21
  22:12,13 23:9
  23:22 24:3,5,8
  24:14,22 25:11
  25:12,22,22
  28:8,13,14,17
  29:3 36:4,17
  37:7 42:11,13
  42:21,23 43:1,7
  44:3 51:17 52:8
  53:5 56:11,24
  57:7,9,12,20
  58:9 59:3,4,4,5
  64:16,18,25
  65:5,7
solution 38:17
solutions 77:23
somebody 14:24
somewhat 10:8
sorry 12:8,25
  14:13 15:2,24

| | | | |
|---|---|---|---|
| 17:14 20:4 | **speaking** 4:9 | **statute** 77:18 | **swear** 5:13 6:11 |
| 29:22 32:23,24 | 15:22 | **stenographic** | **sworn** 5:15 6:15 |
| 38:24 40:14,16 | **specific** 11:17 | 5:23 | 75:5 |
| 40:24 41:14,22 | **specifically** | **stipulation** 5:24 | **system** 26:19,20 |
| 42:2 47:7 50:11 | 31:19 58:19 | 16:18 | 26:22 28:3,5 |
| 60:18,20 | 62:15 | **storage** 59:14 | 40:8 52:20 55:9 |
| **sounds** 27:21 | **specifications** | **stored** 59:9 | 55:11,11,13 |
| 29:13 | 56:16,17 57:2 | **stories** 63:8 | **systems** 55:10 |
| **source** 16:14,17 | **speculate** 37:19 | **story** 61:21,24 | **t** |
| 19:21,24 20:8 | **speculating** | 61:25 62:1,3,25 | **t** 4:5 78:3,3 |
| 20:15,19,24 | 35:19 43:11 | 63:9 | **take** 5:4,10 |
| 21:1,8,14,16 | **spelling** 40:23 | **streaming** 24:17 | 45:13 60:14 |
| 22:8,8,9 25:17 | **spend** 14:25 | **strip** 61:21 62:4 | 63:7 |
| 25:19 27:2 | 15:5 | **strips** 62:14 | **taken** 5:7 9:10 |
| 31:21 32:2,5,10 | **spinner** 53:3 | **strongly** 31:23 | 10:24 53:21 |
| 34:4,9,10,11,15 | 54:9,10 | **subject** 4:8 | 75:3,12 76:8 |
| 36:5,6,8,12,24 | **spoke** 55:18 | 61:21 | **takes** 10:17 |
| 43:14,19,21,23 | **spreadsheets** | **subsidiary** 7:17 | **talk** 17:14,16 |
| 43:25 44:2 45:4 | 54:25 | **substantial** 16:7 | 35:20 |
| 45:9,13,17,18 | **sriplaw** 2:4,10 | **sufficient** 62:17 | **talked** 21:4 64:2 |
| 45:20,24 46:1,4 | 3:4 | **suggested** 77:16 | **talking** 23:11,22 |
| 46:5,6,9,10,15 | **sriplaw.com** 2:7 | **suggesting** | 25:20 27:1 31:4 |
| 46:19,24 47:2,3 | 2:13 | 31:23 | 55:4 61:10 |
| 47:4,12,13,17 | **staff** 39:3 | **suite** 2:5,11,21 | **team** 30:9 52:10 |
| 48:4,9,10,13 | **stand** 39:25 | **supervise** 61:18 | 64:1 |
| 49:21 50:23 | 49:9 52:3 | 61:19 | **teams** 63:23 |
| 51:12 57:11,14 | **start** 31:4 33:12 | **support** 42:23 | **technical** 7:3,8 |
| 57:18,24 58:2,7 | 50:8 | 43:1 | 7:10,11 17:3 |
| 58:18 59:19 | **started** 38:21 | **supposed** 48:5,7 | 21:18 30:2 |
| 60:2,25 62:6,7 | **state** 75:22 | **sure** 10:9 14:3 | 40:15 58:23,25 |
| 62:14,15 | **stated** 78:21 | 26:14 43:5 | **technology** 7:20 |
| **sources** 62:15 | **statement** 40:16 | 49:25 50:17 | 8:2 |
| **southern** 1:2 | 51:23 | 52:16 54:23 | **teg** 7:17 8:4,7,11 |
| **speak** 18:3 | **states** 1:1 | 58:25 74:2 | 8:21,25 9:7,14 |
| 55:15 | | | 9:23 10:21 17:2 |

