UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO.: 1:24-cv-00779-JPH-MKK

MAX MINDS, LLC,

        Plaintiff,

v.

TRIANGLE EXPERIENCE GROUP, INC.,
ROBERT EDWARD CLARE and JEFFREY
MASE,

        Defendants.

## PLAINTIFF'S NOTICE CONCERNING DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL (ECF 126)

Plaintiff MAX MINDS, LLC ("Max") by and through its undersigned counsel, Pursuant to Southern District of Indiana Local Rule 5-11(d)(4), hereby gives notice to the Court concerning TEG's Expert Report filed at Docket No. 124-8 in support of TEG's Brief in Opposition to Max's Amended Motion for Preliminary Injunction.

In TEG's motion to maintain under seal filed at ECF 126, TEG represented to the Court that "the contents of its Sealed Appendix of Exhibits in support" filed at ECF 124 to ECF 124-8 "contain confidential business records and trade secret information of TEG" and also "contain sensitive and non-public information about TEG's business practices and those of its federal government customers." (ECF 126).

Since that filing, TEG has advised Max that TEG does not intend to seek further relief to seal TEG's Expert Report filed at Docket No. 124-8. Max has reviewed TEG's Expert Report filed at Docket No. 124-8 and does not believe there is a basis to continue the seal on that document.

Dated: February 28, 2025					Respectfully submitted,


/s/  J. Campbell Miller
J. CAMPBELL MILLER
Bar Number: 38279-49
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
231 South Rangeline Road
Suite H
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

/s/  Joseph A. Dunne
JOSEPH A. DUNNE (*Pro Hac Vice*)
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, Indiana 10010
929.200.8446 – Telephone
561.404.4353 – Facsimile

/s/  Joel B. Rothman
JOEL B. ROTHMAN  (*Pro Hac Vice*)
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, Indiana 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile


PHILIP D SEVER
Bar Number: 25384-49
phil@landownerattorneys.com

**SEVER, STORY, WALKER**
742 South Rangeline Road
Carmel, IN  46032
317 9611202 - Telephone

MISSING INFO – Facsimile

and

*Counsel for Plaintiff Max Minds, LLC*