UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MAX MINDS, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-00779-JPH-MG |
| | ) | |
| TRIANGLE EXPERIENCE GROUP, INC., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**SEALED APPENDIX OF EXHIBITS IN SUPPORT OF
TRIANGLE EXPERIENCE GROUP, INC.'S BRIEF IN OPPOSITION TO
THE AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Defendant Triangle Experience Group, Inc. respectfully submits the following sealed exhibits in support of its Brief in Opposition to the Amended Motion for Preliminary Injunction:

**Description**                                                                                   **Exhibit**

Declaration of ███████████████████████████ ………………………….. A

Declaration of Janna Clare …………………………………………………………… B
       Exhibit 1 **-** Max Invoice TEG2001
       Exhibit 2 **-** Max Invoice TEG2003
       Exhibit 3 **-** Max Invoice TEG2005
       Exhibit 4 **-** Max Invoice TEG2006
       Exhibit 5 **-** Max Invoice TEG2008
       Exhibit 6 **-** Invoice TEG2007
       Exhibit 7 **-** Invoice TEG2004
       Exhibit 8 **-** Invoice T2004-1
       Exhibit 9 **-** Invoice T2004-2
       Exhibit 10 **-** Max Invoice 2120
       Exhibit 11 **-** Invoice 2144
       Exhibit 12 **-** Invoice 2146
       Exhibit 13 **-** Invoice 2152
       Exhibit 14 **-** Invoice 2154
       Exhibit 15 **-** Invoice 2157
       Exhibit 16 **-** Invoice 2155
       Exhibit 17 **-** Invoice 2166
       Exhibit 18 **-** Invoice 2167

    Exhibit 19 - Invoice 2172
    Exhibit 20 - Invoice 2173
    Exhibit 21 - Invoice 2174
    Exhibit 22 - Invoice 2175
    Exhibit 23 - Invoice 2178
    Exhibit 24 - Invoice 2179
    Exhibit 25 - Max Invoice TEG2010
    Exhibit 26 - Max Invoice TEG2011
    Exhibit 27 - Max Invoice 2122
    Exhibit 28 - Max Invoice 2133
    Exhibit 29 - Max Invoice 2134
    Exhibit 30 - Max Invoice 2137
    Exhibit 31 - Invoice 2147

Declaration of Robert E. Clare ................................................................................... C1
    Exhibit 1 - Email dated April 7, 2017
    Exhibit 2 - Email dated February 6, 2017
    Exhibit 3 - Email dated February 10, 2017
    Exhibit 4 - Email dated April 4, 2018
    Exhibit 5 - Email dated May 23, 2018
    Exhibit 6 - June 18, 2018 [redacted]
    Exhibit 7 - Emails dated June 6, 2019 and July 2, 2019
    Exhibit 8 - Non-Disclosure Agreement dated July 17, 2019
    Exhibit 9 - Email dated July 15, 2019
    Exhibit 10 - [redacted]
    Exhibit 11 - Email dated July 18, 2019
    Exhibit 12 - Joint Venture Agreement
    Exhibit 13 - Slack messages from 2020
    Exhibit 14 - Email dated January 30, 2020
    Exhibit 15 - Email dated January 31, 2020
    Exhibit 16 - Haptic Federal Test Plan spreadsheet
    Exhibit 17 - [redacted]
    Exhibit 18 - [redacted]
    Exhibit 19 - Emails dated July 8, 2021 and July 9, 2021
    Exhibit 20 - Emails
    Exhibit 21 - Email dated September 4, 2022
    Exhibit 22 - Emails
    Exhibit 23 - [redacted]
    Exhibt 24 - [redacted]
    Exhibit 25 - Scorecard
    Exhibit 26 - Emails dated March 11, 2020
    Exhibit 27 - Email dated March 12, 2020
    Exhibit 28 - Email thread
    Exhibit 29 - Email dated July 23, 2020
    Exhibit 30 - Email dated June 4, 2020
    Exhibit 31 - Emails dated July 1, 2020 and attachments TEG00006627

Declaration of Robert E. Clare …………………………………………………….....  C2
    Exhibit 31 - Emails dated July 1, 2020 and ▮▮▮▮▮▮▮▮▮▮

Declaration of Robert E. Clare …………………………………………………….....  C3
    Exhibit 31 - ▮▮▮▮▮▮▮▮▮▮

Declaration of Robert E. Clare …………………………………………………….....  C4
    Exhibit 31 - ▮▮▮▮▮▮▮▮▮▮
    Exhibit 32 - Email dated May 1, 2021
    Exhibit 33 - Email dated June 6, 2021
    Exhibit 34 - ▮▮▮▮▮▮▮▮▮▮
    Exhibit 35 - Email dated April 4, 2023
    Exhibit 36 - Email dated March 31, 2021
    Exhibit 37 - SCLA Exhibit A
    Exhibit 38 - SCLA Letter dated August 25, 2023
    Exhibit 39 - Email dated June 7, 2020
    Exhibit 40 - Email

Declaration of Kevin Mullican……………………………………………………. D
    Exhibit 1 – ▮▮▮▮▮

Expert Report of Nick Ferrara…………………………………………………….. E

Dated: January 31, 2025

Respectfully submitted,

/s/ Richard D. Kelley
Richard D. Kelley, *admitted pro hac vice*
Samuel J. Banks, *admitted pro hac vice*
Kandis M. Koustenis, *admitted pro hac vice*
**BEAN KINNEY & KORMAN, PC**
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201
Tel: (703) 525-4000
Fax: (703) 525-2207
rkelley@beankinney.com
sbanks@beankinney.com
kkoustenis@beankinney.com

Alexander P. Orlowski, Atty. No. 30794-29
Amanda Jane Gallagher, Atty. No. 32662-79
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 566-1110
Fax: (317) 636-1507
alexander.orlowski@btlaw.com
amanda.gallagher@btlaw.com

Heather J. Kliebenstein, *admitted pro hac vice*
**MERCHANT & GOULD**
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
hkliebenstein@merchantgould.com

*Counsel for Triangle Experience Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2025, a copy of the foregoing document was filed electronically using the CM/ECF system, which will send notification of such filing (NEF) to counsel of record.

                                    */s/ Samuel J. Banks*