**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MAX MINDS, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-00779-JPH-MG |
| | ) | |
| TRIANGLE EXPERIENCE GROUP, INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**DECLARATION OF JANNA CLARE**

I, Janna Clare, declare as follows:

1.     I am the Chief Financial Officer of Triangle Experience Group, Inc. ("TEG") and have served as CFO for TEG since its inception. I am over the age of eighteen and make this Declaration on my own information, knowledge, and belief. I submit this Declaration in connection with TEG's opposition to the amended motion for preliminary injunction filed by plaintiff Max Minds, LLC ("Max").

2.     TEG and Max entered into the 2020 Joint Venture Agreement (the "JVA") to memorialize their collaboration to develop, market, and sell to the US federal government customer an improved virtual joint operations communication software program.

3.     The JVA provided specific terms directed to monetary payments and shared revenue between TEG and Max.

**The Scheduled "Retainer" Payments**

4.     The first page of the JVA includes a section titled "Retainer." That section sets forth a schedule of payments to be made by TEG to Max, some of which were "commensurate and contingent upon government funds."

5.      According to the JVA's terms, these "Retainer" payments were to be used by Max for engineering services relating to the joint development of the software customized for use by the federal government customer.

6.      TEG paid to Max all of the payments required by the JVA's payment schedule.

7.      On January 30, 2020, TEG paid to Max ▮▮▮▮ As reflected in the attached "paid" Max Invoice TEG2001, TEG paid Max ▮▮▮▮ for 3 months of Max's joint development engineering services from February through April 2020. According to the JVA, this first "retainer" payment was the only guaranteed payment not contingent upon TEG's receipt of government funding. The additional payment under this invoice was for approved travel expenses. (**Exhibit 1**.)

8.      On August 4, 2020, as reflected in the attached "paid" Max Invoice TEG2003, TEG paid Max ▮▮▮▮ for 3 months of Max's engineering services from May 2020 through July 2020. (**Exhibit 2**.)

9.      On July 15, 2020, as reflected in the attached "paid" Max Invoice TEG2005, TEG paid Max the monthly retainer payment of ▮▮▮▮ for Max's engineering services in August 2020. (**Exhibit 3**.) According to the JVA, monthly payments of ▮▮▮▮ would be payable by TEG to Max for each successive month thereafter until the sales revenue for the software reached ▮▮▮▮0 per year or more.

10.     On August 15, 2020, as reflected in the attached "paid" Max Invoice TEG2006, TEG paid Max the next monthly retainer payment of ▮▮▮▮ for September 2020 engineering services. (**Exhibit 4**.)

11.     On December 14, 2020, as reflected in the attached "paid" Max Invoice TEG2008, TEG paid Max the monthly ▮▮▮▮ payment for October 2020 engineering services. (**Exhibit 5**.)

2

12.     Although Max issued an invoice for a November 2020 monthly retainer payment,

TEG did not pay that invoice because TEG's ██████████████████████████████████ 0

per year or more threshold. Under the JVA's "Retainer" terms, therefore, monthly retainer

payments in the amount of ██████ per month ended and were replaced by payments from TEG

to Max for Max's 50% share of license sales of the software to the federal government

accomplished by TEG.

## The TEG and Max Revenue Share Payments

13.     The third page of the JVA includes a section titled "TEG and Max revenue share."

That section stated that, with limited exceptions, TEG and Max would share 50/50 "on total sale

of Haptic Federal product and user license sales in federal customer and opportunity business

space."

14.     On October 26, 2020, TEG paid Max a total of ██████ for Max's revenue share

for (1) a 90 day pilot of the software sold by TEG ███ e ██ h ██████ e ██████ ) **Exhibit 6**

(Invoice TEG2007)) and (2) ██ e ██ e ██████ e ██████ d ███ s ███ s ███ a █ h the amount of

██████ ), which was ███ 0 ██ s ██ h █ e ██ l ██████ 0 invoiced (**Exhibit 7** (Invoice

TEG2004)) because TEG had paid Max in advance for this revenue share several months earlier

(in June) in order to help defray the costs of engineering services associated with the customization

of the software ██████████ d ██████████ These amounts are reflected in Invoice T2004-

1 and Invoice T2004-2, attached as **Exhibit 8** and **Exhibit 9**.

