# Exhibit 1

Page 1

1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
2
3                     CASE NO.:  1:24-cv-00779-JPH-MKK
4        MAX MINDS, LLC,
5
6                          Plaintiff,
7        vs.
8        TRIANGLE EXPERIENCE GROUP, INC., INC.,
         ROBERT EDWARD CLARE, JEFFREY MASE,
9        KEVIN G. MULLICAN AND JOHN DOES 1-10,
10
                           Defendants.
11        _____/
12            REMOTE VIA ZOOM DEPOSITION OF JEFFREY MASE
13                  TAKEN ON BEHALF OF THE PLAINTIFF
14                  Remote Via Zoom
                    December 4, 2024
15                  10:00 a.m. to 11:59 p.m.
16
17
18
19        REPORTED BY
         MARLA SCHREIBER, COURT REPORTER
20        NOTARY PUBLIC, STATE OF FLORIDA
21
22
23
24
25

Page 2

```
 1                    APPEARANCES OF COUNSEL
 2        ON BEHALF OF THE PLAINTIFF:
 3        SRIPLAW, P.A.
          By JOEL ROTHMAN, ESQ.
 4        21301 Powerline Road, Suite 100
          Boca Raton, Florida 33433
 5        joel.rothman@sriplaw.com
 6
 7        SRIPLAW, P.A.
          By LISA SCHREIHART, ESQ.
 8        By REBECCA KORNHAUSER, ESQ.
 9
10        ON BEHALF OF THE DEFENDANTS:
11
          BEAN, KINNEY & KORMAN, PC
12        By RAIGHNE COLEMAN DELANEY, ESQ.
          2311 Wilson Boulevard, Suite 500
13        Arlington, VA 22201
          rdelaney@beankkinney.com
14
15        ALSO PRESENT:
16        BRANDON FISCHER, Max Minds
17        ROB CLARE, TEG
18                    INDEX OF EXAMINATION
19        WITNESS:  JEFFREY MASE
20        DIRECT EXAMINATION                    PAGE
21        By Mr. Rothman, Esquire                 4
22        CROSS-EXAMINATION
23        By Mr. Delaney, Esquire                 50
24
25
```

Page 3

1                          E X H I B I T S

2

     Plaintiff's Exhibit  8                    Page:  6
3    (Source Code License Agreement)
     Plaintiff's Exhibit  12                   Page:  9
4    (Certification Agreement)
     Plaintiff's Exhibit  11                   Page:  17
5    (Joint Venture Agreement)
     Plaintiff's Exhibit  35                   Page:  12
6    (Evidence/Property Custody Document)
     Plaintiff's Exhibit  41                   Page:  25
7    (Emails)
     Plaintiff's Exhibit  42                   Page:  38
8    (Email)
     Plaintiff's Exhibit  43                   Page:  39
9    (Emails)
     Plaintiff's Exhibit  44                   Page:  41
10   (SubAgreement E2060772)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1       Thereupon:

2                           JEFFREY MASE

3       was called as a witness, and after having been first

4       duly sworn, testified as follows:

5                   THE WITNESS:  Yes.

6                           DIRECT EXAMINATION

7       BY MR. ROTHMAN:

8            Q    Good morning, Mr. Mase.  Thank you for

9       taking time to be here with us today.

10           A    Good morning.

11           Q    My name is Joel Rothman.  I represent Max

12      Minds.  I am going to be asking you some questions

13      today.

14                Where are you physically right now?

15           A    I am in D.C.

16           Q    Okay.  In an office somewhere?

17           A    Yes.

18           Q    What office?  Whose office is that?

19           A    BKK.

20           Q    BKK.

21                What does that stand for?

22           A    A law firm.

23           Q    Oh, you are there at the firm?

24           A    Okay.

25           Q    Okay.  So let's get started.  I want to try

Page 5

1          and take as little of your time as I can.  I am going
2          to begin by showing you a few documents, making sure
3          that you recognize them.  I am going to be sharing my
4          screen with you so let me know if there are any issues
5          with seeing my screen and the documents on them, okay?
6                  A     Okay.
7                  Q     All right.  Before we actually do that.
8                        Are you employed currently?
9                  A     Yes.
10                 Q     Where are you employed?
11                 A     Triangle Experience Group.
12                 Q     What is your position with Triangle
13         Experience Group?
14                 A     Chief operating officer.
15                 Q     For how long have you been chief operating
16         officer?
17                 A     Approximately four years.
18                 Q     What are your duties and responsibilities
19         as chief operating officer?
20                 A     Operations for the company.
21                 Q     Okay.  What does that consist of?  Can you
22         be more specific?
23                 A     Managing activities of the company,
24         personal, customer, teams.
25                 Q     Okay.  Who reports to you -- well, let's

Page 6

1      start the other way.

2                      Who do you report to at the company?

3          A    With the executive team, Rob Clare.

4          Q    Okay.  Do you own any portion of Triangle

5      Experience Group?

6          A    No.

7          Q    Who reports to you at TEG?

8          A    Pretty much the entire organization in one

9      facet or another.

10         Q    So I am going to share my screen with you

11     and I want to show you what been marked as Exhibit 8.

12     It's a document from this case called Source Code

13     License Agreement.

14                     Can you see that okay?

15         A    It's a little small.  If you can make it

16     bigger.

17             (Whereupon, the above referred-to document

18              was marked as Plaintiff's Exhibit 8.)

19     BY MR. ROTHMAN:

20         Q    Yes.  Can you see it all right?

21         A    Yes.

22         Q    Are you familiar with this document?

23         A    Yes.

24         Q    I also want to show you another document.

25         A    Did you show me the whole document there?

Page 7

1        I only saw half.

2              Q    I will be happy to scroll through it for

3        you, no problem.

4              A    If you wouldn't mind.

5              Q    They are actually -- if you are at the

6        Kinney firm, there are a set of physical copies of

7        exhibits there that they have and I wouldn't mind

8        Mr. Delaney, if you wanted to provide those physical

9        copies to him, to the witness if it might make things

10       easier.

11              MR. DELANEY:  I can check into that.  I

12              don't know if that's true.  It may be true.  But

13              as you know, Rich Kelley is out of pocket and I

14              am doing my best to fill in and if you want me,

15              I can take a break and see if we can locate

16              those physical documents.  They may be in his

17              office.

18              MR. ROTHMAN:  I think that might be a good

19              idea.  We did ship and Mr. Kelley and Mr. Mase

20              had them when he was at your offices for his

21              deposition, a set of documents, they were about

22              30 or so marked documents and some of these, you

23              know, I may need to use.  Why don't we take five

24              minutes?

25              MR. DELANEY:  I will see if I can get them

1          up.  I didn't have them for the Mullican

2          deposition if that's what you are referring to.

3               MR. ROTHMAN:  No, I know that.  He wasn't

4          in your office anyway and it wouldn't have

5          helped.  Let's see if you have them there and

6          maybe it will help Mr. Mase so he can see the

7          entire document.

8               MR. DELANEY:  All right.

9               MR. ROTHMAN:  Let's go off the record for

10          five minutes.

11               (Off the record at 10:14 a.m.)

12               (Back on the record at 10:20 a.m.)

13     BY MR. ROTHMAN:

14          Q    So you should have an exhibit there marked

15     in the upper right-hand corner Exhibit 8, the cover

16     page is Exhibit 6.  But it should say Exhibit 8.  Take

17     a look at that.  That should be the entire source code

18     license agreement.  You can just review it and let me

19     know if that's what it is.

20          A    That is what it appears to be.

21          Q    Right.  Can you also take a look at what we

22     sent that was marked as Exhibit 12.  It has a cover

23     page that says Exhibit 10, but starting on page 2, it's

24     a document called the Certification Agreement?

25               MR. DELANEY:  It says Exhibit 10 on the top

Page 9

1              right and Exhibit 8 on the cover.

2                    MR. ROTHMAN:  No.  On the top right it says

3              Exhibit 12 and the cover sheet says Exhibit 10.

4              It should be a two page document.

5                    MR. DELANEY:  I don't see it at the moment.

6                    MR. ROTHMAN:  I will show it to you on my

7              screen then.  Maybe it's stuck between pages or

8              it was misplaced.

9                    THE WITNESS:  I don't know that we have a

10             complete packet here.

11                   MR. ROTHMAN:  You may not.  It's been a few

12             weeks since that deposition.  But if you look at

13             the screen here, you will see that.

14                   MR. DELANEY:  I got it.

15             (Whereupon, the above referred-to document

16              was marked as Plaintiff's Exhibit 12.)

17        BY MR. ROTHMAN:

18             Q    Okay.  Great.  The second page is a one

19        page document called Certification Agreement.  Do you

20        see that?

21             A    Yes.

22             Q    Okay.  Are you familiar with this document?

23             A    No.

24             Q    Okay.  Take a moment and take a look at it,

25        see if reviewing it refreshes your memory.

Page 10

1                A     Got it.

2                Q     Okay.  Do you have any recollection of this

3       certification agreement?

4                A     I don't recall independently.  But this

5       does look familiar.

6                Q     Okay.  Were you aware of the fact that in

7       connection with source code transfers that my client,

8       Max, and your employer, TEG, agreed that they would

9       follow certain requirements and those are in the

10      certification agreement?

11               MR. DELANEY:  Objection to the

12               characterization and form of the question.  You

13               can answer.

14      BY MR. ROTHMAN:

15               Q     You can answer the question, Mr. Mase, if

16      you understand it.

17               A     No, I don't.  Could you repeat that?

18               Q     Yes.

19               Were you aware that the parties were

20      required to follow certain steps when source code was

21      transferred between my client and TEG?

22               MR. DELANEY:  Objection, calls for a legal

23               conclusion.

24               THE WITNESS:  The word requirement you are

25               using in this document appears to be a

Page 11

1          requirement.

2     BY MR. ROTHMAN:

3          Q     Okay.

4          A     Over the course of our relationship, these

5     requirements have been in constant flux.

6          Q     Okay.  Well, does this certification

7     agreement set forth certain requirements under now

8     therefore numbers one, two, three, does set forth

9     certain requirements concerning the transfer of source

10    code?

11               MR. DELANEY:  Objection to the form.

12    BY MR. ROTHMAN:

13         Q     You can answer.

14         A     That's what it appears to be.

15         Q     Okay.  And you were aware that there were

16    requirements that TEG was supposed to follow concerning

17    source code transfers?

18         A     Yes, there were a number of conditions over

19    a period of a couple of years, yes.

20         Q     Okay.  So there may or may not be a

21    document there marked Exhibit 35, but I tend to think

22    no.  But let me share my screen so you can see the

23    document that I am going to refer to.

24               So do you see the top half of this document

25    called Evidence/Property Custody Document, Exhibit 35?

Page 12

```
 1            A    I do.

 2            Q    Have you ever seen a document like this

 3       before?

 4            A    I don't recall.

 5            (Whereupon, the above referred-to document

 6             was marked as Plaintiff's Exhibit 35.)

 7       BY MR. ROTHMAN:

 8            Q    You don't remember, okay.

 9                 So it indicates that the recipient here is

10       Triangle Experience Group which is your company, right?

11            A    Yes.

12            Q    The name, grade and title of person whom

13       received is indicated to be Mike Bowers, TEG.  Does

14       Mike Bowers work for TEG?

15            A    Yes.

16            Q    What is his position?

17            A    Chief strategy officer.

18            Q    Is the address here on the right of 11182

19       Hopson Road, Suite A, Ashland, Virginia 23005.  Is that

20       TEG's address?

21            A    Yes.

22            Q    How many employees does TEG have currently,

23       do you know?

24            A    I don't have a current number.

25            Q    Approximately?
```

```
                                              Page 13

 1              A     Approximately 40.

 2              Q     The location from where obtained on the

 3       left it says "Download link via email from Jennifer

 4       Ryan-Max Minds."  Do you know who Jennifer Ryan is?

 5              A     Yes.

 6              Q     She was a Max Minds employee?

 7              A     She was.  She is no longer.  She was or she

 8       is.  I am not clear on that.

 9              Q     Okay, that's fine.

10              The reason obtained is source code

11       scanning.

12              Do you know what source code scanning

13       means?

14              A     Yes.

15              Q     What does it mean?

16              A     It means a source code is scanned for

17       vulnerabilities.

18              Q     Using software designed to scan source code

19       for vulnerabilities, right?

20              A     Software is used to do that, yes.

21              Q     Is that something that TEG did or is that

22       something that the government did or both?

23              A     Both.

24              Q     It says "The time date obtained 1,200 hours

25       August 18, 2023."
```

```
                                                         Page 14

1                    And then it refers to the description of

2          articles as Haptic Federal Source Code 3.1.21.7.

3                    Do you see that?

4          A    I do.

5          Q    Is it your understanding that TEG obtained

6          source code from my client for purposes of scanning it

7          over a period of time, including on or about August of

8          2023?

9          A    Can you repeat the question?

10         Q    Is it your understanding that TEG

11         consistent with this document obtained source code from

12         my client for purposes of scanning it for

13         vulnerabilities, including in August of 2023?

14                   MR. DELANEY:  Objection to the form of the

15              question.

16         BY MR. ROTHMAN:

17         Q    You can answer.

18         A    Over that course of our multiyear

19         relationship, we received the source code or jointly

20         owned source code from our partners at Max a number of

21         different times and a number of different ways, and

22         this appears to be a document for one of those

23         processes.

24         Q    Okay.

25         A    In exchange of the source code.
```

Page 15

1          Q    Okay.  You indicated in your answer that
2     the source code was jointly owned, did I hear that
3     correctly?
4          A    Correct.
5          Q    What is it -- what are you basing on the
6     statement that the source code was jointly owned?
7               MR. DELANEY:  Objection, calls for a legal
8          conclusion.  You can answer.
9               THE WITNESS:  Our entire relationship and
10         partnership with Max Minds.
11    BY MR. ROTHMAN:
12         Q    Okay.  Is there a particular document that
13    you are basing the statement that the source code was
14    jointly owned on?
15         A    There were thousands of emails, documents
16    and manner of exchanges that codified our relationship.
17         Q    Okay.  But in particular as it relates to
18    the joint ownership of source code, I am asking that
19    specific question.
20              Is there a particular document that you are
21    indicating says that TEG and Max jointly owned source
22    code?
23              MR. DELANEY:  Objection, calls for a legal
24         conclusion.  You can answer.
25              THE WITNESS:  One of them would be the

Page 16

1                joint venture agreement.

