# Exhibit List
## *Max Minds, LLC v. Triangle Experience Group, Inc. et al.*, 1:24-cv-779

| **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|
| Ex. # | Description | Objections |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

| DEFENDANTS' EXHIBITS | | |
|---|---|---|
| Ex. # | Description | Objections |
| 200 | | |
| 201 | | |
| 202 | | |
| 203 | | |
| 204 | | |
| 205 | | |
| 206 | | |
| 207 | | |
| 208 | | |
| 209 | | |
| 210 | | |
| 211 | | |
| 212 | | |