UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-00779-JPH-MG |
| | ) |
| TRIANGLE EXPERIENCE GROUP, INC., *et al*, | ) |
| | ) |
| *Defendants.* | ) |

**[PROPOSED] ORDER GRANTING**
**<u>MOTION TO MAINTAIN DOCUMENTS UNDER SEAL</u>**

The Court, having considered Defendants Triangle Experience Group, Inc., Robert Clare and Jeffrey Mase (together, the "TEG Defendants") Motion to Allow Witness Nick Ferrara to Testify Remotely at the Preliminary Injunction Hearing, orders as follows:

ORDERED that at the upcoming April 24, 2025, preliminary injunction hearing, witness Nick Ferrara may testify by contemporaneous transmission from a location remote from the Courthouse; the exact time of the testimony to be determined by the parries and the Court.

**SO ORDERED.**

Dated:



Distribution list:

To all registered counsel by CM/ECF