UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MAX MINDS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00779-JPH-MG |
| | ) | |
| TRIANGLE EXPERIENCE GROUP, INC., | ) | |
| ROBERT CLARE, | ) | |
| JEFFREY MASE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING REMOTE TESTIMONY**

The parties have each filed a motion to allow an expert witness to testify remotely at the April 24, 2025 preliminary injunction hearing. Dkt. [162]; dkt. [163]. For the reasons in the motions, those motions are **GRANTED**. The Court will provide connection information by email to the parties.

Each party is responsible for coordinating the time of its expert's testimony and the expert's availability.

**SO ORDERED.**

Date: 4/7/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel