UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00779-JPH-MG |
| ) | |
| TRIANGLE EXPERIENCE GROUP, INC., ) | |
| ROBERT CLARE, ) | |
| JEFFREY MASE, ) | |
| ) | |
| Defendants. ) | |

**ENTRY FOR APRIL 24, 2025**

On this date, Plaintiff Max Minds, LLC appeared by counsel, Joel Rothman, Jay Campbell Miller, and Philip Sever, with its client representative Brandon Fischer for a hearing on its motion for preliminary injunction. Defendants Robert Clare and Jeffrey Mase appeared in person and, with Triangle Experience Group, Inc., by counsel Richard Kelley, Heather Kliebenstein, Kandis Koustenis, and Alexander Orlowski. The hearing was recorded by Court Reporter, Jodie Franzen.

Before Plaintiff called its first witness, it requested a recess for the parties to continue negotiating a potential resolution. Defendants did not object and the Court adjourned the hearing.

Distribution:

All electronically registered counsel

1