UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MAX MINDS, LLC,                          )
                                         )
                Plaintiff,               )
                                         )
        v.                               )        No. 1:24-cv-00779-JPH-MG
                                         )
TRIANGLE EXPERIENCE GROUP, INC.,         )
ROBERT CLARE,                            )
JEFFREY MASE,                            )
                                         )
                Defendants.              )

**MINUTE ENTRY FOR APRIL 24, 2025**
**SETTLEMENT CONFERENCE**
**HON.  MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for an injunction before District Judge James Hanlon.

At the request of the parties, the court conducts a settlement conference with the magistrate judge

which resulted in a resolution of the entirety of the parties' dispute.   All remaining pretrial dates

and deadlines are vacated. All pending motions, including any request for injunctive relief, shall

be deemed denied as moot.

On or before **July 15, 2025,** the parties shall file a motion to dismiss this cause and

submit an order for the Court's signature ordering the dismissal of this action or a stipulation of

dismissal (consistent with the agreement of the parties).  Additional time to complete the

execution of the settlement documents may be granted for good cause shown, if requested in

writing before expiration of this period.

So ORDERED.

Date: 4/30/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

To ECF Counsel of Record