UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAX MINDS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00779-JPH-MG |
| TRIANGLE EXPERIENCE GROUP, INC., ROBERT CLARE, JEFFREY MASE, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTIONS TO SEAL

Pending before the Court are the parties' respective motions to maintain certain preliminary injunction materials under seal. [Filing No. 126, Filing No. 143.]

TEG seeks to maintain under seal its Brief in Opposition to Plaintiff Max Minds LLC's Amended Motion for Preliminary Injunction, [ECF 125], and its supporting Sealed Appendix of Exhibits, [ECF 124 to ECF 124-7]. TEG initially sought sealing of Filing No. 124-8 but has since informed the Court it withdrew its request. [Filing No. 149.]

Max Minds seeks to maintain under seal: (1) Max's Reply Brief in support of its Amended Motion for Preliminary Injunction ("Max's Reply Brief"), (2) the transcript of the Deposition of Jeffrey Mase attached as Exhibit 1 to Max's reply brief, and (3) the Transcript for the Deposition of Nick Ferrara attached as Exhibit 2 to Max's Reply Brief." These are Filing Nos. 141 to 141-2.

Both parties have since filed redacted versions of their materials. [Filing No. 151, Filing No. 160.]

The parties' motions to seal, [Filing Nos. 126, 143], are **GRANTED**. The **CLERK** is **DIRECTED** to maintain the following under seal: Filing No. 125, Filing No 124 to Filing No. 124-7, Filing No. 141 to 141-2. The Clerk is further **DIRECTED** to unseal Filing No. 124-8.

Date: 5/1/2025

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to counsel of record.