17:4,10 18:23
19:15 22:7 23:4
23:5,21 24:3,12
25:23,23,24
26:1 36:2,11,15
37:23 40:4 41:8
43:9,14,18,23
43:25 44:3
45:23 46:4,6,10
46:14,14,18,23
47:1,3,4,10,11
47:19 48:4,12
49:20 50:22
51:11,19 52:7
55:15 56:7
59:25 61:14
63:16 64:18,19
64:22,25 65:5,7
**teg's**  16:7,9,14
16:18 59:18
**telephone**  63:20
63:21
**telephonic**
38:10
**tell**  6:16 7:7,24
12:14 14:10
15:6,7 18:7 24:5
28:4,12 29:18
30:24 38:11
39:14 41:3
45:12 54:13
59:2 62:1
**telling**  35:6,7
**ten**  53:5

**term**  10:17
**terms**  24:21
34:8 36:14
**testified**  6:17
20:23 21:13
51:4
**testifying**  75:5
**testimony**  19:19
44:13 46:23
51:11 77:8,17
**text**  63:23
**thank**  6:10,18
6:20 29:9 33:7,8
41:19 43:12
54:2 59:16 60:9
74:12
**thing**  30:9 50:12
58:8 60:18
**things**  11:23
16:11 17:7
28:22 63:3,13
**think**  8:14 10:3
10:12 18:4
29:15 34:2 44:9
47:18 49:16
54:11 55:6
60:17 61:10
74:13,16
**third**  24:14 31:3
31:5 40:6,19
41:11
**thirty**  60:19
**thought**  10:7
60:18,21

**thread**  33:13,16
35:1
**three**  20:9 22:15
22:19 26:6
**thursday**  73:20
**tightly**  28:2,18
28:19,20
**time**  1:16 6:1
8:3,24 9:13,14
13:21 14:25
15:3,5 18:7
30:15 31:2 38:8
38:11 39:16
43:13 45:5 48:5
48:25 50:16
**timeframe**  9:16
13:22
**times**  27:9 31:17
32:11
**title**  7:20 12:1
**together**  60:21
**told**  32:11
**ton**  73:13
**top**  33:16
**topics**  63:12
**touch**  73:22
**towards**  59:17
**track**  29:3
**tracker**  55:4
**trackers**  54:24
55:2
**tracking**  35:21
55:9,9
**trade**  16:16

**transaction**
45:10
**transcriber**  76:1
**transcript**  5:17
10:25 11:1,2,3
11:12,13 66:12
73:1 74:4 75:24
76:3,4 77:6,20
**transcriptionist**
75:7
**transcripts**
77:14
**transfer**  55:10
**triangle**  1:7
2:16 5:7 6:7 7:3
7:9,11,13,22
12:1 77:4 78:1
**trouble**  14:13
**true**  16:10,19
27:22 75:8 76:5
78:21
**truth**  6:16,16,17
**try**  15:9 31:21
41:4 59:7
**trying**  13:15
28:11
**tuesday**  1:15 5:8
**turn**  58:7
**two**  13:20 18:8
26:6 34:4 38:25
59:3 64:25
**typewriting**
75:7
**typing**  28:7
42:24

**u**

**u** 40:21
**ultimately** 21:19
  30:3
**unable** 52:10
**under** 1:22 5:20
  16:6 18:4 45:4
  47:10 63:1,11
  77:18 78:20
**understand**
  5:16 9:23 10:16
  11:7 12:14,19
  13:1 28:11
  34:22 44:18
  45:8,23 48:1
  49:17 58:1
  62:18,21 63:14
**understanding**
  20:10 32:8
  34:12 51:10
  56:18,20 57:9
  73:14
**understands**
  47:20
**understood**
  38:6 45:16 57:3
**unintelligibly**
  14:12
**united** 1:1
**unlicensed**
  56:11
**unrecoverably**
  52:24
**unrelated** 7:22