15.     On February 17, 2021, as reflected in the attached "paid" Max Invoice 2120, TEG

paid Max ██████ for Max's revenue share for █████ r ██████ of the software sold by TEG.

(**Exhibit 10**.)

3



16.     On December 28, 2021, TEG paid Max ████0 ████ s ████ s ██ f ██e ██ r ████ e ████ (See attached **Exhibit 11** (Invoice 2144).)

17.     Also on December 28, 2021, TEG pre-paid Max ████ for Max's share of TEG's ████████████████████████ (See attached **Exhibit 12** (Invoice 2146).)

18.     On March 21, 2022, TEG paid Max $100,000 for Max's share of TEG's ████ e ████████ S ██ y ████ See attached **Exhibit 13** (Invoice 2152).)

19.     On May 4, 2022, TEG paid Max ████ for Max's share of TEG's ████ e ████████████ y ████ s. See attached **Exhibit 14** (Invoice 2154).)

20.     On May 25, 2022, TEG paid Max ████0 ████ s ████████ s ████ b ████████████ y ████████ See attached **Exhibit 15** (Invoice 2157).)

21.     On July 19, 2022, TEG paid Max ████ for Max's share of TEG's ████ b ████ e ████ s ████ e ██ S ██ y ██ h ████ y ████ (See attached **Exhibit 16** (Invoice 2155).)

22.     On September 1, 2022, TEG paid Max ████ for Max's share of TEG's ████ f ████ e ████ e ████ e ██ S ██ y ████████ y ████ h ████████, ████ a. See attached **Exhibit 17** (Invoice 2166).)

23.     On July 25, 2022, TEG paid Max ████ for Max's share of TEG's ████ h ████ e ████ e ████ e ██ S ██ y ████ t ████ e ████ (See attached **Exhibit 18** (Invoice 2167).)

4



24. On October 4, 2022, TEG paid Max ███████ for Max's ███e ███s ██e ██f ██o ███████S ███l ████d ███████') ████l ███e ███ (See attached **Exhibit 19** (Invoice No 2172).)

25. On October 4, 2022, TEG paid Max ███████ for Max's share of TEG's ███e ██f ████████e ███████S ███y █████ (See attached **Exhibit 20** (Invoice 2173).)

26. On October 11, 2022, TEG paid Max ███████ for Max's share of TEG's ████████. ██████████S ███y ████████ (See attached **Exhibit 21** (Invoice 2174).)

27. On October 13, 2022, TEG paid Max ███████ for Max's share of TEG's ███ ██f ██o ███e ███s ███e ██S ███y ██h █████n ██████n ████. ████, ██v ██. (See attached **Exhibit 22** (Invoice 2175).)

28. On October 12, 2022, TEG paid Max ███████0 ██r Max's share of TEG's ███████ ██████e ████████████████████p ██████. See attached **Exhibit 23** (Invoice 2178).)

29. On October 4, 2022, TEG paid Max ███████ for Max's share of TEG's ███████h ████████████████████d █████████ (See attached **Exhibit 24** (Invoice 2179).)

**TEG's Additional Payments to Max**

30. TEG's payment of funds to support Max's collaboration in the joint development of the software was not limited to the scheduled payments under the JVA or the revenue split.

31. On December 7, 2020, as reflected in the attached "paid" Max Invoice TEG2010, TEG paid Max ███████ to help defray the engineering costs for work directed specifically for TEG's customer 18th Airborne. (**Exhibit 25**.)

5



32. On December 1, 2020, as reflected in the attached "paid" Max Invoice TEG2011, TEG paid Max ████████9 ██████████████████████████████████████████████████ s████████r █S████s████. (**Exhibit 26**.)

33. On February 17, 2021, as reflected in the attached "paid" Max Invoice 2122, TEG paid Max ████0 ████b █x████y ████████g ████████d ██h █████████t ████████████████n ████████t █████. (**Exhibit 27**.)

34. On July 28, 2021, as reflected in the attached "paid" Max Invoice 2133, TEG paid Max ██████████████████████████████████████████████████████████████y ████████e ███████) ██h ███S████. (**Exhibit 28**.)