2        BY MR. ROTHMAN:

3                Q    Okay.  What would any other -- what would

4        other documents be besides the joint venture agreement?

5                A    As I mentioned in my previous answer, there

6        is thousands of correspondence between us and our

7        partners at Max Minds.

8                Q    So there are email correspondence you are

9        saying that reflects that TEG and Max Minds jointly

10       owned the source code, is that what you are saying?

11               A    I am saying that over the course of our

12       relationship from the very beginning of it, there is a

13       number of different mechanisms, not just documentation,

14       documentation like the one I mentioned previously, but

15       in-person meetings, multiple phone calls every week,

16       and all of the email correspondence and documentation

17       that you are referencing here.

18               Q    Okay.  So the joint venture agreement that

19       you referred to a minute ago, you should have a copy of

20       that in the packet of material there.  It's marked as,

21       I believe, Exhibit 11.

22               MR. ROTHMAN:  Can you look for that,

23               Mr. Delaney?  It's Exhibit 11 in the upper

24               right-hand corner, the cover page says Exhibit

25               9.

Page 17

1           THE WITNESS:  Got it.

2       (Whereupon, the above referred-to document

3        was marked as Plaintiff's Exhibit 11.)

4   BY MR. ROTHMAN:

5       Q    Okay.  Is that document that Mr. Delaney

6   just showed you that's marked as Exhibit 11, is that

7   the joint venture agreement you are referring to?

8       A    This appears to be it.  It is not a signed

9   copy.

10       Q    Okay.  So now let's go back and refer again

11   to this item 35, Exhibit 35.

12           So at the bottom under chain of custody,

13   there is a signature of Jennifer Ryan on the left as

14   released by, and Mr. Bowers is on the right of the

15   received by of the item which is the Haptic Federal

16   Source Code 3.1.21.7.  Do you see that?

17       A    Yes.

18       Q    Okay.  And then below that, Mr. Bowers has

19   signed on the left released by on 8/23/23 and the

20   purpose on the right says TEG certifies destruction of

21   item number one Haptic Federal Source Code 3.1.21.7.

22   Do you see that?

23       A    Yes.

24       Q    Do you know if the source code listed as

25   number one here was actually destroyed by TEG as

```
                                                       Page 18
 1        Mr. Bowers certified?

 2              A    I do not.  I wasn't involved in that

 3        process.

 4              Q    Do you know if TEG ever retained source

 5        code that it received from my client that it

 6        simultaneously or subsequently thereafter certified

 7        that it had destroyed?

 8              A    I do not.  Can you repeat that question?

 9              Q    Sure.

10              MR. ROTHMAN:  You want to read that back,

11         Ms. Schreiber?

12                  (Court Reporter Read Back.)

13              THE WITNESS:  No.

14   BY MR. ROTHMAN:

15              Q    Does TEG currently have source code for any

16        version of Haptic Federal developed by Max?

17              MR. DELANEY:  Object to the form of the

18         question.  You can answer.

19              THE WITNESS:  The co-developed co-created

20         software we currently have Haptic.

21   BY MR. ROTHMAN:

22              Q    Where is that software source code?

23              A    I have to refer to specific --

24              MR. DELANEY:  You have to restate the

25         question.  It came in jumbled.
```

Page 19

```
 1     BY MR. ROTHMAN:
 2          Q    Where is it, where is that source code
 3     being stored?
 4          A    That would be in Azure DevOps, I believe
 5     managed by a development team.
 6          Q    Who is on the development team?
 7          A    Kevin Mullican, John Wakefield, Cole
 8     Whitman, Sabrina Hanse.  I might be forgetting one.
 9          Q    Mr. Cole.  I am sorry.  Cole Whitman is his
10     first name.
11               Roth Benson?
12          A    Yes, she just joined the team.
13          Q    How about David Sinnk, does he have access
14     to the source code?
15          A    I would have to defer to Kevin Mullican on
16     that.  I don't know the answer.
17          Q    Okay.  Do you know the first time when
18     source code was transferred to TEG by my client and TEG
19     retained the source code instead of destroying it, do
20     you know when the first time that happened was?
21          A    I don't know that that's -- can you repeat
22     the question?
23          Q    So TEG has my client's source code and has
24     developed further my client's source code, that's my
25     understanding, not just from your testimony but from
```

                                                            Page 20

1          the testimony of Mr. Mullican and Mr. Mase -- I am

2          sorry, Mr. Clare.

3                    MR. DELANEY:  So there is no question.

4               What is the question?

5          BY MR. ROTHMAN:

6               Q    The question is, do you know when the first

7          time was that TEG received my client's source code but

8          did not destroy it?

9                    MR. DELANEY:  Object to the form of the

10                   question.  You can answer if you understand it.

11                   THE WITNESS:  I am not sure that I

12                   understand because -- explain more.

13         BY MR. ROTHMAN:

14              Q    Okay.  The certification document that we

15         were looking at indicated that the source code was

16         provided to TEG for purposes of source code scanning

17         for vulnerabilities is your testimony and that it was

18         certified as destroyed.  But it's my understanding that

19         TEG has the source code so my question is, when was it

20         that TEG obtained the source code but did not destroy

21         it, when was that first time?

22              A    I don't know.

23                   But I would explain that we have been,

24         source code in many forms has been exchanged a number

25         of times over the years and we retained like, for

Page 21

1      example, the four to five scans, source code sent back

2      and forth between teams.  Like, hey, in our

3      co-developed software with our partner was hey, Max,

4      you need to change this, this is unset, this will not

5      work, here is an example of how it has to be done.  So

6      you would have to narrow down specifically what you

7      mean because there is many facets to that answer in my

8      mind.

9              Q    Okay.  I understand that TEG had certain

10     requirements for the software and that it was asking my

11     client to develop the software to meet those

12     requirements, is that what you are saying?

13                  MR. DELANEY:  Objection to the form of the

14              question.

15                  THE WITNESS:  Yes, we had requirements and

16              we told him how to develop the software.

17     BY MR. ROTHMAN:

18              Q    Okay.  But it's my client's position, I am

19     not sure if you are aware of this, but do you know that

20     it's my client's position that TEG does not have the

21     right to possess my client's source code, you know that

22     that's my client's position?

23              A    I know that's your client's position.  That

24     is not at all the spirit or the way we've operated over

25     the last however many years now.  That is a change in

Page 22

1    his attitude for sure.

2          Q    Okay.  Well, we have a disagreement about

3    that.  But as long as we both understand what that

4    disagreement is, we can move forward with the

5    deposition.

6              So my question is, when was it that TEG

7    first received my client's source code and then

8    retained the source code not destroyed?

9              MR. DELANEY:  Objection to the form of the

10         question.  Calls for a legal conclusion.

11   BY MR. ROTHMAN:

12         Q    You can answer.

13         A    I would break your question into two parts.

14         Q    Sure.

15         A    We first received the software that we were

16   co-developing in July, approximately of 2020.

17             The second part of your question, I don't

18   know the answer to that.

19         Q    Okay.  So do you understand the difference

20   between source code and what you are referring to as

21   software?

22         A    I know what source code is, yes.

23         Q    Okay.  So my question refers to source

24   code.  And the question is when did TEG first receive

25   source code from my client?

```
                                                        Page 23
 1              A    So again -- are you finished?

 2              Q    No, go ahead.  You can answer that.

 3              A    We received the source code in July of 2020

 4      approximately.  That was scanned -- let me finish.

 5              Q    Go ahead.

 6              A    That was scanned.  As a result of that

 7      scan, we got hundreds of pages of scan that includes

 8      source code in it.  We retained that to this day, and

 9      we have exchanged it multiple times with Max as we

10      co-developed the software.

11              Q    Okay.  When you say as you co-developed the

12      software beginning in 2020, you are saying that

13      individuals at TEG were actually writing code?

14              A    Yes.  Our developers had been writing code

15      all along even prior to meeting with Brandon.

16              Q    Okay.  But in terms of Max's source code,

17      are you saying that beginning in 2020 when you first

18      received Max's source code to do scans on it for

19      vulnerabilities and you said it produced pages and

20      pages of reports about the source code, right?

21              A    Correct.

22              Q    Okay.  Have you since that time in also

23      developing source code based on the code that TEG

24      received in 2020?

25                   MR. DELANEY:  Objection to the form of the
```

1           question.

2                 THE WITNESS:  As I cited in my previous

3           example, source code report hey, Brandon, Bobby,

4           Max team, the source code here needs to be

5           changed, needs to look like this.  So as we were

6           co-developing and co-creating the product, this

7           code is unset, that is going to fail.  Hey,

8           guys, that's got to be removed.  They would

9           remove code.  So it was a completely

10          collaborative process from day one.

11     BY MR. ROTHMAN:

12          Q    Understood that you mean -- that you are

13     referring to as collaborative.

14                My question is from day one, was someone at

15     TEG writing code?

16          A    On day one, no.

17          Q    Now, was there ever a point that TEG told

18     my client, that the software that TEG received from my

19     client that that software could be software that could

20     be delivered to a customer, that it was acceptable to

21     be delivered to a customer?

22          A    Can you repeat the question?

23          Q    Yes.  Did there ever come a time when TEG

24     told my client that software my client had provided to

25     TEG, which you were going to sell licenses to clients

```
                                                        Page 25
  1        for, that it was acceptable to deliver that software to

  2        a client?

  3              A    At some point, the software became sellable

  4        initially, yes.  That was some time into the

  5        relationship.  It was not a finished product when we

  6        began our relationship.

  7              Q    But at some point you told my client, this

  8        is a finished product that could be sold to a client?

  9              A    Yes.

 10              Q    Okay.  So let me show you what is marked as

 11        Exhibit 41.  Can you see my screen there?

 12              A    Yes.

 13              (Whereupon, the above referred-to document

 14               was marked as Plaintiff's Exhibit 41.)

 15        BY MR. ROTHMAN:

 16              Q    So this is two pages of emails.  I am just

 17        going to scroll down.  I will give you an opportunity

 18        to read it if you would like.  But just so you can see

 19        the entire document.  The top of the first page is an

 20        email dated September 21st, 2023 to Jennifer Ryan and

 21        it says from Jeff Mase.  That's you, right?

 22              A    That appears to be the top, but it appears

 23        to be there is some missing emails below that.

 24              Q    Well, there is the next email in the series

 25        below is from Jennifer Ryan to you also dated September
```

Page 26

1      21st, 2023 at 3:41 p.m., the email above that was at

2      10:33 p.m.  Right.  So this one is earlier.  And then

3      below that, there is an email from September 21 at 2:42

4      p.m.  It appears to be from you to Jennifer Ryan.  And

5      then below that, there is one from Jennifer Ryan to a

6      number of individuals including you on September 20th,

7      okay.

8                  So if we start on the bottom, the last one

9      here, it says "Attached is the detailed Fortify

10     Suppressed issues file."  You see that?

11             A    Yes.

12             Q    Okay.  What is Fortify?

13             A    HP Fortify is a program used to scan

14     software.

15             Q    And it's a program that TEG used to scan

16     Haptic Federal for vulnerabilities?

17             A    Initially the government was the only one

18     who had the Fortify software to run the scans, our

19     initial scans were done there.  Eventually in our

20     partnership, we bought the HP Fortify scans to be run

21     by the Max Minds team.