**unresponsive**
  52:22
**unusable** 52:25
**use** 26:25 27:3,5
  27:6 31:22 58:6
**used** 27:7,8,11
  58:2 64:18
  77:20
**user** 37:5,7,9,10
  37:11 61:21,24
  61:25 62:1,3,25
  63:8,9
**users** 52:17 54:3
**uses** 5:19 20:12
  23:21
**using** 22:13 36:5
  36:6,14 54:24
**usually** 63:21,25

**v**

**v** 1:6 21:15 77:4
  78:1
**va** 2:22
**vague** 10:8
**valenci** 1:19 5:3
  75:2,21
**valiant** 65:2
**various** 27:8
**venture** 15:18
  36:10,15,20
  37:24 38:5 47:9
**verified** 59:10
**verify** 77:9
**veritext** 5:4
  73:21 77:14,23

**veritext.com**
  77:14
**version** 24:9,13
  24:13,15 25:24
  26:1,2,3,5,7,8
  26:13,15 31:2
  35:13,15 45:11
  45:24 46:15
  47:16 56:15
**versions** 26:12
  26:18 31:5
  35:16,21 47:17
**vice** 7:20
**video** 24:17
  52:25 54:5
**videoconferen...**
  2:3,9,19 3:3,5,7
**view** 23:24
**virtual** 23:11,24
  24:17
**vjoc** 24:8,9,10
  24:12,12,15,21
  25:2,5,20,22,24
  26:1,3,12 31:2
  31:13,22 35:8
  35:11,13 36:3
**vp** 8:2
**vs** 5:7
**vulnerabilities**
  44:5 45:14,15

**w**

**wait** 18:9
**wakefield** 18:22
  18:23 19:4,18
  19:23 20:14

21:5,24 64:5
**want** 10:9 11:4
  15:5 16:23
  32:20 33:3
  49:25 50:5,7
  54:13 65:18,24
  65:25
**wanted** 26:17
  31:10 35:19
  38:16 41:9
  56:14
**wants** 34:21
**way** 27:4 34:21
  41:24 54:14
  63:22
**we've** 47:4
  49:21
**web** 24:15 31:13
  31:18,24 38:17
  59:18 60:3
**week** 13:20 20:1
  20:6
**weekly** 16:2
**weeks** 13:20
**westbrook** 42:4
**whitman** 4:11
  19:5,23 20:14
  21:5,25 42:4
  61:17,17,19
  62:4 64:5
**wilcox** 42:4
**wilson** 2:21
**wish** 15:4 25:13
**withdrawn**
  37:21

| witness 5:13,15 | y |
|---|---|
| 5:16 6:11,15 | yeah 10:12 |
| 10:17 12:19 | 15:15 33:6,8,8 |
| 20:6 29:7,10 | 39:13 41:18,22 |
| 34:22 40:5,17 | 42:18 66:5,8 |
| 41:17,22 43:18 | 73:17,18,25 |
| 44:16,20 47:23 | 74:1,3 |
| 47:25 48:2 | year 27:13,13 |
| 49:15 50:17 | 27:25 29:13 |
| 51:2,16,22,25 | 38:19 |
| 52:7 75:4 77:20 | years 9:4,17,20 |
| words 23:25 | 36:16 52:11 |
| work 8:2,7 9:14 | 53:10 59:3 |
| 25:10 31:21 | 64:25 |
| 34:5 40:4 | |
| worked 42:21 | |
| 43:18,20 | |
| working 8:25 | |
| 9:7 35:4,5 38:14 | |
| 39:4 42:13 | |
| works 19:14 | |
| 21:20 | |
| write 17:6 74:8 | |
| writing 24:14 | |
| 28:7,7,13 31:15 | |
| 31:18 | |
| written 5:24 | |
| 54:15 | |
| wrong 32:7 | |
| 60:18 | |
| wrote 24:12,15 | |

| x |
|---|
| x 4:1,5 75:24 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.