35. On September 13, 2021, as reflected in the attached "paid" Max Invoice 2134, TEG paid Max ████0 ███████████e ██k █████d ████████e ████y █████████████n ████O████████S████. **Exhibit 29**.)

36. On October 7, 2021, as reflected in the attached "paid" Max Invoice 2137, TEG paid Max ████0 ███████████e ██k █████d ████████e ████y █████████████n ████O████████S████(**Exhibit 30**.)

37. Because the work performed by ███x █████████e █████████y ███████████d █b ████n █████O██h ███S████y ██s █████████, ██G ██s █████████████g██e ██████████b ████████e ██e ███s █████████y █b ████n ██e ██O ███n ██e ██S████y ██a ███I ████t ███r █████████0 █████████████G █████████s, as noted in Paragraph 42 below.

38. On December 28, 2021, TEG paid Max ████████0 █b ███b ██y ██r ████████g ████s ████████d ████G ██d █x ███████████████████████e ████████S ██y ████████n ██████████(See attached **Exhibit 31** (Invoice 2147).)

6

**TEG's Final 2023 Payment and Accounting to Date**



40.    In sum, from the beginning of the joint venture in 2020 until the parties' relationship became strained after the last TEG payment to Max in February 2023, TEG paid Max over █5 ████████g ████e ████████,' ████████████████A ████p ████e ████████d ████████████████.

41.    In addition to the funds paid directly to Max in connection with the joint development of the software, TEG also purchased third-party licenses for platforms necessary to assist TEG and Max in their testing and development of the software. For example, TEG purchased the license ████████████████required to scan and test the source code for vulnerabilities and other critical issues needed to remediate in order to fulfill the government customer's software needs.

42.    TEG also paid to engage third parties ████████████████y ████n █n ██D ██n ██S ██y ████████████).

43.    TEG made no further payments to Max after this February payment because Max failed to remediate the ███n ████████and the relationship between the parties deteriorated, resulting in the current lawsuits.

7

44.     TEG continues, however, to maintain and account for Max's 50% share of software

sales revenue according to the terms of the JVA.

45.     Since TEG made the last revenue share payment to Max, ███ G ███████ ██ ██

████████ s ██ r █ ███████ ██t ██████ s ██ d █ B ███████ s ██ r █ ███████ ██t █████ ██. All

of the  associated revenue to TEG has been and is being accounted for so that TEG may

compensate Max for its share depending on how the two current lawsuits are resolved.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed January 28, 2025

_Janna Clare_

_____
Janna Clare

8

# EXHIBIT

# 1

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

**Billed To**
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

**Date of Issue**
01/30/2020

**Due Date**
01/30/2020

**Invoice Number**
TEG2001

**Amount Due (USD)**
# $0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services<br>Retainer for Engineering Services<br>1 Feb – 30 Apr 2020: $45k, payable on or before 01 Feb 2020 | ███ | █ | ███ |
| CLIN 2: TRAVEL<br>Travel (01/22/20 - 01/24/20)<br>Travel to Richmond for Brandon and Bobby - approved by Rob Clare | ███ | █ | ███ |

| | |
|---|---|
| Subtotal | ███ |
| Tax | 0.00 |
| Total | ███ |
| Amount Paid | ███ |
| Amount Due (USD) | $0.00 |

**Notes**
Per Agreement, "MAX will develop and engineer capabilities to support the customer needs. TEG and MAX will partner together to deliver capabilities to the end user in the federal customer space."

# EXHIBIT

# 2

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

**Billed To**
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

**Date of Issue**
04/16/2020

**Due Date**
04/30/2020

**Invoice Number**
TEG2003

**Amount Due (USD)**
# $0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services | █████ | █ | █████ |
| Retainer for Engineering Services | | | |
| 1 May – 30 July 2020: $███ payable on or before 01 May 2020 | | | |

| | | |
|---|---|---|
| Subtotal | | ██████ |
| Tax | | 0.00 |
| Total | | ██████ |
| Amount Paid | | |
| Amount Due (USD) | | $0.00 |

**Notes**
Per Agreement, "MAX will develop and engineer capabilities to support the customer needs. TEG and MAX will partner together to deliver capabilities to the end user in the federal customer space."