22             Q    Okay.  And that would have been the case in

23     or about September of 2023?

24             A    Max Minds did have HP Fortify software that

25     we provided to them so they could scan our co-developed

Page 27

 1          software for vulnerabilities, yes.

 2                Q     Then it says that attached is the detailed

 3          Fortify Suppressed Issues File.  What is a Fortify

 4          Suppressed Issues File?

 5                A     That you would have to refer to the

 6          technical team.  I am not a technical person.  I can't

 7          elaborate on those keys.

 8                Q     Okay.  So then the next email you say "Any

 9          update on a delivery of 3.1.21.9 ██████ plus logging?"

10          What does ██████ mean?

11                A     ██████.

12                Q     What does it mean though?

13                A     What does the acronym mean?

14                Q     Yes.

15                A     I do not know.

16                Q     Do you have any idea what it will refer to

17          because in the next sentence it refers to the ██████

18          team?

19                A     That's an acronym that identifies a

20          government network.  I don't recall what the acronym

21          is.

22                Q     Okay.  Is it a government network related

23          to or that's used by one of TEG's government customers?

24                A     ██████████████████ that's used by the

25          entire ████████████████████████████████

Page 28

1        community.

2                Q    Okay.  The next sentence says "The waiver

3        document was signed and returned."

4                     Do you know what that is referring to?

5                A    No.

6                Q    It says the due date --

7                A    Is there a document attached to this email?

8                Q    No, there wasn't a document attached.

9                     It says "The due date is 22 September."

10                    Do you know what due date that's referring

11       to?

12               A    I don't recall.

13               Q    It says "This is not the same customer

14       ████████    ████████████████████████████, something

15       like that?

16               A          ██████████████████████████████████

██       ████████████████████████

18               Q    Do you know what customer this was

19       referring to if it wasn't referring to ██████

20               A    I believe that is referring to ██████

21               Q    ████████

22                    So the next email above says "Per our

23       discussion on September 20th, we had item number one

24       signed POCV2 explanation doc and item number three the

25       version number 3.1.21.9 for ██████ POCV2.  The only

Page 29

```
1        thing stated yesterday that we still required was

2        approval of 3.1.21.8 by TEG and passing ████ scanning

3        and acceptance."

4                Do you see that?

5        A    Yes.

6        Q    And then the questions are asked in

7        paragraph after "Where are we with the ████ scans?  Is

8        TEG going to accept 21.8?"

9                Do you see that?

10       A    Yes.

11       Q    Okay.  So then the last email which we get

12       at the top, this is from you.  The second line says

13       "2.1.8 is currently in an acceptable status for

14       delivery."

15               Do you see that?

16       A    Yes.

17       Q    What did you mean by that?

18       A    I would have to go back and review the

19       entire correspondence because in conjunction with these

20       emails, we would have twice a week meetings on various

21       topics.

22               Now, was that referenced to the delivery to

23       our development team to test the delivery of the

24       software?  Because during this period of time, the Max

25       team was throwing a number of different versions over
```

Page 30

```
 1      the fence and as soon as we began testing it, it would
 2      fail.  So that's why these numbers in this particular
 3      email, I would need to look at the notes associated
 4      with those meetings as well to put it in context.  So
 5      that 21.8 acceptance status delivery could be referring
 6      to delivery to my lab, to TEG's testing environment or
 7      it could be delivery to the ██████ testing lab.
 8              Q    Okay.  I don't understand your answer
 9      because it seemed to me that the whole purpose was for
10      the software to be acceptable for delivery to the
11      customer.  Isn't that what your email is saying?
12              A    Not necessarily, no.
13              Q    No.  Might it be saying that or it might be
14      saying something else?
15              A    Yes, again, because during this period of
16      time, there is so much back and forth for them trying
17      to fix what they were sending because every time they
18      sent us something, it was broken.  So hey, we got this
19      in the lab, we know in TEG's lab, it broke immediately.
20      There is no point in putting this in front of the
21      government because we know it has already failed.
22      There is going to be -- we are going to have to create
23      a new version again because it's not meeting or passing
24      the basic test.
25                      So that could mean a couple of different
```

Page 31

1          things and I would have to get more information and

2          provide you a correct answer.

3                  Q     Where would you go to get that information?

4                  A     That could be in our biweekly meeting

5          notes.  We also corresponded on Slack back and forth.

6                  Q     Anywhere else?

7                  A     HappyFox.  Whatever new program they came

8          up with after HappyFox.  There is a working spreadsheet

9          that both companies were share on and co-edit.  The

10         process here was at a number of different levels of

11         collaboration with different formats.

12                 Q     So the third line says that this is for

13         another one of your government customers ██████████

14         right?  This doesn't help us understand better that the

15         statement you were making in the second line had to do

16         with delivery to ███████ as the customer?

17                 A     If you would allow me to read the whole

18         thing.

19                 Q     Sure.  Go ahead.

20                 A     You are kind of jumping around here.

21                 Q     Take your time.  Please read the whole

22         thing.

23                 A     Okay.

24                 Q     You want me to go down further?

25                 A     Okay.  Go back to the top.  Can you repeat

                                                        Page 32

1       your question?

2              Q    Yes.  I am trying to -- I am trying to

3       understand whether what you say in line two, 21.8 is

4       currently in an acceptable status for delivery refers

5       to delivery to TEG's customer?

6              A    No.

7              Q    The answer is no?

8              A    The answer is no based on that -- again, to

9       get the full answer, I would have to look at the other

10      documents.

11             Q    Okay.

12             A    Because at this time Jen who is at Max

13      Minds and Aleo, who is actively not having her

14      developers on the call and she was not a technical

15      person herself so that was the sense of urgency.

16                  Reading through this now, they were doing

17      everything to insulate and obfuscate the development

18      team from us so we can provide a working software to

19      the customer.  So this is part of the puzzle.  But I

20      don't know that 21.8 ever passed muster.

21             Q    Okay.  Was version -- version 21.8, that

22      was a version of source code that TEG had in its

23      possession at one point, correct?

24             A    Source code.

25             Q    Yes, the source code.

Page 33

1           A    I don't know.

2           Q    The point that this email was sent in

3    September of 2023, TEG had versions of my client's

4    source code in it's possession; is that correct?

5                MR. DELANEY:  Object to the form of the

6           question.

7                THE WITNESS:  No, that's not correct.  The

8           software was co-created, co-developed so I don't

9           refer to it the way you are referring to it.

10   BY MR. ROTHMAN:

11          Q    No, I am asking you about source code

12   specifically.  You had indicated --

13          A    Okay.

14          Q    You had indicated in the beginning in July

15   of 2020 that TEG did not have the source code.  And at

16   some point thereafter, TEG did have the source code, so

17   my question to you is, in September of 2023 when this

18   email was sent, did TEG have copies of my client's

19   source code?

20               MR. DELANEY:  Object to the form of the

21          question.  You can answer.

22               THE WITNESS:  Did you say back in 2020 we

23          did not?  I thought I said the opposite.

24   BY MR. ROTHMAN:

25          Q    You had my client's source code in 2020?

```
                                                      Page 34

 1              MR. DELANEY:  Objection to the form of the

 2          question, the phrase my clients.

 3    BY MR. ROTHMAN:

 4          Q    Yes.  When I say my client, I refer to Max.

 5    You understand who that is, right, Mr. Mase?

 6              MR. DELANEY:  Just let me interpose an

 7          objection.  I mean, part of the difficulty is

 8          you keep saying my clients and he keeps fighting

 9          with you because he doesn't believe it is your

10          clients.  I mean, if you want to say that, it

11          just prolongs the agony of the deposition.

12    BY MR. ROTHMAN:

13          Q    Let's not prolong the agony.

14              Let's just refer to the source code.  Let's

15    refer to the source code and ignore for the moment who

16    owned it.

17              What was the earliest date that you can

18    recall TEG possessing the complete source code?

19          A    I don't know how to answer that question

20    because again, like I said earlier, we had the source

21    code and hundreds of documents and I don't know, I am

22    not a developer, I don't know where that begins and

23    ends as far as is it the totality, again, I am not a

24    co-owner, I am not a developer.

25              Since we were partnered in the effort, we
```

Page 35

1    retained that all the documents of the source code that

2    were provided and we continued to work with Max on

3    those documents.

4          Q    Okay.  You testified earlier that several

5    people at Max have access to the source code in DevOps,

6    Mr. Mullican, Mr. Wakefield, Mr. Whitman, Ms. Hanse and

7    Mr. Brock, you remember that?

8          A    You are going to have to repeat that

9    because I think you misstated it.

10         Q    Oh.  I thought that you testified that TEG

11   has in Azure DevOps source code and that the

12   individuals at TEG with access to it are Mr. Mullican,

13   Wakefield, Whitman, Hanse, Brock?

14         A    Yes.  That is correct.

15         Q    Okay.  When was the first date that any of

16   those individuals had access to source code in DevOps?

17         A    I would have to look at their hire dates

18   and defer to Kevin Mullican on that piece.

19         Q    Okay.  So you wouldn't be able to tell me

20   sitting here what the earliest date was that they had

21   access to the source code in DevOps?

22         A    Correct.

23         Q    Okay.  Going back to the exhibit that we

24   were looking at, Exhibit 35, the Evidence/Property

25   Custody Document.  There have been several different

Page 36

1    versions at different times of these documents

2    exchanged between the parties, right?

3          A    The exchanges have taken a number of

4    different forms since the beginning of the joint

5    venture, yes.

6          Q    Okay.  When was the last time that TEG

7    obtained source code from my client, completed a

8    document like Exhibit 35 certify destruction of the

9    source code but retained the source code despite having

10   certify destruction?

11               MR. DELANEY:  Object to the form of the

12          question.  You can answer.

13               THE WITNESS:  I don't know.

14   BY MR. ROTHMAN:

15         Q    Who would know?

16         A    Who was involved in the transfer process.

17         Q    Okay.

18              The source code that the individuals you

19   mentioned Mullican, Wakefield, Whitman, Hanse and

20   Brock, that they are doing development on Azure DevOps.

21   Do you know what the earliest versions of that software

22   that my client contributed to?

23         A    I do not.

24         Q    Do you know the very last version that my

25   client contributed to?

Page 37

1              A    I do not.

2              Q    Does the government have any versions of

3       the source code we have been talking about?

4              A    No.

5              Q    Does any company other than TEG have any

6       versions of the source code?

7              A    No.

8              Q    Does any organization other than TEG have

9       any versions of the source code?

10             A    No.

11             Q    Okay.

12                  MR. ROTHMAN:  Let's, Mr. Delaney, take a

13                  five or ten minute break and I can figure out

14                  what, if anything else, I need to ask about.

15                  I do have a couple of questions that I know

16                  are going to involve AEO documents.  I am going

17                  to ask my client, Mr. Fischer, to drop off at

18                  this point and then we can come back and wrap

19                  things up, okay.

20                  THE WITNESS:  Okay.

21                  MR. ROTHMAN:  Thanks.

22                     (Off the record at 11:18.)

23                  (Back on the record at 11:28.)

24      BY MR. ROTHMAN:

25             Q    My client came back in.  We have a couple

Page 38

1     of things that we want to go over before I get to the

2     AEO stuff.

3               I want to share with you what I've marked

4     as Exhibit 42.  Mr. Clare (sic), if you can take a look

5     at that email and then I will scroll down to the left

6     page.  Can you see that okay?

7          A    Are you talking to Mr. Clare?

8          Q    I am sorry.  I apologize.  I misspoke.  You

9     both have single syllable last names so I get a little

10    confused with my dyslexia.

11              Mr. Mase, can you please take a look at

12    Exhibit 42.  Do you see that?

13         A    I do.

14         (Whereupon, the above referred-to document

15          was marked as Plaintiff's Exhibit 42.)

16    BY MR. ROTHMAN:

17         Q    Okay.  This is an email that you sent on

18    May 27, 2021 concerning a DD1149 property receipt.  Do

19    you know what that is?

20         A    Yes.

21         Q    Okay.  What is it?

22         A    It's something that Brandon asked us to

23    have the government sign when we delivered the source

24    code for scanning.

25         Q    Okay.  And the attachment is, in fact, that

```
                                                   Page 39

  1        document, right?

  2               A    Yes.  Appears to be.

  3               Q    All right.  So you have seen these and been

  4        involved in these source code exchanges and

  5        certifications of destruction, right?

  6               A    Yes.

  7               Q    Okay.

  8               A    In this instance I was.

  9               Q    So -- let me show you what I've marked as

 10        Exhibit 43.  If you can take a look at this document,

 11        Mr. Mase.  Let me know when I can scroll down anymore.

 12               A    Scroll down.  Continue.  Okay.

 13             (Whereupon, the above referred-to document

 14              was marked as Plaintiff's Exhibit 43.)

 15        BY MR. ROTHMAN:

 16               Q    So my question is concerning the very first

 17        line in your email to Rich Gargas here.  It says "3A

 18        3.1.13 is the source code that we have secured in ███

 ██        ████████████████████████████████████

 20               What is ██████

 21               A    ██████

 22               Q    It means ██████████████████

 23               A    Yes.

 24               Q    It's a █████████████████,

 25        right?
```

Page 40

1          A    Correct.

2          Q    When it says it's the source code we have

3     secured on ███████████.  The vault, where is that

4     that you are referring to?