# EXHIBIT

# 3

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

**Billed To**
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

**Date of Issue**
07/15/2020

**Due Date**
07/31/2020

**Invoice Number**
TEG2005

**Amount Due (USD)**
# $0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services<br>August Retainer for Engineering Services per agreement | ██████ | █ | ██████ |

| | |
|---|---|
| Subtotal | ██████ |
| Tax | 0.00 |
| Total | ██████ |
| Amount Paid | |
| Amount Due (USD) | $0.00 |

**Notes**
Per Agreement, "MAX will develop and engineer capabilities to support the customer needs. TEG and MAX will partner together to deliver capabilities to the end user in the federal customer space."

# EXHIBIT

4



Max Minds, LLC    4142 Pete Dye Blvd
3175145000    Carmel, Indiana
46033
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Janna Clare | 08/14/2020 | TEG2006 | |
| Triangle Experience Group | | | |
| 11182 Hopson Road | Due Date | | |
| Asland, Virginia | 08/31/2020 | | |
| 23005 | | | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services<br>September Retainer for Engineering Services<br>per agreement | | 1 | |

| | | |
|---|---|---|
| Subtotal | | |
| Tax | | 0.00 |
| Total | | |
| Amount Paid | | 0.00 |
| Amount Due (USD) | | |

Notes

Per Agreement, "MAX will develop and engineer capabilities to support the customer needs. TEG and MAX will partner together to deliver capabilities to the end user in the federal customer space."

    TEG00028316

# EXHIBIT

# 5

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Janna Clare | 09/18/2020 | TEG2008 | **$0.00** |
| Triangle Experience Group | | | |
| 11182 Hopson Road | Due Date | | |
| Asland, Virginia | 09/30/2020 | | |
| 23005 | | | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services<br>October Retainer for Engineering Services<br>per agreement | ▮▮▮▮ | 1 | ▮▮▮▮ |

| | | |
|---|---|---|
| Subtotal | | ▮▮▮▮ |
| Tax | | 0.00 |
| Total | | ▮▮▮▮ |
| Amount Paid | | |
| Amount Due (USD) | | $0.00 |

Notes

Per Agreement, "MAX will develop and engineer capabilities to support the customer needs. TEG and MAX will partner together to deliver capabilities to the end user in the federal customer space."

CONFIDENTIAL

# EXHIBIT

# 6

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Janna Clare | 09/18/2020 | TEG2007 | **$0.00** |
| Triangle Experience Group | | | |
| 11182 Hopson Road | Due Date | | |
| Asland, Virginia | 10/03/2020 | | |
| 23005 | | | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services | ▮▮▮▮ | 1 | ▮▮▮▮ |

| | | |
|---|---|---|
| Subtotal | | ▮▮▮▮ |
| Tax | | 0.00 |
| Total | | ▮▮▮▮ |
| Amount Paid | | ▮▮▮▮ |
| Amount Due (USD) | | $0.00 |

Notes
Per Agreement, "MAX will develop and engineer capabilities to support the customer needs. TEG and MAX will partner together to deliver capabilities to the end user in the federal customer space."

Terms
Special Terms we agreed to: ▮▮▮▮

# EXHIBIT

# 7



Max Minds, LLC    4142 Pete Dye Blvd
3175145000    Carmel, Indiana
46033
United States

Billed To                          Date of Issue       Invoice Number              Amount Due (USD)
Janna Clare                        06/07/2020          TEG2004
Triangle Experience Group
11182 Hopson Road                  Due Date
Asland, Virginia                   07/31/2020
23005
United States

| Description | Rate | Qty | Line Total |
| --- | --- | --- | --- |
| CLIN 1: Services | ▮ | 1 | ▮ |

|  | Subtotal | ▮ |
| --- | --- | --- |
|  | Tax | 0.00 |
|  | Total | ▮ |
|  | Amount Paid | ▮ |
|  | Amount Due (USD) | ▮ |