5          A    That vault was never secured.  That was a

6     planned event but we never got that accomplished.

7          Q    What do you mean it wasn't a planned event?

8     I don't understand.

9          A    So in order to get the ATO, the government

10    wanted a secure repository of the source code on a

11    classified network.

12         Q    Oh.

13         A    We never got that.

14         Q    So the government network, there is no

15    source code secured in a vault on a government network?

16         A    No.

17         Q    No.  Okay.

18         A    I think that should have been read is the

19    plan is to, it is our intent, that was again like

20    taking the email without the meeting notes and the

21    context of the conversations we've had, we would have

22    and it was during this process was hey, in order to get

23    to ATO, one of the requirements is this, the plan is to

24    secure it in a vault.

25         Q    What does ATO mean?

Page 41

1           A     Authority to operate.

2           Q     Your statement is written in the past

3     tense.  So are you saying that the source code has

4     never been secured on ███████████?

5           A     The source code?

6           Q     Yes.

7           A     No.

8           Q     Never.  Okay.

9                 Since it was scanned by ████████ what is

10    ███████

11          A     Combat and command in the ██████

12          Q     What does it stand for?

13          A     ███████████.

14          Q     All right.  Okay.  I have one other

15    question and it's about an AEO document so I am going

16    to ask my client to leave at this point.  I will show

17    you what I am going to mark as Exhibit -- I think I am

18    up to 44.

19          (Whereupon, the above referred-to document

20             was marked as Plaintiff's Exhibit 44.)

21    BY MR. ROTHMAN:

22          Q     So Mr. Mase, Exhibit 44 is a document

23    entitled ████████████████████████████

      ████████████████████████████████.

25                Do you see this on your screen there?

Page 42

1              A    I do.

2              Q    Okay.  Have you ever seen this document

3         before?

4              A    No.

5              Q    Okay.  Do you have any idea what the

6         relationship is between TEG and █████████

7    █   ████████████

8              A    No.  We don't have a current relationship

9         within ████

10             Q    Did you previously have one?

11             A    They were involved.  I don't know all the

12        details.  I was primarily involved in operations during

13        this period of time, not with ████

14             Q    Okay.  During this period of time, the date

15        of this is -- indicates it was signed in March of 2023,

16        is that the same period you are referring to?

17             A    Yes.

18             Q    What was the nature of the work that TEG

19        was doing for ████

20             A    I know that we were working for them.  They

21        attended events where our customers were using our

22        software.

23             Q    Okay.  Does ████ have access to the source

24        code we have been talking about?

25             A    No.

Page 43

1          Q     Did they have the software we have been

2     discussing?

3          A     No.

4          Q     Give me one moment, please.

5                Is TEG currently working with ██████ or

6     anything having to do with the software we have been

7     discussing?

8          A     No.

9          Q     I understand you had a conversation with

10    someone at HappyFox?

11         A     Yes.

12         Q     Concerning a bug tracking system?

13         A     Yes.

14         Q     Okay.  Do you recall when that conversation

15    took place?

16         A     I don't.

17         Q     Do you remember who it was at HappyFox that

18    you spoke to?

19         A     I would have to go back and look at

20    correspondence.  I don't recall.

21         Q     Okay.  Can you tell me sum and substance of

22    the conversation you had with the person at HappyFox?

23         A     Yes.  So I reached out to HappyFox because

24    our partners there at Max had destroyed all of the

25    historical data of our collaborative efforts together.

Page 44

1    They transferred to and, you know, I asked Jen and the

2    team there to get it back.  Jen, again, kind of lost in

3    the sauce she was new to the program, didn't have any

4    historical background, so she was none the wiser.  So

5    she thought they had moved all of the information to a

6    new program, which name escapes me at the moment.

7                 And I indicated to her, hey, that is not

8    the case, Jen.  We have lost all of historical

9    conversations, date and time group of the reported

10   events, what the details of the problem were.  And so

11   to regain all of that data so we didn't have to relearn

12   all of the problems in our software.  I reached out and

13   I said, can we recover this data and they indicated

14   that was possible, we just had to renew the membership.

15   That membership was owned by Max Minds, our partners

16   and they flat out refused to recover that data, and

17   that became a major pain point because as their CTO

18   elaborated from as soon as he came on that team, they

19   have so much technical debt that they may never catch

20   up.

21                 So I reached out to that person, I said

22   hey, we can get this back and Max wouldn't do it and we

23   implored them because again, now by this time, no

24   developers were showing up on this call.  Our product

25   is literally dying on the vine because all of the

Page 45

1          problems in the software so we didn't want to lose

2          those historical records.  And they flat out refused

3          and moved to a new program which erased a good amount

4          of that data, not all of it.

5                    So in a continuing back and forth over

6          numerous meetings, email exchanges, phone calls, I

7          implored them, hey, you are hurting our product.  We

8          co-own this product and you are about to cause it

9          catastrophic damage if we don't recover this data.

10         They in a sense tried to gaslight us and say hey, all

11         of the data is there.  I said it's not.  They asked me

12         hey, can you give me examples, again, further delaying

13         this process.

14                   And then I went back to them and gave them

15         here is concrete examples of where you guys lost

16         critical data.  Crickets.  They were unresponsive.

17         They refused to help improve the product, which kind of

18         backed us into a corner.  This ongoing frustration

19         because again, this woman Jen was not a technical

20         software developer.  By now Max has removed all of

21         their technical teams from the majority of the calls.

22         Brandon is no longer attending these calls.  So that

23         became a major historical data loss for our

24         co-developed software.  I don't know if it was an

25         attempt to cover their tracks, hey, we screwed this up

Page 46

```
 1     and now we have gotten rid of the receipts that shows

 2     how we screwed this up.

 3             And that was another further indication

 4     that they were actively trying to kill our relationship

 5     and our partnership.

 6         Q    When was this?

 7         A    This was a period of months.  I would have

 8     to go back and look at the record.  It was ongoing.  As

 9     soon as this Jen woman became involved in Aleo, Brandon

10     actively said he was insulating his team from us, his

11     words.

12             So Jen having no historical context of how

13     of the history of our relationship began to try and

14     just slow down any development process as we were

15     railing into roadblocks hey, we can't sell this

16     software, folks, until we fix these problems and you

17     guys just deleted all the history.  We need it back,

18     please do it.  I don't know if it was a cost thing.

19     But they just flat out refused to do it.

20         Q    So I am trying to understand -- first of

21     all, what year are we talking about this occurring?

22         A    That -- the deletion piece I would have to

23     look at.  It's somewhere in --

24         Q    The switch from HappyFox to something else?

25         A    Ballpark late 2022, '23.
```

Page 47

1          Q    Late 2022 to late 2023 was the switch?

2          A    I am assuming.  Again, this is like, I am

3    not precise on the dates but it was during that period

4    of time, and there was a number of catastrophic

5    failures in the software with our customers and the Max

6    team, we implored them to bring more developers on to

7    fix this problem.  They refused to do it and just

8    actively isolated us out from the process, meanwhile,

9    we are on life support with our customers trying to

10   keep the software alive.

11          And when I say life support, I mean like

12   critical operations going on with our customers who use

13   our software and it's failing.  They are actively

14   deleting the history.  They are actively not showing up

15   for calls.  They are not participating in the process

16   to help solve the issue.  So HappyFox was one attempt

17   of many to try and get them back on board, like, hey,

18   we are back, we got the information, now let's proceed

19   forward with all of our historical data.

20          Q    Okay.  I am showing you Exhibit 41 again

21   which is your email to Jennifer Ryan September 21,

22   2023.

23          Was the situation you were referring to

24   with the change from HappyFox to something else, was

25   that before or after this date?

Page 48

1          A     Again, I would be speculating.  But it

2      would be before then because these are, again, hear me

3      trying to explain to her things she doesn't understand

4      because there is no technical people from Max

5      participating and supporting us any longer that, you

6      know, we had to go back and try and explain these

7      problems, meanwhile we are trying to solve these

8      critical failures and it's crickets on the other end

9      and this woman Jen, obviously God bless her soul,

10     didn't know what she was doing and we are trying to

11     help her along.

12         Q     Okay.  So sometime before September 21 of

13     2023 that these problems you described occurred where

14     the product was dying on the vine where it was hurting

15     the product and you needed to get access to this data,

16     is that my understanding?  Is that the correct

17     understanding I should have?

18         A     We were trying to get a lot of things back

19     online.  Most of all trying to get them engaged to help

20     fix.  HappyFox was just one of those pieces of data

21     that helps complete the overall picture along with

22     these emails, the meeting recap notes, the phone

23     conversations, the Slack traffic.  These are all

24     mechanisms by which we were trying get them to engage.

25         Q     Right.  But the goal was ultimately that

Page 49

1      you have software that you can sell to customers,

2      right?

3              A    That was our goal, yes.

4              Q    Okay.  And the conversation that we had

5      earlier about this Exhibit 41, just to make sure I

6      understand this correctly.  Line two where it says

7      "21.8 is currently in an acceptable status for

8      delivery."

9                  When you say that there, what are you

10     saying about the software being deliverable to the

11     client?

12             A    That means hey, whatever you got, it's not

13     to the client.  This email is not clear on that point.

14                 Again, they would send us hey, we think we

15     fixed it, you guys try it out.  The reason we would

16     have to do that because their team would say we have no

17     mechanism to test this what we just did.  We need you

18     guys to do this so you can't really -- or I can't glean

19     from this particular, that singular sentence the entire

20     breadth and depth of what the problem is here.  Again,

21     there is deadlines.  We are trying to sell software.

22     We are dying.  We need help folks.  I am trying to get

23     this woman to understand.

24             Q    Right.  But you are trying to sell software

25     to a customer and you are telling me that when you say

Page 50

```
 1          quote, "21.8 is currently in an acceptable status for
 2          delivery," unquote.  You are saying that isn't delivery
 3          to the customer, that's some other delivery?
 4                   A    That's not what I am saying.
 5                        I am saying based on this email, I can't
 6          drive the entire context.  Again, there is joint Slack
 7          traffic.  There is meeting recap notes.  There is phone
 8          calls some of which I am a part of, some of which I am
 9          not.
10                   Q    Okay.  Was 21.8 subsequently delivered to a
11          customer?
12                   A    I don't know.  Again, like the versions
13          were coming over so fast and incomplete and broken, I
14          don't -- I couldn't answer that question the way you
15          asked it.
16                   Q    Okay.  Customers currently have the
17          software though, right?
18                   A    Yes.
19                   Q    Okay.  All right.  I have no further
20          questions.  Thank you, Mr. Mase, for your time.
21                        MR. DELANEY:  I have one quick question or
22                   one quick series of questions.
23                              CROSS-EXAMINATION
24          BY MR. DELANEY:
25                   Q    So Mr. Mase, there was a colloquy between
```

Page 51

1     you and Mr. Rothman about TEG's development efforts and

2     one of your responses was not on day one.  And I

3     believe that the question generally was what was TEG

4     doing development or when was TEG doing development and

5     your response was not on day one.

6             Do you recall that colloquy between you and

7     Mr. Rothman?

8         A    I do.

9         Q    What did you mean by day one?

10        A    Day one means the beginning of my

11    relationship and involvement with Brandon Fischer in

12    our TEG office in Virginia.

13        Q    When was that roughly?

14        A    It was approximately February 2017.

15        Q    Thank you.  I don't have anything else,

16    Mr. Rothman.

17            MR. ROTHMAN:  Thank you very much,

18         Mr. Mase.

19            MR. DELANEY:  Read.

20            MR. ROTHMAN:  And we are going to need to

21         order it if I could get it in probably a week,

22         that would be fine.

23            MR. DELANEY:  Copy and read and sign.

24    (Whereupon, the deposition was concluded at 11:59 a.m.)

25

Page 52

1   Raighne Delaney, Esq.

    rdelaney@beankkinney.com

2

3                        December 9, 2024

4   RE:  Max Minds, LLC v. Triangle Experience Group, Inc., Et Al.

         12/4/2024, Jeffrey Mase (#7055761)

5

6       The above-referenced transcript is available for

7   review.

8       Jeffrey Mase should read the testimony to

9   verify its accuracy. If there are any changes,

10  Jeffrey Mase should note those with the reason

11  on the attached Errata Sheet.

12      Jeffrey Mase should, please, date and sign the

13  Errata Sheet and email to the deposing attorney as well as

14  to Veritext at Transcripts-fl@veritext.com and copies will

15  be emailed to all ordering parties.