Notes

Terms

Special Terms we agreed to: ▮ upon delivery of installer, ▮ when TEG ▮

 TEG00028317

# EXHIBIT

# 8

# INVOICE

REMIT PAYMENT TO:
**MAX MINDS, LLC**
4142 Pete Dye Blvd
Carmel, IN 46033

BILLING CONTACT:
**Brandon Fischer**
brandon@maxminds.com
317-514-5000

BILLED TO:
Triangle Experience Group
c/o Janna Clare
11182 Hopson Road
Ashland, VA 23005

MAX INVOICE #
T2004-1

CUSTOMER PO #
N/A

INVOICE DATE:
June 7, 2020

INVOICE TOTAL:
█████████

| Description | Unit Cost | Qty | Amount |
|-------------|-----------|-----|--------|
| CLIN 1: SERVICES | | | |
| ██████████████ | N/A | N/A | ██████ |
| *Payment 1 of 3* | | | |
| ████████████████ | | | |

| | | |
|---|---|---|
| | Subtotal: | ██████ |
| | Sales Tax: | N/A |
| | **Grand Total:** | ██████ |



# EXHIBIT

# 9



**INVOICE**

REMIT PAYMENT TO:
**MAX MINDS, LLC**
4142 Pete Dye Blvd
Carmel, IN 46033

BILLING CONTACT:
**Brandon Fischer**
brandon@maxminds.com
317-514-5000

BILLED TO:
Triangle Experience Group
c/o Janna Clare
11182 Hopson Road
Ashland, VA 23005

MAX INVOICE #
T2004-2

CUSTOMER PO #
N/A

INVOICE DATE:
June 7, 2020

INVOICE TOTAL:
█████████

| Description | Unit Cost | Qty | Amount |
|---|---|---|---|
| CLIN 1: SERVICES | | | |
| ███████████ | N/A | N/A | █████████ |
| *Payment 2 of 3* | | | |
| ████████████████ | | | |

Subtotal: █████████

Sales Tax:   N/A

**Grand Total:** ████████



CONFIDENTIAL

# EXHIBIT

# 10

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

**Billed To**
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

**Date of Issue**
02/01/2021

**Due Date**
02/15/2021

**Invoice Number**
2120

**Amount Due (USD)**
$0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| CLIN 1: Services | ███████ | 2 | ████████ |
| ████████████████████ | | | |

| | | |
|---|---|---|
| Subtotal | | ████████ |
| Tax | | 0.00 |
| Total | | ████████ |
| Amount Paid | | |
| Amount Due (USD) | | $0.00 |

**Notes**
Pricing above has been discounted (50% OFF), ███████████████████████
██████████████████████

# EXHIBIT

# 11

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

# INVOICE

BILL TO
Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

| | |
|---|---|
| INVOICE | 2144 |
| DATE | 11/27/2021 |
| TERMS | Net 45 |
| DUE DATE | 01/11/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SW License | ███████████ | 1 | ███████ | ███████ |



Pricing above haas been discounted (50% OFF), based on customer verbal commitment to purchase 20+ server licenses

BALANCE DUE                          ███████

Buyer:
US Army
PEO C3T Mission Command, BMD
6560 Surveillance Loop, Bldg  6007
Aberdeen Proving Ground, MD 21005

# EXHIBIT 12

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

## INVOICE

| BILL TO | | | |
|---|---|---|---|
| Triangle Engineering Group | | INVOICE | 2146 |
| Janna Clare | | DATE | 12/17/2021 |
| 11182 Hopson Road | | TERMS | Net 15 |
| Ashland, Virginia  23005 USA | | DUE DATE | 12/31/2021 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | ███████ | ████████████████ | █ █ | ████████ | ████████ |
| | | ████████████████ | | | |

---

We will provide these license keys upon request, within one business day, at which time the 12 month license term will begin   The license term will commence no later than January 31, 2022

**BALANCE DUE**    ████████

Pricing above has been discounted (50% OFF), based on customer verbal commitment to purchase 20+ server licenses

████████████████



# EXHIBIT

# 13

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com



# INVOICE

| BILL TO | | INVOICE | 2152 |
|---|---|---|---|
| Triangle Engineering Group | | DATE | 02/17/2022 |
| Janna Clare | | TERMS | Net 30 |
| 11182 Hopson Road | | DUE DATE | 03/19/2022 |
| Ashland, Virginia  23005 USA | | | |