16      It is suggested that the completed errata be returned 30

17  days from receipt of testimony, as considered reasonable

18  under Federal rules*, however, there is no Florida statute

19  to this regard.

20      If the witness fails to do so, the transcript may be used

21  as if signed.

22                  Yours,

23                  Veritext Legal Solutions

24

     *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure

25     Rule 1.310(e).

Page 53

1   Max Minds, LLC v. Triangle Experience Group, Inc., Et Al.
2   12/4/2024, Jeffrey Mase (#7055761)
3                    E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19
20  Under penalties of perjury, I declare that I have
    read the foregoing document and that the facts
21  stated in it are true.
22
23  _____   _____
             (Jeffrey Mase)                    DATE
24
25

Page 54

```
 1                    CERTIFICATE OF OATH
 2    STATE OF FLORIDA        )
 3                                    SS:
 4    COUNTY OF MIAMI-DADE )
 5
 6    I, MARLA SCHREIBER, Shorthand Reporter, Notary
 7    Public, State of Florida, certify that Jeffrey Mase
 8    appeared before me on the 4th day of December, 2024
 9    and was duly sworn.
10
11         Signed this 9th day of December 2024.
12
13
14
                    _____
15                  MARLA SCHREIBER, SHORTHAND REPORTER
16                  NOTARY PUBLIC, State of Florida
17
18
19
20
21
22
23
24
25
```

Page 55

 1                    REPORTER'S CERTIFICATE

 2      STATE OF FLORIDA)

 3      COUNTY OF MIAMI-DADE )

 4            I, Marla Schreiber, Shorthand Reporter, certify

 5      that I was authorized to and did stenographically

 6      report the foregoing proceedings; and that the

 7      transcript is a true record.

 8            I further certify that I am not a relative,

 9      employee, or counsel of any of the parties, nor am I

10      a relative or employee of any of the parties'

11      attorney or counsel connected with the action, nor

12      am I financially interested in the action.

13            Dated this 9th day of December, 2024.

14

15

16      _____

17      MARLA SCHREIBER, SHORTHAND REPORTER

18      NOTARY PUBLIC, Commission # HH431793

19      MY COMMISSION EXPIRES:

20      October 14, 2027

21

22

23

24

25

| & | 2 | 3 | 6 |
|---|---|---|---|
| **&** 2:11 | **2** 8:23 | **3.1.13** 39:18 | **6** 3:2 8:16 |
| **0** | **2.1.8** 29:13 | **3.1.21.7.** 14:2 | **7** |
| **00779** 1:3 | **2017** 51:14 | 17:16,21 | **7055761** 52:4 |
| **1** | **2020** 22:16 23:3 | **3.1.21.8** 29:2 | 53:2 |
| **1,200** 13:24 | 23:12,17,24 | **3.1.21.9** 27:9 | **8** |
| **1-10** 1:9 | 33:15,22,25 | 28:25 | **8** 3:2 6:11,18 |
| **1.310** 52:25 | **2021** 38:18 | **30** 7:22 52:16,24 | 8:15,16 9:1 |
| **10** 8:23,25 9:3 | **2022** 46:25 47:1 | **33433** 2:4 | **8/23/23** 17:19 |
| **100** 2:4 | **2023** 13:25 14:8 | **35** 3:5 11:21,25 | **9** |
| **10:00** 1:15 | 14:13 25:20 | 12:6 17:11,11 | **9** 3:3 16:25 52:3 |
| **10:14** 8:11 | 26:1,23 33:3,17 | 35:24 36:8 | **9th** 54:11 55:13 |
| **10:20** 8:12 | 42:15 47:1,22 | **38** 3:7 | **a** |
| **10:33** 26:2 | 48:13 | **39** 3:8 | **a.m.** 1:15 8:11 |
| **11** 3:4 16:21,23 | **2024** 1:14 52:3 | **3:41** 26:1 | 8:12 51:24 |
| 17:3,6 | 54:8,11 55:13 | **3a** 39:17 | **able** 35:19 |
| **11182** 12:18 | **2027** 55:20 | **4** | **above** 6:17 9:15 |
| **11:18** 37:22 | **20th** 26:6 28:23 | **4** 1:14 2:21 | 12:5 17:2 25:13 |
| **11:28** 37:23 | **21** 26:3 47:21 | **40** 13:1 | 26:1 28:22 |
| **11:59** 1:15 | 48:12 | **41** 3:6,9 25:11 | 38:14 39:13 |
| 51:24 | **21.8** 29:8 30:5 | 25:14 47:20 | 41:19 52:6 |
| **12** 3:3,5 8:22 9:3 | 32:3,20,21 49:7 | 49:5 | **accept** 29:8 |
| 9:16 | 50:1,10 | **42** 3:7 38:4,12 | **acceptable** |
| **12/4/2024** 52:4 | **21301** 2:4 | 38:15 | 24:20 25:1 |
| 53:2 | **21st** 25:20 26:1 | **43** 3:8 39:10,14 | 29:13 30:10 |
| **13254** 54:14 | **22** 28:9 | **44** 3:9 41:18,20 | 32:4 49:7 50:1 |
| 55:15 | **22201** 2:13 | 41:22 | **acceptance** 29:3 |
| **14** 55:20 | **23** 46:25 | **4th** 54:8 | 30:5 |
| **17** 3:4 | **23005** 12:19 | **5** | **access** 19:13 |
| **18** 13:25 | **2311** 2:12 | **50** 2:23 | 35:5,12,16,21 |
| **1:24** 1:3 | **25** 3:6 | **500** 2:12 | 42:23 48:15 |
| | **27** 38:18 | | |

**accomplished** 40:6
**accuracy** 52:9
**acronym** 27:13 27:19,20
**action** 55:11,12
**actively** 32:13 46:4,10 47:8,13 47:14
**activities** 5:23
**actually** 5:7 7:5 17:25 23:13
**address** 12:18 12:20
**aeo** 37:16 38:2 41:15
**ago** 16:19
**agony** 34:11,13
**agreed** 10:8
**agreement** 3:3,4 3:5 6:13 8:18,24 9:19 10:3,10 11:7 16:1,4,18 17:7
**ahead** 23:2,5 31:19
**al** 52:4 53:1
**aleo** 32:13 46:9
**alive** 47:10
**allow** 31:17
**amount** 45:3
**answer** 10:13,15 11:13 14:17 15:1,8,24 16:5

18:18 19:16 20:10 21:7 22:12,18 23:2 30:8 31:2 32:7,8 32:9 33:21 34:19 36:12 50:14
**anymore** 39:11
**anyway** 8:4
**apologize** 38:8
**appearances** 2:1
**appeared** 54:8
**appears** 8:20 10:25 11:14 14:22 17:8 25:22,22 26:4 39:2
**approval** 29:2
**approximately** 5:17 12:25 13:1 22:16 23:4 51:14
**arlington** 2:13
**army** 41:11
**articles** 14:2
**ashland** 12:19
**asked** 29:6 38:22 44:1 45:11 50:15
**asking** 4:12 15:18 21:10 33:11
**associated** 30:3

**assuming** 47:2
**ato** 40:9,23,25
**attached** 26:9 27:2 28:7,8 52:11
**attachment** 38:25
**attempt** 45:25 47:16
**attended** 42:21
**attending** 45:22
**attitude** 22:1
**attorney** 52:13 55:11
**august** 13:25 14:7,13
**authority** 41:1
**authorized** 55:5
**available** 52:6
**aware** 10:6,19 11:15 21:19
**azure** 19:4 35:11 36:20

**b**

**b** 3:1
**back** 8:12 17:10 18:10,12 21:1 29:18 30:16 31:5,25 33:22 35:23 37:18,23 37:25 43:19 44:2,22 45:5,14 46:8,17 47:17

47:18 48:6,18
**backed** 45:18
**background** 44:4
**ballpark** 46:25
**based** 23:23 32:8 50:5
**basic** 30:24
**basing** 15:5,13
**bean** 2:11
**beankkinney....** 2:13 52:1
**began** 25:6 30:1 46:13
**beginning** 16:12 23:12,17 33:14 36:4 51:10
**begins** 34:22
**behalf** 1:13 2:2 2:10
**believe** 16:21 19:4 28:20 34:9 51:3
**benson** 19:11
**best** 7:14
**better** 31:14
**bigger** 6:16
**biweekly** 31:4
**bkk** 4:19,20
**bless** 48:9
**board** 47:17
**bobby** 24:3
**boca** 2:4

**[bottom - company]**

**bottom**  17:12
  26:8
**bought**  26:20
**boulevard**  2:12
**bowers**  12:13,14
  17:14,18 18:1
**brandon**  2:16
  23:15 24:3
  38:22 45:22
  46:9 51:11
**breadth**  49:20
**break**  7:15
  22:13 37:13
**bring**  47:6
**brock**  35:7,13
  36:20
**broke**  30:19
**broken**  30:18
  50:13
**bug**  43:12

**c**

**call**  32:14 44:24
**called**  4:3 6:12
  8:24 9:19 11:25
**calls**  10:22 15:7
  15:23 16:15
  22:10 45:6,21
  45:22 47:15
  50:8
**case**  1:3 6:12
  26:22 44:8
**catastrophic**
  45:9 47:4

**catch**  44:19
**cause**  45:8
**centcom**  31:13
  31:16
**certain**  10:9,20
  11:7,9 21:9
**certificate**  54:1
  55:1
**certification**  3:4
  8:24 9:19 10:3
  10:10 11:6
  20:14
**certifications**
  39:5
**certified**  18:1,6
  20:18
**certifies**  17:20
**certify**  36:8,10
  54:7 55:4,8
**chain**  17:12
**change**  21:4,25
  47:24 53:4,7,10
  53:13,16
**changed**  24:5
**changes**  52:9
**characterization**
  10:12
**check**  7:11
**chief**  5:14,15,19
  12:17
**cited**  24:2
**civil**  52:24,24
**clare**  1:8 2:17
  6:3 20:2 38:4,7

**classified**  40:11
**clear**  13:8 49:13
**client**  10:7,21
  14:6,12 18:5
  19:18 21:11
  22:25 24:18,19
  24:24,24 25:2,7
  25:8 34:4 36:7
  36:22,25 37:17
  37:25 41:16
  49:11,13
**client's**  19:23,24
  20:7 21:18,20
  21:21,22,23
  22:7 33:3,18,25
**clients**  24:25
  34:2,8,10
**code**  3:3 6:12
  8:17 10:7,20
  11:10,17 13:10
  13:12,16,18
  14:2,6,11,19,20
  14:25 15:2,6,13
  15:18,22 16:10
  17:16,21,24
  18:5,15,22 19:2
  19:14,18,19,23
  19:24 20:7,15
  20:16,19,20,24
  21:1,21 22:7,8
  22:20,22,24,25
  23:3,8,13,14,16
  23:18,20,23,23
  24:3,4,7,9,15

32:22,24,25
33:4,11,15,16
33:19,25 34:14
34:15,18,21
35:1,5,11,16,21
36:7,9,9,18 37:3
37:6,9 38:24
39:4,18 40:2,10
40:15 41:3,5
42:24
**codified**  15:16
**cole**  19:7,9,9
**coleman**  2:12
**collaboration**
  31:11
**collaborative**
  24:10,13 43:25
**colloquy**  50:25
  51:6
**com**  41:13
**combat**  28:16
  41:11
**come**  24:23
  37:18
**coming**  50:13
**command**  28:14
  28:16 41:11
**commission**
  55:18,19
**community**  28:1
**companies**  31:9
**company**  5:20
  5:23 6:2 12:10
  37:5

**[complete - defense]**

| | | | d |
|---|---|---|---|

**complete** 9:10 34:18 48:21
**completed** 36:7 52:16
**completely** 24:9
**concerning** 11:9 11:16 38:18 39:16 43:12
**concluded** 51:24
**conclusion** 10:23 15:8,24 22:10
**concrete** 45:15
**conditions** 11:18
**confused** 38:10
**conjunction** 29:19
**connected** 55:11
**connection** 10:7
**considered** 52:17
**consist** 5:21
**consistent** 14:11
**constant** 11:5
**context** 30:4 40:21 46:12 50:6
**continue** 39:12
**continued** 35:2
**continuing** 45:5
**contributed** 36:22,25

**conversation** 43:9,14,22 49:4
**conversations** 40:21 44:9 48:23
**copies** 7:6,9 33:18 52:14
**copy** 16:19 17:9 51:23
**corner** 8:15 16:24 45:18
**correct** 15:4 23:21 31:2 32:23 33:4,7 35:14,22 40:1 48:16
**correctly** 15:3 49:6
**corresponded** 31:5
**correspondence** 16:6,8,16 29:19 43:20
**cost** 46:18
**counsel** 2:1 55:9 55:11
**county** 54:4 55:3
**couple** 11:19 30:25 37:15,25
**course** 11:4 14:18 16:11
**court** 1:1,19 18:12