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|

**BALANCE DUE**

# EXHIBIT
# 14

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com



# INVOICE

BILL TO

Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

| INVOICE | 2154 |
| --- | --- |
| DATE | 03/22/2022 |
| TERMS | Net 30 |
| DUE DATE | 04/21/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |



Pricing above haas been discounted (50% OFF)

**BALANCE DUE**

# EXHIBIT
# 15

**MaxMinds**



12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

## INVOICE

| BILL TO | | INVOICE | 2157 |
|---|---|---|---|
| Triangle Engineering Group | | DATE | 04/09/2022 |
| Janna Clare | | TERMS | Pay on Pay |
| 11182 Hopson Road | | DUE DATE | 06/08/2022 |
| Ashland, Virginia  23005 USA | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|



Pricing above haas been discounted (50% OFF), ███████████

**BALANCE DUE**

# EXHIBIT

# 16



**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

# INVOICE

BILL TO

Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

| INVOICE | 2155 |
|---|---|
| DATE | 04/06/2022 |
| TERMS | Pay on Pay |
| DUE DATE | 06/05/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|



Pricing above haas been discounted (50% OFF).                    BALANCE DUE

# EXHIBIT

# 17



**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

# INVOICE

BILL TO
Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

INVOICE    2166
DATE       07/20/2022
TERMS      Pay on Pay
DUE DATE   09/18/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|



Pricing above haas been discounted (50% OFF).

BALANCE DUE

# EXHIBIT

# 18



**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

## INVOICE

BILL TO
Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

INVOICE     2167
DATE        07/25/2022
TERMS       Pay on Pay
DUE DATE    09/23/2022



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|

Pricing above haas been discounted (50% OFF).

BALANCE DUE

# EXHIBIT

# 19

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com



## INVOICE

BILL TO
Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

INVOICE      2172
DATE         10/04/2022
TERMS        Pay on Pay
DUE DATE     12/03/2022



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|

Pricing above haas been discounted (50% OFF)

BALANCE DUE

# EXHIBIT

# 20



**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

## INVOICE

| BILL TO | | | |
|---|---|---|---|
| Triangle Engineering Group | | INVOICE | 2173 |
| Janna Clare | | DATE | 10/04/2022 |
| 11182 Hopson Road | | TERMS | Pay on Pay |
| Ashland, Virginia  23005 USA | | DUE DATE | 12/03/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|



Pricing above haas been discounted (50% OFF),

BALANCE DUE

# EXHIBIT

# 21

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds.com



# INVOICE

BILL TO

Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

| INVOICE | 2174 |
|---|---|
| DATE | 10/11/2022 |
| TERMS | Pay on Pay |
| DUE DATE | 12/10/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|



Pricing above haas been discounted (50% OFF).

**BALANCE DUE**

# EXHIBIT

# 22

**MaxMinds**



12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

# INVOICE

| BILL TO | | INVOICE | 2175 |
|---|---|---|---|
| Triangle Engineering Group | | DATE | 10/13/2022 |
| Janna Clare | | TERMS | Pay on Pay |
| 11182 Hopson Road | | DUE DATE | 12/12/2022 |
| Ashland, Virginia  23005 USA | | | |



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | █████ | ████████████ ████ | 2 | █████ | █████ |

Pricing above haas been discounted (50% OFF)

BALANCE DUE

# EXHIBIT

# 23



**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

## INVOICE

BILL TO

Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

| | | |
|---|---|---|
| INVOICE | 2178 | |
| DATE | 10/12/2022 | |
| TERMS | Pay on Pay | |
| DUE DATE | 12/11/2022 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | ███████ | █████████████ ██████ | █ ██████ | ██████ | |
| | | █████████ ██████ | | | |
| | | ██████████ | | | |
| | | ████ | | | |
| | | ███████████████ | | | |
| | | ███████████████ █████ | | | |