**cover** 8:15,22 9:1,3 16:24 45:25
**create** 30:22
**created** 18:19 33:8
**creating** 24:6
**crickets** 45:16 48:8
**critical** 45:16 47:12 48:8
**cross** 2:22 50:23
**cto** 44:17
**current** 12:24 42:8
**currently** 5:8 12:22 18:15,20 29:13 32:4 43:5 49:7 50:1,16
**custody** 3:6 11:25 17:12 35:25
**customer** 5:24 24:20,21 28:13 28:18 30:11 31:16 32:5,19 49:25 50:3,11
**customers** 27:23 31:13 42:21 47:5,9,12 49:1 50:16
**cv** 1:3

**d.c.** 4:15
**dade** 54:4 55:3
**damage** 45:9
**data** 43:25 44:11,13,16 45:4,9,11,16,23 47:19 48:15,20
**date** 13:24 28:6 28:9,10 34:17 35:15,20 42:14 44:9 47:25 52:12 53:23
**dated** 25:20,25 55:13
**dates** 35:17 47:3
**david** 19:13
**day** 23:8 24:10 24:14,16 51:2,5 51:9,10 54:8,11 55:13
**days** 52:17
**dd1149** 38:18
**deadlines** 49:21
**debt** 44:19
**december** 1:14 52:3 54:8,11 55:13
**declare** 53:20
**defendants** 1:10 2:10
**defense** 27:25 28:17 39:24

**[defer - e2060772]**

**defer**  19:15
  35:18
**delaney**  2:12,23
  7:8,11,25 8:8,25
  9:5,14 10:11,22
  11:11 14:14
  15:7,23 16:23
  17:5 18:17,24
  20:3,9 21:13
  22:9 23:25 33:5
  33:20 34:1,6
  36:11 37:12
  50:21,24 51:19
  51:23 52:1
**delaying**  45:12
**deleted**  46:17
**deleting**  47:14
**deletion**  46:22
**deliver**  25:1
**deliverable**
  49:10
**delivered**  24:20
  24:21 38:23
  50:10
**delivery**  27:9
  29:14,22,23
  30:5,6,7,10
  31:16 32:4,5
  49:8 50:2,2,3
**department**
  27:25 28:17
  39:24
**deposing**  52:13

**deposition**  1:12
  7:21 8:2 9:12
  22:5 34:11
  51:24
**depth**  49:20
**described**  48:13
**description**  14:1
**designed**  13:18
**despite**  36:9
**destroy**  20:8,20
**destroyed**  17:25
  18:7 20:18 22:8
  43:24
**destroying**
  19:19
**destruction**
  17:20 36:8,10
  39:5
**detailed**  26:9
  27:2
**details**  42:12
  44:10
**develop**  21:11
  21:16
**developed**  18:16
  18:19 19:24
  21:3 23:10,11
  26:25 33:8
  45:24
**developer**  34:22
  34:24 45:20
**developers**
  23:14 32:14
  44:24 47:6

**developing**
  22:16 23:23
  24:6
**development**
  19:5,6 29:23
  32:17 36:20
  46:14 51:1,4,4
**devops**  19:4
  35:5,11,16,21
  36:20
**difference**  22:19
**different**  14:21
  14:21 16:13
  29:25 30:25
  31:10,11 35:25
  36:1,4
**difficulty**  34:7
**direct**  2:20 4:6
**disagreement**
  22:2,4
**discussing**  43:2
  43:7
**discussion**
  28:23
**district**  1:1,1
**doc**  28:24
**document**  3:6
  6:12,17,22,24
  6:25 8:7,24 9:4
  9:15,19,22
  10:25 11:21,23
  11:24,25 12:2,5
  14:11,22 15:12
  15:20 17:2,5

  20:14 25:13,19
  28:3,7,8 35:25
  36:8 38:14 39:1
  39:10,13 41:15
  41:19,22 42:2
  53:20
**documentation**
  16:13,14,16
**documents**  5:2
  5:5 7:16,21,22
  15:15 16:4
  32:10 34:21
  35:1,3 36:1
  37:16
**doing**  7:14
  32:16 36:20
  42:19 48:10
  51:4,4
**download**  13:3
**drive**  50:6
**drop**  37:17
**due**  28:6,9,10
**duly**  4:4 54:9
**duties**  5:18
**dying**  44:25
  48:14 49:22
**dyslexia**  38:10

**e**

**e**  3:1 52:24,25
  53:3,3,3
**e2060772**  3:10
  41:23

[earlier - first]

Page 61

**earlier**  26:2
  34:20 35:4 49:5
**earliest**  34:17
  35:20 36:21
**easier**  7:10
**edit**  31:9
**edward**  1:8
**effort**  34:25
**efforts**  43:25
  51:1
**elaborate**  27:7
**elaborated**
  44:18
**email**  3:8 13:3
  16:8,16 25:20
  25:24 26:1,3
  27:8 28:7,22
  29:11 30:3,11
  33:2,18 38:5,17
  39:17 40:20
  45:6 47:21
  49:13 50:5
  52:13
**emailed**  52:15
**emails**  3:7,9
  15:15 25:16,23
  29:20 48:22
**employed**  5:8
  5:10
**employee**  13:6
  55:9,10
**employees**
  12:22

**employer**  10:8
**ends**  34:23
**engage**  48:24
**engaged**  48:19
**entire**  6:8 8:7,17
  15:9 25:19
  27:25 29:19
  49:19 50:6
**entitled**  41:23
**environment**
  30:6
**erased**  45:3
**errata**  52:11,13
  52:16
**escapes**  44:6
**esq**  2:3,7,8,12
  52:1
**esquire**  2:21,23
**et**  52:4 53:1
**event**  40:6,7
**events**  42:21
  44:10
**eventually**
  26:19
**evidence**  3:6
  11:25 35:24
**examination**
  2:18,20,22 4:6
  50:23
**example**  21:1,5
  24:3
**examples**  45:12
  45:15

**exchange**  14:25
**exchanged**
  20:24 23:9 36:2
**exchanges**
  15:16 36:3 39:4
  45:6
**executive**  6:3
**exhibit**  3:2,3,4,5
  3:6,7,8,9 6:11
  6:18 8:14,15,16
  8:16,22,23,25
  9:1,3,3,16 11:21
  11:25 12:6
  16:21,23,24
  17:3,6,11 25:11
  25:14 35:23,24
  36:8 38:4,12,15
  39:10,14 41:17
  41:20,22 47:20
  49:5
**exhibits**  7:7
**experience**  1:8
  5:11,13 6:5
  12:10 41:24
  52:4 53:1
**expires**  55:19
**explain**  20:12
  20:23 48:3,6
**explanation**
  28:24

**f**

**facet**  6:9

**facets**  21:7
**fact**  10:6 38:25
**facts**  53:20
**fail**  24:7 30:2
**failed**  30:21
**failing**  47:13
**fails**  52:20
**failures**  47:5
  48:8
**familiar**  6:22
  9:22 10:5
**far**  34:23
**fast**  50:13
**february**  51:14
**federal**  14:2
  17:15,21 18:16
  26:16 52:18,24
**fence**  30:1
**fighting**  34:8
**figure**  37:13
**file**  26:10 27:3,4
**fill**  7:14
**financially**
  55:12
**fine**  13:9 51:22
**finish**  23:4
**finished**  23:1
  25:5,8
**firm**  4:22,23 7:6
**first**  4:3 19:10
  19:17,20 20:6
  20:21 22:7,15
  22:24 23:17
  25:19 35:15

**[first - hp]**

39:16 46:20
**fischer** 2:16
  37:17 51:11
**five** 7:23 8:10
  21:1 37:13
**fix** 30:17 46:16
  47:7 48:20
**fixed** 49:15
**fl** 52:14
**flat** 44:16 45:2
  46:19
**florida** 1:20 2:4
  52:18,24 54:2,7
  54:16 55:2
**flux** 11:5
**folks** 46:16
  49:22
**follow** 10:9,20
  11:16
**follows** 4:4
**forces** 41:13
**foregoing** 53:20
  55:6
**forgetting** 19:8
**form** 10:12
  11:11 14:14
  18:17 20:9
  21:13 22:9
  23:25 33:5,20
  34:1 36:11
**formats** 31:11
**forms** 20:24
  36:4

**forscom** 39:19
  41:9,10
**forth** 11:7,8
  21:2 30:16 31:5
  45:5
**fortify** 26:9,12
  26:13,18,20,24
  27:3,3
**forward** 22:4
  47:19
**four** 5:17 21:1
**front** 30:20
**frustration**
  45:18
**full** 32:9
**further** 19:24
  31:24 45:12
  46:3 50:19 55:8

**g**

**g** 1:9
**gargas** 39:17
**gaslight** 45:10
**generally** 51:3
**george** 41:23
  42:6
**give** 25:17 43:4
  45:12
**glean** 49:18
**gmu** 42:9,13,19
  42:23
**go** 8:9 17:10
  23:2,5 29:18
  31:3,19,24,25

38:1 43:19 46:8
  48:6
**goal** 48:25 49:3
**god** 48:9
**going** 4:12 5:1,3
  6:10 11:23 24:7
  24:25 25:17
  29:8 30:22,22
  35:8,23 37:16
  37:16 41:15,17
  47:12 51:20
**good** 4:8,10
  7:18 45:3
**gotten** 46:1
**government**
  13:22 26:17
  27:20,22,23
  30:21 31:13
  37:2 38:23 40:9
  40:14,15
**grade** 12:12
**great** 9:18
**group** 1:8 5:11
  5:13 6:5 12:10
  41:24 44:9 52:4
  53:1
**guys** 24:8 45:15
  46:17 49:15,18

**h**

**h** 3:1 53:3
**half** 7:1 11:24
**hand** 8:15 16:24

**hanse** 19:8 35:6
  35:13 36:19
**happened** 19:20
**happy** 7:2
**happyfox** 31:7,8
  43:10,17,22,23
  46:24 47:16,24
  48:20
**haptic** 14:2
  17:15,21 18:16
  18:20 26:16
**hear** 15:2 48:2
**help** 8:6 31:14
  45:17 47:16
  48:11,19 49:22
**helped** 8:5
**helps** 48:21
**hey** 21:2,3 24:3
  24:7 30:18
  40:22 44:7,22
  45:7,10,12,25
  46:15 47:17
  49:12,14
**hh431793** 55:18
**hire** 35:17
**historical** 43:25
  44:4,8 45:2,23
  46:12 47:19
**history** 46:13,17
  47:14
**hopson** 12:19
**hours** 13:24
**hp** 26:13,20,24

**hundreds** 23:7 34:21
**hurting** 45:7 48:14

### i

**idea** 7:19 27:16 42:5
**identifies** 27:19
**ignore** 34:15
**immediately** 30:19
**implored** 44:23 45:7 47:6
**improve** 45:17
**includes** 23:7
**including** 14:7 14:13 26:6
**incomplete** 50:13
**independently** 10:4
**index** 2:18
**indiana** 1:1
**indicated** 12:13 15:1 20:15 33:12,14 44:7 44:13
**indicates** 12:9 42:15
**indicating** 15:21
**indication** 46:3
**individuals** 23:13 26:6

35:12,16 36:18
**information** 31:1,3 44:5 47:18
**initial** 26:19
**initially** 25:4 26:17
**instance** 39:8
**insulate** 32:17
**insulating** 46:10
**intelligence** 27:25
**intent** 40:19
**interested** 55:12
**internet** 39:22
**interpose** 34:6
**involve** 37:16
**involved** 18:2 36:16 39:4 42:11,12 46:9
**involvement** 51:11
**isolated** 47:8
**issue** 47:16
**issues** 5:4 26:10 27:3,4
**item** 17:11,15 17:21 28:23,24

### j

**jeff** 25:21
**jeffrey** 1:8,12 2:19 4:2 52:4,8 52:10,12 53:2

53:23 54:7
**jen** 32:12 44:1,2 44:8 45:19 46:9 46:12 48:9
**jennifer** 13:3,4 17:13 25:20,25 26:4,5 47:21
**joel** 2:3 4:11
**joel.rothman** 2:5
**john** 1:9 19:7
**joined** 19:12
**joint** 3:5 15:18 16:1,4,18 17:7 36:4 50:6
**jointly** 14:19 15:2,6,14,21 16:9
**jph** 1:3
**july** 22:16 23:3 33:14
**jumbled** 18:25
**jumping** 31:20
**jwics** 27:9,10,11 27:17,24 28:25

### k

**keep** 34:8 47:10
**keeps** 34:8
**kelley** 7:13,19
**kevin** 1:9 19:7 19:15 35:18
**keys** 27:7

**kill** 46:4
**kind** 31:20 44:2 45:17
**kinney** 2:11 7:6
**know** 5:4 7:12 7:13,23 8:3,19 9:9 12:23 13:4 13:12 17:24 18:4 19:16,17 19:20,21 20:6 20:22 21:19,21 21:23 22:18,22 27:15 28:4,10 28:18 30:19,21 32:20 33:1 34:19,21,22 36:13,15,21,24 37:15 38:19 39:11 42:11,20 44:1 45:24 46:18 48:6,10 50:12
**korman** 2:11
**kornhauser** 2:8