████████████████        BALANCE DUE        █████████

# EXHIBIT

# 24

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com



# INVOICE

BILL TO

Triangle Engineering Group
Janna Clare
11182 Hopson Road
Ashland, Virginia  23005 USA

| INVOICE | 2179 |
|---|---|
| DATE | 10/04/2022 |
| TERMS | Net 30 |
| DUE DATE | 11/03/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Annual Software License | ████████████ | █ | ██████ | ██████ |

████████████                                      BALANCE DUE                         ██████

# EXHIBIT
# 25



Max Minds, LLC    4142 Pete Dye Blvd
3175145000           Carmel, Indiana
46033
United States

Billed To
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

Date of Issue
10/19/2020

Due Date
11/03/2020

Invoice Number
TEG2010

Amount Due (USD)



| Description | Rate | Qty | Line Total |
| --- | --- | --- | --- |

Subtotal

Tax

Total
Amount Paid

Amount Due (USD)

# EXHIBIT

# 26



Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

Billed To
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

Date of Issue
10/19/2020

Due Date
11/03/2020

Invoice Number
TEG2011

Amount Due (USD)



TEG00040346



Subtotal

Tax

Total
Amount Paid

Amount Due (USD)

TEG00040347

# EXHIBIT

# 27



**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

**Billed To**
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

**Date of Issue**
02/01/2021

**Due Date**
02/15/2021

**Invoice Number**
2122

**Amount Due (USD)**
# $0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ██████████ | ████ | █ | ████ |
|  | ██ | █ | ██ |

|  |  |
|---|---|
| Subtotal | ████ |
| Tax | ██ |
| Total | ████ |
| Amount Paid | ████ |
| Amount Due (USD) | $0.00 |

# EXHIBIT

# 28

**MAX**

Max Minds, LLC
3175145000

4142 Pete Dye Blvd
Carmel, Indiana
46033
United States

**Billed To**
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, Virginia
23005
United States

**Date of Issue**
07/15/2021

**Due Date**
07/30/2021

**Invoice Number**
2133

**Amount Due (USD)**
# $0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ████████████ | ██████ | █ | ████████ |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | ████████ |
| Tax | 0.00 |
| Total | ████████ |
| Amount Paid | |
| Amount Due (USD) | $0.00 |

**Notes**

████████████████████████████████████████

# EXHIBIT

# 29



Max Minds, LLC
3175145000
4142 Pete Dye Blvd
Carmel, IN  46033

Billed To
Janna Clare
Triangle Experience Group
11182 Hopson Road
Asland, VA  23005

Date of Issue
08/16/2021

Due Date
08/31/2021

Invoice Number
2134

Amount Due (USD)
**$0.00**

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ███████████ | ████████ | 1 | ████████ |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | ████ |
| Tax | 0.00 |
| Total | ████ |
| Amount Paid | ████ |
| Amount Due (USD) | $0.00 |

Notes

# EXHIBIT

# 30



Max Minds, LLC
3175145000
4142 Pete Dye Blvd
Carmel, IN 46033

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Janna Clare | 09/15/2021 | 2137 | **$0.00** |
| Triangle Experience Group | | | |
| 11182 Hopson Road | Due Date | | |
| Asland, VA 23005 | 09/30/2021 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮ | 1 | ▮▮▮ |
| | $0.00 | 1 | $0.00 |

|  |  |
|---|---|
| Subtotal | ▮▮▮ |
| Tax | 0.00 |
| Total | ▮▮▮ |
| Amount Paid | ▮▮▮ |
| Amount Due (USD) | $0.00 |

Notes

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

CONFIDENTIAL

# EXHIBIT

# 31

**MaxMinds**

12400 N Meridian St Ste 175
Carmel, IN  46032 US
+1 3175145000
accounting@maxminds com

## INVOICE

| BILL TO | | | | |
|---------|---|---|---|---|
| Triangle Engineering Group | | INVOICE | | 2147 |
| Janna Clare | | DATE | | 12/17/2021 |
| 11182 Hopson Road | | TERMS | | Net 15 |
| Ashland, Virginia  23005 USA | | DUE DATE | | 12/31/2021 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | ███████████ | ███████████████ | █ | ████████ | ███████ |

Engineering Services Provided in 2021

Pricing above has been discounted (50% OFF), ██████████████

██████████████████████████████

██████████████████████

**BALANCE DUE** ███████████