### l

**lab** 30:6,7,19,19
**late** 46:25 47:1 47:1
**law** 4:22
**leave** 41:16
**left** 13:3 17:13 17:19 38:5

**[legal - mullican]** Page 64

**legal** 10:22 15:7 15:23 22:10 52:23
**levels** 31:10
**license** 3:3 6:13 8:18
**licenses** 24:25
**life** 47:9,11
**line** 29:12 31:12 31:15 32:3 39:17 49:6 53:4 53:7,10,13,16
**link** 13:3
**lisa** 2:7
**listed** 17:24
**literally** 44:25
**little** 5:1 6:15 38:9
**llc** 1:4 52:4 53:1
**locate** 7:15
**location** 13:2
**logging** 27:9
**long** 5:15 22:3
**longer** 13:7 45:22 48:5
**look** 8:17,21 9:12,24 10:5 16:22 24:5 30:3 32:9 35:17 38:4 38:11 39:10 43:19 46:8,23
**looking** 20:15 35:24

**lose** 45:1
**loss** 45:23
**lost** 44:2,8 45:15
**lot** 48:18

**m**

**major** 44:17 45:23
**majority** 45:21
**make** 6:15 7:9 49:5
**making** 5:2 31:15
**managed** 19:5
**managing** 5:23
**manner** 15:16
**march** 42:15
**mark** 41:17
**marked** 6:11,18 7:22 8:14,22 9:16 11:21 12:6 16:20 17:3,6 25:10,14 38:3 38:15 39:9,14 41:20
**marla** 1:19 54:6 54:15 55:4,17
**mase** 1:8,12 2:19 4:2,8 7:19 8:6 10:15 20:1 25:21 34:5 38:11 39:11 41:22 50:20,25 51:18 52:4,8,10

52:12 53:2,23 54:7
**mason** 41:24 42:6
**material** 16:20
**max** 1:4 2:16 4:11 10:8 13:4,6 14:20 15:10,21 16:7,9 18:16 21:3 23:9 24:4 26:21,24 29:24 32:12 34:4 35:2 35:5 43:24 44:15,22 45:20 47:5 48:4 52:4 53:1
**max's** 23:16,18
**mean** 13:15 21:7 24:12 27:10,12,13 29:17 30:25 34:7,10 40:7,25 47:11 51:9
**means** 13:13,16 39:22 49:12 51:10
**mechanism** 49:17
**mechanisms** 16:13 48:24
**meet** 21:11
**meeting** 23:15 30:23 31:4 40:20 48:22

50:7
**meetings** 16:15 29:20 30:4 45:6
**membership** 44:14,15
**memory** 9:25
**mentioned** 16:5 16:14 36:19
**miami** 54:4 55:3
**mike** 12:13,14
**mind** 7:4,7 21:8
**minds** 1:4 2:16 4:12 13:4,6 15:10 16:7,9 26:21,24 32:13 44:15 52:4 53:1
**minute** 16:19 37:13
**minutes** 7:24 8:10
**misplaced** 9:8
**missing** 25:23
**misspoke** 38:8
**misstated** 35:9
**mkk** 1:3
**moment** 9:5,24 34:15 43:4 44:6
**months** 46:7
**morning** 4:8,10
**move** 22:4
**moved** 44:5 45:3
**mullican** 1:9 8:1 19:7,15 20:1

35:6,12,18
36:19
**multiple**  16:15
23:9
**multiyear**  14:18
**muster**  32:20

**n**

**name**  4:11
12:12 19:10
44:6
**names**  38:9
**narrow**  21:6
**nature**  42:18
**necessarily**
30:12
**need**  7:23 21:4
30:3 37:14
46:17 49:17,22
51:20
**needed**  48:15
**needs**  24:4,5
**network**  27:20
27:22,24 39:24
40:11,14,15
**never**  40:5,6,13
41:4,8 44:19
**new**  30:23 31:7
44:3,6 45:3
**notary**  1:20
54:6,16 55:18
**note**  52:10
**notes**  30:3 31:5
40:20 48:22

50:7
**number**  11:18
12:24 14:20,21
16:13 17:21,25
20:24 26:6
28:23,24,25
29:25 31:10
36:3 41:23 47:4
**numbers**  11:8
30:2
**numerous**  45:6

**o**

**oath**  54:1
**obfuscate**  32:17
**object**  18:17
20:9 33:5,20
36:11
**objection**  10:11
10:22 11:11
14:14 15:7,23
21:13 22:9
23:25 34:1,7
**obtained**  13:2
13:10,24 14:5
14:11 20:20
36:7
**obviously**  48:9
**occurred**  48:13
**occurring**  46:21
**october**  55:20
**office**  4:16,18
4:18 7:17 8:4
51:12

**officer**  5:14,16
5:19 12:17
**offices**  7:20
**oh**  4:23 35:10
40:12
**okay**  4:16,24,25
5:5,6,21,25 6:4
6:14 9:18,22,24
10:2,6 11:3,6,15
11:20 12:8 13:9
14:24 15:1,12
15:17 16:3,18
17:5,10,18
19:17 20:14
21:9,18 22:2,19
22:23 23:11,16
23:22 25:10
26:7,12,22 27:8
27:22 28:2
29:11 30:8
31:23,25 32:11
32:21 33:13
35:4,15,19,23
36:6,17 37:11
37:19,20 38:6
38:17,21,25
39:7,12 40:17
41:8,14 42:2,5
42:14,23 43:14
43:21 47:20
48:12 49:4
50:10,16,19
**ongoing**  45:18
46:8

**online**  48:19
**operate**  41:1
**operated**  21:24
**operating**  5:14
5:15,19
**operations**  5:20
42:12 47:12
**opportunity**
25:17
**opposite**  33:23
**order**  40:9,22
51:21
**ordering**  52:15
**organization**
6:8 37:8
**overall**  48:21
**own**  6:4 45:8
**owned**  14:20
15:2,6,14,21
16:10 34:16
44:15
**owner**  34:24
**ownership**
15:18

**p**

**p.a.**  2:3,7
**p.m.**  1:15 26:1,2
26:4
**packet**  9:10
16:20
**page**  2:20 3:2,3
3:4,5,6,7,8,9
8:16,23,23 9:4

9:18,19 16:24
25:19 38:6 53:4
53:7,10,13,16
**pages**  9:7 23:7
23:19,20 25:16
**pain**  44:17
**paragraph**  29:7
**part**  22:17
32:19 34:7 50:8
**participating**
47:15 48:5
**particular**
15:12,17,20
30:2 49:19
**parties**  10:19
36:2 52:15 55:9
55:10
**partner**  21:3
**partnered**  34:25
**partners**  14:20
16:7 43:24
44:15
**partnership**
15:10 26:20
46:5
**parts**  22:13
**passed**  32:20
**passing**  29:2
30:23
**past**  41:2
**pc**  2:11
**penalties**  53:20
**people**  35:5 48:4

**period**  11:19
14:7 29:24
30:15 42:13,14
42:16 46:7 47:3
**perjury**  53:20
**person**  12:12
16:15 27:6
32:15 43:22
44:21
**personal**  5:24
**phone**  16:15
45:6 48:22 50:7
**phrase**  34:2
**physical**  7:6,8
7:16
**physically**  4:14
**picture**  48:21
**piece**  35:18
46:22
**pieces**  48:20
**place**  43:15
**plaintiff**  1:6,13
2:2
**plaintiff's**  3:2,3
3:4,5,6,7,8,9
6:18 9:16 12:6
17:3 25:14
38:15 39:14
41:20
**plan**  40:19,23
**planned**  40:6,7
**please**  31:21
38:11 43:4
46:18 52:12

**plus**  27:9
**pocket**  7:13
**pocv2**  28:24,25
**point**  24:17 25:3
25:7 30:20
32:23 33:2,16
37:18 41:16
44:17 49:13
**portion**  6:4
**position**  5:12
12:16 21:18,20
21:22,23
**possess**  21:21
**possessing**
34:18
**possession**
32:23 33:4
**possible**  44:14
**powerline**  2:4
**precise**  47:3
**present**  2:15
**pretty**  6:8
**previous**  16:5
24:2
**previously**
16:14 42:10
**primarily**  42:12
**prior**  23:15
**probably**  51:21
**problem**  7:3
44:10 47:7
49:20
**problems**  44:12
45:1 46:16 48:7

48:13
**procedure**
52:24,24
**proceed**  47:18
**proceedings**
55:6
**process**  18:3
24:10 31:10
36:16 40:22
45:13 46:14
47:8,15
**processes**  14:23
**produced**  23:19
**product**  24:6
25:5,8 44:24
45:7,8,17 48:14
48:15
**program**  26:13
26:15 31:7 44:3
44:6 45:3
**prolong**  34:13
**prolongs**  34:11
**property**  3:6
11:25 35:24
38:18
**protocol**  39:22
**provide**  7:8 31:2
32:18
**provided**  20:16
24:24 26:25
35:2
**public**  1:20 54:7
54:16 55:18

[purpose - reports]                                    Page 67

| | | | |
|---|---|---|---|
| **purpose** 17:20 30:9 | **reached** 43:23 44:12,21 | **record** 8:9,11,12 37:22,23 46:8 55:7 | **regain** 44:11 |
| **purposes** 14:6 14:12 20:16 | **read** 18:10,12 25:18 31:17,21 40:18 51:19,23 52:8 53:20 | **records** 45:2 | **regard** 52:19 |
| **put** 30:4 | | **recover** 44:13 44:16 45:9 | **related** 27:22 |
| **putting** 30:20 | | | **relates** 15:17 |
| **puzzle** 32:19 | **reading** 32:16 | **refer** 11:23 17:10 18:23 27:5,16 33:9 34:4,14,15 | **relationship** 11:4 14:19 15:9 15:16 16:12 25:5,6 42:6,8 46:4,13 51:11 |

**q**

| | | | |
|---|---|---|---|
| **question** 10:12 10:15 14:9,15 15:19 18:8,18 18:25 19:22 20:3,4,6,10,19 21:14 22:6,10 22:13,17,23,24 24:1,14,22 32:1 33:6,17,21 34:2 34:19 36:12 39:16 41:15 50:14,21 51:3 | **really** 49:18 | **referenced** 29:22 52:6 | **relative** 55:8,10 |
| | **reason** 13:10 49:15 52:10 53:6,9,12,15,18 | **referencing** 16:17 | **relearn** 44:11 |
| | **reasonable** 52:17 | **referred** 6:17 9:15 12:5 16:19 17:2 25:13 38:14 39:13 41:19 | **released** 17:14 17:19 |
| | **rebecca** 2:8 | | **remember** 12:8 35:7 43:17 |
| | **recall** 10:4 12:4 27:20 28:12 34:18 43:14,20 51:6 | **referring** 8:2 17:7 22:20 24:13 28:4,10 28:19,19,20 30:5 33:9 40:4 42:16 47:23 | **remote** 1:12,14 |
| | | | **remove** 24:9 |
| | **recap** 48:22 50:7 | | **removed** 24:8 45:20 |
| **questions** 4:12 29:6 37:15 50:20,22 | **receipt** 38:18 52:17 | **refers** 14:1 22:23 27:17 28:14 32:4 | **renew** 44:14 |
| | **receipts** 46:1 | | **repeat** 10:17 14:9 18:8 19:21 24:22 31:25 35:8 |
| **quick** 50:21,22 | **receive** 22:24 | **reflects** 16:9 | |
| **quote** 50:1 | **received** 12:13 14:19 17:15 18:5 20:7 22:7 22:15 23:3,18 23:24 24:18 | **refreshes** 9:25 | **report** 6:2 24:3 55:6 |
| | | **refused** 44:16 45:2,17 46:19 47:7 | **reported** 1:19 44:9 |

**r**

| | | | |
|---|---|---|---|
| **r** 53:3,3 | **recipient** 12:9 | | **reporter** 1:19 18:12 54:6,15 55:4,17 |
| **raighne** 2:12 52:1 | **recognize** 5:3 | | **reporter's** 55:1 |
| **railing** 46:15 | **recollection** 10:2 | | **reports** 5:25 6:7 23:20 |
| **raton** 2:4 | | | |
| **rdelaney** 2:13 52:1 | | | |

**repository**
  40:10
**represent**  4:11
**required**  10:20
  29:1
**requirement**
  10:24 11:1
**requirements**
  10:9 11:5,7,9,16
  21:10,12,15
  40:23
**response**  51:5
**responses**  51:2
**responsibilities**
  5:18
**restate**  18:24
**result**  23:6
**retained**  18:4
  19:19 20:25
  22:8 23:8 35:1
  36:9
**returned**  28:3
  52:16
**review**  8:18
  29:18 52:7
**reviewing**  9:25
**rich**  7:13 39:17
**rid**  46:1
**right**  4:14 5:7
  6:20 8:8,15,21
  9:1,2 12:10,18
  13:19 16:24
  17:14,20 21:21
  23:20 25:21

  26:2 31:14 34:5
  36:2 39:1,3,5,25
  41:14 48:25
  49:2,24 50:17
  50:19
**road**  2:4 12:19
**roadblocks**
  46:15
**rob**  2:17 6:3
**robert**  1:8
**roth**  19:11
**rothman**  2:3,21
  4:7,11 6:19 7:18
  8:3,9,13 9:2,6
  9:11,17 10:14
  11:2,12 12:7
  14:16 15:11
  16:2,22 17:4
  18:10,14,21
  19:1 20:5,13
  21:17 22:11
  24:11 25:15
  33:10,24 34:3
  34:12 36:14
  37:12,21,24
  38:16 39:15
  41:21 51:1,7,16
  51:17,20
**roughly**  51:13
**router**  39:22
**rule**  52:24,25
**rules**  52:18
**run**  26:18,20

**ryan**  13:4,4
  17:13 25:20,25
  26:4,5 47:21

**s**

**s**  3:1 53:3
**sabrina**  19:8
**sauce**  44:3
**saw**  7:1
**saying**  16:9,10
  16:11 21:12
  23:12,17 30:11
  30:13,14 34:8
  41:3 49:10 50:2
  50:4,5
**says**  8:23,25 9:2
  9:3 13:3,24
  15:21 16:24
  17:20 25:21
  26:9 27:2 28:2,6
  28:9,13,22
  29:12 31:12
  39:17 40:2 49:6
**scan**  13:18 23:7
  23:7 26:13,15
  26:25
**scanned**  13:16
  23:4,6 39:19
  41:9
**scanning**  13:11
  13:12 14:6,12
  20:16 29:2
  38:24

**scans**  21:1 23:18
  26:18,19,20
  29:7
**schreiber**  1:19
  18:11 54:6,15
  55:4,17
**schreihart**  2:7
**screen**  5:4,5
  6:10 9:7,13
  11:22 25:11
  41:25
**screwed**  45:25
  46:2
**scroll**  7:2 25:17
  38:5 39:11,12
**second**  9:18
  22:17 29:12
  31:15
**secret**  39:22
**secure**  40:10,24
**secured**  39:18
  40:3,5,15 41:4
**see**  6:14,20 7:15
  7:25 8:5,6 9:5
  9:13,20,25
  11:22,24 14:3
  17:16,22 25:11
  25:18 26:10
  29:4,9,15 38:6
  38:12 41:25
**seeing**  5:5
**seemed**  30:9
**seen**  12:2 39:3
  42:2

**sell** 24:25 46:15 49:1,21,24
**sellable** 25:3
**send** 49:14
**sending** 30:17
**sense** 32:15 45:10
**sent** 8:22 21:1 30:18 33:2,18 38:17
**sentence** 27:17 28:2 49:19
**september** 25:20,25 26:3,6 26:23 28:9,23 33:3,17 47:21 48:12
**series** 25:24 50:22
**set** 7:6,21 11:7,8
**several** 35:4,25
**share** 6:10 11:22 31:9 38:3
**sharing** 5:3
**sheet** 9:3 52:11 52:13
**ship** 7:19
**shorthand** 54:6 54:15 55:4,17
**show** 6:11,24,25 9:6 25:10 39:9 41:16
**showed** 17:6

**showing** 5:2 44:24 47:14,20
**shows** 46:1
**sic** 38:4
**sign** 38:23 51:23 52:12
**signature** 17:13 54:14 55:15
**signed** 17:8,19 28:3,24 42:15 52:21 54:11
**simultaneously** 18:6
**single** 38:9
**singular** 49:19
**sinnk** 19:13
**sipr** 39:18,20,21 40:3 41:4
**sitting** 35:20
**situation** 47:23
**slack** 31:5 48:23 50:6
**slow** 46:14
**small** 6:15
**socom** 28:14,14 28:16,19,20,21 29:2,7 30:7
**software** 13:18 13:20 18:20,22 21:3,10,11,16 22:15,21 23:10 23:12 24:18,19 24:19,24 25:1,3 26:14,18,24

27:1 29:24 30:10 32:18 33:8 36:21 42:22 43:1,6 44:12 45:1,20 45:24 46:16 47:5,10,13 49:1 49:10,21,24 50:17
**sold** 25:8
**solutions** 52:23
**solve** 47:16 48:7
**soon** 30:1 44:18 46:9
**sorry** 19:9 20:2 38:8
**soul** 48:9
**source** 3:3 6:12 8:17 10:7,20 11:9,17 13:10 13:12,16,18 14:2,6,11,19,20 14:25 15:2,6,13 15:18,21 16:10 17:16,21,24 18:4,15,22 19:2 19:14,18,19,23 19:24 20:7,15 20:16,19,20,24 21:1,21 22:7,8 22:20,22,23,25 23:3,8,16,18,20 23:23 24:3,4 32:22,24,25

33:4,11,15,16 33:19,25 34:14 34:15,18,20 35:1,5,11,16,21 36:7,9,9,18 37:3 37:6,9 38:23 39:4,18 40:2,10 40:15 41:3,5 42:23
**southern** 1:1 28:14
**specific** 5:22 15:19 18:23
**specifically** 21:6 33:12
**speculating** 48:1
**spirit** 21:24
**spoke** 43:18
**spreadsheet** 31:8
**sriplaw** 2:3,7
**sriplaw.com** 2:5
**ss** 54:3
**stand** 4:21 41:12
**start** 6:1 26:8
**started** 4:25
**starting** 8:23
**state** 1:20 54:2,7 54:16 55:2
**stated** 29:1 53:21

**[statement - topics]**                                    Page 70

| | | | |
|---|---|---|---|
| **statement** 15:6 | **switch** 46:24 | 19:23 20:7,16 | 48:18 |
| 15:13 31:15 | 47:1 | 20:19,20 21:9 | **think** 7:18 11:21 |
| 41:2 | **sworn** 4:4 54:9 | 21:20 22:6,24 | 35:9 40:18 |
| **states** 1:1 | **syllable** 38:9 | 23:13,23 24:15 | 41:17 49:14 |
| **status** 29:13 | **system** 43:12 | 24:17,18,23,25 | **third** 31:12 |
| 30:5 32:4 49:7 | **t** | 26:15 29:2,8 | **thought** 33:23 |
| 50:1 | | 32:22 33:3,15 | 35:10 44:5 |
| **statute** 52:18 | **t** 3:1 53:3,3 | 33:16,18 34:18 | **thousands** |
| **stenographica...** | **take** 5:1 7:15,23 | 35:10,12 36:6 | 15:15 16:6 |
| 55:5 | 8:16,21 9:24,24 | 37:5,8 42:6,18 | **three** 11:8 28:24 |
| **steps** 10:20 | 31:21 37:12 | 43:5 51:3,4,12 | **throwing** 29:25 |
| **stored** 19:3 | 38:4,11 39:10 | **teg's** 12:20 | **time** 4:9 5:1 |
| **strategy** 12:17 | **taken** 1:13 36:3 | 27:23 30:6,19 | 13:24 14:7 |
| **stuck** 9:7 | **talking** 37:3 | 32:5 51:1 | 19:17,20 20:7 |
| **stuff** 38:2 | 38:7 42:24 | **tell** 35:19 43:21 | 20:21 23:22 |
| **subagreement** | 46:21 | **telling** 49:25 | 24:23 25:4 |
| 3:10 41:23 | **team** 6:3 19:5,6 | **ten** 37:13 | 29:24 30:16,17 |
| **subsequently** | 19:12 24:4 | **tend** 11:21 | 31:21 32:12 |
| 18:6 50:10 | 26:21 27:6,18 | **tense** 41:3 | 36:6 42:13,14 |
| **substance** 43:21 | 29:23,25 32:18 | **terms** 23:16 | 44:9,23 47:4 |
| **suggested** 52:16 | 44:2,18 46:10 | **test** 29:23 30:24 | 50:20 |
| **suite** 2:4,12 | 47:6 49:16 | 49:17 | **times** 14:21 |
| 12:19 | **teams** 5:24 21:2 | **testified** 4:4 | 20:25 23:9 36:1 |
| **sum** 43:21 | 45:21 | 35:4,10 | **title** 12:12 |
| **support** 47:9,11 | **technical** 27:6,6 | **testimony** 19:25 | **today** 4:9,13 |
| **supporting** 48:5 | 32:14 44:19 | 20:1,17 52:8,17 | **together** 43:25 |
| **supposed** 11:16 | 45:19,21 48:4 | **testing** 30:1,6,7 | **told** 21:16 24:17 |
| **suppressed** | **teg** 2:17 6:7 | **thank** 4:8 50:20 | 24:24 25:7 |
| 26:10 27:3,4 | 10:8,21 11:16 | 51:15,17 | **took** 43:15 |
| **sure** 5:2 18:9 | 12:13,14,22 | **thanks** 37:21 | **top** 8:25 9:2 |
| 20:11 21:19 | 13:21 14:5,10 | **thing** 29:1 31:18 | 11:24 25:19,22 |
| 22:1,14 31:19 | 15:21 16:9 | 31:22 46:18 | 29:12 31:25 |
| 49:5 | 17:20,25 18:4 | **things** 7:9 31:1 | **topics** 29:21 |
| | 18:15 19:18,18 | 37:19 38:1 48:3 | |

**totality** 34:23
**tracking** 43:12
**tracks** 45:25
**traffic** 48:23
50:7
**transcript** 52:6
52:20 55:7
**transcripts**
52:14
**transfer** 11:9
36:16
**transferred**
10:21 19:18
44:1
**transfers** 10:7
11:17
**triangle** 1:8
5:11,12 6:4
12:10 41:24
52:4 53:1
**tried** 45:10
**triton** 43:5
**true** 7:12,12
53:21 55:7
**try** 4:25 46:13
47:17 48:6
49:15
**trying** 30:16
32:2,2 46:4,20
47:9 48:3,7,10
48:18,19,24
49:21,22,24
**twice** 29:20

**two** 9:4 11:8
22:13 25:16
32:3 49:6

**u**

**u.s.** 39:24 41:13
**ultimately** 48:25
**under** 11:7
17:12 52:18
53:20
**understand**
10:16 20:10,12
21:9 22:3,19
30:8 31:14 32:3
34:5 40:8 43:9
46:20 48:3 49:6
49:23
**understanding**
14:5,10 19:25
20:18 48:16,17
**understood**
24:12
**united** 1:1
**university** 41:24
42:7
**unquote** 50:2
**unresponsive**
45:16
**unset** 21:4 24:7
**update** 27:9
**upper** 8:15
16:23
**urgency** 32:15

**use** 7:23 47:12
**used** 13:20
26:13,15 27:23
27:24 52:20
**using** 10:25
13:18 42:21

**v**

**v** 52:4 53:1
**va** 2:13
**various** 29:20
**vault** 39:19 40:3
40:3,5,15,24
41:4
**venture** 3:5 16:1
16:4,18 17:7
36:5
**verify** 52:9
**veritext** 52:14
52:23
**veritext.com**
52:14
**version** 18:16
28:25 30:23
32:21,21,22
36:24
**versions** 29:25
33:3 36:1,21
37:2,6,9 50:12
**vine** 44:25 48:14
**virginia** 12:19
51:12
**vs** 1:7

**vulnerabilities**
13:17,19 14:13
20:17 23:19
26:16 27:1

**w**

**waiver** 28:2
**wakefield** 19:7
35:6,13 36:19
**want** 4:25 6:11
6:24 7:14 18:10
31:24 34:10
38:1,3 45:1
**wanted** 7:8
40:10
**way** 6:1 21:24
33:9 50:14
**ways** 14:21
**we've** 21:24
40:21
**week** 16:15
29:20 51:21
**weeks** 9:12
**went** 45:14
**whitman** 19:8,9
35:6,13 36:19
**wilson** 2:12
**wiser** 44:4
**witness** 2:19 4:3
4:5 7:9 9:9
10:24 15:9,25
17:1 18:13,19
20:11 21:15
24:2 33:7,22

**[witness - zoom]**                                      Page 72

36:13 37:20
52:20
**woman**   45:19
46:9 48:9 49:23
**word**   10:24
**words**   46:11
**work**   12:14 21:5
35:2 42:18
**working**   31:8
32:18 42:20
43:5
**wrap**   37:18
**writing**   23:13
23:14 24:15
**written**   41:2

**x**

**x**   3:1

**y**

**year**   46:21
**years**   5:17 11:19
20:25 21:25
**yesterday**   29:1

**z**

**zoom**   1:12,14

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.